| | |
|---|---|
| TIMOTHY BOND, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00096 |
| Plaintiff, | Honorable Aleta A. Trauger |
| v. | CLASS ACTION |
| CLOVER HEALTH INVESTMENTS CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY, | |
| Defendants. | |
| BRINAL KAUL, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00101 |
| Plaintiff, | Honorable Aleta A. Trauger |
| v. | CLASS ACTION |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a/ SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, | |
| Defendants. | |

010985-11/1460206 V1

| | |
|---|---|
| MATTHEW YANIV, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY, and JOSEPH WAGNER,<br><br>              Defendants. | Case No. 3:21-cv-00109<br><br>Honorable Aleta A. Trauger<br><br><u>CLASS ACTION</u> |
| JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNED, JACQUELINE D. RESE, and JAMES RYANS,<br><br>              Defendants. | Case No. 3:21-cv-00138<br><br>Honorable Aleta A. Trauger<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION OF PRABHJOT AHLUWALIA TO: (1) CONSOLIDATE THE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

**WAIVER OF MEET AND CONFER REQUIREMENT OF LR 7.01 REQUESTED**

010985-11/1460206 V1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Prabhjot Ahluwalia ("Movant") hereby moves the Court for an Order:

(a) consolidating the four above-captioned actions;

(b) appointing Movant to serve as Lead Plaintiff in this action; and

(c) approving Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel and Sutherland & Belk as Liaison Counsel for the Class.

In support of this Motion, Movant submits: (1) the Declaration of Lucas E. Gilmore dated April 6, 2021 (with exhibits); (2) a Memorandum of Law in support of Motion dated April 6, 2021; and (3) a [Proposed] Order.[1]

**PLEASE TAKE FURTHER NOTICE** that Movant requests waiver of the meet and confer Requirement of LR 7.01 given that this action is governed by the PSLRA. The PSLRA allows any purported class member (including a class member who is not individually named in the complaint) to file a motion for appointment as lead plaintiff. 15 U.S.C. § 78u-4(a)(3)(B)(i). Movant cannot determine which, if any, other parties will also move for appointment until after the deadline to file has expired. It is neither possible for Movant to know whom to contact for a conference nor to resolve the motion without Court involvement. Accordingly, Movant submits that the Court should waive the requirement to comply with LR 7.01(a) in this instance.

---

[1] Movant respectfully requests that the Court waive Local Rule 7.01's meet and confer requirement.

- 1 -

Dated: April 6, 2021

Respectfully submitted,

SUTHERLAND & BELK, PLC

*/s/Russell Belk*
Russell Belk, B.P.R. No. 027960
Taylor Sutherland, B.P.R. No. 026624
2505 21st Avenue South, Suite 400
Nashville, TN, 37212
Phone: (615) 846-6200
Fax: (615) 208-2255
russell@sbinjurylaw.com
taylor@sbinjurylaw.com

*Counsel for Movant and Proposed Liaison*
*Counsel for the Class*

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (*pro hac vice* forthcoming)
Lucas E. Gilmore (*pro hac vice* forthcoming)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
1301 Second Avenue, Suite 3000
Seattle, WA  98101
Telephone: (206)
Facsimile:  (206)
steve@hbsslaw.com

*Counsel for Movant and Proposed Lead Counsel*
*for the Class*

- 2 -

**CERTIFICATE OF SERVICE**

This is to certify I have this date served the above and foregoing *Notice of Motion and Declaration with Exhibits A-E* on the Court's electronic filing system, which will serve counsel of record.

SO CERTIFIED this 6th day of April 2021

SUTHERLAND & BELK, PLC

*/s/Russell Belk*
Russell Belk, B.P.R. No. 027960
Taylor Sutherland, B.P.R. No. 026624
2505 21st Avenue South, Suite 400
Nashville, TN, 37212
Phone: (615) 846-6200
Fax: (615) 208-2255
russell@sbinjurylaw.com
taylor@sbinjurylaw.com

- 1 -

010985-11/1460206 V1