# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00096 |
| Plaintiff, | Honorable Aleta A. Trauger |
| v. | <u>CLASS ACTION</u> |
| CLOVER HEALTH INVESTMENTS CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY, | |
| Defendants. | |
| BRINAL KAUL, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00101 |
| Plaintiff, | Honorable Aleta A. Trauger |
| v. | <u>CLASS ACTION</u> |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a/ SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, | |
| Defendants. | |

010985-11/1460801 V1

| | |
|---|---|
| MATTHEW YANIV, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>      v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY, and JOSEPH WAGNER,<br><br>                           Defendants. | Case No. 3:21-cv-00109<br><br>Honorable Aleta A. Trauger<br><br><u>CLASS ACTION</u> |
| JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>      v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNED, JACQUELINE D. RESE, and JAMES RYANS,<br><br>                           Defendants. | Case No. 3:21-cv-00138<br><br>Honorable Aleta A. Trauger<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING MOTION OF PRABHJOT AHLUWALIA TO: (1) CONSOLIDATE THE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

**WAIVER OF MEET AND CONFER REQUIREMENT OF LR 7.01 REQUESTED**

WHEREAS, the Court has considered the motion of class member Prabhjot Ahluwalia ("Movant") for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Clover Health Investments, Corp. ("Clover Health" or the "Company") from October 6, 2020 and February 4, 2021, both dates inclusive; (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class and Sutherland & Belk as Liaison Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedures, *Bond v. Clover Health Investments, Corp. et al,* No. 3:21-cv-00096, *Kaul v. Clover Health Investments, Corp. et al.,* No. 3:21-cv-00101, *Yaniv v. Clover Health Investments, Corp. et al.*, No. 3:21-cv-00109, and *Tremblay v. Clover Health Investments, Corp. et al.*, No. 3:21-cv-00138 are consolidated as:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| *In re CLOVER HEALTH INVESTMENTS,* *CORP. SECURITIES LITIGATION* | ) Master File No.  3:21-cv-00096 ) <u>CLASS ACTION</u> ) |
| This Document Related to:<br><br>    ALL ACTIONS. | ) ) ) ) ) |

(a) The file in Case No. 3:21-cv-00096 shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other actions.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a

- 1 -

pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)     All securities class actions on behalf of purchasers of Clover Health securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  This order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within then days after the action is consolidated into this action; and

(c)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

2.     Class member Prabhjot Ahluwalia is appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

3.     Lead Plaintiff's selection of Lead Counsel and Liaison Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Hagens Berman Sobol Shapiro LLP and Sutherland & Belk are approved as Lead Counsel and Liaison Counsel for the Class in the action.

4.     Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

010985-11/1460801 V1

5.      Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Plaintiffs and for the dissemination of notices and orders of this Court.  No motion, request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel.

6.      Lead Counsel shall also be available and responsible for communications to and from this Court.

7.      Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

        IT IS SO ORDERED.

Dated: _____

_____
HON. ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

Dated: April 6, 2021            Respectfully submitted,

                               SUTHERLAND & BELK, PLC

                               */s/Russell Belk*_____
                               Russell Belk, B.P.R. No. 027960
                               Taylor Sutherland, B.P.R. No. 026624
                               2505 21st Avenue South, Suite 400
                               Nashville, TN, 37212
                               Phone: (615) 846-6200
                               Fax: (615) 208-2255
                               russell@sbinjurylaw.com
                               taylor@sbinjurylaw.com

                               *Counsel for Movant and Proposed Liaison*
                               *Counsel for the Class*

- 3 -

HAGENS BERMAN SOBOL SHAPIRO LLP
Reed R. Kathrein (*pro hac vice* forthcoming)
Lucas E. Gilmore (*pro hac vice* forthcoming)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman
1301 Second Avenue, Suite 3000
Seattle, WA  98101
Telephone: (206)
Facsimile:  (206)
steve@hbsslaw.com

*Counsel for Movant and Proposed Lead Counsel
for the Class*

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

This is to certify I have this date served the above and foregoing *Proposed Order* on the

Court's electronic filing system, which will serve counsel of record.

SO CERTIFIED this 6th day of April 2021

SUTHERLAND & BELK, PLC

*/s/Russell Belk*_____
Russell Belk, B.P.R. No. 027960
Taylor Sutherland, B.P.R. No. 026624
2505 21st Avenue South, Suite 400
Nashville, TN, 37212
Phone: (615) 846-6200
Fax: (615) 208-2255
russell@sbinjurylaw.com
taylor@sbinjurylaw.com

- 1 -

010985-11/1460801 V1