UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00096 |
| Plaintiff, | Honorable Aleta A. Trauger |
| v. | <u>CLASS ACTION</u> |
| CLOVER HEALTH INVESTMENTS CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY, | |
| Defendants. | |
| BRINAL KAUL, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00101 |
| Plaintiff, | Honorable Aleta A. Trauger |
| v. | <u>CLASS ACTION</u> |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a/ SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, | |
| Defendants. | |

010985-11/1460798 V1

| | |
|---|---|
| MATTHEW YANIV, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00109 |
| Plaintiff, | Honorable Aleta A. Trauger |
| v. | <u>CLASS ACTION</u> |
| CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY, and JOSEPH WAGNER, | |
| Defendants. | |
| JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00138 |
| Plaintiff, | Honorable Aleta A. Trauger |
| v. | <u>CLASS ACTION</u> |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNED, JACQUELINE D. RESE, and JAMES RYANS, | |
| Defendants. | |

**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION OF PRABHJOT AHLUWALIA TO: (1) CONSOLIDATE THE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

**WAIVER OF MEET AND CONFER REQUIREMENT OF LR 7.01 REQUESTED**

010985-11/1460798 V1

I, Lucas E. Gilmore, declare as follows:

1.      I am a Senior Counsel at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Prabhjot Ahluwalia ("Movant").  I am an attorney licensed to practice law in the State of California.  I make this declaration in support of Movant's Motion for Consolidation of Related Cases, Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Movant's sworn Certification;

Exhibit B:     Charts of Movant's estimated losses;

Exhibit C:     Notice of pendency of class action published in *Globe NewsWire*, a national business-oriented wire service, on February 8, 2021;

Exhibit D:     Movant's Declaration; and

Exhibit E:     Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of April 2021, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

010985-11/1460798 V1

## CERTIFICATE OF SERVICE

This is to certify I have this date served the above and foregoing *Declaration with Exhibits*

*A-E* on the Court's electronic filing system, which will serve counsel of record.

SO CERTIFIED this 6th day of April 2021

SUTHERLAND & BELK, PLC

*/s/Russell Belk*
Russell Belk, B.P.R. No. 027960
Taylor Sutherland, B.P.R. No. 026624
2505 21st Avenue South, Suite 400
Nashville, TN, 37212
Phone: (615) 846-6200
Fax: (615) 208-2255
russell@sbinjurylaw.com
taylor@sbinjurylaw.com

- 1 -

010985-11/1460798 V1