# Exhibit B

## Loss Analysis for Prabhjot Ahluwalia - Clover Health Investments Corp. (CLOV)
## Class Period 10/06/2020 - 02/04/2021

| | PURCHASES | | | | SALES | | | |
| | Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | Amount Received |
|---|---|---|---|---|---|---|---|---|
| **Pre-Class Held** | | | | | | | | |
| **Class Period** | 12/28/20 | 250 | $16.5100 | $4,127.50 | 12/31/20 | 400 | $16.7590 | $6,703.60 |
| **Purchases** | 12/28/20 | 2,500 | $16.7000 | $41,750.00 | 12/31/20 | 500 | $16.7700 | $8,385.00 |
| | 12/28/20 | 350 | $15.8050 | $5,531.75 | 01/05/21 | 250 | $15.0233 | $3,755.83 |
| | 12/28/20 | 900 | $16.0567 | $14,451.03 | 01/07/21 | 750 | $15.7700 | $11,827.50 |
| | 12/29/20 | 300 | $16.7000 | $5,010.00 | 01/12/21 | 500 | $15.1250 | $7,562.50 |
| | 12/30/20 | 100 | $16.0800 | $1,608.00 | 01/15/21 | 1,000 | $13.5900 | $13,590.00 |
| | 01/05/21 | 250 | $15.0000 | $3,750.00 | 01/15/21 | 1,400 | $14.0100 | $19,614.00 |
| | 01/05/21 | 300 | $15.3450 | $4,603.50 | 01/20/21 | 1,300 | $14.0401 | $18,252.13 |
| | 01/05/21 | 50 | $15.3489 | $767.45 | 01/22/21 | 500 | $13.6700 | $6,835.00 |
| | 01/06/21 | 1,000 | $15.7250 | $15,725.00 | 01/25/21 | 500 | $14.5800 | $7,290.00 |
| | 01/06/21 | 150 | $15.1739 | $2,276.09 | 01/26/21 | 100 | $15.8450 | $1,584.50 |
| | 01/06/21 | 750 | $15.1400 | $11,355.00 | 01/26/21 | 1,000 | $14.0500 | $14,050.00 |
| | 01/07/21 | 1,000 | $15.7875 | $15,787.50 | 01/26/21 | 150 | $15.7800 | $2,367.00 |
| | 01/11/21 | 100 | $14.9645 | $1,496.45 | 01/26/21 | 250 | $15.4500 | $3,862.50 |
| | 01/11/21 | 100 | $15.0450 | $1,504.50 | 01/26/21 | 250 | $15.4881 | $3,872.03 |
| | 01/11/21 | 100 | $15.0650 | $1,506.50 | 01/26/21 | 250 | $15.6595 | $3,914.88 |
| | 01/11/21 | 100 | $15.1200 | $1,512.00 | 01/26/21 | 2,500 | $15.4800 | $38,700.00 |
| | 01/11/21 | 1,000 | $15.1700 | $15,170.00 | 01/26/21 | 500 | $14.2862 | $7,143.10 |
| | 01/11/21 | 350 | $14.8672 | $5,203.52 | 01/26/21 | 500 | $14.6350 | $7,317.50 |
| | 01/11/21 | 50 | $14.7651 | $738.26 | 01/26/21 | 500 | $15.2000 | $7,600.00 |
| | 01/11/21 | 500 | $15.0000 | $7,500.00 | 01/26/21 | 500 | $15.2914 | $7,645.70 |
| | 01/11/21 | 500 | $15.1908 | $7,595.40 | 01/26/21 | 500 | $15.6000 | $7,800.00 |
| | 01/12/21 | 100 | $14.7168 | $1,471.68 | 01/27/21 | 10 | $14.5000 | $145.00 |
