| | |
|---|---|
| TIMOTHY BOND, individually and on behalf of all others similarly situated, <br><br>           Plaintiff, <br><br>     v. <br><br> CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY, <br><br>           Defendants. | Case No.: 3:21-cv-00096 <br><br> CLASS ACTION <br><br> Judge Aleta A. Trauger <br><br> ORAL ARGUMENT REQUESTED |
| BRINAL KAUL, Individually and on behalf of all others similarly situated, <br><br>           Plaintiff, <br><br>     v. <br><br> CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, <br><br>           Defendants. | Case No.: 3:21-cv-00101 <br><br> Judge Aleta A. Trauger |
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated, <br><br>           Plaintiff, <br><br>     v. <br><br> CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY and JOSEPH WAGNER, <br><br>           Defendants. | Case No.: 3:21-cv-00109 <br><br> Judge Aleta A. Trauger |

| | |
|---|---|
| JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>            Defendants. | Case No. 3:21-cv-00138<br><br>Judge Aleta A. Trauger |

## MOTION OF DWIGHT G. METCALF FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed Lead Plaintiff Dwight G. Metcalf ("Mr. Metcalf"), respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Mr. Metcalf as Lead Plaintiff; (3) approving Mr. Metcalf's selection of Labaton Sucharow LLP as Lead Counsel for the Class and Spragens Law PLC as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.[1]

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of John Spragens, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Metcalf respectfully requests that the Court grant his motion and enter an Order: (1) consolidating the above-captioned actions; (2) appointing Mr. Metcalf as Lead Plaintiff; (3) approving Mr. Metcalf's selection of Labaton Sucharow as Lead Counsel for the Class and Spragens Law PLC as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

---

[1] Local Rule 7.01(a)(1) requires a party seeking a motion to confer with opposing counsel to ascertain whether or not the relief requested in the motion is opposed.  The PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff.  15 U.S.C. § 78u-4(a)(3)(B)(i).  As a result, Mr. Metcalf cannot determine which other parties, if any, will also seek appointment as Lead Plaintiff until after the April 6, 2020, filing deadline expires.  Accordingly, a conference under Local Rule 7.01(a)(1) could not resolve the lead plaintiff motion required to be filed under the PSLRA.  Mr. Metcalf's counsel, therefore, respectfully requests that compliance with Local Rule 7.01(a)(1) be waived in this narrow instance.

DATED:  April 6, 2021

Respectfully submitted,

*/s/ John Spragens*
John Spragens (Bar No. 031445)
**SPRAGENS LAW PLC**
311 22nd Avenue N.
Nashville, Tennessee 37203
Telephone: (615) 983-8900
Facsimile: (615) 682-8533
john@spragenslaw.com

*Local Counsel for Lead Plaintiff Movant Dwight G.
Metcalf and Proposed Liaison Counsel for the Class*

Christopher J. Keller
Eric J. Belfi
Francis P. McConville
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
ckeller@labaton.com
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Lead Plaintiff Movant Dwight G. Metcalf,
and Proposed Lead Counsel for the Class*

Guillaume Buell
**THORNTON LAW FIRM LLP**
1 Lincoln Street
Boston, Massachusetts 02111
Telephone: (617) 531-3933
Facsimile: (617) 720-2445
Email: gbuell@tenlaw.com

*Additional Counsel for Dwight G. Metcalf*

2

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 6, 2021, I authorized the electronic filing of the MOTION OF DWIGHT G. METCALF FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Respectfully submitted,

*/s/ John Spragens*
JOHN SPRAGENS

# Mailing Information for a Case 3:21-cv-00096 Bond v. Clover Health Investments, Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey C. Block**
  jeff@blockleviton.com

- **Benjamin A. Gastel**
  beng@bsjfirm.com,nicolev@bsjfirm.com,mariahy@bsjfirm.com,gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jims@bsjfirm.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jennifers@bsjfirm.com

- **Stephen J. Teti**
  steti@blockleviton.com

- **Jacob A. Walker**
  jake@blockleviton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)