| | |
|---|---|
| TIMOTHY BOND, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>        Defendants. | Case No.: 3:21-cv-00096<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger<br><br>ORAL ARGUMENT REQUESTED |
| BRINAL KAUL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>        Defendants. | Case No.: 3:21-cv-00101<br><br>Judge Aleta A. Trauger |
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY and JOSEPH WAGNER,<br><br>        Defendants. | Case No.: 3:21-cv-00109<br><br>Judge Aleta A. Trauger |

| | |
|---|---|
| JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, <br><br> Defendants. | Case No. 3:21-cv-00138 <br><br> Judge Aleta A. Trauger |

**DECLARATION OF JOHN SPRAGENS IN SUPPORT OF MOTION OF DWIGHT G. METCALF FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, John Spragens, declare as follows:

I am a member in good standing of the bar of the State of Tennessee and am admitted to practice before this Court. I am an attorney at the law firm of Spragens Law PLC, proposed Liaison Counsel for the Class. I submit this declaration in support of the motion filed by proposed Lead Plaintiff Dwight G. Metcalf ("Mr. Metcalf") for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Mr. Metcalf as Lead Plaintiff; (3) approving Mr. Metcalf's selection of Labaton Sucharow LLP as Lead Counsel for the Class and Spragens Law PLC as Liaison Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A: Signed Certification of Mr. Metcalf, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B: A chart reflecting Mr. Metcalf's Class Period transactions in Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III securities and approximate losses;

EXHIBIT C: Notice of pendency of *Kaul v. Clover Health Investments, Corp.*, No. 21-cv-00101 (M.D. Tenn.) published on February 5, 2021;

EXHIBIT D: Notice of pendency of *Bond v. Clover Health Investments, Corp.*, No. 21-cv-00096 (M.D. Tenn.) published on February 8, 2021;

EXHIBIT E: Declaration of Mr. Metcalf; and

EXHIBIT F: Firm Resume of Labaton Sucharow LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  April 6, 2021                                      Respectfully submitted,

*/s/ John Spragens*
John Spragens (Bar No. 031445)
**SPRAGENS LAW PLC**
311 22nd Avenue N.
Nashville, Tennessee 37203
Telephone: (615) 983-8900
Facsimile: (615) 682-8533
john@spragenslaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 9, 2020, I authorized the electronic filing of the DECLARATION OF JOHN SPRAGENS IN SUPPORT OF MOTION OF DWIGHT G. METCALF FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Respectfully submitted,

*/s/ John Spragens*
JOHN SPRAGENS

# Mailing Information for a Case 3:21-cv-00096 Bond v. Clover Health Investments, Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey C. Block**
  jeff@blockleviton.com

- **Benjamin A. Gastel**
  beng@bsjfirm.com,nicolev@bsjfirm.com,mariahy@bsjfirm.com,gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jims@bsjfirm.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jennifers@bsjfirm.com

- **Stephen J. Teti**
  steti@blockleviton.com

- **Jacob A. Walker**
  jake@blockleviton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)