# Exhibit A

# CERTIFICATION

I, Dwight Metcalf, hereby certify and declare as follows:

1.      I have reviewed a complaint against Clover Health Investments, Corp. alleging violations of the federal securities laws, discussed it with my counsel, and generally adopt its allegations without waiving the right to alter the allegations in a consolidated or amended complaint;

2.      I have authorized my counsel to file a motion seeking to appoint me as lead plaintiff and approve my selection of counsel;

3.      I did not purchase the securities that are subject of this action at the direction of counsel or in order to participate in any private action under the federal securities laws;

4.      I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

5.      My Class Period transactions in the securities that are subject of this action are reflected in Exhibit A, attached hereto;

6.      During the three years prior to the date of this Certification, I have not sought to serve or served as a lead plaintiff or representative party for a class under the federal securities laws;

7.      Beyond a pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under the penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this __4/5/2021_____.

DocuSigned by:

*Dwight Metcalf*

690D359B78EB446...

Dwight Metcalf

# EXHIBIT A

| Transaction | Date | Shares | Price Per Share |
|---|---|---|---|
| Purchase | 01/07/21 | 5,477.00 | $15.7500 |
| Purchase | 01/07/21 | 210.00 | $15.7400 |
| Purchase | 01/07/21 | 1,800.00 | $15.7200 |
| Purchase | 01/07/21 | 300.00 | $15.7100 |
| Purchase | 01/07/21 | 20.00 | $15.6950 |
| Purchase | 01/07/21 | 61.00 | $15.6900 |
| Purchase | 01/07/21 | 2,006.00 | $15.6850 |
| Purchase | 01/07/21 | 126.00 | $15.6800 |
| Purchase | 01/08/21 | 5,000.00 | $15.1499 |
| Purchase | 01/11/21 | 1,000.00 | $15.5299 |
| Purchase | 01/11/21 | 3,000.00 | $15.2499 |
| Purchase | 01/11/21 | 1,599.00 | $15.1899 |
| Purchase | 01/11/21 | 1,001.00 | $15.1898 |
| Purchase | 01/11/21 | 2,400.00 | $15.1850 |
| Purchase | 01/11/21 | 6,000.00 | $15.0299 |
| Sale | 01/19/21 | 4,000.00 | $13.6350 |
| Sale | 01/19/21 | 4,000.00 | $13.5001 |
| Sale | 01/19/21 | 1,000.00 | $13.6301 |
| Sale | 01/19/21 | 1,000.00 | $13.6390 |