# Exhibit B

**LOSS ANALYSIS**
**Class Period: 10/6/2020 to 2/4/2021**

## CLOVER HEALTH INVESTMENTS, CORP.

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| CLOV | 18914F103 | BNQS7K7 | US18914F1030 | $9.3942 [1] |

**Dwight G. Metcalf**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Open | 10/06/20 | 0 | | |
| Purchase | 01/07/21 | 5,477 | $15.7500 | ($86,262.75) |
| Purchase | 01/07/21 | 210 | $15.7400 | ($3,305.40) |
| Purchase | 01/07/21 | 1,800 | $15.7200 | ($28,296.00) |
| Purchase | 01/07/21 | 300 | $15.7100 | ($4,713.00) |
| Purchase | 01/07/21 | 20 | $15.6950 | ($313.90) |
| Purchase | 01/07/21 | 61 | $15.6900 | ($957.09) |
| Purchase | 01/07/21 | 2,006 | $15.6850 | ($31,464.11) |
| Purchase | 01/07/21 | 126 | $15.6800 | ($1,975.68) |
| Purchase | 01/08/21 | 5,000 | $15.1499 | ($75,749.50) |
| Purchase | 01/11/21 | 1,000 | $15.5299 | ($15,529.90) |
| Purchase | 01/11/21 | 3,000 | $15.2499 | ($45,749.70) |
| Purchase | 01/11/21 | 1,599 | $15.1899 | ($24,288.65) |
| Purchase | 01/11/21 | 1,001 | $15.1898 | ($15,204.99) |
| Purchase | 01/11/21 | 2,400 | $15.1850 | ($36,444.00) |
| Purchase | 01/11/21 | 6,000 | $15.0299 | ($90,179.40) |
| **Class Period purchases:** | | **30,000** | | **($460,434.07)** |
| Sale | 01/19/21 | -4,000 | $13.6350 | $54,540.00 |
| Sale | 01/19/21 | -4,000 | $13.5001 | $54,000.40 |
| Sale | 01/19/21 | -1,000 | $13.6301 | $13,630.10 |
| Sale | 01/19/21 | -1,000 | $13.6390 | $13,639.00 |
| **Class Period sales (matched to** | | **-10,000** | | **$135,809.50** |
| Shares Held: | | 20,000 | $9.3942 | $187,883.33 |

**LIFO Gain/(Loss):** **($136,741.24)**

Total Shares Bought: 30,000

Total Net Shares: 20,000

Total Net Expenditures: ($324,624.57)

[1] *Value of units/shares held is the mean trading price from 2/4/2021 to 4/6/2021.*