# Exhibit D



# LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit Against Clover Health Investments, Corp. for Securities Fraud; Investors Who Lost Money Should Contact the Firm

**Block & Leviton LLP**
February 8, 2021, 8:49 AM · 3 min read

CLOV  +1.47%

BOSTON, Feb. 08, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders of Clover Health Investments, Corp. (NASDAQ: CLOV); formerly known as Social Capital Hedosophia Holdings Corp. III (NYSE: IPOC) and certain of its executives for securities fraud. Investors who purchased CLOV and/or IPOC shares between October 6, 2020 and February 4, 2021 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or to visit our website at https://www.blockleviton.com/cases/clov for information on the case. The deadline to move the Court for appointment as lead plaintiff is April 6, 2021.

Clover Health provides healthcare insurance services and purports to use proprietary technology to collect, structure, and analyze health and behavioral data. On January 7, 2021, Clover merged with SPAC Social Capital Hedosophia Holdings Corp. III and began to trade under the symbol CLOV on NASDAQ. On February 4, 2021, Hindenburg Research issued a report stating that prior to the merger, Clover has been under

### Related Quotes

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| CLOV | 7.61 | +0.11 | +1.47% |

Clover Health Investments, Corp.

### TRENDING

**1.** GLOBAL MARKETS-Wall Street pulls back, Treasury yields inch lower as eyes turn to Fed, earnings

**2.** Archegos Stocks Rise as Traders Shrug Off Fresh Block Trades

**3.** 'We're getting used to it,' and seeing the benefits associated with it: Prudential Financial Vice Chair on remote work

**4.** Yahoo Finance Plus is bullish on Wynn Resorts

**5.** Trump's steel tariffs could be a big boost to Biden's infrastructure push

active investigation by the U.S. Department of Justice for issues ranging from kickbacks to marketing practices to undisclosed third-party deals. Clover did not reveal that it was under active investigation by the DOJ. Clover's shares closed down approximately 12.3% on February 4, 2021, representing a one-day loss in market capitalization of approximately $700 million. On February 5, 2021, Clover acknowledged that it was aware of the DOJ investigation before entering into the business combination with Social Capital Hedosophia Holdings Corp. III, and also disclosed that it had received an inquiry from the U.S. Securities and Exchange Commission following publication of Hindenburg's report.

The lawsuit was filed in the U.S. District Court for the Middle District of Tennessee, U.S. Courthouse, Estes Kefauver Federal Building & Courthouse, 801 Broadway, Nashville, TN 37203. The case has not yet been assigned to a specific judge. The case is captioned *Bond v. Clover Health Investments, Corp., et al.*, (M.D. Tenn.). The class period in the *Bond* action is October 6, 2020 to February 3, 2021, while another action alleges a class period ending on February 4, 2021. A class has not yet been certified, and until a certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

**Story continues**

Case 3:21-cv-00096    Document 21-4    Filed 04/06/21    Page 3 of 7 PageID #: 204

## RECOMMENDED STORIES

**Bloomberg**

**A 33-Year-Old Fueling Crypto Boom Is Worrying Thai Regulators**

(Bloomberg) -- Atichanan Pulges first became interested in cryptocurrencies a decade ago when he was an engineering student in Los Angeles. Mining Bitcoin was a way for the Bangkok native to learn about markets and pay his

2d ago

**Bloomberg**

**Active Manager Darts Hit Target in Decade's Easiest Stock Market**

(Bloomberg) -- After a decade of futility, active mutual fund managers are having the run of a lifetime in 2021's can't-miss stock market.With leadership in equities moving beyond megacap tech companies -- for once --

1d ago

Ad · SmartAsset                    ...

**20 Questions to Tell If You're Ready to Retire**

This startup launched a free tool to match you with qualified fiduciary advisors so you can get sound financial advice in a volatile market.

**Bloomberg**

**Canada Dollar Looks to Extend Outperformance Deeper Into 2021**

(Bloomberg) -- Already one of the best-performing major currencies this year, Canada's dollar looks poised to become a market favorite for all of 2021.At the heart of the loonie's broad gains are demand for the country's

1d ago

**FX Empire**

**GBP/JPY Price Forecast – British Pound Continuing to Extend**

British pound traders continue to push the issue as it looks like we are trying to get to the ¥153.50 level.

1d ago

**MarketWatch**

**We have $1.6 million but most is locked in our 401(k) plans — how can we retire early without paying so much in taxes?**

I feel we have enough savings and it'll continue to grow the next two to three years before we decide to call it quits but the challenge is how to get to the money since it's all in 401(k) plans right now. Is it worth just paying

2h ago

Ad · Altimetry                    ...

**L.O.C.K. System Predicts Stock Market Crash**

Joel Litman's L.O.C.K. system predicted the March 2020 crash...Now it says all Americans should do one thing before May.

