# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>        Defendants. | 3:21-cv-00096-AAT<br><br>Honorable Aleta A. Trauger |
| BRINAL KAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLOVER HEALTH INVESTMENTS CORP., f/k/a/ SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMAPTH PALIHAPITAYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>        Defendants. | 3:21-cv-00101-AAT |
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY, and JOSEPH WAGNER,<br><br>        Defendants. | 3:21-cv-00109-AAT |

| | |
|---|---|
| JEAN NICOLAS TREMBLAY, Individually and on Behalf of All Others Similarly Situated, | 3:21-cv-00138-AAT |
| Plaintiff, | |
| vs. | |
| CLOVER HEALTH INVESTMENTS CORP., f/k/a/ SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES and JAMES RYANS, | |
| Defendants. | |

**MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

PLEASE TAKE NOTICE that Lori Brennan ("Movant") hereby moves this court for:

(a) consolidation of the above-captioned related actions pursuant to Federal Rule of Civil Procedure 42(a);

(b) appointment as Lead Plaintiff, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), and Section 27 of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77z-1(a)(3), both as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and

(c) approval of Movant's selection of Bernstein Liebhard LLP ("Bernstein Liebhard") as Lead Counsel for the litigation and of Holifield and Janich PLLC ("Holifield & Janich").[1]

This Motion is based upon the Memorandum of Law and Declaration of Al Holifield filed concurrently herewith.

Dated: April 6, 2021

Respectfully submitted,

**HOLIFIELD & JANICH, PLLC**

/s/ *Al Holifield*
Al Holifield (BPR # 015494)
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
Telephone: (865) 566-0115
Facsimile: (865) 566-0119
Email: Aholifield@holifieldlaw.com

*Liaison Counsel for Movants and [Proposed] Liaison Counsel for the Class*

---

[1] Local Rule 7.01(a) requires a party seeking a motion to confer with opposing counsel to ascertain whether or not the relief requested in the motion is opposed. The PSLRA permits any "purported class member... including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff. 15 U.SC. § 78u-4(a)(3)(B)(i). As a result, Movant cannot determine which other parties, if any will also seek appointment as lead plaintiff until after the deadline expires on April 6, 2021. Accordingly, a conference under Local Rule 7.01(a) could not resolve the lead plaintiff motion required to be filed under the PSLRA. Movant's counsel, therefore, respectfully requests that compliance with Local Rule 7.01(a) be waived in this narrow instance.

1

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Matthew E. Guarnero
10 East 40th Street
28th Floor
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  lhasson@bernlieb.com
            mguarnero@bernlieb.com

*Counsel for Movant and [Proposed] Lead Counsel for the Proposed Class*
*PRO HAC VICE APPLICATION TO BE SUBMITTED*

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 6, 2021, I authorized the electronic filing of the **MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ *Al Holifield*
AL HOLIFIELD
HOLIFIELD & JANICH, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
Telephone: (865) 566-0115
Facsimile: (865) 566-0119
aholifield@holifieldlaw.com

**Mailing Information for Case 3:21-cv-00096-AAT Bond v. Clover Health Investments, Corp. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

Benjamin A. Gastel
Email: beng@bsjfirm.com

Jacob A. Walker
Email: jake@blockleviton.com

James Gerard Stranch , IV
Email: gerards@bsjfirm.com

3

Jeffrey C. Block
Email: jeff@blockleviton.com

Stephen J. Teti
Email: steti@blockleviton.com

**Manual Notice List**

No manual recipients

### Mailing Information for Case 3:21-cv-00109-AAT Yaniv v. Clover Health Investments, Corp. et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

Christopher M. Wood
Email: cwood@rgrdlaw.com

Jerry E. Martin
Email: jmartin@barrettjohnston.com

Mark S. Reich
Email: mreich@rgrdlaw.com

Mary K. Blasy
Email: mblasy@rgrdlaw.com

Samuel H. Rudman
Email: srudman@rgrdlaw.com

**Manual Notice List**

No manual recipients

### Mailing Information for Case 3:21-cv-00138-AAT Tremblay v. Clover Health Investments, Corp. et al

**Electronic Mail Notice List**
The following are those who are currently on the list to receive email notices for this case.

Corey D. Holzer
Email: cholzer@holzerlaw.com

J. Alexander Hood , II

4

Email: ahood@pomlaw.com

Jeremy A. Lieberman
Email: jalieberman@pomlaw.com

Patrick V. Dahlstrom
Email: pdahlstrom@pomlaw.com

Paul Kent Bramlett
Email: pknashlaw@aol.com

Robert P. Bramlett
Email: robert@bramlettlawoffices.com

**Manual Notice List**

No manual recipients

5

Case 3:21-cv-00096   Document 22   Filed 04/06/21   Page 7 of 7 PageID #: 244