# EXHIBIT C

FIFO/LIFO Losses
Class Period: 10/06/2020 - 02/04/2021                                                                                    Hold Price:        $9.3679

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| LORI BRENNAN | 12/28/20 | 2,500 | 15.9500 | 39,875.00 | | | | | 2,500 | 23,419.69 | (16,455.31) |
| | 12/28/20 | 2,500 | 16.2500 | 40,625.00 | | | | | 2,500 | 23,419.69 | (17,205.31) |
| | 12/29/20 | 310 | 16.1000 | 4,991.00 | | | | | 310 | 2,904.04 | (2,086.96) |
| | 01/14/21 | 1,000 | 13.6800 | 13,680.00 | | | | | 1,000 | 9,367.88 | (4,312.13) |
| **LORI BRENNAN Totals** | | **6,310** | | **$99,171.00** | | **-** | | **$0.00** | **6,310** | **$59,111.29** | **($40,059.71)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $9.3679 per share.