# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

|  |  |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | 3:21-cv-00096-AAT |
| Plaintiff, | ) ) | Honorable Aleta A. Trauger |
| vs. | ) ) | |
| CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

|  |  |
|---|---|
| BRINAL KAUL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | 3:21-cv-00101-AAT |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CLOVER HEALTH INVESTMENTS CORP., f/k/a/ SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMAPTH PALIHAPITAYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

|  |  |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | 3:21-cv-00109-AAT |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY, and JOSEPH WAGNER, | ) ) ) ) | |
| Defendants. | ) ) ) | |

00616129;V2

| | |
|---|---|
| JEAN NICOLAS TREMBLAY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) 3:21-cv-00138-AAT |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CLOVER HEALTH INVESTMENTS CORP., f/k/a/ SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES and JAMES RYANS, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LORI BRENNAN AS LEAD PLAINTIFF AND APPROVING HER CHOICE OF COUNSEL**

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.     The Motion of Lori Brennan to Consolidate Related Actions and for Appointment as Lead Plaintiff and Approval of Counsel is granted.

II.    The above-captioned actions are hereby consolidated pursuant to Federal Rule Civil Procedure 42(a) for all purposes.

III.   Lori Brennan is hereby appointed as Lead Plaintiff for the proposed Class pursuant to 15 U.S.C. § 78u-4, and 15 U.S.C. § 77z-1 as amended by the Private Securities Litigation Reform Act of 1995.

IV.    The law firm of Bernstein Liebhard LLP is hereby appointed as Lead Counsel and the law firm of Holifield & Janich PLLC is hereby appointed Liaison Counsel for the proposed Class.

SO ORDERED, this ___ day of _____, 2021

_____
The Honorable Aleta A. Trauger
United States District Judge