# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>        Defendants. | 3:21-cv-00096-AAT<br><br>Honorable Aleta A. Trauger |
| BRINAL KAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLOVER HEALTH INVESTMENTS CORP., f/k/a/ SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMAPTH PALIHAPITAYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>        Defendants. | 3:21-cv-00101-AAT |
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY, and JOSEPH WAGNER,<br><br>        Defendants. | 3:21-cv-00109-AAT |

| | |
|---|---|
| JEAN NICOLAS TREMBLAY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) 3:21-cv-00138-AAT |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CLOVER HEALTH INVESTMENTS CORP., f/k/a/ SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES and JAMES RYANS, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

**DECLARATION OF AL HOLIFIELD IN SUPPORT OF LORI BRENNAN'S MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, AL HOLIFIELD, hereby declare under penalties of perjury that:

1.      I am a Partner with Holifield & Janich PLLC. I make this Declaration in Support of Lori Brennan's Motion to Consolidate Related Actions, for Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit A:      The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i) and 15 U.S.C. § 77z-1(a)(3)(A)(i);

Exhibit B:      Lori Brennan's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A) and 15 U.S.C. § 77z-1(a)(2)(A);

Exhibit C:      Lori Brennan's Loss Chart;

Exhibit D:      Firm Résumé of Bernstein Liebhard LLP; and

Exhibit E:      Firm Résumé of the Holifield & Janich PLLC.


Executed: April 6, 2021                          /s/ *Al Holifield*
                                                 AL HOLIFIELD

1

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 6, 2021, I authorized the electronic filing of the **DECLARATION OF AL HOLIFIELD IN SUPPORT OF LORI BRENNAN'S MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ *Al Holifield*

AL HOLIFIELD
HOLIFIELD & JANICH, PLLC
11907 Kingston Pike, Suite 201
Knoxville, TN 37934
Telephone: (865) 566-0115
Facsimile: (865) 566-0119
aholifield@holifieldlaw.com

**Mailing Information for Case 3:21-cv-00096-AAT Bond v. Clover Health Investments, Corp. et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

Benjamin A. Gastel
Email: beng@bsjfirm.com

Jacob A. Walker
Email: jake@blockleviton.com

James Gerard Stranch , IV
Email: gerards@bsjfirm.com

2

Jeffrey C. Block
Email: jeff@blockleviton.com

Stephen J. Teti
Email: steti@blockleviton.com

**Manual Notice List**

No manual recipients

### Mailing Information for Case 3:21-cv-00109-AAT Yaniv v. Clover Health Investments, Corp. et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

Christopher M. Wood
Email: cwood@rgrdlaw.com

Jerry E. Martin
Email: jmartin@barrettjohnston.com

Mark S. Reich
Email: mreich@rgrdlaw.com

Mary K. Blasy
Email: mblasy@rgrdlaw.com

Samuel H. Rudman
Email: srudman@rgrdlaw.com

**Manual Notice List**

No manual recipients

### Mailing Information for Case 3:21-cv-00138-AAT Tremblay v. Clover Health Investments, Corp. et al

**Electronic Mail Notice List**
The following are those who are currently on the list to receive email notices for this case.

Corey D. Holzer
Email: cholzer@holzerlaw.com

3

J. Alexander Hood , II
Email: ahood@pomlaw.com

Jeremy A. Lieberman
Email: jalieberman@pomlaw.com

Patrick V. Dahlstrom
Email: pdahlstrom@pomlaw.com


Paul Kent Bramlett
Email: pknashlaw@aol.com

Robert P. Bramlett
Email: robert@bramlettlawoffices.com

**Manual Notice List**

No manual recipients

4