# EXHIBIT A

**BLOCK & LEVITON LLP**

# LAWSUIT FILED: Block & Leviton LLP Has Filed a Lawsuit Against Clover Health Investments, Corp. for Securities Fraud; Investors Who Lost Money Should Contact the Firm

February 08, 2021 08:49 ET | Source: Block & Leviton LLP

BOSTON, Feb. 08, 2021 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders of Clover Health Investments, Corp. (NASDAQ: CLOV); formerly known as Social Capital Hedosophia Holdings Corp. III (NYSE: IPOC) and certain of its executives for securities fraud. Investors who purchased CLOV and/or IPOC shares between October 6, 2020 and February 4, 2021 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com,

or to visit our website at https://www.blockleviton.com/cases/clov for information on the case. The deadline to move the Court for appointment as lead plaintiff is April 6, 2021.

Clover Health provides healthcare insurance services and purports to use proprietary technology to collect, structure, and analyze health and behavioral data. On January 7, 2021, Clover merged with SPAC Social Capital Hedosophia Holdings Corp. III and began to trade under the symbol CLOV on NASDAQ. On February 4, 2021, Hindenburg Research issued a report stating that prior to the merger, Clover has been under active investigation by the U.S. Department of Justice for issues ranging from kickbacks to marketing practices to undisclosed third-party deals. Clover did not reveal that it was under active investigation by the DOJ. Clover's shares closed down approximately 12.3% on February 4, 2021, representing a one-day loss in market capitalization of approximately $700 million. On February 5, 2021, Clover acknowledged that it was aware of the DOJ investigation before entering into the business combination with Social Capital Hedosophia Holdings Corp. III, and also disclosed that it had received an inquiry from the U.S. Securities and Exchange Commission following publication of Hindenburg's report.

The lawsuit was filed in the U.S. District Court for the Middle District of Tennessee, U.S. Courthouse, Estes Kefauver Federal Building & Courthouse, 801 Broadway, Nashville, TN 37203. The case has not yet been assigned to a specific judge. The case is

captioned *Bond v. Clover Health Investments, Corp., et al.*, (M.D. Tenn.). The class period in the *Bond* action is October 6, 2020 to February 3, 2021, while another action alleges a class period ending on February 4, 2021. A class has not yet been certified, and until a certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

If you purchased or acquired CLOV and/or IPOC shares between October 6, 2020 and February 4, 2021 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website at https://www.blockleviton.com/cases/clov.The deadline to seek appointment as lead plaintiff in the matter is April 6, 2021.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP

260 Franklin St., Suite 1860

Boston, MA 02110

Phone: (617) 398-5600

Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP

www.blockleviton.com