# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>    Defendants. | Case No. 3:21-cv-00096-AAT<br><br>CLASS ACTION |
| BRINAL KAUL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>    Defendants. | Case No. 3:21-cv-00101-AAT<br><br>CLASS ACTION |
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>[Caption Continued on Next Page.] | Case No. 3:21-cv-00109-AAT<br><br>CLASS ACTION |

CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY and JOSEPH WAGNER,

Defendants.

JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,

Defendants.

Case No. 3:21-cv-00138-AAT-JSF

<u>CLASS ACTION</u>

**NOTICE OF MOTION AND MOTION
OF THE CLOVER INVESTOR GROUP FOR
CONSOLIDATION OF ACTIONS, APPOINTMENT AS
<u>LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL</u>**

**PLEASE TAKE NOTICE** that Andrew Trefonas, Nish Patel, Birgitta Edberg and Rolf Edberg (sister and brother), and Jeong Yeon Rhee (together, the "Clover Investor Group" or "Movant") will and hereby do respectfully move this Court, pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), for an Order: (1) consolidating the above-captioned actions; (2) appointing Movant as Lead Plaintiff on behalf of a class consisting of all persons and entities, other than defendants, who (i) purchased or otherwise acquired publicly traded Clover Health Investments, Corporation ("Clover" or the "Company") securities between October 6, 2020 and February 4, 2021, inclusive (the "Class Period"); and/or (ii) purchased or otherwise acquired Clover securities pursuant or traceable to the Company's registration statement and prospectus issued in connection with the December 2020 Merger; (3) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. as Lead Counsel for the putative class and Glankler Brown, PLLC as Local Counsel; and (4) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movant submits the accompanying Memorandum of Law, the Declaration of Melissa A. Fortunato, the [Proposed] Order Consolidating Actions, Appointing Movant as Lead Plaintiff, and Approving Movant's Selection of Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: April 6, 2021

Respectfully submitted,

*s/ Saul C. Belz*
Saul C. Belz (TN Bar #4346)
Aubrey B. Greer (TN Bar #35613)
**GLANKLER BROWN, PLLC**
6000 Poplar Avenue, Suite 400
Memphis, TN 38119

1

Telephone: (901) 576-1741
Facsimile: (901) 525-2389
Email: sbelz@glankler.com
Email: agreer@glankler.com

*Proposed Local Counsel for the Class*

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-3599
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
Email: passmore@bespc.com

*Counsel for Movant and Proposed*
*Lead Counsel for the Class*

2

## CERTIFICATE OF CONFERENCE

Local Rule 7.01(a) requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of L.R. 7.01(a) be waived.

*/s/ Saul C. Belz*
Saul C. Belz

## CERTIFICATE OF SERVICE

I, Saul C. Belz, hereby certify that on April 6, 2021, the Clover Investor Group's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Selection of Counsel, Memorandum of Law, and Declaration with Exhibits 1-6 was filed through the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List.

*/s/ Saul C. Belz*
Saul C. Belz

3

# U.S. District Court
## Middle District of Tennessee (Nashville)
## CIVIL DOCKET FOR CASE #: 3:21-cv-00096

Bond v. Clover Health Investments, Corp. et al
Assigned to: District Judge Aleta A. Trauger
related Case: 3:21-cv-00109
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 02/05/2021
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

## **Plaintiff**

**Timothy Bond**
*individually and on behalf of all other*
*similarly situated*

represented by **Benjamin A. Gastel**
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: beng@bsjfirm.com
*ATTORNEY TO BE NOTICED*

**Jacob A. Walker**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jake@blockleviton.com
*ATTORNEY TO BE NOTICED*

**James Gerard Stranch , IV**
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: gerards@bsjfirm.com
*ATTORNEY TO BE NOTICED*

**Jeffrey C. Block**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jeff@blockleviton.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen J. Teti**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: steti@blockleviton.com
*ATTORNEY TO BE NOTICED*

Case 3:21-cv-00096     Document 25     Filed 04/06/21     Page 7 of 7 PageID #: 418