# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>Defendants. | Case No. 3:21-cv-00096<br><br>**MOTION OF AARON FARZAN AND ALEJANDRO HANDAL FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| BRINAL KAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>Defendants. | Case No. 3:21-cv-00101 |

[caption continues on following page]

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00109 |
| Plaintiff, | |
| v. | |
| CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY, and JOSEPH WAGNER, | |
| Defendants. | |
| JEAN-NICOLAS TREMBLAY, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00138 |
| Plaintiff, | |
| v. | |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, | |
| Defendants. | |

Aaron Farzan and Alejandro Handal (together, "Movants") respectfully move this Court for an order: (1) consolidating the above-captioned actions; (2) appointing Movants as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Section 27 of the Securities Act of 1933 (the "Securities Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Movants' selection of Glancy Prongay & Murray LLP as Lead Counsel and The Swafford Law Firm, PLLC as Liaison Counsel for the class; and (4) granting such other relief as the Court may deem to be just and proper (the "Motion").

Movants seek consolidation of actions, appointment as lead plaintiff, and approval of their choice of counsel pursuant to the Federal Rules of Civil Procedure, the Exchange Act, the Securities Act, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Pavithra Rajesh, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

**CERTIFICATE OF CONFERENCE**

Local Rule 7.01 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movants do not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movants respectfully request that the conferral requirement of Local Rule 7.01 be waived.

1

Respectfully submitted,

DATED: April 6, 2021

By:   */s/ Tara L. Swafford*

**THE SWAFFORD LAW FIRM, PLLC**
Tara L. Swafford, #017577
207 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 599-8406
Facsimile: (615) 807-2355

*Liaison Counsel for Movants and Proposed*
*Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:         (310) 201-9150
Facsimile:         (310) 201-9160

*Counsel for Movants and Proposed Lead*
*Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's electronic filing system on the following counsel of record:

**James G. Stranch, IV**
**Benjamin A. Gastel**
Branstetter, Stranch &
Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
beng@bsjfirm.com
gerards@bsjfirm.com

**Jacob A. Walker**
**Jeffrey C. Block**
**Stephen J. Teti**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
jake@blockleviton.com
jeff@blockleviton.com
steti@blockleviton.com

**Corey D. Holzer**
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
cholzer@holzerlaw.com

**Larry Russell Belk , Jr.**
Sutherland & Belk, PLC
505 21st Avenue South
Suite 400
Nashville, TN 37212
russell@sbinjurylaw.com

**Laurence M. Rosen**
**Phillip Kim**
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
lrosen@rosenlegal.com

**Paul Kent Bramlett**
**Robert P. Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices
.com

**Christopher M. Wood**
Robbins Geller Rudman &
Dowd LLP (Nashville
Office)
414 Union Street
Suite 900
Nashville, TN 37219
cwood@rgrdlaw.com

**Jerry E. Martin**
Barrett Johnston Martin &
Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.c
om

**Mark S. Reich**
**Mark K. Blasy**
**Samuel H. Rudman**
Robbins Geller Rudman &
Dowd LLP (New York
Office)
58 S Service Road
Suite 200
Melville, NY 11747
mreich@rgrdlaw.com
mblasy@rgrdlaw.com
srudman@rgrdlaw.com

**J. Alexander Hood , II**
**James M. LoPiano**
**Jeremy A. Lieberman**
Pomerantz LLP (NY
Office)
600 Third Avenue
20th Floor
New York, NY 10016
ahood@pomlaw.com
jlopiano@pomlaw.com
jalieberman@pomlaw.com

**Patrick V. Dahlstrom**
Pomerantz LLP (Chicago
Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

this 6th day of April 2021.

*/s/ Tara L. Swafford*
Tara L. Swafford