# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, individually and on behalf of all others similarly situated, | Case No. 3:21-cv-00096<br>District Judge Aleta A. Trauger |
| Plaintiff, | |
| v. | CLASS ACTION |
| | JURY DEMAND |
| CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY, | |
| Defendants. | |
| BRINAL KAUL, Individually and on behalf of all others similarly situated, | Case No. 3:21-cv-00101<br>District Judge Aleta A. Trauger |
| Plaintiff, | |
| v. | CLASS ACTION |
| | JURY DEMAND |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, | |
| Defendants. | |

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CLOVER HEALTH INVESTMENTS, CORP. VIVEK GARIPALLI, ANDREW TOY, and JOSEPH WAGNER, <br><br> Defendants. | Case No. 3:21-cv-00109 <br> District Judge Aleta A. Trauger <br><br> <u>CLASS ACTION</u> <br><br> JURY DEMAND |
| JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, <br><br> Defendants. | Case No. 3:21-cv-00138 <br> District Judge Aleta A. Trauger <br><br> <u>CLASS ACTION</u> <br><br> JURY DEMAND |

**MOTION OF CHRISTOPHER BUNTON FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Christopher Bunton hereby moves the Court for an Order: (a) consolidating the above-captioned, related actions; (2) appointing Mr. Bunton to serve as Lead Plaintiff in this action; and (3) approving of Mr. Bunton's selection of Block & Leviton LLP as Lead Counsel and Branstetter, Stranch & Jennings, PLLC, as Liaison Counsel for the Class.

2

In support of this Motion, Mr. Bunton submits: (1) the Declaration of Jeffrey C. Block dated April 6, 2021 (with exhibits); (2) a Memorandum of Law in support of this Motion dated April 6, 2021; and (3) a [Proposed] Order.

Dated: April 6, 2021

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV, Esq. (BPR #23045)
Benjamin A. Gastel, Esq. (BPR #28699)
**BRANTSTETTER, STRANCH
 & JENNINGS, PLLC**
223 Rosa L. Parks Avenue Suite 200
Nashville, Tennessee 37203
(615) 254-8801 (phone)
(615) 255-5419 (fax)
gerards@bsjfirm.com
beng@bsjfirm.com

*Counsel for Mr. Bunton and Proposed Liaison
Counsel for the Class*

Jeffrey C. Block (admitted *pro hac vice*)
Jacob A. Walker (admitted *pro hac vice*)
Stephen J. Teti (admitted *pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600 (phone)
(617) 507-6020 (fax)
jeff@blockleviton.com
jake@blockleviton.com
steti@blockleviton.com

*Counsel for Mr. Bunton and
Proposed Lead Counsel for the Class*

3

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 6, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record listed below.

Laurence M. Rosen
Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Counsel for Brinal Kaul*

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com
Email:robert@bramlettlawoffices.com

*Counsel for Plaintiff Brinal Kaul and Jean-Nicolas Tremblay*

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP (Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
Fax: (615) 252-3798
Email: cwood@rgrdlaw.com

Mark S. Reich
Mary K. Blasy
Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP (New York Office)

4

58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mreich@rgrdlaw.com
Email: mblasy@rgrdlaw.com
Email: srudman@rgrdlaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
Email: jmartin@barrettjohnston.com

*Counsel for Plaintiff Matthew Yaniv*

Corey D. Holzer
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
Fax: (770) 392-0029
Email: cholzer@holzerlaw.com

J. Alexander Hood, II
Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: ahood@pomlaw.com
Email: jalieberman@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181

Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Plaintiff Jean-Nicolas Tremblay*

<u>*/s/ J. Gerard Stranch, IV*</u>
J. Gerard Stranch, IV

3