# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>        Defendants. | Case No. 3:21-cv-00096-AAT<br><br>CLASS ACTION |
| BRINAL KAUL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>        Defendants. | Case No. 3:21-cv-00101-AAT<br><br>CLASS ACTION |
| MATTHEW YANIV, Individually and on behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>[Caption Continued on Next Page.] | Case No. 3:21-cv-00109-AAT<br><br>CLASS ACTION |

CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY and JOSEPH WAGNER,

Defendants.

---

JEAN-NICOLAS TREMBLAY, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,

Defendants.

Case No. 3:21-cv-00138-AAT-JSF

CLASS ACTION

## DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF THE CLOVER INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

I, Melissa A. Fortunato, hereby declare as follows:

1. I am a Partner with the law firm of Bragar Eagel & Squire, PC, counsel for lead plaintiff movants Andrew Trefonas, Nish Patel, Birgitta Edberg and Rolf Edberg (sister and brother), and Jeong Yeon Rhee (together, the "Clover Investor Group" or "Movant") and proposed lead counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class and Glankler Brown, PLLC

2

as Local Counsel for the Class.

3.  Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:  Private Securities Litigation Reform Act of 1995 certifications signed by each member of the Clover Investor Group attaching his or her transactions during the Class Period in Schedule A(s), thereto;

Exhibit 2:  Loss chart(s) detailing Movant's combined financial losses;

Exhibit 3:  Joint Declaration of the Clover Investor Group;

Exhibit 4:  Press release published February 7, 2021, on *Globe Newswire* announcing the pendency of the securities class action: *Kaul v. Clover Health Investments, Corp., et al.*, Case No. 3:21-cv-00101;

Exhibit 5:  Bragar Eagel & Squire, P.C. firm résumé; and

Exhibit 6:  Glankler Brown, PLLC firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 6th day of April, 2021.

*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

3

## <u>CERTIFICATE OF SERVICE</u>

I, Saul C. Belz, hereby certify that on April 6, 2021, the Clover Investor Group's Motion for Consolidation of Actions, Appointment as Lead Plaintiff, and Selection of Counsel, Memorandum of Law, and Declaration with Exhibits 1-6 was filed through the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List.

*/s/ Saul C. Belz*
Saul C. Belz

# U.S. District Court
## Middle District of Tennessee (Nashville)
## CIVIL DOCKET FOR CASE #: 3:21-cv-00096

Bond v. Clover Health Investments, Corp. et al
Assigned to: District Judge Aleta A. Trauger
related Case: 3:21-cv-00109
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 02/05/2021
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

## **Plaintiff**

**Timothy Bond**
*individually and on behalf of all other*
*similarly situated*

represented by **Benjamin A. Gastel**
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: beng@bsjfirm.com
*ATTORNEY TO BE NOTICED*

**Jacob A. Walker**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jake@blockleviton.com
*ATTORNEY TO BE NOTICED*

**James Gerard Stranch , IV**
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: gerards@bsjfirm.com
*ATTORNEY TO BE NOTICED*

**Jeffrey C. Block**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jeff@blockleviton.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen J. Teti**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: steti@blockleviton.com
*ATTORNEY TO BE NOTICED*