# Exhibit 1

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Andrew Trefonas, certify that:

1. I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4. Attached hereto as Schedule A is a complete listing of all my Clover Health Investments, Corp. (NASDAQ: CLOV) transactions during the Class Period.

5. I have not served as a representative party on behalf of a class under this title during the last three years.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Feb 9, 2021

Andrew Trefonas (Feb 9, 2021 15:56 EST)

Andrew Trefonas

1

**SCHEDULE A**

Class Period Transactions of Andrew Trefonas in Clover Health Investments Corp. (NASDAQ: CLOV) securities.

| Transaction | Date | Contract Type | Exp/Strike | Quantity | Price |
|---|---|---|---|---|---|
| Purchase | 01/27/2021 | Call | 03/19/2021/$20.00 | 10 | $2.05 |
| Sale | 01/28/2021 | Call | 03/19/2021/$20.00 | 10 | $2.20 |
| Purchase | 01/29/2021 | Call | 03/19/2021/$20.00 | 84 | $1.60 |
| Sale | 02/04/2021 | Call | 03/19/2021/$20.00 | 84 | $0.25 |

2

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, the undersigned Nish Patel, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Clover Health Investments, Corp. (NASDAQ: CLOV) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  Mar 31, 2021

Nish Patel (Mar 31, 2021 10:47 PDT)

Nish Patel

1

**SCHEDULE A**

Class Period Transactions of Nish Patel in Clover Health Investments Corp. (NASDAQ: CLOV) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 1/22/2021 | Purchase | 1,100 | $13.61 |
| 2/3/2021 | Purchase | 2 | $13.95 |
| 2/3/2021 | Purchase | 1 | $13.94 |
| 2/3/2021 | Purchase | 9,997 | $13.97 |
| 2/4/2021 | Sale | -6,000 | $12.81 |
| 2/4/2021 | Sale | -5,100 | $12.55 |

2

# CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Birgitta Edberg certify that:

1. I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4. Attached hereto as Schedule A is a complete listing of all my Clover Health Investments, Corp. (NASDAQ: CLOV, CLOVW) transactions during the Class Period.

5. I have not served as a representative party on behalf of a class under this title during the last three years.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 2021-03-03

*Birgitta Edberg*
Birgitta Edberg (Mar 3, 2021 10:33 GMT+1)
Birgitta Edberg

1

**SCHEDULE A**

Class Period Transactions of Birgitta Edberg in Clover Health Investments Corp. (NASDAQ: CLOV, CLOVW) securities.

| Date | Transaction | Quantity | Security Type | Price |
|---|---|---|---|---|
| 12/24/20 | Purchase | 1,200 | Warrant | $4.15 |
| 12/28/20 | Purchase | 4,000 | Warrant | $4.88 |
| 12/29/20 | Purchase | 800 | Stock | $15.90 |

2

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, the undersigned Rolf Edberg, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Clover Health Investments, Corp. (NASDAQ: CLOVW) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Mar 3, 2021

*Rolf Edberg*
Rolf Edberg (Mar 3, 2021 00:36 GMT+1)
Rolf Edberg

1

# SCHEDULE A

Class Period Transactions of Rolf Edberg in Clover Health Investments Corp. (NASDAQ: CLOVW) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 1/27/2021 | Purchase | 4,000 | $4.31 |

2

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Jeong Yeon Rhee, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Clover Health Investments, Corp. (NASDAQ: CLOV) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __Mar 29, 2021__

_____
Jeong Yeon Rhee (Mar 29, 2021 20:42 GMT+1)
Jeong Yeon Rhee

1

**SCHEDULE A**

Class Period Transactions of Jeong Yeon Rhee in Clover Health Investments Corp. (NASDAQ: CLOV) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 1/11/2021 | Acquisition | 1,349 | $14.41 |

2