# Exhibit 2

**Clover Health Investments, Corp.**

| | |
|---|---|
| Company Name | Clover Health Investments, Corp. |
| Ticker Symbol | CLOV, CLOVW |
| Security Type | Common Stock, Warrants, Options |
| Class Period Start | 10/06/2020 |
| Class Period End | 02/04/2021 |
| 90-DAY Lookback Period Start | 02/05/2021 |
| 90-DAY Lookback Period End | 04/06/2021 |
| 90-DAY Lookback Average (Common Stock) | $9.3250 |
| 90-DAY Lookback Average (Warrants) | $2.3464 |

| Movant | Loss |
|---|---|
| Andrew Trefonas | ($11,190.00) |
| Nish Patel | ($13,805.93) |
| Birgitta Edberg | ($17,558.52) |
| Rolf Edberg | ($3,476.10) |
| Jeong Yeon Rhee | ($6,859.67) |
| **Total Loss** | **($52,890.21)** |

| Client Name | Andrew Trefonas |
|---|---|
| Company Name | Clover Health Investments, Corp. |
| Ticker Symbol | CLOV |
| Security Type | Options |
| Class Period Start | 10/06/2020 |
| Class Period End | 02/04/2021 |
| 90-DAY Lookback Period Start | 02/05/2021 |
| 90-DAY Lookback Period End | 04/06/2021 |
| 90-DAY Lookback Average (Common Stock) | $9.3250 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTERES | |
|---|---|
| LIFO Loss Total | ($11,190.00) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Contract Type | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|---|
| 1/27/2021 | 10 | CLOV Mar 19 2021 $20.00 Call | $2.05 | ($2,050.00) | | | ($2,050.00) |
| 1/28/2021 | -10 | CLOV Mar 19 2021 $20.00 Call | | | $2.20 | $2,200.00 | $150.00 |
| 1/29/2021 | 84 | CLOV Mar 19 2021 $20.00 Call | $1.60 | ($13,440.00) | | | ($13,290.00) |
| 2/4/2021 | -84 | CLOV Mar 19 2021 $20.00 Call | | | $0.25 | $2,100.00 | ($11,190.00) |
| | | | | | | **Subtotal** | ($11,190.00) |
| | | | | | | **Retained Share Value** | $0.00 |
| | | | | | | **Total** | ($11,190.00) |

| | |
|---|---|
| Client Name | Nish Patel |
| Company Name | Clover Health Investments, Corp. |
| Ticker Symbol | CLOV |
| Security Type | Common Stock |
| Class Period Start | 10/06/2020 |
| Class Period End | 02/04/2021 |
| 90-DAY Lookback Period Start | 02/05/2021 |
| 90-DAY Lookback Period End | 04/06/2021 |
| 90-DAY Lookback Average (Common Stock) | $9.3250 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($13,805.93) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 1/22/2021 | 1100 | $13.61 | ($14,971.00) | | | ($14,971.00) |
| 2/3/2021 | 2 | $13.95 | ($27.90) | | | ($14,998.90) |
| 2/3/2021 | 1 | $13.94 | ($13.94) | | | ($15,012.84) |
| 2/3/2021 | 9,997 | $13.97 | ($139,658.09) | | | ($154,670.93) |
| 2/4/2021 | -6,000 | | | $12.81 | $76,860.00 | ($77,810.93) |
| 2/4/2021 | -5,100 | | | $12.55 | $64,005.00 | ($13,805.93) |
| | | | | | **Subtotal** | ($13,805.93) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($13,805.93) |

| Client Name | Birgitta Edberg |
|---|---|
| Company Name | Clover Health Investments, Corp. |
| Ticker Symbol | CLOV, CLOVW |
| Security Type | Common Stock, Warrants |
| Class Period Start | 10/06/2020 |
| Class Period End | 02/04/2021 |
| 90-DAY Lookback Period Start | 02/05/2021 |
| 90-DAY Lookback Period End | 04/06/2021 |
| 90-DAY Lookback Average (Common Stock) | $9.3250 |
| 90-DAY Lookback Average (Warrants) | $2.3464 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($17,558.52) |
| Net Common Shares Retained | 800.00 |
| Net Warrants Retained | 5,200.00 |

### Warrants (CLOVW)

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 12/4/2020 | 1,200 | $4.15 | ($4,980.00) | | | ($4,980.00) |
| 12/28/2020 | 4,000 | $4.88 | ($19,520.00) | | | ($24,500.00) |
| | | | | | **Subtotal** | ($24,500.00) |
| | | | | | **Retained Share Value** | $12,201.48 |
| | | | | | **Total** | ($12,298.52) |

### Common Stock (CLOV)

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 12/29/2020 | 800 | $15.90 | ($12,720.00) | | | ($12,720.00) |
| | | | | | **Subtotal** | ($12,720.00) |
| | | | | | **Retained Share Value** | $7,460.00 |
| | | | | | **Total** | ($5,260.00) |

| Client Name | Rolf Edberg |
|---|---|
| Company Name | Clover Health Investments, Corp. |
| Ticker Symbol | CLOVW |
| Security Type | Warrants |
| Class Period Start | 10/06/2020 |
| Class Period End | 02/04/2021 |
| 90-DAY Lookback Period Start | 02/05/2021 |
| 90-DAY Lookback Period End | 04/06/2021 |
| 90-DAY Lookback Average (Warrants) | $2.3464 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($3,476.10) |
| Net Warrants Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 1/27/2021 | 4,000 | $4.31 | ($17,240.00) | | | ($17,240.00) |
| 2/10/2021 | -3,000 | | | $3.45* | $10,342.50 | ($6,897.50) |
| 2/11/2021 | -1,000 | | | $3.42* | $3,421.40 | ($3,476.10) |
| | | | | | **Subtotal** | ($3,476.10) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($3,476.10) |

*Pursuant to 15 U.S.C. §78u-4(e), loss calculated using greater of sale price and average trading price of shares between corrective date and date of sale.

| Client Name | Jeong Yeon Rhee |
|---|---|
| Company Name | Clover Health Investments, Corp. |
| Ticker Symbol | CLOV |
| Security Type | Common Stock |
| Class Period Start | 10/06/2020 |
| Class Period End | 02/04/2021 |
| 90-DAY Lookback Period Start | 02/05/2021 |
| 90-DAY Lookback Period End | 04/06/2021 |
| 90-DAY Lookback Average (Common Stock) | $9.3250 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTERES | |
|---|---|
| LIFO Loss Total | ($6,859.67) |
| Net Shares Retained | 1,349.00 |

| Date | Quantity | Acquisition Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 1/11/2021 | 1,349 | $14.41 | ($19,439.09) | | | ($19,439.09) |
| | | | | | **Subtotal** | ($19,439.09) |
| | | | | | **Retained Share Value** | $12,579.43 |
| | | | | | **Total** | ($6,859.67) |