# Exhibit 3

**JOINT DECLARATION IN SUPPORT OF THE CLOVER INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Andrew Trefonas, Nish Patel, Birgitta Edberg, Rolf Edberg, and Jeong Yeon Rhee (the "Clover Investor Group"), respectfully submit this Joint Declaration in support of our Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Joint Declaration").  We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.      We are each informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members.  However, we have decided to move for lead plaintiff in this case jointly because we believe that combining our collective resources and knowledge will best serve the Class.[1]

3.      I, Andrew Trefonas, as reflected in my Certification, purchased Clover securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action.[2]  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I have approximately three years of investing experience and I am a Security Officer.  I currently reside in Bellvue, Colorado.   I decided to

---

[1]   The "Class" consists of Clover Health Investments, Corp. ("Clover" or the "Company") investors, who purchased or otherwise acquired Clover securities between October 6, 2020 and February 4, 2021, inclusive (the "Class Period") and/or (2) pursuant or traceable to the Company's registration statement and prospectus issued in connection with the December 2020 Merger.

[2]  The "Action" includes the four related securities class actions filed in the United States District Court for the Middle District of Tenessee as further detailed below.

seek appointment as lead plaintiff with Nish Patel, Birgitta Edberg, Rolf Edberg, and Jeong Yeon Rhee after learning of their motivation to recover on behalf of investors and that we were each in discussions with Bragar Eagel & Squire, P.C. ("BES") to pursue claims on behalf of the Class.

4. I, Nish Patel, as reflected in my Certification, purchased Clover securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I have over ten years of investing experience. I am the Founder and CEO of a company and currently reside in Brentwood, California. I decided to seek appointment as lead plaintiff with Andrew Trefonas, Birgitta Edberg, Rolf Edberg, and Jeong Yeon Rhee after learning of their motivation to recover on behalf of investors and that we were each in discussions with BES to pursue claims on behalf of the Class.

5. I, Birgitta Edberg, as reflected in my Certification, purchased Clover securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I have approximately two years of investing experience. I am a student, and I reside in Stockholm, Sweden. I decided to seek appointment as lead plaintiff with Andrew Trefonas, Nish Patel, Rolf Edberg, and Jeong Yeon Rhee after learning of their motivation to recover on behalf of investors and that we were each in discussions with BES to pursue claims on behalf of the Class.

6. I, Rolf Edberg, as reflected in my Certification, purchased Clover securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I have approximately two years of investing experience. I am retired,

2

and I reside in Stockholm, Sweden. I decided to seek appointment as lead plaintiff with Andrew Trefonas, Nish Patel, Birgitta Edberg, and Jeong Yeon Rhee after learning of their motivation to recover on behalf of investors and that we were each in discussions with BES to pursue claims on behalf of the Class.

7. I, Jeong Yeon Rhee, as reflected in my Certification, acquired Clover securities pursuant to the Merger and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I have approximately two years of investing experience. I am a Dentist, and I reside in Seoul, South Korea. I decided to seek appointment as lead plaintiff with Andrew Trefonas, Nish Patel, Birgitta Edberg, and Rolf Edberg after learning of their motivation to recover on behalf of investors and that we were each in discussions with BES to pursue claims on behalf of the Class.

8. On February 5, 2021, Timothy Bond filed a putative class action (the "*Bond* Action") in this District, on behalf of all those who purchased or otherwise acquired Clover securities between October 6, 2020 and February 3, 2021. The Action seeks relief against Clover and certain of the Company's officers and directors for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission (the "SEC").

9. On February 5, 2021, Brinal Kaul commenced another action (the "*Kaul* Action") in this District on behalf of all those who purchased or otherwise acquired Clover securities during the Class Period and/or pursuant or traceable to the Company's registration statement and prospectus issued in connection with the December 2020 Merger. The *Kaul* Action seeks relief against Clover and certain of the Company's officers and directors for violations of Sections

3

10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder by the SEC. The *Kaul* Action also pursues remedies under Sections 11 and 15 of the Securities Act of 1933.

10. On February 10, 2021, Matthew Yaniv commenced a substantially similar action in this District on behalf of all those who purchased or otherwise acquired Clover securities between October 6, 2020 and February 3, 2021 pursuant to the Exchange Act..

11. On February 22, 2021, Jean-Nicolas Tremblay commenced another substantially similar action in this District on behalf of all those who purchased or otherwise acquired Clover securities between October 6, 2020 and February 3, 2021 pursuant to the Exchange Act..

12. We believe that we will provide exemplary representation to the Class of investors who purchased or otherwise acquired Clover securities during the Class Period and/or pursuant or traceable to the Merger. After discussing the allegations against Clover, the procedural background of the Action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

13. We are like-minded investors who contacted and retained BES. We believe that the allegations against Clover are meritorious and that the Class will benefit from having a small, cohesive group of highly motivated investors with substantial financial interests at stake as lead plaintiff. We each decided to work together as a small group of investors in order to collaborate and exercise joint decision-making. We agree to work collaboratively to represent all Clover shareholders who suffered damages during the Class Period and/or as a result of the Merger and to ensure that the Class achieves the largest recovery possible.

14. We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that lead counsel effectively litigates the Action.

4

Each of us understands that if we are appointed as lead plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. Each of us will do our best to maximize the recovery for the Class.

15. If appointed as lead plaintiff, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

16. We select BES to serve as lead counsel on behalf of the Class and believe BES has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed lead counsel, BES. We are well aware that BES is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that BES will vigorously prosecute this Action in a cost-effective manner and in the best interests of all members of the putative Class.

17. It is our goal to resolve this Action in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, BES, we will ensure that the

5

Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct BES to prosecute the Action in such a way to achieve a fair result for all members of the Class.

18. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute this Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

19. We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct lead counsel and oversee the prosecution of this Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this Action.

20. We, the Clover Investor Group, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in this Action. Our main goal is obtaining the largest recovery possible for the Class.

6

I, Andrew Trefonas, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 2___ day of April, 2021.

_____
Andrew Trefonas (Apr 2, 2021 14:44 MDT)
Andrew Trefonas

I, Nish Patel, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this _2_ day of April, 2021.

_Nish Patel (Apr 2, 2021 16:33 PDT)_

Nish Patel

I, Birgitta Edberg, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 2 day of April, 2021.

*Birgitta Edberg*
Birgitta Edberg (Apr 2, 2021 22:05 GMT+2)

Birgitta Edberg

I, Rolf Edberg, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 3 day of April, 2021.

*Rolf Edberg*

Rolf Edberg (Apr 3, 2021 23:07 GMT+2)

Rolf Edberg

I, Jeong Yeong Rhee, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this <u>4</u> day of April, 2021.

_____
Jeong Yeon Rhee (Apr 4, 2021 15:09 GMT+1)
_____
Jeong Yeon Rhee
