# Exhibit 4



SERVICES ⌄     CONTACT US     FRANÇAIS     **SIGN IN**     REGISTER



# ROSEN, RESPECTED INVESTOR COUNSEL, Files Securities Class Action Lawsuit Against Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III; Encourages Investors with Losses in Excess of $100K to Contact the Firm - CLOV, CLOVW, IPOC

February 07, 2021 19:04 ET | Source: <u>The Rosen Law Firm PA</u>




...

NEW YORK, Feb. 07, 2021 (GLOBE NEWSWIRE) -- **WHY:** Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III (NASDAQ: CLOV, CLOVW) (NYSE: IPOC) who: (1) purchased or otherwise acquired publicly traded Clover securities between October 6, 2020 and February 4, 2021, inclusive (the "Class Period"); and/or (2) purchased or otherwise acquired Clover securities pursuant or traceable to the registration statement and prospectus issued in connection with the December 2020 Merger of Clover and Social Capital III. If you wish to serve as lead plaintiff, you must move the Court **no later than April 6, 2021**.

**SO WHAT:** If you purchased Clover securities during the Class Period you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the Clover class action, go to <u>http://www.rosenlegal.com/cases-register-2030.html</u> or call Phillip Kim, Esq. toll-free at 866-767-3653 or email <u>pkim@rosenlegal.com</u> or <u>cases@rosenlegal.com</u> for information on the class action. If you wish to

Case 3:21-cv-00096     Document 30-4     Filed 04/06/21     Page 2 of 5 PageID #: 526



members in directing the litigation.

**WHY ROSEN LAW:** We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience or resources. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020 founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, defendants throughout the Class Period and in the registration statement made false and/or misleading statements and/or failed to disclose that: (1) Clover's Clover Assistant platform was under active investigation by the Department of Justice ("DOJ") for at least 12 issues ranging from kickbacks to marketing practices to undisclosed third-party deals; (2) the DOJ's investigation presented an existential risk to the Company, since it derives most of its revenues from Medicare; (3) Clover's sales were driven by a major undisclosed related party deal and misleading marketing targeting the elderly, not its purported "best-in-class" technology; (4) a significant portion of Clover's sales were by way of an undisclosed relationship between Clover and an outside brokerage firm controlled by Clover's Head of Sales; and (5) as a result, defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the Clover class action, go to http://www.rosenlegal.com/cases-register-2030.html or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing



SERVICES ⌄    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Attorney Advertising. Prior results do not guarantee a similar outcome.

-------------------------------

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

cases@rosenlegal.com

www.rosenlegal.com

**Tags**

CLOV    CLOVW    IPOC    Social Capital Hedosophia    Clover Health Investments

Clover Health    Class Action

# Recommended Reading

April 05, 2021 08:00 ET

Source:  The Rosen Law Firm PA

**The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Securities of Katanga Mining Limited – KATFF**



NEWARK, N.J., April 05, 2021 (GLOBE NEWSWIRE) -- The Rosen Law Firm, P.A.

April 04, 2021 12:40 ET

Source:  The Rosen Law Firm PA

**TSN FINAL DEADLINE ALERT: ROSEN, A LEADING LAW FIRM, Encourages Tyson Foods, Inc. Investors with Large Losses to Secure Counsel Before...**



NEW YORK, April 04, 2021 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a global



SERVICES ⌄    CONTACT US    FRANÇAIS    **SIGN IN**    **REGISTER**

announcement of a...

15, 2020 and...

# Explore

## ESS célèbre son 75e anniversaire au service des in...

April 06, 2021 16:15 ET

## ESS celebrates 75th Anniversary, serving Canada's ...

April 06, 2021 16:15 ET



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· Home

· Newsroom

· RSS Feeds

· Legal

© 2021 GlobeNewswire, Inc. All Rights Reserved.