# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>             Defendants. | Case No. 3:21-cv-00096<br><br>**NOTICE OF FILING DECLARATION OF PAVITHRA RAJESH IN SUPPORT OF MOTION OF AARON FARZAN AND ALEJANDRO HANDAL FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| BRINAL KAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>             Defendants. | Case No. 3:21-cv-00101 |

[caption continues on following page]

1

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>        v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY, and JOSEPH WAGNER,<br><br>                  Defendants. | Case No. 3:21-cv-00109 |
| JEAN-NICOLAS TREMBLAY, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>        v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>                  Defendants. | Case No. 3:21-cv-00138 |

Aaron Farzan and Alejandro Handal (together, "Movants"), by and through counsel, hereby provide Notice of Filing of the Declaration of Pavithra Rajesh.

2

Respectfully submitted,

DATED: April 6, 2021

By: _/s/ Tara L. Swafford_

**THE SWAFFORD LAW FIRM, PLLC**
Tara L. Swafford, #017577
207 Third Avenue North
Franklin, Tennessee 37064
Telephone: (615) 599-8406
Facsimile: (615) 807-2355

*Liaison Counsel for Movants and Proposed*
*Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:        (310) 201-9150
Facsimile:        (310) 201-9160

*Counsel for Movants and Proposed Lead*
*Counsel for the Class*

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Additional Counsel*

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's electronic filing system on the following counsel of record:

**James G. Stranch, IV**
**Benjamin A. Gastel**
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
beng@bsjfirm.com
gerards@bsjfirm.com

**Jacob A. Walker**
**Jeffrey C. Block**
**Stephen J. Teti**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
jake@blockleviton.com
jeff@blockleviton.com
steti@blockleviton.com

**Corey D. Holzer**
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
cholzer@holzerlaw.com

**Larry Russell Belk , Jr.**
Sutherland & Belk, PLC
505 21st Avenue South
Suite 400
Nashville, TN 37212
russell@sbinjurylaw.com

**Laurence M. Rosen**
**Phillip Kim**
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
lrosen@rosenlegal.com

**Paul Kent Bramlett**
**Robert P. Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

**Christopher M. Wood**
Robbins Geller Rudman & Dowd LLP (Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
cwood@rgrdlaw.com

**Jerry E. Martin**
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
jmartin@barrettjohnston.com

**Mark S. Reich**
**Mark K. Blasy**
**Samuel H. Rudman**
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
mreich@rgrdlaw.com
mblasy@rgrdlaw.com
srudman@rgrdlaw.com

**J. Alexander Hood , II**
**James M. LoPiano**
**Jeremy A. Lieberman**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
ahood@pomlaw.com
jlopiano@pomlaw.com
jalieberman@pomlaw.com

**Patrick V. Dahlstrom**
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

this 6th day of April 2021.

*/s/ Tara L. Swafford*
Tara L. Swafford

4