# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>                Defendants. | Case No. 3:21-cv-00096<br><br>**DECLARATION OF PAVITHRA RAJESH IN SUPPORT OF MOTION OF AARON FARZAN AND ALEJANDRO HANDAL FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| BRINAL KAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>                Defendants. | Case No. 3:21-cv-00101 |

[caption continues on following page]

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00109 |
| Plaintiff, | |
| v. | |
| CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY, and JOSEPH WAGNER, | |
| Defendants. | |
| JEAN-NICOLAS TREMBLAY, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00138 |
| Plaintiff, | |
| v. | |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, | |
| Defendants. | |

I, Pavithra Rajesh, hereby declare as follows:

1. I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for lead plaintiff movants Aaron Farzan and Alejandro Handal (together, "Movants") and proposed lead counsel for the class in the above-captioned actions. I make this declaration in support of Movants' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and

Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.　　　Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:　　Press release published February 5, 2021 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:　　Signed PSLRA Certification of Movant;

Exhibit C:　　Table of Movant's calculated losses, as a result of transactions in Clover Health Investments Corp. securities; and

Exhibit D:　　Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 6th day of April, 2021.

*Pavithra Rajesh*
Pavithra Rajesh