# EXHIBIT B

# SWORN CERTIFICATION OF PLAINTIFF

## CLOVER HEALTH INVESTMENTS, CORP. SECURITIES LITIGATION

I, Alejandro Handal, certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the Clover Health Investments, Corp. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Clover Health Investments, Corp. securities during the Class Period set forth in the Complaint are as follows:

   (See attached transactions)

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

   In re. Alteryx, Inc. securities litigation
   "*Greg Smith v. Alteryx, Inc.*" Case No. 8:20-cv-01540-DOC-JDE (C.D. Cal.)

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

2/12/2021
_____
Date

DocuSigned by:
*Alejandro Handal*
26BAD04FD6BE4CB...
_____
Alejandro Handal

**Alejandro Handal's Transactions in Clover Health Investments, Corp. (CLOV)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/8/2021 | Bought | 42 | $16.0350 |
| 1/8/2021 | Bought | 2,503 | $16.0100 |
| 1/8/2021 | Bought | 5 | $16.0002 |
| 1/8/2021 | Bought | 100 | $16.0000 |
| 1/8/2021 | Bought | 2,350 | $15.9850 |
| 1/11/2021 | Bought | 5,000 | $15.0599 |
| 1/14/2021 | Bought | 9,500 | $13.7800 |
| 1/14/2021 | Bought | 500 | $13.7700 |
| 1/22/2021 | Bought | 10,000 | $13.2500 |
| 2/4/2021 | Bought | 10,000 | $12.5200 |

**SWORN CERTIFICATION OF PLAINTIFF**

**CLOVER HEALTH INVESTMENTS, CORP. SECURITIES LITIGATION**

I, Aaron Farzan, certify that:

1.  Shadi Farzan (my spouse) has assigned to me all her rights, title, ownership, and interest in claims, demands, and causes of action of any kind whatsoever that she has or may have arising from violations of the federal securities laws of the United States of America in connection with her purchase or acquisition of Clover Health Investments, Corp. securities. I manage Shadi Farzan's investment account and purchased the shares listed below on her behalf.

2.  I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

3.  The Clover Health Investments, Corp. securities that are the subject of this action were not purchased at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

4.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

5.  The transactions in Clover Health Investments, Corp. securities that are the subject of the Complaint during the class period specified in the complaint are as follows:

    (See attached transactions)

