# EXHIBIT C

# Loss Chart

**Company Name:** Clover Health Investments, Corp.
**Ticker:** CLOV
**Class Period:** October 6, 2020 to February 4, 2021

**Name:** Alejandro Handal

| Trade Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/8/2021 | 42 | $16.0350 | -$673.4700 | | $0.0000 | -$673.47 |
| 1/8/2021 | 2,503 | $16.0100 | -$40,073.0300 | | $0.0000 | -$40,073.03 |
| 1/8/2021 | 5 | $16.0002 | -$80.0010 | | $0.0000 | -$80.00 |
| 1/8/2021 | 100 | $16.0000 | -$1,600.0000 | | $0.0000 | -$1,600.00 |
| 1/8/2021 | 2,350 | $15.9850 | -$37,564.7500 | | $0.0000 | -$37,564.75 |
| 1/11/2021 | 5,000 | $15.0599 | -$75,299.5000 | | $0.0000 | -$75,299.50 |
| 1/14/2021 | 9,500 | $13.7800 | -$130,910.0000 | | $0.0000 | -$130,910.00 |
| 1/14/2021 | 500 | $13.7700 | -$6,885.0000 | | $0.0000 | -$6,885.00 |
| 1/22/2021 | 10,000 | $13.2500 | -$132,500.0000 | | $0.0000 | -$132,500.00 |
| 2/4/2021 | 10,000 | $12.5200 | -$125,200.0000 | | $0.0000 | -$125,200.00 |
| 3/5/2021 | -15,000 | | $0.0000 | $10.7329 | $160,992.8571 | $160,992.86 |
| 3/5/2021 | -25,000 | | $0.0000 | $10.7329 | $268,321.4286 | $268,321.43 |

| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$121,471.47** |
|---|---|---|---|---|---|---|
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $9.4377 | 0 | **Total:** | **-$121,471.47** |

