# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, individually and on behalf of all others similarly situated, | Case No. 3:21-cv-00096 |
| | District Judge Aleta A. Trauger |
| Plaintiff, | |
| | CLASS ACTION |
| v. | |
| | JURY DEMAND |
| CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY, | |
| Defendants. | |
| BRINAL KAUL, Individually and on behalf of all others similarly situated, | Case No. 3:21-cv-00101 |
| | District Judge Aleta A. Trauger |
| Plaintiff, | |
| | CLASS ACTION |
| v. | |
| | JURY DEMAND |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, | |
| Defendants. | |

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated,<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br>CLOVER HEALTH INVESTMENTS, CORP. VIVEK GARIPALLI, ANDREW TOY, and JOSEPH WAGNER,<br><br><div align="center">Defendants.</div> | Case No. 3:21-cv-00109<br>District Judge Aleta A. Trauger<br><br>CLASS ACTION<br><br>JURY DEMAND |
| JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br><div align="center">Defendants.</div> | Case No. 3:21-cv-00138<br>District Judge Aleta A. Trauger<br><br>CLASS ACTION<br><br>JURY DEMAND |

<div align="center">

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF CHRISTOPHER BUNTON'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

</div>

I, Jeffrey C. Block, declare, under penalty of perjury:

1. I am the Managing Partner of the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Christopher Bunton to consolidate cases, for appointment as lead plaintiff, and for approval of his selection of counsel.

2. Attached hereto as **Exhibit A** is a copy of a press release issued by The Rosen Law Firm, P.A., dated February 5, 2021, announcing the filing of a class action, with a class period of

<div align="center">2</div>

October 6, 2020 to February 4, 2021, and noticing that the filing date for appointment as Lead Plaintiff is April 6, 2021.

3. Attached hereto as **Exhibit B** is Mr. Bunton's PSLRA Certification.

4. Attached hereto as **Exhibit C** is a chart reflecting Mr. Bunton's losses in the relevant securities.

5. Attached hereto as **Exhibit D** is Mr. Bunton's Declaration.

6. Attached hereto as **Exhibit E** is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.

7. Attached hereto as **Exhibit F** is a true and accurate copy of the firm resume of Branstetter, Stranch & Jennings, PLLC, proposed Liaison Counsel.


Dated: April 6, 2021                    */s/ Jeffrey C. Block*
                                         Jeffrey C. Block

Dated: April 6, 2021

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV, Esq. (BPR #23045)
Benjamin A. Gastel, Esq. (BPR #28699)
**BRANTSTETTER, STRANCH
    & JENNINGS, PLLC**
223 Rosa L. Parks Avenue Suite 200
Nashville, Tennessee 37203
(615) 254-8801 (phone)
(615) 255-5419 (fax)
gerards@bsjfirm.com
beng@bsjfirm.com

*Counsel for Mr. Bunton and Proposed Liaison
Counsel for the Class*

Jeffrey C. Block (admitted *pro hac vice*)
Jacob A. Walker (admitted *pro hac vice*)
Stephen J. Teti (admitted *pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600 (phone)
(617) 507-6020 (fax)
jeff@blockleviton.com
jake@blockleviton.com
steti@blockleviton.com

*Counsel for Mr. Bunton and
Proposed Lead Counsel for the Class*

4

<center>**CERTIFICATE OF SERVICE**</center>

I hereby certify under penalty of perjury that on April 6, 2021, I authorized the electronic

filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the e-mail addresses of all counsel of record listed below.

Laurence M. Rosen
Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Counsel for Brinal Kaul*

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com
Email:robert@bramlettlawoffices.com

*Counsel for Plaintiff Brinal Kaul and Jean-Nicolas Tremblay*

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP (Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
Fax: (615) 252-3798
Email: cwood@rgrdlaw.com

Mark S. Reich
Mary K. Blasy
Samuel H. Rudman

<center>5</center>

Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mreich@rgrdlaw.com
Email: mblasy@rgrdlaw.com
Email: srudman@rgrdlaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
Email: jmartin@barrettjohnston.com

*Counsel for Plaintiff Matthew Yaniv*

Corey D. Holzer
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
Fax: (770) 392-0029
Email: cholzer@holzerlaw.com

J. Alexander Hood, II
Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: ahood@pomlaw.com
Email: jalieberman@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603

6

(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Plaintiff Jean-Nicolas Tremblay*

<div align="right">

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV

</div>