# Exhibit B

<h1 style="text-align:center">PLAINTIFF'S CERTIFICATION</h1>

I, Christopher Bunton, hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaint on file in this action against **Clover Health Investments, Corp.** (the "Company") and authorize the filing of a motion, pursuant to the Private Securities Litigation Reform Act of 1995, for appointment as lead plaintiff on my behalf.

2. I did not purchase the securities that are the subject of this lawsuit at the direction of counsel or to participate in any private action arising under the federal securities laws.

3. My transactions in the Company's securities during the Class Period are as follows:

**Common Stock**[1]

| Date | Type (Buy/Sell) | Quantity | Price Per Share |
|---|---|---|---|
| December 14, 2020 | Buy | 1 | $11.50 |
| January 11, 2021 | Buy | 3,537 | $15.79 |
| January 11, 2021 | Buy | 110 | $15.78 |
| January 13, 2021 | Buy | 1,500 | $14.6754 |
| January 22, 2021 | Buy | 7,900 | $13.55 |
| January 22, 2021 | Buy | 6,491 | $13.70 |
| January 26, 2021 | Buy | 14,000 | $13.98 |
| January 28, 2021 | Buy | 5,100 | $13.6498 |
| January 28, 2021 | Buy | 329 | $13.6399 |
| January 28, 2021 | Buy | 271 | $13.63 |
| January 28, 2021 | Sell | 5,000 | $13.9501 |
| January 29, 2021 | Sell | 2 | $14.23 |
| January 29, 2021 | Sell | 6,000 | $14.07 |
| January 29, 2021 | Buy | 5,539 | $13.90 |
| February 1, 2021 | Buy | 5,984 | $13.8899 |
| February 3, 2021 | Buy | 98 | $13.977 |
| February 4, 2021 | Buy | 18,110 | $12.71 |
| February 4, 2021 | Buy | 181 | $12.705 |
| February 4, 2021 | Buy | 100 | $12.7001 |
| February 4, 2021 | Buy | 200 | $12.70 |
| February 4, 2021 | Buy | 263 | $12.7892 |
| February 4, 2021 | Buy | 1,093 | $12.78 |
| February 4, 2021 | Buy | 117 | $12.7789 |
| February 4, 2021 | Buy | 3,708 | $12.75 |

---

[1] All common stock and options trades before January 11, 2021 were in IPOC. All common stock and options trades January 11, 2021 and after were in CLOV. The IPOC securities I held converted to CLOV securities on January 11, 2021.

Doc ID: 4add24a1ee6b7ee9e426a1efeb71b3c8b3719f84

| February 4, 2021 | Buy | 2,034 | $12.7399 |
|---|---|---|---|
| February 4, 2021 | Buy | 2,158 | $12.73 |
| February 4, 2021 | Buy | 8,500 | $12.6699 |
| February 4, 2021 | Buy | 80 | $12.665 |

**Options**

| Date | Type (Buy or Sell) | Option Contract | Quantity | Option Contract Price (x100) |
|---|---|---|---|---|
| December 15, 2020 | Buy | $12.50 Call Exp. Jan. 15, 2021 | 1 | $1.30 |
| December 15, 2020 | Buy | $12.50 Call Exp. Jan. 15, 2021 | 22 | $1.25 |
| December 15, 2020 | Buy | $12.50 Call Exp. Jan. 15, 2021 | 6 | $1.25 |
| December 15, 2020 | Buy | $12.50 Call Exp. Jan. 15, 2021 | 96 | $1.25 |
| December 15, 2020 | Buy | $12.50 Call Exp. Jan. 15, 2021 | 100 | $1.20 |
| December 16, 2020 | Buy | $12.50 Call Exp. Jan. 15, 2021 | 5 | $1.07 |
| December 16, 2020 | Buy | $12.50 Call Exp. Jan. 15, 2021 | 7 | $1.10 |
| December 17, 2020 | Buy | $12.50 Call Exp. Jan. 15, 2021 | 1 | $0.93 |
| December 22, 2020 | Buy | $12.50 Call Exp. Aug. 20, 2021 | 100 | $5.90 |
| January 15, 2021 | Sell | $12.50 Call Exp. Jan. 15, 2021 | 231 | $0.85 |
| January 15, 2021 | Sell | $12.50 Call Exp. Jan. 15, 2021 | 7 | $0.88 |
| January 25, 2021 | Buy | $25.00 Call Exp. Dec. 17, 2021 | 290 | $3.45 |
| January 26, 2021 | Buy | $15.00 Call Exp. Feb. 19, 2021 | 100 | $1.45 |
| January 26, 2021 | Buy | $15.00 Call Exp. Feb. 19, 2021 | 40 | $1.41 |
| February 3, 2021 | Buy | $17.50 Call Exp. Aug. 20, 2021 | 1 | $3.80 |
| February 3, 2021 | Buy | $17.50 Call Exp. Aug. 20, 2021 | 46 | $3.80 |
| February 4, 2021 | Buy | $12.50 Call Exp. Feb. 19, 2021 | 200 | $1.55 |

4. I am willing to serve as a representative party on behalf of the Class of investors who purchased or acquired the Company's securities during the class period specified in the complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed, nor ever been appointed, as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any possible recovery, except for an award, as ordered or approved by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Doc ID: 4add24a1ee6b7ee9e426a1efeb71b3c8b3719f84

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 04 / 01 / 2021

Christopher Bunton

Doc ID: 4add24a1ee6b7ee9e426a1efeb71b3c8b3719f84