# Exhibit C

# Christopher Bunton - Clover Health Investments, Corp. Loss Chart - LIFO

| Class Period Start | | 10/6/20 |
|---|---|---|
| Class Period End | | 2/4/21 |
| Lookback Price (Avg Close 2/5/21 - 4/5/21) | $ | 9.37 |

## Shares Purchased in Class Period and Sold in Class Period

| Date | Transaction | Shares | | Price Per Share | | Total Expenditure | Date | | Price Per Share | | Total | | Profit (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/26/21 | Buy | 5302 | $ | 13.9800 | $ | 74,121.96 | 1/29/21 | $ | 14.0700 | $ | 74,599.14 | $ | 477.18 |
| 1/28/21 | Buy | 698 | $ | 13.6498 | $ | 9,527.56 | 1/29/21 | $ | 14.0700 | $ | 9,820.86 | $ | 293.30 |
| 1/28/21 | Buy | 2 | $ | 13.6498 | $ | 27.30 | 1/29/21 | $ | 14.2300 | $ | 28.46 | $ | 1.16 |
| 1/28/21 | Buy | 4400 | $ | 13.6498 | $ | 60,059.12 | 1/28/21 | $ | 13.9500 | $ | 61,380.00 | $ | 1,320.88 |
| 1/28/21 | Buy | 329 | $ | 13.6399 | $ | 4,487.53 | 1/28/21 | $ | 13.9500 | $ | 4,589.55 | $ | 102.02 |
| 1/28/21 | Buy | 271 | $ | 13.6300 | $ | 3,693.73 | 1/28/21 | $ | 13.9500 | $ | 3,780.45 | $ | 86.72 |
| | | **11002** | | | $ | **151,917.20** | | | | $ | **154,198.46** | $ | **2,281.26** |

## Shares Purchased in Class Period And Held At End of Class Period

| Date | Transaction | Shares | | Price Per Share | | Total Expenditure |
|---|---|---|---|---|---|---|
| 12/14/20 | Buy | 1 | $ | 11.5000 | $ | 11.50 |
| 1/11/21 | Buy | 3537 | $ | 15.7900 | $ | 55,849.23 |
| 1/11/21 | Buy | 110 | $ | 15.7800 | $ | 1,735.80 |
| 1/13/21 | Buy | 1500 | $ | 14.6754 | $ | 22,013.10 |
| 1/22/21 | Buy | 7900 | $ | 13.5500 | $ | 107,045.00 |
| 1/22/21 | Buy | 6491 | $ | 13.7000 | $ | 88,926.70 |
| 1/26/21 | Buy | 8698 | $ | 13.9800 | $ | 121,598.04 |
| 1/29/21 | Buy | 5,539 | $ | 13.9000 | $ | 76,992.10 |
| 2/1/21 | Buy | 5,984 | $ | 13.8899 | $ | 83,117.16 |
| 2/3/21 | Buy | 98 | $ | 13.9770 | $ | 1,369.75 |
| 2/4/21 | Buy | 18,110 | $ | 12.7100 | $ | 230,178.10 |
| 2/4/21 | Buy | 181 | $ | 12.7050 | $ | 2,299.61 |
| 2/4/21 | Buy | 100 | $ | 12.7001 | $ | 1,270.01 |
| 2/4/21 | Buy | 200 | $ | 12.7000 | $ | 2,540.00 |
| 2/4/21 | Buy | 263 | $ | 12.7892 | $ | 3,363.56 |
| 2/4/21 | Buy | 1,093 | $ | 12.7800 | $ | 13,968.54 |
| 2/4/21 | Buy | 117 | $ | 12.7789 | $ | 1,495.13 |
| 2/4/21 | Buy | 3,708 | $ | 12.7500 | $ | 47,277.00 |
| 2/4/21 | Buy | 2,034 | $ | 12.7399 | $ | 25,912.96 |
| 2/4/21 | Buy | 2,158 | $ | 12.7300 | $ | 27,471.34 |
| 2/4/21 | Buy | 8,500 | $ | 12.6699 | $ | 107,694.15 |
| 2/4/21 | Buy | 80 | $ | 12.6650 | $ | 1,013.20 |
| | | **76402** | | | $ | **1,023,141.97** |

| Common Stock Loss Summary | | | | |
|---|---|---|---|---|
| Shares Purchased in Class Period, Held at End of Class Period | | | 76402 | $ 1,023,141.97 |
| Value at Lookback Price | $ | 9.37 | | $ 715,886.74 |
| Losses at Lookback Price | | | | $ (307,255.23) |
| Profits on Shares Sold During Class Period | | | | $ 2,281.26 |
| **Total Losses (LIFO)** | | | | **$ (304,973.97)** |

