# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>      Defendants. | Case No. 3:21-cv-00096 |
| BRINAL KAUL, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>      Defendants. | Case No. 3:21-cv-00101 |

**[captions continue on next page]**

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00109 |
| Plaintiff, | |
| vs. | |
| CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY and JOSEPH WAGNER, | |
| Defendants. | |
| JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:21-cv-00138 |
| Plaintiff, | |
| v. | |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS, | |
| Defendants. | |

**NOTICE OF THE INVESTOR GROUP'S MOTION FOR
(1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF;
AND (3) APPROVAL OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, Mohamed Multhazim Akbar Ali and Lynn Kenneth Fuhriman (the "Investor Group") will respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order (1) consolidating the above-captioned actions; (2) appointing the Investor Group as Lead Plaintiff in the above-captioned actions; and (3) approving the Investor Group's selection of Faruqi & Faruqi, LLP as Lead Counsel for the Class.

This motion is based on the accompanying Memorandum of Law in support hereof, the Declaration of Charles F. Barrett and exhibits filed therewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

For the foregoing reasons, the Investor Group respectfully requests that the Court (1) consolidate the above-captioned actions; (2) appoint the Investor Group as Lead Plaintiff pursuant to the PSLRA; (3) approve Faruqi & Faruqi, LLP as Lead Counsel for the Class; and (4) grant such other and further relief as the Court may deem just and proper.

Dated:  April 6, 2021

Respectfully submitted,

By:    */s/ Charles F. Barrett*
       Charles F. Barrett
       **NEAL & HARWELL, PLC**
       1201 Demonbreun Street, Suite 1000
       Nashville, TN 37203
       Telephone: (615) 238-3647
       Facsimile: (615) 726-0573
       Email: cbarrett@nealharwell.com

       James M. Wilson, Jr. (*pro hac vice* forthcoming)
       Robert W. Killorin (*pro hac vice* forthcoming)

**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com
             rkillorin@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff and*
*[Proposed] Lead Counsel for the putative*
*Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 6, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Respectfully submitted,

*/s/ Charles F. Barrett*
Charles F. Barrett

3

**3:21-cv-00096** Bond v. Clover Health Investments, Corp. et al
Aleta A. Trauger, presiding
**Date filed:** 02/05/2021
**Date of last filing:** 03/30/2021

# Parties

**Timothy Bond**
individually and on behalf of all other similarly situated

*Added: 02/05/2021*
*(Plaintiff)*

represented by

**Jeffrey C. Block**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
(617) 507-6020 (fax)
jeff@blockleviton.com
*Assigned: 02/05/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin A. Gastel**
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (fax)
beng@bsjfirm.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**James Gerard Stranch, IV**
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (fax)
gerards@bsjfirm.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**Stephen J. Teti**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
(617) 507-6020 (fax)

Case 3:21-cv-00096　　Document 34　　Filed 04/06/21　　Page 6 of 14 PageID #: 734

steti@blockleviton.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**Jacob A. Walker**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
(617) 507-6020 (fax)
jake@blockleviton.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**Clover Health Investments, Corp.**
*Added: 02/05/2021*
*(Defendant)*

**Vivek Garipalli**
*Added: 02/05/2021*
*(Defendant)*

**Chamath Palihapitiya**
*Added: 02/05/2021*
*(Defendant)*

**Andrew Toy**
*Added: 02/05/2021*
*(Defendant)*

Case 3:21-cv-00096     Document 34     Filed 04/06/21     Page 7 of 14 PageID #: 735

**3:21-cv-00101** Kaul v. Clover Health Investments, Corp. et al
Aleta A. Trauger, presiding
**Date filed:** 02/05/2021
**Date of last filing:** 03/03/2021

# Parties

**Clover Health Investments, Corp.**
*Added: 02/05/2021*
*(Defendant)*

**Vivek Garipalli**
*Added: 02/05/2021*
*(Defendant)*

**Brinal Kaul**
*Added: 02/05/2021*
*(Plaintiff)*

represented by

**Paul Kent Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
(615) 254-4116 (fax)
pknashlaw@aol.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**Robert P. Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
(615) 254-4116 (fax)
robert@bramlettlawoffices.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**Phillip Kim**
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
pkim@rosenlegal.com
*Assigned: 02/08/2021*
*ATTORNEY TO BE NOTICED*

Case 3:21-cv-00096    Document 34    Filed 04/06/21    Page 8 of 14 PageID #: 736

**Laurence M. Rosen**
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
lrosen@rosenlegal.com
*Assigned: 02/08/2021*
*ATTORNEY TO BE NOTICED*

