# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>      Defendants. | Case No. 3:21-cv-00096 |
| BRINAL KAUL, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>      Defendants. | Case No. 3:21-cv-00101 |

**[captions continue on next page]**

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY and JOSEPH WAGNER,<br><br>       Defendants. | Case No. 3:21-cv-00109 |
| JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>       Defendants. | Case No. 3:21-cv-00138 |

**DECLARATION OF CHARLES F. BARRETT IN SUPORT OF THE INVESTOR GROUP'S MOTION FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL**

I, Charles F. Barrett, declare as follows:

1.      I am a member in good standing of the bar of the State of Tennessee and am admitted in this Court.  I am a member in the law firm of Neal & Harwell, PLC.  I submit this declaration in support of the motion filed by Mohamed Multhazim Akbar Ali and Lynn Kenneth Fuhriman (the "Investor Group") for (1) consolidation of the above-captioned actions; (2) appointment of the Investor Group as Lead Plaintiff; and (3) approval of the Investor Group's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

2.      Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | Notice of Pendency of Action |
| Exhibit B: | The Investor Group members' PSLRA Certifications |
| Exhibit C: | Joint Declaration in Support of the Motion of the Investor Group for Appointment as Lead Plaintiff, and Approval of Selection of Counsel |
| Exhibit D: | Firm Resume of Faruqi & Faruqi, LLP |
| Exhibit E: | Certificate from Women's Business Enterprise National Council |
| Exhibit F: | Firm Resume of Neal & Harwell, PLC |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of April 2021 at Nashville, Tennessee.


                                        */s/ Charles F. Barrett*
                                        Charles F. Barrett

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on April 6, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

Respectfully submitted,

*/s/ Charles F. Barrett*
Charles F. Barrett

2

**3:21-cv-00096** Bond v. Clover Health Investments, Corp. et al
Aleta A. Trauger, presiding
**Date filed:** 02/05/2021
**Date of last filing:** 03/30/2021

# Parties

**Timothy Bond**
individually and on behalf of all other similarly situated

*Added: 02/05/2021*
*(Plaintiff)*

represented by

**Jeffrey C. Block**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
(617) 507-6020 (fax)
jeff@blockleviton.com
*Assigned: 02/05/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin A. Gastel**
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (fax)
beng@bsjfirm.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**James Gerard Stranch, IV**
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (fax)
gerards@bsjfirm.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**Stephen J. Teti**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
(617) 507-6020 (fax)

Case 3:21-cv-00096 Document 36 Filed 04/06/21 Page 5 of 13 PageID #: 787

steti@blockleviton.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**Jacob A. Walker**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
(617) 507-6020 (fax)
jake@blockleviton.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**Clover Health Investments, Corp.**
*Added: 02/05/2021*
*(Defendant)*

**Vivek Garipalli**
*Added: 02/05/2021*
*(Defendant)*

**Chamath Palihapitiya**
*Added: 02/05/2021*
*(Defendant)*

**Andrew Toy**
*Added: 02/05/2021*
*(Defendant)*

Case 3:21-cv-00096    Document 36    Filed 04/06/21    Page 6 of 13 PageID #: 788

**3:21-cv-00101** Kaul v. Clover Health Investments, Corp. et al
Aleta A. Trauger, presiding
**Date filed:** 02/05/2021
**Date of last filing:** 03/03/2021

# Parties

**Clover Health Investments, Corp.**
*Added: 02/05/2021*
*(Defendant)*

**Vivek Garipalli**
*Added: 02/05/2021*
*(Defendant)*

**Brinal Kaul**
*Added: 02/05/2021*
*(Plaintiff)*

             represented by          

**Paul Kent Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
(615) 254-4116 (fax)
pknashlaw@aol.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**Robert P. Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
(615) 254-4116 (fax)
robert@bramlettlawoffices.com
*Assigned: 02/05/2021*
*ATTORNEY TO BE NOTICED*

**Phillip Kim**
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
pkim@rosenlegal.com
*Assigned: 02/08/2021*
*ATTORNEY TO BE NOTICED*

Case 3:21-cv-00096    Document 36    Filed 04/06/21    Page 7 of 13 PageID #: 789

**Laurence M. Rosen**
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
lrosen@rosenlegal.com
*Assigned: 02/08/2021*
*ATTORNEY TO BE NOTICED*

**Ian Osborne**
*Added: 02/05/2021*
*(Defendant)*

**Chamath Palihapitiya**
*Added: 02/05/2021*
*(Defendant)*

**Jacqueline D. Reses**
*Added: 02/05/2021*
*(Defendant)*

**James Ryans**
*Added: 02/05/2021*
*(Defendant)*

**Steven Trieu**
*Added: 02/05/2021*
*(Defendant)*

**Joseph Wagner**
*Added: 02/05/2021*
*(Defendant)*

**3:21-cv-00109** Yaniv v. Clover Health Investments, Corp. et al
Aleta A. Trauger, presiding
**Date filed:** 02/10/2021
**Date of last filing:** 03/10/2021

