# EXHIBIT B

DocuSign Envelope ID: 68FF4D10-A134-469D-BCA0-21FFA81B1BD6

# CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Mohamed Multhazim Akbar Ali ("Movant"), declare as to the claims asserted under the federal securities laws against Clover Health Investments, Corp. *et al.*, that:

1. Movant has reviewed a complaint against Clover Health Investments, Corp. *et al.* in the action filed and adopts the allegations therein.

2. Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3. Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

4. Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5. Movant's transactions in Clover Health Investments, Corp. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6. In the past three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7. Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 6th day of April, 2021.

DocuSigned by:

*Mohamed Multhazim Akbar Ali*

7CF202C41B1B44D...

Mohamed Multhazim Akbar Ali

DocuSign Envelope ID: 68FF4D10-A134-469D-BCA0-21FFA81B1BD6

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 12/18/2020 | 8,500 | $12.2488 |
| Purchase | 12/18/2020 | 520 | $11.6954 |
| Purchase | 12/21/2020 | 18,000 | $13.4900 |
| Purchase | 12/22/2020 | 13,500 | $13.4000 |
| Purchase | 12/31/2020 | 29,150 | $16.3600 |
| Sale | 01/15/2021 | (1,000) | $13.5400 |
| Sale | 01/25/2021 | (4,000) | $14.4505 |

DocuSign Envelope ID: D7A79AB2-3DAB-4ACB-BAD0-FC460EB3D7A3

## CERTIFICATION OF PROPOSED LEAD
## PLAINTIFF

I, Lynn Fuhriman ("Movant"), declare as to the claims asserted under the federal securities laws against Clover Health Investments, Corp. *et al.*, that:

1.      Movant has reviewed a complaint against Clover Health Investments, Corp. *et al.* in the action filed and adopts the allegations therein.

2.      Movant selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.      Movant did not purchase any security that is the subject of this action at the direction of Movant's counsel or in order to participate in any private action arising under the federal securities laws.

4.      Movant is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.      Movant's transactions in Clover Health Investments, Corp. securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6.      In the past three years, Movant has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws.

7.      Movant will not accept any payment for serving as a representative party on behalf of a class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this 30th day of March, 2021.

DocuSigned by:

*Lynn Fuhriman*

737196FB92424A1...

Lynn Fuhriman

| Common Stock | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Purchase | 12/21/2020 | 1,000 | $13.1600 |
| Purchase | 12/22/2020 | 200 | $13.1699 |
| Sale | 12/28/2020 | (1,000) | $16.6500 |
| Sale | 12/31/2020 | (200) | $16.4600 |
| Purchase | 1/7/2021 | 350 | $15.9400 |
| Purchase | 1/7/2021 | 53 | $15.8000 |
| Purchase | 1/7/2021 | 247 | $15.8000 |
| Purchase | 1/7/2021 | 500 | $15.8800 |
| Purchase | 1/7/2021 | 500 | $15.8500 |
| Purchase | 1/7/2021 | 250 | $15.2600 |
| Sale | 1/7/2021 | (300) | $16.0000 |
| Sale | 1/7/2021 | (500) | $15.9900 |
| Sale | 1/7/2021 | (500) | $16.0000 |
| Sale | 1/7/2021 | (250) | $15.7500 |
| Purchase | 1/8/2021 | 50 | $15.0500 |
| Purchase | 1/8/2021 | 100 | $15.0500 |
| Purchase | 1/8/2021 | 100 | $15.0500 |
| Sale | 1/13/2021 | (600) | $14.2100 |

| CLOV 01/15/2021 C12.5 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Bought to Open | 12/23/2020 | 30 | $2.8500 |
| Bought to Open | 12/28/2020 | 10 | $4.8200 |
| Bought to Open | 12/28/2020 | 10 | $5.0000 |
| Bought to Open | 12/28/2020 | 60 | $4.7800 |
| Sold to Close | 1/15/2021 | (110) | $1.3100 |

