# EXHIBIT C

**JOINT DECLARATION IN SUPPORT OF THE MOTION OF THE INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned declare as follows:

1.     We, Mohamed Multhazim Akbar Ali and Lynn Kenneth Fuhriman (collectively, the "Investor Group") respectively submit this Joint Declaration in support of our Motion for Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.     We are each informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, the members of the Investor Group have decided to move for lead plaintiff in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

3.     I, Mohamed Multhazim Akbar Ali, as reflected in my Certification, purchased Clover securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am a business owner and entrepreneur in the e-commerce industry. I have been investing in securities for about 2 years.  I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.

---

[1]     The "Class" consists of Clover Health Investments, Corp. ("Clover" or the "Company") investors, who purchased or otherwise acquired Clover securities between October 6, 2020 and February 4, 2021, inclusive (the "Class Period").

I decided to seek appointment as lead plaintiff with Lynn Kenneth Fuhriman after learning of Mr. Fuhriman's motivation to recover on behalf of investors and that we were each in discussion with Faruqi & Faruqi, LLP to pursue claims on behalf of the Class. Mr. Fuhriman and I have discussed this matter and agreed that we would seek to be appointed co-lead plaintiffs in this case and work together on behalf of class members to prosecute the claims asserted.

4. I, Lynn Kenneth Fuhriman, as reflected in my Certification, purchased Clover securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this Action. I am vice president of operations for Doug Andrus Distributing LLC. I have been investing in securities for approximately 12 years. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I decided to seek appointment as lead plaintiff with Mohamed Multhazim Akbar Ali after learning of Mr. Ali's motivation to recover on behalf of investors and that we were each in discussion with Faruqi & Faruqi, LLP to pursue claims on behalf of the Class. Mr. Ali and I have discussed this matter and agreed that we would seek to be appointed co-lead plaintiffs in this case and work together on behalf of class members to prosecute the claims asserted.

5. We are aware that on February 5, 2021, Timothy Bond filed a putative class action in the U.S. District Court for the Middle District of Tennessee, on behalf of all purchasers of Clover common stock between October 6, 2020 and February 3, 2021. The *Bond* Action seeks relief against Clover and other defendants for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission. We are also aware that: on February 5, 2021, Brinal Kaul filed a putative class action in the U.S. District Court for the Middle District of Tennessee, on behalf of all purchasers of Clover securities between October 6, 2020 and February 4, 2021; that on

DocuSign Envelope ID: 4ADFA4F7-FE86-4BBA-AF3C-D9331E7BCFB3

February 10, 2021, Matthew Yaniv filed a putative class action in the U.S. District Court for the Middle District of Tennessee, on behalf of all purchasers of Clover Class A common stock and warrants to purchase Class A common stock between October 6, 2020 and February 3, 2021; and that February 22, 2021, Jean-Nicolas Tremblay filed a putative class action in the U.S. District Court for the Middle District of Tennessee, on behalf of all purchasers of Clover securities between October 6, 2020 and February 3, 2021. The *Kaul* Action, *Yaniv* Action and *Tremblay* Action seek relief against Clover and other defendants for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission. The *Kaul* Action also seeks relief against Clover and other defendants for violations of Sections 11 and 15 of the Securities Act of 1933. We refer to these cases as "the Actions."

6. We believe that if appointed Lead Plaintiff, we would provide exemplary representation to the Class of investors who purchased Clover securities during the Class Period.

7. We are like-minded investors who have retained the law firm of Faruqi & Faruqi, LLP to represent us in this matter. We believe that the allegations against Clover are meritorious and that the Class will benefit from having a small, cohesive group of highly motivated investors represented by an experienced and successful securities litigation law firm. We each decided to work together as a small group of investors in order to collaborate and exercise joint decision-making. We agree to work collaboratively to represent all Clover shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

8. We each understand that, if appointed, we would owe a fiduciary duty to the Class to work as a group to provide effective representation and to ensure that lead counsel effectively

DocuSign Envelope ID: 4ADFA4F7-FE86-4BBA-AF3C-D9331E7BCFB3

litigates the Action. Each of us understands that if we are appointed as lead plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest recovery possible against all culpable parties consistent with good faith and vigorous advocacy. Each of us will do our best to maximize the recovery for the Class.

9.      If appointed as lead plaintiff, we agree to actively manage the prosecution of the Action including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision-making to maximize the recovery for the Class. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

10.      We select Faruqi & Faruqi, LLP to serve as lead counsel on behalf of the Class and believe this firm has the experience and ability to effectively and expeditiously bring the Action to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed lead counsel, Faruqi & Faruqi, LLP. We are well aware that Faruqi & Faruqi, LLP is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Faruqi & Faruqi, LLP will vigorously prosecute this Action in a cost-effective manner and in the best interests of all members of the putative Class.

11.     It is our goal to resolve this Action in an expeditious manner that is fair to all members of the Class. Through consultation with, and supervision of our chosen counsel, Faruqi & Faruqi, LLP, we will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Faruqi & Faruqi, LLP to prosecute the Action in such a way to achieve a fair result for all members of the Class.

12.     We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute this Action. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

13.     We have also directed counsel to keep us informed of any developments in the Action—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct lead counsel and oversee the prosecution of this Action for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this Action.

14.     We, Mohamed Multhazim Akbar Ali and Lynn Kenneth Fuhriman, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings,

DocuSign Envelope ID: 4ADFA4F7-FE86-4BBA-AF3C-D9331E7BCFB3

and motions in this Action. Our main goal is obtaining the largest recovery possible for the Class.

15. We understand that any attorney's fees award in this case must be reasonable and such award will be made by the Court. We have also reached an agreement with Faruqi & Faruqi that they will not seek more than 28% of any recovery to the class for attorney's fees.

I, Mohamed Multhazim Akbar Ali, declare, that the forgoing is true and correct.

Executed this 6th day of April, 2021.

DocuSigned by:

*Mohamed Multhazim Akbar Ali*
7CF202C41B1B44D...

Mohamed Multhazim Akbar Ali

I, Lynn Kenneth Fuhriman, declare, that the forgoing is true and correct.

Executed this 6th day of April, 2021.

DocuSigned by:

*Lynn Kenneth Fuhriman*
737196FB92424A1...

Lynn Kenneth Fuhriman