# EXHIBIT F

# NEAL & HARWELL, PLC

1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
(615) 244-1713
www.nealharwell.com

Neal & Harwell is one of the premier trial firms in the United States. Following in the footsteps of its co-founder, Jim Neal, the firm has developed a reputation as a firm that can handle complex and challenging litigation for both plaintiffs and defendants efficiently, professionally, ethically and successfully. The firm has represented a number of Fortune 500 companies as well as high-profile individuals in sports, entertainment and government. In the recent past, the firm has represented state attorneys general, governors, mayors, senators and members of Congress. The firm has been involved in complex plaintiff cases both involving catastrophic injuries as well as large complex commercial torts.

Lawyers at the firm also have experience in class action litigation. Some examples of class actions involving firm attorneys include the following:

- *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 2724 (E.D. Penn.) (Antitrust class action where Neal & Harwell counsel are co-lead counsel for a class of indirect purchasers involving dozens of generic drugs)

- *In re Fresh Dairy Products Antitrust Litigation,* Case No. 13-cv-454 (S.D. of Illinois) (Antitrust class settlement valued at $220 million on behalf of direct purchasers of butter and cheese in the U.S.)

- *In re Automotive Parts Antitrust Litigation,* Case No. 2:12-md-02311 (E.D. of Michigan) (Series of antitrust cases on behalf of 8,000 automobile dealers; settlements valued at $1.6 billion)

- *In re Neurontin Marketing, Sales Practices, and Product Liability Litigation*, MDL No. 1629 (District Court of Massachusetts) (business tort involving a $142 million RICO verdict)

- *In re Neurontin Marketing, Sales Practices, and Product Liability Litigation*, MDL No. 1629 (District Court of Massachusetts) (class settlement valued at $300 million)

- *National Trucking Financial Reclamation Services, LLC., et al. v. Pilot Corporation* (*aka In re Pilot Flying J Fuel Rebate Contract Litigation*), Case No. 4:13-CV-00250 (Eastern District of Arkansas) (consumer class action)

- *Estate of Frank Townsend v. Protective Life Insurance Company*, Case No. 1:10-cv-02365 (Northern District of Ohio) (class action related to credit life insurance fraud)

- *Kline v. Progressive Insurance Co*. (Circuit Court of Williamson County, IL) (class action settlement valued at over $400 million related to insurance fraud)

- *Hale v. State Farm Insurance Co*., Case No. 3:12-cv-00660 (S.D. Illinois) (RICO class settlement valued at $250 million)