UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>   vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., et al.,<br><br>                 Defendants. | Civil Action No. 3:21-cv-00096<br><br>Judge Aleta A. Trauger<br><br><u>CLASS ACTION</u> |
| BRINAL KAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>   vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., et al.,<br><br>                 Defendants. | Civil Action No. 3:21-cv-00101<br><br>Judge Aleta A. Trauger<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]


MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated, | ) ) ) Civil Action No. 3:21-cv-00109 |
| Plaintiff, | ) ) Judge Aleta A. Trauger ) |
| vs. | ) <u>CLASS ACTION</u> ) |
| CLOVER HEALTH INVESTMENTS, CORP., et al., | ) ) ) |
| Defendants. | ) ) ) |
| JEAN-NICOLAS TREMBLAY, Individually and on Behalf of All Others Similarly Situated, | ) Civil Action No. 3:21-cv-00138 ) |
| Plaintiff, | ) Judge Aleta A. Trauger ) |
| vs. | ) <u>CLASS ACTION</u> ) |
| CLOVER HEALTH INVESTMENTS, CORP., et al., | ) ) ) |
| Defendants. | ) ) ) |

PLEASE TAKE NOTICE that Kenneth Ryan Meadows and Dr. Mit Desai ("Meadows and Desai") hereby move this Court pursuant to the Private Securities Litigation Reform Act of 1995 for an order: (1) consolidating the above-captioned related securities class actions; (2) appointing Meadows and Desai as Lead Plaintiff, and approving their selection of Robbins Geller Rudman & Dowd LLP, Levi & Korsinsky, LLP, and Berger Montague PC as Lead Counsel for the class.[1] This Motion is based upon the Memorandum of Law and Declaration of Christopher M. Wood filed concurrently herewith.

DATED: April 6, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
jcaringal@rgrdlaw.com

---

[1] Local Rule 7.01(a)(1) requires a conference of counsel before filing motions. Pursuant to the PSLRA, however, any putative class member, regardless of whether it filed a complaint, may file a motion for appointment as lead plaintiff. As such, there is no way for Meadows and Desai's counsel to know if anyone else plans to seek appointment as lead plaintiff until after all the motions have been filed. Under these narrow circumstances, Meadows and Desai respectfully request that the LR 7.01(a)(1) conferral requirement be waived.

LEVI & KORSINSKY, LLP
GREGORY M. NESPOLE
DANIEL TEPPER
MELISSA G. MULLER
55 Broadway, 10th Fl.
New York, NY 10006
Telephone: 212/363-7500
212/363-7171 (fax)
gnespole@zlk.com
dtepper@zlk.com
mmuller@zlk.com

BERGER MONTAGUE PC
SHERRIE R. SAVETT
MICHAEL DELL'ANGELO
ANDREW D. ABRAMOWITZ
DONNELL MUCH
1818 Market Street, Suite 3600
Philadelphia, Pa 19103
Telephone: 215/875-3000
ssavett@bm.net
mdellangelo@bm.net
aabramowitz@bm.net
dmuch@bm.net

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

Local Counsel for [Proposed] Lead Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 6, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
 & DOWD LLP
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)

E-mail: cwood@rgrdlaw.com

# Mailing Information for a Case 3:21-cv-00096 Bond v. Clover Health Investments, Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Charles F. Barrett**
  cbarrett@nealharwell.com,pdozier@nealharwell.com

- **Larry Russell Belk , Jr**
  russell@sbinjurylaw.com,faith@sbinjurylaw.com

- **Saul C. Belz**
  sbelz@glankler.com,apospisil@glankler.com

- **Jeffrey C. Block**
  jeff@blockleviton.com

- **Benjamin A. Gastel**
  beng@bsjfirm.com,nicolev@bsjfirm.com,mariahy@bsjfirm.com,gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jims@bsjfirm.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **John Tate Spragens**
  john@spragenslaw.com,stacia@spragenslaw.com,spragenslaw@ecf.courtdrive.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jennifers@bsjfirm.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Stephen J. Teti**
  steti@blockleviton.com

- **Jacob A. Walker**
  jake@blockleviton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)