UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., et al.,<br><br>Defendants. | Civil Action No. 3:21-cv-00096<br><br>Judge Aleta A. Trauger<br><br><u>CLASS ACTION</u> |
| BRINAL KAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., et al.,<br><br>Defendants. | Civil Action No. 3:21-cv-00101<br><br>Judge Aleta A. Trauger<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

### [PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., et al.,<br><br>     Defendants. | Civil Action No. 3:21-cv-00109<br><br>Judge Aleta A. Trauger<br><br><u>CLASS ACTION</u> |
| JEAN-NICOLAS TREMBLAY, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., et al.,<br><br>     Defendants. | Civil Action No. 3:21-cv-00138<br><br>Judge Aleta A. Trauger<br><br><u>CLASS ACTION</u> |

UPON CONSIDERATION OF the motion filed by Kenneth Ryan Meadows and Dr. Mit Desai for consolidation of related actions, appointment as lead plaintiff, and approval of selection of lead counsel, and good cause appearing therefore, it is hereby ordered:

1.      The Motion is GRANTED.

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Bond v. Clover Health Investments, Corp.*, No. 3:21-cv-00096; *Kaul v. Clover Health Investments, Corp.*, No. 3:21-cv-00101; *Yaniv v. Clover Health Investments, Corp.*, No. 3:21-cv-00109; and *Tremblay v. Clover Health Investments, Corp.*, No. 3:21-cv-00138 are consolidated as:

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re CLOVER HEALTH INVESTMENTS, CORP. SECURITIES LITIGATION | ) ) ) ) | Master File No. 3:21-cv-00096 |
| | | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) | |

(a)      The file in Case No. 3:21-cv-00096 shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)      All securities class actions on behalf of purchasers of Clover Heath Investments, Corp. securities subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the

- 1 -

Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

3.     Kenneth Ryan Meadows and Dr. Mit Desai are appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.     Robbins Geller Rudman & Dowd LLP, Levi & Korsinsky, LLP, and Berger Montague PC are appointed as Lead Counsel for the class.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)     the briefing and argument of any and all motions;

(b)     the conduct of any and all discovery proceedings including depositions;

(c)     the selection of counsel to act as spokesperson at all pretrial conferences;

(d)     the organization of meetings of plaintiffs' counsel as they deem necessary and appropriate from time to time;

(e)     settlement negotiations with counsel for defendants;

(f)     the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(g)     the preparation and filing of all pleadings; and

(h)     the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

IT IS SO ORDERED.

DATED: _____     _____

THE HONORABLE ALETA A. TRAUGER
UNITED STATES DISTRICT COURT JUDGE

- 2 -