UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 3:21-cv-00096 |
| Plaintiff, ) ) | Judge Aleta A. Trauger |
| ) | CLASS ACTION |
| vs. ) ) | |
| CLOVER HEALTH INVESTMENTS, CORP., et al., ) ) ) ) | |
| Defendants. ) ) ) | |
| BRINAL KAUL, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 3:21-cv-00101 |
| Plaintiff, ) ) | Judge Aleta A. Trauger |
| ) | CLASS ACTION |
| vs. ) ) | |
| CLOVER HEALTH INVESTMENTS, CORP., et al., ) ) ) | |
| Defendants. ) ) ) | |

[Caption continued on following page.]

DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4835-9574-2948.v1

| | | |
|---|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 3:21-cv-00109 |
| | ) | Judge Aleta A. Trauger |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) | |
| CLOVER HEALTH INVESTMENTS, CORP., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| | ) | |
| JEAN-NICOLAS TREMBLAY, Individually and on Behalf of All Others Similarly Situated, | ) ) | Civil Action No. 3:21-cv-00138 |
| | ) | Judge Aleta A. Trauger |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) | |
| CLOVER HEALTH INVESTMENTS, CORP., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

I, CHRISTOPHER M. WOOD, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Tennessee and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff Kenneth Ryan Meadows and Dr. Mit Desai ("Meadows and Desai") in the above-captioned related securities class actions.  This declaration is made in support of Meadows and Desai's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of pendency of first-filed class action published in *Business Wire* on February 5, 2021,

Exhibit B:      Meadows and Desai's Sworn Certifications pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(2);

Exhibit C:      Meadows and Desai's estimated losses, prepared by counsel; and

Exhibit D:      Joint Declaration in Support.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of April, 2021 at Nashville, Tennessee.

_____
        CHRISTOPHER M. WOOD

- 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on April 6, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)

E-mail:  cwood@rgrdlaw.com

# Mailing Information for a Case 3:21-cv-00096 Bond v. Clover Health Investments, Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Charles F. Barrett**
  cbarrett@nealharwell.com,pdozier@nealharwell.com

- **Larry Russell Belk , Jr**
  russell@sbinjurylaw.com,faith@sbinjurylaw.com

- **Saul C. Belz**
  sbelz@glankler.com,apospisil@glankler.com

- **Jeffrey C. Block**
  jeff@blockleviton.com

- **Benjamin A. Gastel**
  beng@bsjfirm.com,nicolev@bsjfirm.com,mariahy@bsjfirm.com,gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jims@bsjfirm.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **John Tate Spragens**
  john@spragenslaw.com,stacia@spragenslaw.com,spragenslaw@ecf.courtdrive.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jennifers@bsjfirm.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Stephen J. Teti**
  steti@blockleviton.com

- **Jacob A. Walker**
  jake@blockleviton.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)