# EXHIBIT A

# *EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III - CLOV, CLOVW, IPOC*

Business Wire

February 5, 2021 Friday 2:34 AM GMT

Copyright 2021 Business Wire, Inc.

**Length:** 655 words

**Dateline:** NEW YORK

## Body

Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III (NASDAQ: CLOV, CLOVW) (NYSE: IPOC) who: (1) purchased or otherwise acquired publicly traded Clover securities between October 6, 2020 and February 4, 2021, inclusive (the "Class Period"); and/or (2) purchased or otherwise acquired Clover securities pursuant or traceable to the registration statement and prospectus issued in connection with the December 2020 Merger of Clover and Social Capital III. The lawsuit seeks to recover damages for Clover investors under the federal securities laws.

To join the Clover class action, go to *http://www.rosenlegal.com/cases-register-2030.html* or call Phillip Kim, Esq. toll-free at 866-767-3653 or email *pkim@rosenlegal.com* or *cases@rosenlegal.com* for information on the class action.

According to the lawsuit, defendants throughout the Class Period and in the registration statement made false and/or misleading statements and/or failed to disclose that: (1) Clover's was under active investigation by the Department of Justice for at least 12 issues ranging from kickbacks to marketing practices to undisclosed third-party deals; (2) the DOJ's investigation presented an existential risk to the Company, since it derives most of its revenues from Medicare; (3) Clover's sales were driven by a major undisclosed related party deal and misleading marketing targeting the elderly, not its purported "best-in-class" technology; (4) a significant portion of Clover sales were by way of an undisclosed relationship between Clover and an outside brokerage firm controlled by Clover's Head of Sales; and (5) as a result, Defendants' statements about its business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than April 6, 2021. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to *http://www.rosenlegal.com/cases-register-2030.html* or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at *pkim@rosenlegal.com* or *cases@rosenlegal.com* .

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: *https://www.linkedin.com/company/the-rosen-law-firm* or on Twitter: *https://twitter.com/rosen_firm* or on Facebook: *https://www.facebook.com/rosenlawfirm* .

EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III -....

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors. Attorney Advertising. Prior results do not guarantee a similar outcome.

View source version on businesswire.com: *https://www.businesswire.com/news/home/20210205005550/en/*

CONTACT: Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827

*lrosen@rosenlegal.com*

*pkim@rosenlegal.com*

*cases@rosenlegal.com*

*www.rosenlegal.com*

*http://www.businesswire.com*

**Load-Date:** February 5, 2021

End of Document