# EXHIBIT B

DocuSign Envelope ID: F49990E2-B38B-47C1-BB5F-34ED8C53E360

## CLOVER HEALTH INVESTMENTS, CORP. (NASDAQ: CLOV)
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Kenneth Ryan Meadows, make this declaration as to the claims asserted under the federal securities laws, that:

1.      I have fully reviewed the facts and allegations of a complaint filed in this action, and I adopt its allegations. I have authorized the filing of a motion for appointment as Lead Plaintiff on my behalf by my selected counsel, Berger Montague PC.

2.      I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3.      I am willing to serve as a representative party on behalf of the Class or to be a member of a group representing the Class, including providing testimony at deposition and trial, if necessary.

4.      My transactions in the securities of Clover Health Investments, Corp. during the proposed Class Period of October 6, 2020 through and including February 4, 2021, are attached hereto as Exhibit A.

5.      I have not sought to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6.      I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

7.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

4/5/2021

Date: _____

Brentwood, TN

DocuSigned by:

9139F717BC2746D...

Kenneth Ryan Meadows

DocuSign Envelope ID: F49990E2-B38B-47C1-BB5F-34ED8C53E360

# EXHIBIT A

| Date | Transaction | Security | Shares | Price |
|---|---|---|---|---|
| **Ryan Meadow's Transactions in the Clover Health Investments, Corp. ("CLOV") During the Class Period of October 6, 2020 Through and Including February 4, 2021** | | | | |
| 01/25/21 | Buy | CLOV | 5,230 | $14.2300 |
| 01/25/21 | Buy | CLOV | 694 | $14.2299 |
| 01/25/21 | Buy | CLOV | 1,096 | $14.2200 |
| 01/27/21 | Buy | CLOV | 22 | $15.3900 |
| 01/27/21 | Buy | CLOV | 7,900 | $15.2000 |
| 01/28/21 | Buy | CLOV | 25,532 | $15.0800 |
| 01/28/21 | Buy | CLOV | 968 | $15.0500 |
| 01/28/21 | Buy | CLOV | 460 | $14.5100 |

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Mit Desai, MD , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Clover Health Investments, Corp. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this February 22,2021 .

Name: Mit Desai, MD

Signed:

| Case Name | Clover Health Investments, Corp. |
|---|---|
| Ticker | CLOV |
| Class Period | 10-06-2020 to 02-04-2021 |

| Client Name |
|---|
| Dr. Mit Desai |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 01-12-2021 | P | 49800 | $ 14.778 |
| 01-26-2021 | P | 7700 | $ 14.662 |