| | 01/12/21 | 1,000 | $14.7168 | $14,716.80 | 01/27/21 | 1,000 | $16.2500 | $16,250.00 |
| | 01/12/21 | 200 | $14.7250 | $2,945.00 | 01/27/21 | 1,000 | $16.7500 | $16,750.00 |
| | 01/12/21 | 700 | $14.5450 | $10,181.50 | 01/27/21 | 990 | $14.4500 | $14,305.50 |
| | 01/13/21 | 100 | $14.1450 | $1,414.50 | 01/28/21 | 2,000 | $14.2500 | $28,500.00 |
| | 01/13/21 | 1,000 | $14.2350 | $14,235.00 | 01/29/21 | 500 | $14.5000 | $7,250.00 |
| | 01/15/21 | 170 | $14.1100 | $2,398.70 | 02/02/21 | 900 | $14.3000 | $12,870.00 |
| | 01/15/21 | 200 | $13.5900 | $2,718.00 | 02/03/21 | 1,000 | $14.0100 | $14,010.00 |
| | 01/15/21 | 200 | $13.6000 | $2,720.00 | 02/03/21 | 3,000 | $13.9500 | $41,850.00 |
| | 01/15/21 | 830 | $14.1500 | $11,744.50 | 02/03/21 | 500 | $14.0100 | $7,005.00 |
| | 01/19/21 | 500 | $13.5000 | $6,750.00 | | | | |
| | 01/20/21 | 1,000 | $13.7800 | $13,780.00 | | | | |
| | 01/20/21 | 1,000 | $13.8050 | $13,805.00 | | | | |
| | 01/20/21 | 300 | $13.7878 | $4,136.34 | | | | |
| | 01/20/21 | 4,100 | $13.7695 | $56,454.95 | | | | |
| | 01/21/21 | 1,500 | $13.6050 | $20,407.50 | | | | |
| | 01/21/21 | 198 | $13.5971 | $2,692.23 | | | | |
| | 01/21/21 | 302 | $13.5968 | $4,106.23 | | | | |
| | 01/21/21 | 350 | $13.5500 | $4,742.50 | | | | |
| | 01/21/21 | 50 | $13.5289 | $676.45 | | | | |
| | 01/22/21 | 100 | $13.5000 | $1,350.00 | | | | |
| | 01/22/21 | 250 | $13.5050 | $3,376.25 | | | | |
| | 01/22/21 | 250 | $13.5850 | $3,396.25 | | | | |
| | 01/26/21 | 1,000 | $13.9500 | $13,950.00 | | | | |
| | 01/27/21 | 100 | $14.3999 | $1,439.99 | | | | |
| | 01/27/21 | 100 | $14.3999 | $1,439.99 | | | | |
| | 01/27/21 | 1,000 | $15.3999 | $15,399.90 | | | | |
| | 01/27/21 | 1,000 | $15.6199 | $15,619.90 | | | | |
| | 01/27/21 | 1,200 | $15.9057 | $19,086.84 | | | | |
| | 01/27/21 | 127 | $14.4100 | $1,830.07 | | | | |
| | 01/27/21 | 14 | $14.3999 | $201.60 | | | | |
| | 01/27/21 | 156 | $14.3999 | $2,246.38 | | | | |
| | 01/27/21 | 180 | $14.9900 | $2,698.20 | | | | |
| | 01/27/21 | 1,840 | $15.5122 | $28,542.45 | | | | |
| | 01/27/21 | 250 | $15.3199 | $3,829.98 | | | | |
| | 01/27/21 | 3 | $14.4100 | $43.23 | | | | |
| | 01/27/21 | 40 | $15.2899 | $611.60 | | | | |
| | 01/27/21 | 460 | $15.5199 | $7,139.15 | | | | |
| | 01/27/21 | 6 | $14.3999 | $86.40 | | | | |
| | 01/27/21 | 8 | $14.3999 | $115.20 | | | | |