**USA TODAY**

**Stimulus checks sent to 130M Americans so far. Delayed payments for some Social Security beneficiaries to roll out.**

The Treasury has issued more than 130 million stimulus payments under President Biden's American Rescue Plan. Here's how to check your payment status.

23h ago

**Yahoo Finance**

**This major investor invested $100 million of his winnings from the GameStop trading frenzy into baseball trading cards**

Mudrick Capital's Jason Mudrick is making power moves after cashing in during the GameStop trading frenzy earlier this year. Here's why he is now putting money to work on trading cards.

4h ago

**Yahoo Finance**

**Former Disney CEO Michael Eisner to take trading card company Topps public in $1.3 billion SPAC deal**

Topps will become a public company again with the help of former Disney CEO Michael Eisner and top Wall Streeter Jason Mudrick.

9h ago

**Ad • Empire Financial Research**   ...

**Buying Tesla? Wait Until You See This...**

While investors are obsessed with Tesla's surge, legendary investor Whitney Tilson says an even bigger EV story will provide the highest gains.

**Reuters**

**Morgan Stanley dumped $5 billion in Archegos stock night before fire sale: CNBC**

Morgan Stanley had the consent of Archegos, run by former Tiger Management analyst Bill Hwang, to shop around its stock late Thursday, according to the report. Morgan Stanley did not immediately respond to a

54m ago

**FX Empire**

**NZD/USD Forex Technical Analysis – Trader Reaction to .7027 Sets the Tone, but Low Volume Could Be Problem**

The direction of the NZD/USD on Monday is likely to be determined by trader reaction to .7027.

2d ago

**Yahoo Finance**

**A 'significant' stock market 'consolidation' may only be months away: Deutsche Bank**

Deutsche Bank warns the stock market could be at risk for a sizable pullback in coming months. Here's what would trigger the sell-off.

3h ago

**Ad • Stansberry Research**   ...

**Dump Your Cash Now**

An unstoppable force is taking over our financial markets. But most Americans won't see what's going on until it's too late. Here's what's coming.

**Bloomberg**

**A Century of Data Show Markets Far From Impervious to Tax Hikes**

(Bloomberg) -- The prospect of tax hikes may not have derailed gains in U.S. stocks yet, but 100 years of data say the market is far from impervious to them.Stocks can take a hit when rates rise on corporations and individuals,

2d ago

**MarketWatch**

**A bitcoin revolution is underway and MarketWatch is gathering a cast of crypto experts to explain what it all means. Sign up today!**

A financial paradigm shift may be evolving right under our very noses. Here's how to find out if it is an investment opportunity or another bubble.

18m ago

**MarketWatch**

**'We're seeing widespread frothiness, bubbles, risk-taking and leverage,' warns 'Dr. Doom' on state of stock-market**

Prominent academic Nouriel Roubini, a professor of economics at the New York University Stern School of Business, explains in an interview with Bloomberg TV that aired Tuesday that risk-taking on Wall Street is reaching

6h ago

Ad • Verizon    ···

**Get Fios Home Internet.**

Starting at $39.99/ mo. W/ Auto Pay + taxes & equip charges. For 200/200 Mbps.

**Benzinga**

**Scaramucci: Bitcoin Is The Apex Predator, But Ethereum Will Be The Actual Store Of Value**

Anthony Scaramucci, known Bitcoin proponent heading global investment firm SkyBridge Capital, believes that the future of the digital asset in investment portfolios is inevitable. What Happened: In a recent interview

19h ago

**TipRanks**

**2 Compelling Dividend Stocks Yielding at Least 8%; Oppenheimer Says 'Buy'**

The crises of the past year – the COVID pandemic, the social lockdowns, the economic shock – are on the wane, and that's good. However, the crisis post-mortems are rolling in. It's only natural to compare the current

1d ago

**MarketWatch**

**A powerful way to keep retirees out of poverty is to tackle this workplace problem**

A recent study by ProPublica and the Urban Institute found that as many as half of the 40 million working adults over age 50 will, at some point, be jettisoned from their jobs (fired outright) or forced to resign (jumping

6h ago

Ad • The Penny Hoarder    ···

**If You Have $1,000 in the Bank, Make These 4 Moves**

If you've got more than $1,000 in your checking account, you need to make these moves as fast as possible.

**MoneyWise**

**Is your state saying no to the $10,200 unemployment tax break?**

More than a dozen are not excluding the benefits from state taxes. Is yours among them?

18h ago

**Reuters**

**Japan Airlines to retire 777 planes with Pratt & Whitney engines after United incident**

"JAL has decided to accelerate the retirement of all P&W equipped Boeing 777 by March 2021, which (was) originally planned by March 2022," the Japanese airline said on Monday in a notice on its website. JAL said it would

19h ago

**Barrons.com**

**GE Owns Half of a Jet Engine Maker. What a Bear Thinks Investors Should Know.**

J.P. Morgan analyst Stephen Tusa pored over the financials of partner Safran, a French aerospace company. He didn't like what he found.



9h ago