6.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

7.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

4/6/2021
_____
Date

DocuSigned by:
*Aaron Farzan*
5E488B0464E748C...
_____
Aaron Farzan

**Aaron Farzan's Transactions in Clover Health Investments, Corp.
(CLOV)**

| Settlement Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/16/2020 | Bought | 300 | $11.4000 |
| 12/16/2020 | Bought | 293 | $11.4000 |
| 12/16/2020 | Bought | 300 | $11.4000 |
| 12/16/2020 | Bought | 100 | $11.4000 |
| 12/18/2020 | Bought | 1,000 | $10.9400 |
| 12/21/2020 | Bought | 88 | $11.0800 |
| 12/21/2020 | Bought | 90 | $11.0800 |
| 12/21/2020 | Bought | 829 | $11.1000 |
| 12/22/2020 | Bought | 276 | $12.2000 |
| 12/22/2020 | Bought | 30 | $12.2000 |
| 12/22/2020 | Bought | 100 | $12.2000 |
| 12/22/2020 | Bought | 7 | $12.2000 |
| 12/22/2020 | Bought | 87 | $12.2000 |
| 12/24/2020 | Bought | 1,500 | $12.9750 |
| 12/24/2020 | Bought | 300 | $13.4500 |
| 12/24/2020 | Bought | 200 | $13.4500 |
| 12/24/2020 | Bought | 200 | $13.4500 |
| 12/24/2020 | Bought | 300 | $13.4500 |
| 12/28/2020 | Bought | 2,000 | $14.2483 |
| 12/28/2020 | Bought | 2,000 | $14.2070 |
| 12/28/2020 | Bought | 2,000 | $14.1275 |
| 12/28/2020 | Bought | 2,000 | $13.9966 |
| 12/29/2020 | Bought | 491 | $15.6500 |
| 12/29/2020 | Bought | 509 | $15.7000 |
| 12/29/2020 | Bought | 50 | $15.8100 |
| 12/29/2020 | Bought | 55 | $15.8300 |
| 12/29/2020 | Bought | 100 | $15.8500 |
| 12/29/2020 | Bought | 100 | $15.8500 |
| 12/29/2020 | Bought | 150 | $15.8500 |
| 12/29/2020 | Bought | 1 | $15.8500 |
| 12/29/2020 | Bought | 200 | $15.8700 |
| 12/29/2020 | Bought | 100 | $15.8700 |
| 12/29/2020 | Bought | 100 | $15.8800 |
| 12/29/2020 | Bought | 144 | $15.8900 |
| 12/29/2020 | Bought | 100 | $15.8500 |
| 12/29/2020 | Bought | 900 | $15.8500 |
| 12/29/2020 | Bought | 5 | $15.9300 |
| 12/29/2020 | Bought | 100 | $15.9400 |
| 12/29/2020 | Bought | 500 | $15.9400 |
| 12/29/2020 | Bought | 100 | $15.9400 |
| 12/29/2020 | Bought | 600 | $15.9500 |

| Settlement Date | Transaction Type | Quantity | Unit Price |
|---|---|---:|---:|
| 12/29/2020 | Bought | 695 | $15.9500 |
| 12/29/2020 | Sold | -200 | $16.0000 |
| 12/29/2020 | Sold | -100 | $16.0300 |
| 12/29/2020 | Sold | -200 | $16.0300 |
| 12/29/2020 | Sold | -282 | $16.0300 |
| 12/29/2020 | Sold | -68 | $16.0300 |
| 12/29/2020 | Sold | -300 | $16.0300 |
| 12/29/2020 | Sold | -270 | $16.0300 |
| 12/29/2020 | Sold | -53 | $16.0300 |
| 12/29/2020 | Sold | -20 | $16.0300 |
| 12/29/2020 | Sold | -2 | $16.0300 |
| 12/29/2020 | Sold | -1 | $15.9500 |
| 12/29/2020 | Sold | -2 | $16.0000 |
| 12/29/2020 | Sold | -20 | $16.0000 |
| 12/29/2020 | Sold | -500 | $16.0000 |
| 12/29/2020 | Sold | -100 | $16.0000 |
| 12/29/2020 | Sold | -5 | $16.0000 |
| 12/29/2020 | Sold | -2 | $16.0000 |
| 12/29/2020 | Sold | -15 | $16.0000 |
| 12/29/2020 | Sold | -20 | $16.0000 |
| 12/29/2020 | Sold | -2,000 | $16.0000 |
| 12/29/2020 | Sold | -25 | $16.0000 |
| 12/29/2020 | Sold | -400 | $16.0000 |
| 12/29/2020 | Sold | -10 | $16.0000 |
| 12/29/2020 | Sold | -400 | $16.0000 |
| 12/29/2020 | Sold | -20 | $16.0000 |
| 12/29/2020 | Sold | -33 | $16.0000 |
| 12/29/2020 | Sold | -98 | $16.0000 |
| 12/29/2020 | Sold | -1,600 | $16.0000 |
| 12/29/2020 | Sold | -4,288 | $16.0000 |
| 12/29/2020 | Sold | -1,469 | $16.0000 |
| 12/29/2020 | Sold | -423 | $16.0000 |
| 12/29/2020 | Sold | -55 | $16.0100 |
| 12/29/2020 | Sold | -1 | $16.0300 |
| 12/29/2020 | Sold | -95 | $16.0300 |
| 12/29/2020 | Sold | -1 | $16.0300 |
| 12/29/2020 | Sold | -300 | $16.0300 |
| 12/29/2020 | Sold | -20 | $16.0300 |
| 12/29/2020 | Sold | -90 | $16.0300 |
| 12/29/2020 | Sold | -20 | $16.0300 |
| 12/29/2020 | Sold | -189 | $16.0300 |
| 12/29/2020 | Sold | -22 | $16.0300 |
| 12/29/2020 | Sold | -2 | $16.0300 |
| 12/29/2020 | Sold | -187 | $16.0300 |