**Name:** Aaron Farzan

| Settlement Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/16/2020 | 300 | $11.4000 | -$3,420.0000 | | $0.0000 | -$3,420.00 |
| 12/16/2020 | 293 | $11.4000 | -$3,340.2000 | | $0.0000 | -$3,340.20 |
| 12/16/2020 | 300 | $11.4000 | -$3,420.0000 | | $0.0000 | -$3,420.00 |
| 12/16/2020 | 100 | $11.4000 | -$1,140.0000 | | $0.0000 | -$1,140.00 |
| 12/18/2020 | 1,000 | $10.9400 | -$10,940.0000 | | $0.0000 | -$10,940.00 |
| 12/21/2020 | 88 | $11.0800 | -$975.0400 | | $0.0000 | -$975.04 |
| 12/21/2020 | 90 | $11.0800 | -$997.2000 | | $0.0000 | -$997.20 |
| 12/21/2020 | 829 | $11.1000 | -$9,201.9000 | | $0.0000 | -$9,201.90 |
| 12/22/2020 | 276 | $12.2000 | -$3,367.2000 | | $0.0000 | -$3,367.20 |
| 12/22/2020 | 30 | $12.2000 | -$366.0000 | | $0.0000 | -$366.00 |
| 12/22/2020 | 100 | $12.2000 | -$1,220.0000 | | $0.0000 | -$1,220.00 |
| 12/22/2020 | 7 | $12.2000 | -$85.4000 | | $0.0000 | -$85.40 |
| 12/22/2020 | 87 | $12.2000 | -$1,061.4000 | | $0.0000 | -$1,061.40 |
| 12/24/2020 | 1,500 | $12.9750 | -$19,462.5000 | | $0.0000 | -$19,462.50 |
| 12/24/2020 | 300 | $13.4500 | -$4,035.0000 | | $0.0000 | -$4,035.00 |
| 12/24/2020 | 200 | $13.4500 | -$2,690.0000 | | $0.0000 | -$2,690.00 |
| 12/24/2020 | 200 | $13.4500 | -$2,690.0000 | | $0.0000 | -$2,690.00 |
| 12/24/2020 | 300 | $13.4500 | -$4,035.0000 | | $0.0000 | -$4,035.00 |
| 12/28/2020 | 2,000 | $14.2483 | -$28,496.6000 | | $0.0000 | -$28,496.60 |
| 12/28/2020 | 2,000 | $14.2070 | -$28,414.0000 | | $0.0000 | -$28,414.00 |
| 12/28/2020 | 2,000 | $14.1275 | -$28,255.0000 | | $0.0000 | -$28,255.00 |
| 12/28/2020 | 2,000 | $13.9966 | -$27,993.2000 | | $0.0000 | -$27,993.20 |
| 12/29/2020 | 491 | $15.6500 | -$7,684.1500 | | $0.0000 | -$7,684.15 |
| 12/29/2020 | 509 | $15.7000 | -$7,991.3000 | | $0.0000 | -$7,991.30 |
| 12/29/2020 | 50 | $15.8100 | -$790.5000 | | $0.0000 | -$790.50 |
| 12/29/2020 | 55 | $15.8300 | -$870.6500 | | $0.0000 | -$870.65 |
| 12/29/2020 | 100 | $15.8500 | -$1,585.0000 | | $0.0000 | -$1,585.00 |
| 12/29/2020 | 100 | $15.8500 | -$1,585.0000 | | $0.0000 | -$1,585.00 |
| 12/29/2020 | 150 | $15.8500 | -$2,377.5000 | | $0.0000 | -$2,377.50 |
| 12/29/2020 | 1 | $15.8500 | -$15.8500 | | $0.0000 | -$15.85 |
| 12/29/2020 | 200 | $15.8700 | -$3,174.0000 | | $0.0000 | -$3,174.00 |
| 12/29/2020 | 100 | $15.8700 | -$1,587.0000 | | $0.0000 | -$1,587.00 |
| 12/29/2020 | 100 | $15.8800 | -$1,588.0000 | | $0.0000 | -$1,588.00 |
| 12/29/2020 | 144 | $15.8900 | -$2,288.1600 | | $0.0000 | -$2,288.16 |
| 12/29/2020 | 100 | $15.8500 | -$1,585.0000 | | $0.0000 | -$1,585.00 |
| 12/29/2020 | 900 | $15.8500 | -$14,265.0000 | | $0.0000 | -$14,265.00 |
| 12/29/2020 | 5 | $15.9300 | -$79.6500 | | $0.0000 | -$79.65 |
| 12/29/2020 | 100 | $15.9400 | -$1,594.0000 | | $0.0000 | -$1,594.00 |
| 12/29/2020 | 500 | $15.9400 | -$7,970.0000 | | $0.0000 | -$7,970.00 |