## Options

| Contract | | Purchases | | | | | Sales | | | Net Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Quantity | Price | | Total | Date | Price | | Total | |
| January 15, 2021 $12.50 Calls | 12/15/20 | 1 | 1.3 | $ | 130 | 1/15/21 | $ | 0.85 | $ 85.00 | $ (45) |
| | 12/15/20 | 22 | 1.25 | $ | 2,750 | 1/15/21 | $ | 0.85 | $ 1,870.00 | $ (880) |
| | 12/15/20 | 6 | 1.25 | $ | 750 | 1/15/21 | $ | 0.85 | $ 510.00 | $ (240) |
| | 12/15/20 | 96 | 1.25 | $ | 12,000 | 1/15/21 | $ | 0.85 | $ 8,160.00 | $ (3,840) |
| | 12/15/20 | 100 | 1.2 | $ | 12,000 | 1/15/21 | $ | 0.85 | $ 8,500.00 | $ (3,500) |
| | 12/16/20 | 5 | 1.07 | $ | 535 | 1/15/21 | $ | 0.85 | $ 425.00 | $ (110) |
| | 12/17/20 | 1 | 0.93 | $ | 93 | 1/15/21 | $ | 0.85 | $ 85.00 | $ (8) |
| | 12/16/20 | 7 | 1.1 | $ | 770 | 1/15/21 | $ | 0.88 | $ 616.00 | $ (154) |
| | | | | | | **Total for January 15, 2021 $12.50 Calls** | | | | **$ (8,777)** |
| February 19, 2021 $15.00 Calls | 1/26/21 | 100 | $ 1.45 | $ | 14,500 | | | | | $ (14,500) |
| | 1/26/21 | 40 | $ 1.41 | $ | 5,640 | | | | | $ (5,640) |
| | | | | | | **Total for February 19, 2021 $15.00 Calls** | | | | **$ (20,140)** |
| February 19, 2021 $12.50 Calls | 2/4/21 | 200 | $ 1.55 | $ | 31,000 | | | | | $ (31,000) |
| | | | | | | **Total for February 19, 2021 $12.50 Calls** | | | | **$ (31,000)** |

**Outstanding Calls (Not exercised or sold at end of class period; valued as of market close April 5, 2021)**

| Contract | Date | Quantity | Price | | Total | Date | Price | | Total | Net Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| August 20, 2021 $12.50 Calls | 12/22/20 | 100 | $ 5.90 | $ | 59,000 | N/A | $ | 0.30 | $ 3,000 | $ (56,000) |
| | | | | | | **Total for August 20, 2021 $12.50 Calls** | | | | **$ (56,000)** |
| August 20, 2021 $17.50 Calls | 2/3/21 | 1 | $ 3.80 | $ | 380 | N/A | $ | 0.16 | $ 16 | $ (364) |
| | 2/3/21 | 46 | $ 3.80 | $ | 17,480 | N/A | $ | 0.16 | $ 4,600 | $ (12,880) |
| | | | | | | **Total for August 20, 2021 $17.50 Calls** | | | | **$ (13,244)** |
| December 17, 2021 $25.00 Calls | 1/25/21 | 290 | $ 3.45 | $ | 100,050 | N/A | $ | 0.26 | $ 7,540 | $ (92,510) |
| | | | | | | **Total for December 17, 2021 $25.00 Calls** | | | | **$ (92,510)** |

| Total Losses on Exercised/Expired Options | $ | (59,917) |
|---|---|---|
| Total Losses on Outstanding Options (valued as of April 5, 2021) | $ | (161,754) |
| **Total Options Losses** | $ | **(221,671)** |

| Total Common Stock Losses (LIFO) | $ | (304,973.97) |
|---|---|---|
| Total Options Losses | $ | (221,671.00) |
| **Total Losses** | $ | **(526,644.97)** |