**Ian Osborne**
*Added: 02/05/2021*
*(Defendant)*

**Chamath Palihapitiya**
*Added: 02/05/2021*
*(Defendant)*

**Jacqueline D. Reses**
*Added: 02/05/2021*
*(Defendant)*

**James Ryans**
*Added: 02/05/2021*
*(Defendant)*

**Steven Trieu**
*Added: 02/05/2021*
*(Defendant)*

**Joseph Wagner**
*Added: 02/05/2021*
*(Defendant)*

**3:21-cv-00109** Yaniv v. Clover Health Investments, Corp. et al
Aleta A. Trauger, presiding
**Date filed:** 02/10/2021
**Date of last filing:** 03/10/2021

# Parties

**Clover Health Investments, Corp.**
*Added: 02/10/2021*
*(Defendant)*


**Vivek Garipalli**
*Added: 02/10/2021*
*(Defendant)*


**Andrew Toy**
*Added: 02/10/2021*
*(Defendant)*


**Joseph Wagner**
*Added: 02/10/2021*
*(Defendant)*


**Matthew Yaniv**
Individually and on Behalf of All Others
Similarly Situated

*Added: 02/10/2021*
*(Plaintiff)*

represented
by

**Mary K. Blasy**
Robbins Geller Rudman & Dowd LLP
(New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (fax)
mblasy@rgrdlaw.com
*Assigned: 02/10/2021*
*ATTORNEY TO BE NOTICED*


**Jerry E. Martin**
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
(615) 252-3798 (fax)
jmartin@barrettjohnston.com
*Assigned: 02/10/2021*
*ATTORNEY TO BE NOTICED*


**Mark S. Reich**

Case 3:21-cv-00096    Document 34    Filed 04/06/21    Page 10 of 14 PageID #: 738

Robbins Geller Rudman & Dowd LLP
(New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (fax)
mreich@rgrdlaw.com
*Assigned: 02/10/2021*
*ATTORNEY TO BE NOTICED*

**Samuel H. Rudman**
Robbins Geller Rudman & Dowd LLP
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (fax)
srudman@rgrdlaw.com
*Assigned: 02/10/2021*
*ATTORNEY TO BE NOTICED*

**Christopher M. Wood**
Robbins Geller Rudman & Dowd LLP
(Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
(615) 252-3798 (fax)
cwood@rgrdlaw.com
*Assigned: 02/10/2021*
*ATTORNEY TO BE NOTICED*

**3:21-cv-00138** Tremblay v. Clover Health Investments, Corp. et al
Aleta A. Trauger, presiding
**Date filed:** 02/22/2021
**Date of last filing:** 03/28/2021

# Parties

**Clover Health Investments, Corp.**
*Added: 02/22/2021*
*(Defendant)*

**Vivek Garipalli**
*Added: 02/22/2021*
*(Defendant)*

**Ian Osborne**
*Added: 02/22/2021*
*(Defendant)*

**Chamath Palihapitiya**
*Added: 02/22/2021*
*(Defendant)*

**Jacqueline D. Reses**
*Added: 02/22/2021*
*(Defendant)*

**James Ryans**
*Added: 02/22/2021*
*(Defendant)*

**Andrew Toy**
*Added: 02/22/2021*
*(Defendant)*

| | | |
|---|---|---|
| **Jean-Nicolas Tremblay**<br>Individually and On Behalf of All Others Similarly Situated<br><br>*Added: 02/22/2021*<br>*(Plaintiff)* | represented by | **Paul Kent Bramlett**<br>Bramlett Law Offices<br>40 Burton Hills Blvd.<br>Suite 200<br>P O Box 150734<br>Nashville, TN 37215<br>(615) 248-2828<br>(615) 254-4116 (fax)<br>pknashlaw@aol.com<br>*Assigned: 02/22/2021*<br>*ATTORNEY TO BE NOTICED* |

Case 3:21-cv-00096   Document 34   Filed 04/06/21   Page 12 of 14 PageID #: 740

**Robert P. Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
(615) 254-4116 (fax)
robert@bramlettlawoffices.com
*Assigned: 02/22/2021*
*ATTORNEY TO BE NOTICED*

**Patrick V. Dahlstrom**
Pomerantz LLP (Chicago
Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
(312) 377-1184 (fax)
pdahlstrom@pomlaw.com
*Assigned: 02/22/2021*
*ATTORNEY TO BE NOTICED*

**Corey D. Holzer**
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
(770) 392-0029 (fax)
cholzer@holzerlaw.com
*Assigned: 02/22/2021*
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood, II**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
ahood@pomlaw.com
*Assigned: 02/22/2021*
*ATTORNEY TO BE NOTICED*

**Jeremy A. Lieberman**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor

New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
jalieberman@pomlaw.com
*Assigned: 02/22/2021*
*ATTORNEY TO BE NOTICED*

**James M. LoPiano**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
jlopiano@pomlaw.com
*Assigned: 02/22/2021*
*TERMINATED: 03/12/2021*

**Steven Trieu**
*Added: 02/22/2021*
*(Defendant)*