# Parties

**Clover Health Investments, Corp.**
*Added: 02/10/2021*
*(Defendant)*

**Vivek Garipalli**
*Added: 02/10/2021*
*(Defendant)*

**Andrew Toy**
*Added: 02/10/2021*
*(Defendant)*

**Joseph Wagner**
*Added: 02/10/2021*
*(Defendant)*

**Matthew Yaniv**
Individually and on Behalf of All Others
Similarly Situated

*Added: 02/10/2021*
*(Plaintiff)*

represented
by

**Mary K. Blasy**
Robbins Geller Rudman & Dowd LLP
(New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (fax)
mblasy@rgrdlaw.com
*Assigned: 02/10/2021*
*ATTORNEY TO BE NOTICED*

**Jerry E. Martin**
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
(615) 252-3798 (fax)
jmartin@barrettjohnston.com
*Assigned: 02/10/2021*
*ATTORNEY TO BE NOTICED*

**Mark S. Reich**

Case 3:21-cv-00096    Document 36    Filed 04/06/21    Page 9 of 13 PageID #: 791

Robbins Geller Rudman & Dowd LLP
(New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (fax)
mreich@rgrdlaw.com
*Assigned: 02/10/2021*
*ATTORNEY TO BE NOTICED*

**Samuel H. Rudman**
Robbins Geller Rudman & Dowd LLP
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (fax)
srudman@rgrdlaw.com
*Assigned: 02/10/2021*
*ATTORNEY TO BE NOTICED*

**Christopher M. Wood**
Robbins Geller Rudman & Dowd LLP
(Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
(615) 252-3798 (fax)
cwood@rgrdlaw.com
*Assigned: 02/10/2021*
*ATTORNEY TO BE NOTICED*

**3:21-cv-00138** Tremblay v. Clover Health Investments, Corp. et al
Aleta A. Trauger, presiding
**Date filed:** 02/22/2021
**Date of last filing:** 03/28/2021

# Parties

**Clover Health Investments, Corp.**
*Added: 02/22/2021*
*(Defendant)*

**Vivek Garipalli**
*Added: 02/22/2021*
*(Defendant)*

**Ian Osborne**
*Added: 02/22/2021*
*(Defendant)*

**Chamath Palihapitiya**
*Added: 02/22/2021*
*(Defendant)*

**Jacqueline D. Reses**
*Added: 02/22/2021*
*(Defendant)*

**James Ryans**
*Added: 02/22/2021*
*(Defendant)*

**Andrew Toy**
*Added: 02/22/2021*
*(Defendant)*

| | | |
|---|---|---|
| **Jean-Nicolas Tremblay**<br>Individually and On Behalf of All Others Similarly Situated<br><br>*Added: 02/22/2021*<br>*(Plaintiff)* | represented<br>by | **Paul Kent Bramlett**<br>Bramlett Law Offices<br>40 Burton Hills Blvd.<br>Suite 200<br>P O Box 150734<br>Nashville, TN 37215<br>(615) 248-2828<br>(615) 254-4116 (fax)<br>pknashlaw@aol.com<br>*Assigned: 02/22/2021*<br>*ATTORNEY TO BE NOTICED* |

Case 3:21-cv-00096    Document 36    Filed 04/06/21    Page 11 of 13 PageID #: 793

**Robert P. Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
(615) 254-4116 (fax)
robert@bramlettlawoffices.com
*Assigned: 02/22/2021*
*ATTORNEY TO BE NOTICED*

**Patrick V. Dahlstrom**
Pomerantz LLP (Chicago
Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
(312) 377-1184 (fax)
pdahlstrom@pomlaw.com
*Assigned: 02/22/2021*
*ATTORNEY TO BE NOTICED*

**Corey D. Holzer**
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
(770) 392-0029 (fax)
cholzer@holzerlaw.com
*Assigned: 02/22/2021*
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood, II**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
ahood@pomlaw.com
*Assigned: 02/22/2021*
*ATTORNEY TO BE NOTICED*

**Jeremy A. Lieberman**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor

New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
jalieberman@pomlaw.com
*Assigned: 02/22/2021*
*ATTORNEY TO BE NOTICED*

**James M. LoPiano**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
jlopiano@pomlaw.com
*Assigned: 02/22/2021*
*TERMINATED: 03/12/2021*

**Steven Trieu**
*Added: 02/22/2021*
*(Defendant)*