| CLOV 01/15/2021 C15 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Bought to Open | 12/23/2020 | 50 | $1.9000 |
| Bought to Open | 12/23/2020 | 4 | $1.8500 |
| Bought to Open | 12/23/2020 | 2 | $1.8500 |
| Bought to Open | 12/23/2020 | 10 | $1.8500 |
| Bought to Open | 12/23/2020 | 4 | $1.8500 |
| Bought to Open | 12/23/2020 | 10 | $1.9000 |
| Bought to Open | 12/23/2020 | 6 | $1.9000 |
| Bought to Open | 12/23/2020 | 34 | $1.9000 |
| Bought to Open | 12/28/2020 | 10 | $3.4000 |
| Bought to Open | 12/28/2020 | 50 | $3.2000 |
| Bought to Open | 12/28/2020 | 10 | $3.2600 |
| Bought to Open | 12/28/2020 | 10 | $3.2500 |
| Bought to Open | 12/28/2020 | 10 | $3.2400 |
| Bought to Open | 12/28/2020 | 22 | $3.2300 |
| Bought to Open | 12/28/2020 | 28 | $3.3700 |

| CLOV 01/15/2021 C15 | | | |
|---|---|---|---|
| **Transaction**<br>(Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Bought to Open | 12/29/2020 | 25 | $2.9600 |
| Bought to Open | 12/29/2020 | 25 | $2.9600 |
| Bought to Open | 12/29/2020 | 25 | $2.6000 |
| Bought to Open | 12/29/2020 | 26 | $2.6000 |
| Bought to Open | 12/29/2020 | 3 | $2.6000 |
| Bought to Open | 12/29/2020 | 3 | $2.6000 |
| Bought to Open | 12/29/2020 | 1 | $2.6000 |
| Bought to Open | 12/29/2020 | 1 | $2.6000 |
| Bought to Open | 12/29/2020 | 1 | $2.6000 |
| Sold to Close | 1/4/2021 | (3) | $2.6500 |
| Sold to Close | 1/4/2021 | (3) | $2.6500 |
| Sold to Close | 1/4/2021 | (34) | $2.6500 |
| Sold to Close | 1/5/2021 | (1) | $1.9000 |
| Sold to Close | 1/5/2021 | (1) | $1.9000 |
| Sold to Close | 1/5/2021 | (4) | $1.9000 |
| Sold to Close | 1/5/2021 | (7) | $1.9000 |
| Sold to Close | 1/5/2021 | (5) | $1.9000 |
| Sold to Close | 1/5/2021 | (11) | $1.9000 |
| Sold to Close | 1/5/2021 | (10) | $1.9000 |
| Sold to Close | 1/5/2021 | (1) | $1.9000 |
| Sold to Close | 1/5/2021 | (10) | $1.9000 |
| Bought to Open | 1/6/2021 | 2 | $1.3500 |
| Bought to Open | 1/6/2021 | 1 | $1.3500 |
| Bought to Open | 1/6/2021 | 2 | $1.3500 |
| Bought to Open | 1/6/2021 | 1 | $1.3500 |
| Bought to Open | 1/6/2021 | 3 | $1.3500 |
| Bought to Open | 1/6/2021 | 1 | $1.3500 |

| CLOV 01/15/2021 C17.5 | | | |
|---|---|---|---|
| **Transaction**<br>(Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Bought to Open | 12/23/2020 | 85 | $1.3100 |
| Bought to Open | 12/28/2020 | 19 | $2.4500 |
| Bought to Open | 12/28/2020 | 1 | $2.4200 |
| Bought to Open | 12/28/2020 | 10 | $2.4500 |
| Bought to Open | 12/28/2020 | 40 | $2.3400 |
| Bought to Open | 12/28/2020 | 17 | $2.3500 |
| Bought to Open | 12/28/2020 | 10 | $2.3700 |
| Bought to Open | 12/28/2020 | 1 | $2.3000 |
| Bought to Open | 12/23/2020 | 10 | $1.2500 |
| Bought to Open | 12/31/2020 | 1 | $1.8500 |

| CLOV 01/15/2021 C20 | | | |
|---|---|---|---|
| **Transaction**<br>(Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Bought to Open | 12/23/2020 | 45 | $0.9500 |
| Bought to Open | 12/28/2020 | 10 | $1.8000 |
| Bought to Open | 12/28/2020 | 80 | $1.6900 |

DocuSign Envelope ID: D7A79AB2-3DAB-4ACB-BAD0-FC460EB3D7A3

| CLOV 01/15/2021 C20 | | | |
|---|---|---|---|
| **Transaction** (Purchase or Sale) | **Trade Date** | **Quantity** | **Price Per Share** |
| Sold to Close | 1/5/2021 | (5) | $0.7200 |
| Sold to Close | 1/5/2021 | (130) | $0.7000 |