| Purchases Date | Shares | Price | Amount | Sales Date | Shares | Price | | Amount |
|---|---|---|---|---|---|---|---|---|
| 01/27/21 | 8 | $14.3999 | $115.20 | | | | | |
| 01/27/21 | 8 | $14.3999 | $115.20 | | | | | |
| 01/28/21 | 10 | $14.5478 | $145.48 | | | | | |
| 01/28/21 | 100 | $14.5100 | $1,451.00 | | | | | |
| 01/28/21 | 150 | $13.8689 | $2,080.34 | | | | | |
| 01/28/21 | 200 | $14.3100 | $2,862.00 | | | | | |
| 01/28/21 | 2,000 | $14.0298 | $28,059.60 | | | | | |
| 01/28/21 | 2,400 | $14.0399 | $33,695.76 | | | | | |
| 01/28/21 | 250 | $14.7699 | $3,692.48 | | | | | |
| 01/28/21 | 290 | $14.5375 | $4,215.88 | | | | | |
| 01/28/21 | 40 | $13.7650 | $550.60 | | | | | |
| 01/28/21 | 460 | $14.5100 | $6,674.60 | | | | | |
| 01/28/21 | 500 | $14.4850 | $7,242.50 | | | | | |
| 01/28/21 | 600 | $14.0350 | $8,421.00 | | | | | |
| 01/29/21 | 200 | $13.8800 | $2,776.00 | | | | | |
| 01/29/21 | 2,000 | $13.9099 | $27,819.80 | | | | | |
| 01/29/21 | 300 | $14.2000 | $4,260.00 | | | | | |
| 01/29/21 | 500 | $14.1850 | $7,092.50 | | | | | |
| 02/01/21 | 1,000 | $13.7400 | $13,740.00 | | | | | |
| 02/01/21 | 110 | $13.7100 | $1,508.10 | | | | | |
| 02/01/21 | 500 | $13.8100 | $6,905.00 | | | | | |
| 02/01/21 | 800 | $13.6780 | $10,942.40 | | | | | |
| 02/01/21 | 90 | $13.5700 | $1,221.30 | | | | | |
| 02/02/21 | 1,000 | $13.9800 | $13,980.00 | | | | | |
| 02/02/21 | 1,000 | $14.0100 | $14,010.00 | | | | | |
| 02/02/21 | 2,000 | $14.1550 | $28,310.00 | | | | | |
| 02/02/21 | 900 | $14.2500 | $12,825.00 | | | | | |
| 02/04/21 | 1,000 | $12.3500 | $12,350.00 | | | | | |
| 02/04/21 | 1,000 | $12.5000 | $12,500.00 | | | | | |
| 02/04/21 | 1,250 | $12.2000 | $15,250.00 | | | | | |
| 02/04/21 | 1,500 | $12.7000 | $19,050.00 | | | | | |
| 02/04/21 | 1,910 | $12.6900 | $24,237.90 | | | | | |
| 02/04/21 | 23 | $12.4900 | $287.27 | | | | | |
| 02/04/21 | 25 | $12.4800 | $312.00 | | | | | |
| 02/04/21 | 277 | $12.4700 | $3,454.19 | | | | | |
| 02/04/21 | 3,000 | $13.2000 | $39,600.00 | | | | | |
| 02/04/21 | 500 | $12.2899 | $6,144.95 | | | | | |
| 02/04/21 | 500 | $12.6500 | $6,325.00 | | | | | |
| 02/04/21 | 590 | $12.7000 | $7,493.00 | | | | | |
| 02/04/21 | 75 | $12.4600 | $934.50 | | | | | |
| 02/04/21 | 900 | $12.1500 | $10,935.00 | | | | | |
| **Post Class Purchases** | | | | **Post Class Sales** 02/05/21 | 800 | $11.7400 | | $9,392.00 |
| | | | | 02/08/21 | 1,600 | $12.6500 | * | $20,240.00 |
| | | | | 02/08/21 | 200 | $12.6500 | * | $2,530.00 |
| | | | | 02/09/21 | 1,250 | $13.0900 | | $16,362.50 |
| | | | | 02/09/21 | 250 | $12.8200 | * | $3,205.00 |
| | | | | 02/09/21 | 500 | $12.8200 | * | $6,410.00 |
| | | | | 02/09/21 | 500 | $13.0300 | | $6,515.00 |
| | | | | 02/09/21 | 500 | $13.5000 | | $6,750.00 |
| | | | | 02/11/21 | 230 | $12.5940 | * | $2,896.62 |
| | | | | 02/11/21 | 670 | $12.5940 | * | $8,437.98 |
| | | | | 02/12/21 | 3,000 | $12.5083 | * | $37,525.00 |
| | | | | 03/01/21 | 3,050 | $11.2938 | * | $34,445.94 |
| | | | | 03/09/21 | 100 | $10.3955 | * | $1,039.55 |
| | | | | 03/09/21 | 1,021 | $10.3955 | * | $10,613.76 |
| | | | | 03/09/21 | 679 | $10.3955 | * | $7,058.51 |
| | | | | 03/11/21 | 200 | $10.2283 | * | $2,045.67 |
| | | | | 03/11/21 | 4,321 | $10.2283 | * | $44,196.63 |
| | | | | 03/11/21 | 500 | $10.2283 | * | $5,114.17 |
| | | | | 03/11/21 | 979 | $10.2283 | * | $10,013.54 |
| | | | | 03/12/21 | 200 | $10.1756 | | $2,035.12 |
| | | | | 03/12/21 | 2,425 | $10.1756 | | $24,675.83 |
| | | | | 03/12/21 | 428 | $10.1756 | * | $4,355.16 |
| | | | | 03/12/21 | 6,947 | $10.1756 | * | $70,689.89 |
| | | | | 03/26/21 | 100 | $9.6499 | * | $964.99 |
| | | | | 03/26/21 | 100 | $9.6499 | * | $964.99 |
| | | | | 03/26/21 | 7,000 | $9.6499 | * | $67,549.00 |