| Settlement Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 12/29/2020 | Sold | -77 | $16.0300 |
| 12/29/2020 | Sold | -15 | $16.0300 |
| 12/30/2020 | Bought | 8,000 | $16.6000 |
| 12/30/2020 | Bought | 5,000 | $16.7000 |
| 12/30/2020 | Bought | 2,000 | $16.6900 |
| 12/30/2020 | Bought | 5,000 | $15.9600 |
| 12/30/2020 | Bought | 5,000 | $16.3270 |
| 1/4/2021 | Bought | 25,000 | $16.5965 |
| 1/5/2021 | Sold | -25,000 | $16.6000 |
| 1/6/2021 | Bought | 20,000 | $15.9858 |
| 1/8/2021 | Bought | 30,000 | $15.4978 |
| 1/8/2021 | Bought | 30,000 | $14.9619 |
| 1/11/2021 | Sold | -30,000 | $15.8000 |
| 1/11/2021 | Sold | -10,000 | $15.9000 |
| 1/11/2021 | Sold | -20,000 | $15.2500 |
| 1/14/2021 | Bought | 20,000 | $14.5299 |
| 1/14/2021 | Sold | -12,102 | $14.6300 |
| 1/14/2021 | Sold | -79 | $14.6500 |
| 1/14/2021 | Sold | -1 | $14.6500 |
| 1/14/2021 | Sold | -40 | $14.6600 |
| 1/14/2021 | Sold | -75 | $14.6600 |
| 1/14/2021 | Sold | -50 | $14.6600 |
| 1/14/2021 | Sold | -1 | $14.6600 |
| 1/14/2021 | Sold | -347 | $14.6600 |
| 1/14/2021 | Sold | -590 | $14.6600 |
| 1/14/2021 | Sold | -500 | $14.6600 |
| 1/14/2021 | Sold | -1 | $14.6600 |
| 1/14/2021 | Sold | -20 | $14.6600 |
| 1/14/2021 | Sold | -34 | $14.6600 |
| 1/14/2021 | Sold | -1,000 | $14.6600 |
| 1/14/2021 | Sold | -87 | $14.6600 |
| 1/14/2021 | Sold | -100 | $14.6600 |
| 1/14/2021 | Sold | -189 | $14.6600 |
| 1/14/2021 | Sold | -400 | $14.6600 |
| 1/14/2021 | Sold | -100 | $14.6600 |
| 1/14/2021 | Sold | -10 | $14.6600 |
| 1/14/2021 | Sold | -100 | $14.6600 |
| 1/14/2021 | Sold | -110 | $14.6800 |
| 1/14/2021 | Sold | -2 | $14.6800 |
| 1/14/2021 | Sold | -4 | $14.6800 |
| 1/14/2021 | Sold | -140 | $14.6800 |
| 1/14/2021 | Sold | -50 | $14.6800 |
| 1/14/2021 | Sold | -13 | $14.6800 |
| 1/14/2021 | Sold | -200 | $14.6800 |