# Loss Chart

| Settlement Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/29/2020 | 100 | $15.9400 | -$1,594.0000 | | $0.0000 | -$1,594.00 |
| 12/29/2020 | 600 | $15.9500 | -$9,570.0000 | | $0.0000 | -$9,570.00 |
| 12/29/2020 | 695 | $15.9500 | -$11,085.2500 | | $0.0000 | -$11,085.25 |
| 12/29/2020 | -200 | | $0.0000 | $16.0000 | $3,200.0000 | $3,200.00 |
| 12/29/2020 | -100 | | $0.0000 | $16.0300 | $1,603.0000 | $1,603.00 |
| 12/29/2020 | -200 | | $0.0000 | $16.0300 | $3,206.0000 | $3,206.00 |
| 12/29/2020 | -282 | | $0.0000 | $16.0300 | $4,520.4600 | $4,520.46 |
| 12/29/2020 | -68 | | $0.0000 | $16.0300 | $1,090.0400 | $1,090.04 |
| 12/29/2020 | -300 | | $0.0000 | $16.0300 | $4,809.0000 | $4,809.00 |
| 12/29/2020 | -270 | | $0.0000 | $16.0300 | $4,328.1000 | $4,328.10 |
| 12/29/2020 | -53 | | $0.0000 | $16.0300 | $849.5900 | $849.59 |
| 12/29/2020 | -20 | | $0.0000 | $16.0300 | $320.6000 | $320.60 |
| 12/29/2020 | -2 | | $0.0000 | $16.0300 | $32.0600 | $32.06 |
| 12/29/2020 | -1 | | $0.0000 | $15.9500 | $15.9500 | $15.95 |
| 12/29/2020 | -2 | | $0.0000 | $16.0000 | $32.0000 | $32.00 |
| 12/29/2020 | -20 | | $0.0000 | $16.0000 | $320.0000 | $320.00 |
| 12/29/2020 | -500 | | $0.0000 | $16.0000 | $8,000.0000 | $8,000.00 |
| 12/29/2020 | -100 | | $0.0000 | $16.0000 | $1,600.0000 | $1,600.00 |
| 12/29/2020 | -5 | | $0.0000 | $16.0000 | $80.0000 | $80.00 |
| 12/29/2020 | -2 | | $0.0000 | $16.0000 | $32.0000 | $32.00 |
| 12/29/2020 | -15 | | $0.0000 | $16.0000 | $240.0000 | $240.00 |
| 12/29/2020 | -20 | | $0.0000 | $16.0000 | $320.0000 | $320.00 |
| 12/29/2020 | -2,000 | | $0.0000 | $16.0000 | $32,000.0000 | $32,000.00 |
| 12/29/2020 | -25 | | $0.0000 | $16.0000 | $400.0000 | $400.00 |
| 12/29/2020 | -400 | | $0.0000 | $16.0000 | $6,400.0000 | $6,400.00 |
| 12/29/2020 | -10 | | $0.0000 | $16.0000 | $160.0000 | $160.00 |
| 12/29/2020 | -400 | | $0.0000 | $16.0000 | $6,400.0000 | $6,400.00 |
| 12/29/2020 | -20 | | $0.0000 | $16.0000 | $320.0000 | $320.00 |
| 12/29/2020 | -33 | | $0.0000 | $16.0000 | $528.0000 | $528.00 |
| 12/29/2020 | -98 | | $0.0000 | $16.0000 | $1,568.0000 | $1,568.00 |
| 12/29/2020 | -1,600 | | $0.0000 | $16.0000 | $25,600.0000 | $25,600.00 |
| 12/29/2020 | -4,288 | | $0.0000 | $16.0000 | $68,608.0000 | $68,608.00 |
| 12/29/2020 | -1,469 | | $0.0000 | $16.0000 | $23,504.0000 | $23,504.00 |