* On 02/08/21 movant actually sold 1,600 shares at $12.21 and 200 shares at $12.22. On 02/09/21 movant actually sold 250 shares at $12.67 and 500 shares at $12.58. On 02/11/21 movant actually sold 230 shares at $12.0501 and 670 shares at $12.05. On 02/12/21 movant actually sold 3,000 shares at $12.14. On 03/01/21 movant actually sold 3,050 shares at $10.5106. On 03/09/21 movant actually sold 100 shares at $8.335, 1,021 shares at $8.34 and 679 shares at $8.3301. On 03/11/21 movant actually sold 200 shares at $8.611, 4,321 shares at $8.6101, 500 shares at $8.615, and 979 shares at $8.61. On 03/12/21 movant actually sold 200 shares at $8.751, 2,2425 shares at $8.75, 428 shares at $8.755 and 6,947 shares at $8.74. On 03/26/21 movant actually sold 100 shares at $7.275, 100 shares at $7.285 and 7,000 shares at $7.27. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of CLOV between 02/05/21 and 02/08/21, $12.65, between 02/05/21 and 02/09/21, $12.82, between 02/05/21 and 02/11/21, $12.594, between 02/05/21 and 02/12/21, $12.5083, between 02/05/21 and 03/01/21, $11.2938, between 02/05/21 and 03/09/21, $10.3955, between 02/05/21 and 03/11/21, $10.2283, between 02/05/21 and 03/12/21, $10.1756, and between 02/05/21 and 03/26/21, $9.6499.

| | | | |
|---|---|---|---|
| **Total Shares Acquired in CP** 62,550 | **Total Amt. Paid in CP** $887,055.22 | **Total Shares Sold in CP** 25,000 | **Total Amt. Sold in CP** $368,608.26 |
| | | **Post CP Shares Sold** 37,550 | **Post CP Amount Sold** $406,026.83 |
| | | **Total Shares Sold to Current** 62,550 | **Total Amt. Sold to Current** $774,635.08 **ALTERNATIVE** |

**Actual Net Shares Acquired in CP** 37,550 **(CP Retained Shares)**

**Net Amount Paid in CP** $518,446.96

**Net Amount Paid in CP Minus Sold to Current Date** $112,420.13 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

**Net Shares Acquired in CP (CP Retained Shares)** 37,550 **Automatically 0 if Negative**

**Net Shares Acquired During Class Period Held to Current Date** 0 **Automatically 0 if Negative (ALTERNATIVE)**

**90-Day Mean Share Price after last Day of CP** $9.33

**Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** $350,153.75

**Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** $0.00 **ALTERNATIVE**

**Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** $518,446.96 **ALTERNATIVE**

**Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** $168,293.21

**Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** $112,420.13 **ALTERNATIVE**