| Settlement Date | Transaction Type | Quantity | Unit Price |
|---|---|---:|---:|
| 1/14/2021 | Sold | -300 | $14.6800 |
| 1/14/2021 | Sold | -42 | $14.6800 |
| 1/14/2021 | Sold | -30 | $14.6800 |
| 1/14/2021 | Sold | -119 | $14.6800 |
| 1/14/2021 | Sold | -1,000 | $14.6800 |
| 1/14/2021 | Sold | -1,000 | $14.6800 |
| 1/14/2021 | Sold | -32 | $14.6800 |
| 1/14/2021 | Sold | -2 | $14.6800 |
| 1/14/2021 | Sold | -10 | $14.6500 |
| 1/14/2021 | Sold | -88 | $14.6800 |
| 1/14/2021 | Sold | -3 | $14.6800 |
| 1/14/2021 | Sold | -10 | $14.6800 |
| 1/14/2021 | Sold | -5 | $14.6900 |
| 1/14/2021 | Sold | -4 | $14.6500 |
| 1/14/2021 | Sold | -5 | $14.6500 |
| 1/14/2021 | Sold | -5 | $14.6500 |
| 1/14/2021 | Sold | -1,000 | $14.6500 |
| 1/15/2021 | Bought | 20,000 | $14.1000 |
| 1/15/2021 | Bought | 20,000 | $14.0992 |
| 1/15/2021 | Bought | 20,000 | $14.1500 |
| 1/15/2021 | Sold | -20,000 | $14.3000 |
| 1/15/2021 | Sold | -20,000 | $14.3000 |
| 1/19/2021 | Bought | 20,000 | $14.2000 |
| 1/19/2021 | Sold | -20,000 | $14.4000 |
| 1/27/2021 | Bought | 20,000 | $14.2000 |
| 1/27/2021 | Sold | -20,000 | $14.3000 |
| 1/27/2021 | Sold | -40 | $14.3000 |
| 1/28/2021 | Sold | -19,960 | $14.3000 |
| 1/29/2021 | Bought | 295 | $14.6200 |
| 1/29/2021 | Bought | 10 | $14.6400 |
| 1/29/2021 | Bought | 8,112 | $14.6400 |
| 1/29/2021 | Bought | 118 | $14.6500 |
| 1/29/2021 | Bought | 74 | $14.6500 |
| 1/29/2021 | Bought | 1,100 | $14.6500 |
| 1/29/2021 | Bought | 999 | $14.6500 |
| 1/29/2021 | Bought | 6 | $14.6500 |
| 1/29/2021 | Bought | 89 | $14.8000 |
| 1/29/2021 | Bought | 50 | $14.8100 |
| 1/29/2021 | Bought | 50 | $14.9200 |
| 1/29/2021 | Bought | 6 | $14.9500 |
| 1/29/2021 | Bought | 15 | $14.9500 |
| 1/29/2021 | Bought | 500 | $14.9500 |
| 1/29/2021 | Bought | 10 | $14.9500 |
| 1/29/2021 | Bought | 500 | $14.9500 |

| Settlement Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/29/2021 | Bought | 2,000 | $14.9500 |
| 1/29/2021 | Bought | 600 | $14.9500 |
| 1/29/2021 | Bought | 500 | $14.9500 |
| 1/29/2021 | Bought | 100 | $14.9500 |
| 1/29/2021 | Bought | 200 | $14.9500 |
| 1/29/2021 | Bought | 1,000 | $14.9500 |
| 1/29/2021 | Bought | 63 | $14.9500 |
| 1/29/2021 | Bought | 815 | $14.9500 |
| 1/29/2021 | Bought | 31 | $14.9500 |
| 1/29/2021 | Bought | 2 | $14.9500 |
| 1/29/2021 | Bought | 1,684 | $14.9500 |
| 1/29/2021 | Bought | 20 | $14.9500 |
| 1/29/2021 | Bought | 70 | $14.9700 |
| 1/29/2021 | Bought | 46 | $14.9700 |
| 1/29/2021 | Bought | 102 | $14.9800 |
| 1/29/2021 | Bought | 674 | $14.9800 |
| 1/29/2021 | Bought | 159 | $14.9800 |
| 2/8/2021* | Sold | -1 | $12.6450 |

*Sold on 2/4/2021 and settled on 2/8/2021