| 12/29/2020 | -423 | | $0.0000 | $16.0000 | $6,768.0000 | $6,768.00 |
| 12/29/2020 | -55 | | $0.0000 | $16.0100 | $880.5500 | $880.55 |
| 12/29/2020 | -1 | | $0.0000 | $16.0300 | $16.0300 | $16.03 |
| 12/29/2020 | -95 | | $0.0000 | $16.0300 | $1,522.8500 | $1,522.85 |
| 12/29/2020 | -1 | | $0.0000 | $16.0300 | $16.0300 | $16.03 |
| 12/29/2020 | -300 | | $0.0000 | $16.0300 | $4,809.0000 | $4,809.00 |
| 12/29/2020 | -20 | | $0.0000 | $16.0300 | $320.6000 | $320.60 |
| 12/29/2020 | -90 | | $0.0000 | $16.0300 | $1,442.7000 | $1,442.70 |
| 12/29/2020 | -20 | | $0.0000 | $16.0300 | $320.6000 | $320.60 |
| 12/29/2020 | -189 | | $0.0000 | $16.0300 | $3,029.6700 | $3,029.67 |
| 12/29/2020 | -22 | | $0.0000 | $16.0300 | $352.6600 | $352.66 |
| 12/29/2020 | -2 | | $0.0000 | $16.0300 | $32.0600 | $32.06 |
| 12/29/2020 | -187 | | $0.0000 | $16.0300 | $2,997.6100 | $2,997.61 |
| 12/29/2020 | -77 | | $0.0000 | $16.0300 | $1,234.3100 | $1,234.31 |
| 12/29/2020 | -15 | | $0.0000 | $16.0300 | $240.4500 | $240.45 |
| 12/30/2020 | 8,000 | $16.6000 | -$132,800.0000 | | $0.0000 | -$132,800.00 |
| 12/30/2020 | 5,000 | $16.7000 | -$83,500.0000 | | $0.0000 | -$83,500.00 |
| 12/30/2020 | 2,000 | $16.6900 | -$33,380.0000 | | $0.0000 | -$33,380.00 |
| 12/30/2020 | 5,000 | $15.9600 | -$79,800.0000 | | $0.0000 | -$79,800.00 |
| 12/30/2020 | 5,000 | $16.3270 | -$81,635.0000 | | $0.0000 | -$81,635.00 |
| 1/4/2021 | 25,000 | $16.5965 | -$414,912.5000 | | $0.0000 | -$414,912.50 |
| 1/5/2021 | -25,000 | | $0.0000 | $16.6000 | $415,000.0000 | $415,000.00 |
| 1/6/2021 | 20,000 | $15.9858 | -$319,716.0000 | | $0.0000 | -$319,716.00 |
| 1/8/2021 | 30,000 | $15.4978 | -$464,934.0000 | | $0.0000 | -$464,934.00 |
| 1/8/2021 | 30,000 | $14.9619 | -$448,857.0000 | | $0.0000 | -$448,857.00 |
| 1/11/2021 | -30,000 | | $0.0000 | $15.8000 | $474,000.0000 | $474,000.00 |
| 1/11/2021 | -10,000 | | $0.0000 | $15.9000 | $159,000.0000 | $159,000.00 |
| 1/11/2021 | -20,000 | | $0.0000 | $15.2500 | $305,000.0000 | $305,000.00 |
| 1/14/2021 | 20,000 | $14.5299 | -$290,598.0000 | | $0.0000 | -$290,598.00 |
| 1/14/2021 | -12,102 | | $0.0000 | $14.6300 | $177,052.2600 | $177,052.26 |
| 1/14/2021 | -79 | | $0.0000 | $14.6500 | $1,157.3500 | $1,157.35 |
| 1/14/2021 | -1 | | $0.0000 | $14.6500 | $14.6500 | $14.65 |
| 1/14/2021 | -40 | | $0.0000 | $14.6600 | $586.4000 | $586.40 |

# Loss Chart

| Settlement Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/14/2021 | -75 | | $0.0000 | $14.6600 | $1,099.5000 | $1,099.50 |
| 1/14/2021 | -50 | | $0.0000 | $14.6600 | $733.0000 | $733.00 |
| 1/14/2021 | -1 | | $0.0000 | $14.6600 | $14.6600 | $14.66 |
| 1/14/2021 | -347 | | $0.0000 | $14.6600 | $5,087.0200 | $5,087.02 |
| 1/14/2021 | -590 | | $0.0000 | $14.6600 | $8,649.4000 | $8,649.40 |
| 1/14/2021 | -500 | | $0.0000 | $14.6600 | $7,330.0000 | $7,330.00 |
| 1/14/2021 | -1 | | $0.0000 | $14.6600 | $14.6600 | $14.66 |
| 1/14/2021 | -20 | | $0.0000 | $14.6600 | $293.2000 | $293.20 |
| 1/14/2021 | -34 | | $0.0000 | $14.6600 | $498.4400 | $498.44 |
| 1/14/2021 | -1,000 | | $0.0000 | $14.6600 | $14,660.0000 | $14,660.00 |
| 1/14/2021 | -87 | | $0.0000 | $14.6600 | $1,275.4200 | $1,275.42 |
| 1/14/2021 | -100 | | $0.0000 | $14.6600 | $1,466.0000 | $1,466.00 |
| 1/14/2021 | -189 | | $0.0000 | $14.6600 | $2,770.7400 | $2,770.74 |
| 1/14/2021 | -400 | | $0.0000 | $14.6600 | $5,864.0000 | $5,864.00 |
| 1/14/2021 | -100 | | $0.0000 | $14.6600 | $1,466.0000 | $1,466.00 |
| 1/14/2021 | -10 | | $0.0000 | $14.6600 | $146.6000 | $146.60 |
| 1/14/2021 | -100 | | $0.0000 | $14.6600 | $1,466.0000 | $1,466.00 |
| 1/14/2021 | -110 | | $0.0000 | $14.6800 | $1,614.8000 | $1,614.80 |
| 1/14/2021 | -2 | | $0.0000 | $14.6800 | $29.3600 | $29.36 |
| 1/14/2021 | -4 | | $0.0000 | $14.6800 | $58.7200 | $58.72 |
| 1/14/2021 | -140 | | $0.0000 | $14.6800 | $2,055.2000 | $2,055.20 |
| 1/14/2021 | -50 | | $0.0000 | $14.6800 | $734.0000 | $734.00 |
| 1/14/2021 | -13 | | $0.0000 | $14.6800 | $190.8400 | $190.84 |
| 1/14/2021 | -200 | | $0.0000 | $14.6800 | $2,936.0000 | $2,936.00 |
| 1/14/2021 | -300 | | $0.0000 | $14.6800 | $4,404.0000 | $4,404.00 |
| 1/14/2021 | -42 | | $0.0000 | $14.6800 | $616.5600 | $616.56 |
| 1/14/2021 | -30 | | $0.0000 | $14.6800 | $440.4000 | $440.40 |
| 1/14/2021 | -119 | | $0.0000 | $14.6800 | $1,746.9200 | $1,746.92 |
| 1/14/2021 | -1,000 | | $0.0000 | $14.6800 | $14,680.0000 | $14,680.00 |
| 1/14/2021 | -1,000 | | $0.0000 | $14.6800 | $14,680.0000 | $14,680.00 |
| 1/14/2021 | -32 | | $0.0000 | $14.6800 | $469.7600 | $469.76 |
| 1/14/2021 | -2 | | $0.0000 | $14.6800 | $29.3600 | $29.36 |
| 1/14/2021 | -10 | | $0.0000 | $14.6500 | $146.5000 | $146.50 |
| 1/14/2021 | -88 | | $0.0000 | $14.6800 | $1,291.8400 | $1,291.84 |
| 1/14/2021 | -3 | | $0.0000 | $14.6800 | $44.0400 | $44.04 |
| 1/14/2021 | -10 | | $0.0000 | $14.6800 | $146.8000 | $146.80 |
| 1/14/2021 | -5 | | $0.0000 | $14.6900 | $73.4500 | $73.45 |
| 1/14/2021 | -4 | | $0.0000 | $14.6500 | $58.6000 | $58.60 |
| 1/14/2021 | -5 | | $0.0000 | $14.6500 | $73.2500 | $73.25 |
| 1/14/2021 | -5 | | $0.0000 | $14.6500 | $73.2500 | $73.25 |
| 1/14/2021 | -1,000 | | $0.0000 | $14.6500 | $14,650.0000 | $14,650.00 |
| 1/15/2021 | 20,000 | $14.1000 | -$282,000.0000 | | $0.0000 | -$282,000.00 |
| 1/15/2021 | 20,000 | $14.0992 | -$281,984.0000 | | $0.0000 | -$281,984.00 |
| 1/15/2021 | 20,000 | $14.1500 | -$283,000.0000 | | $0.0000 | -$283,000.00 |
| 1/15/2021 | -20,000 | | $0.0000 | $14.3000 | $286,000.0000 | $286,000.00 |
| 1/15/2021 | -20,000 | | $0.0000 | $14.3000 | $286,000.0000 | $286,000.00 |
| 1/19/2021 | 20,000 | $14.2000 | -$284,000.0000 | | $0.0000 | -$284,000.00 |
| 1/19/2021 | -20,000 | | $0.0000 | $14.4000 | $288,000.0000 | $288,000.00 |
| 1/27/2021 | 20,000 | $14.2000 | -$284,000.0000 | | $0.0000 | -$284,000.00 |
| 1/27/2021 | -20,000 | | $0.0000 | $14.3000 | $286,000.0000 | $286,000.00 |
| 1/27/2021 | -40 | | $0.0000 | $14.3000 | $572.0000 | $572.00 |
| 1/28/2021 | -19,960 | | $0.0000 | $14.3000 | $285,428.0000 | $285,428.00 |
| 1/29/2021 | 295 | $14.6200 | -$4,312.9000 | | $0.0000 | -$4,312.90 |
| 1/29/2021 | 10 | $14.6400 | -$146.4000 | | $0.0000 | -$146.40 |
| 1/29/2021 | 8,112 | $14.6400 | -$118,759.6800 | | $0.0000 | -$118,759.68 |
| 1/29/2021 | 118 | $14.6500 | -$1,728.7000 | | $0.0000 | -$1,728.70 |
| 1/29/2021 | 74 | $14.6500 | -$1,084.1000 | | $0.0000 | -$1,084.10 |
| 1/29/2021 | 1,100 | $14.6500 | -$16,115.0000 | | $0.0000 | -$16,115.00 |
| 1/29/2021 | 999 | $14.6500 | -$14,635.3500 | | $0.0000 | -$14,635.35 |
| 1/29/2021 | 6 | $14.6500 | -$87.9000 | | $0.0000 | -$87.90 |
| 1/29/2021 | 89 | $14.8000 | -$1,317.2000 | | $0.0000 | -$1,317.20 |
| 1/29/2021 | 50 | $14.8100 | -$740.5000 | | $0.0000 | -$740.50 |
| 1/29/2021 | 50 | $14.9200 | -$746.0000 | | $0.0000 | -$746.00 |
| 1/29/2021 | 6 | $14.9500 | -$89.7000 | | $0.0000 | -$89.70 |
| 1/29/2021 | 15 | $14.9500 | -$224.2500 | | $0.0000 | -$224.25 |
| 1/29/2021 | 500 | $14.9500 | -$7,475.0000 | | $0.0000 | -$7,475.00 |

# Loss Chart

| Settlement Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/29/2021 | 10 | $14.9500 | -$149.5000 | | $0.0000 | -$149.50 |
| 1/29/2021 | 500 | $14.9500 | -$7,475.0000 | | $0.0000 | -$7,475.00 |
| 1/29/2021 | 2,000 | $14.9500 | -$29,900.0000 | | $0.0000 | -$29,900.00 |
| 1/29/2021 | 600 | $14.9500 | -$8,970.0000 | | $0.0000 | -$8,970.00 |
| 1/29/2021 | 500 | $14.9500 | -$7,475.0000 | | $0.0000 | -$7,475.00 |
| 1/29/2021 | 100 | $14.9500 | -$1,495.0000 | | $0.0000 | -$1,495.00 |
| 1/29/2021 | 200 | $14.9500 | -$2,990.0000 | | $0.0000 | -$2,990.00 |
| 1/29/2021 | 1,000 | $14.9500 | -$14,950.0000 | | $0.0000 | -$14,950.00 |
| 1/29/2021 | 63 | $14.9500 | -$941.8500 | | $0.0000 | -$941.85 |
| 1/29/2021 | 815 | $14.9500 | -$12,184.2500 | | $0.0000 | -$12,184.25 |
| 1/29/2021 | 31 | $14.9500 | -$463.4500 | | $0.0000 | -$463.45 |
| 1/29/2021 | 2 | $14.9500 | -$29.9000 | | $0.0000 | -$29.90 |
| 1/29/2021 | 1,684 | $14.9500 | -$25,175.8000 | | $0.0000 | -$25,175.80 |
| 1/29/2021 | 20 | $14.9500 | -$299.0000 | | $0.0000 | -$299.00 |
| 1/29/2021 | 70 | $14.9700 | -$1,047.9000 | | $0.0000 | -$1,047.90 |
| 1/29/2021 | 46 | $14.9700 | -$688.6200 | | $0.0000 | -$688.62 |
| 1/29/2021 | 102 | $14.9800 | -$1,527.9600 | | $0.0000 | -$1,527.96 |
| 1/29/2021 | 674 | $14.9800 | -$10,096.5200 | | $0.0000 | -$10,096.52 |
| 1/29/2021 | 159 | $14.9800 | -$2,381.8200 | | $0.0000 | -$2,381.82 |
| 2/8/2021 | -1 | | $0.0000 | $12.6450 | $12.6450 | $12.65 |
| 2/19/2021[1] | -9,999 | | $0.0000 | $12.2322 | $122,309.9900 | $122,309.99 |
| 2/22/2021[2] | -20,000 | | $0.0000 | $12.0920 | $241,840.0000 | $241,840.00 |
| 2/22/2021[2] | -20,000 | | $0.0000 | $12.0920 | $241,840.0000 | $241,840.00 |
| 2/22/2021[2] | -20,000 | | $0.0000 | $12.0920 | $241,840.0000 | $241,840.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$175,904.90** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $9.4377 | 0 | **Total:** | **-$175,904.90** |

| **Movants' Loss Summary** | |
|---|---|
| Alejandro Handal Loss: | -$121,471.47 |
| Aaron Farzan Loss: | -$175,904.90 |
| **Combined Loss:** | **-$297,376.36** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between February 4, 2021 and April 5, 2021. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.

[1]Sale price calculated using the average closing price between February 4, 2021 and February 17, 2021, the date of the trade.

[2]Sale price calculated using the average closing price between February 4, 2021 and February 18, 2021, the date of the trade.