# EXHIBIT D

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated, <br><br>             Plaintiff, <br><br> vs. <br><br> CLOVER HEALTH INVESTMENTS, CORP., et al., <br><br>             Defendants. | Civil Action No. 3:21-cv-00096 <br><br> Judge Aleta A. Trauger <br><br> <u>CLASS ACTION</u> |
| BRINAL KAUL, Individually and on Behalf of All Others Similarly Situated, <br><br>             Plaintiff, <br><br> vs. <br><br> CLOVER HEALTH INVESTMENTS, CORP., et al., <br><br>             Defendants. | Civil Action No. 3:21-cv-00101 <br><br> Judge Aleta A. Trauger <br><br> <u>CLASS ACTION</u> |

[Caption continued on following page.]

JOINT DECLARATION IN SUPPORT OF MOTION
TO CONSOLIDATE RELATED CASES, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4817-2979-6068.v1

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CLOVER HEALTH INVESTMENTS, CORP., et al., | ) ) ) |
| Defendants. | ) ) ) ) |
| JEAN-NICOLAS TREMBLAY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CLOVER HEALTH INVESTMENTS, CORP., et al., | ) ) ) |
| Defendants. | ) ) ) ) ) |

Civil Action No. 3:21-cv-00109

Judge Aleta A. Trauger

CLASS ACTION

Civil Action No. 3:21-cv-00138

Judge Aleta A. Trauger

CLASS ACTION

4817-2979-6068.v1

We, Kenneth Ryan Meadows and Dr. Mit Desai, pursuant to 28 U.S.C. §1746, declare as follows:

1.     We respectfully submit this joint declaration in support of our motion: (1) consolidating the above-captioned Related Actions; (2) appointing us as Lead Plaintiff in the Related Actions pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving our selection of Robbins Geller Rudman & Dowd LLP, Berger Montague, and Levi & Korsinsky, LLP as Lead Counsel for the class. We each have personal knowledge of the facts set forth below relating to our own activities, actions and beliefs, and would testify competently thereto.

2.     I, Kenneth Ryan Meadows, suffered substantial losses as a result of my transactions in Clover securities between October 6, 2020 and February 4, 2021 (the "Class Period") and am motivated to obtain the best possible result for myself and the class. I reside in Brentwood, Tennessee and am a businessman and former hospital operator with an undergraduate degree in finance from East Tennessee State University and a master's degree in healthcare administration from Washington University in St. Louis, Missouri. I have a background in hospital operations as well as investigating and exposing medical fraud. I have almost two decades of investing experience. I understand the requirements of serving as Lead Plaintiff pursuant to the PSLRA and am willing to serve in this capacity on behalf of the other Clover investors harmed by defendants' alleged misconduct.

3.     I, Dr. Mit Desai, suffered substantial losses as a result of my transactions in Clover securities during the Class Period and am motivated to obtain the best possible result for myself and the class. I reside in Tampa, Florida and am a general surgeon who also employs other surgeons. I have an undergraduate degree in micro-biology from the University of Michigan and a medical degree from Wayne State University in Detroit. I have approximately 40 years of investing experience. I understand the requirements of serving as Lead Plaintiff pursuant to the PSLRA and

- 1 -

am willing to serve in this capacity on behalf of the other Clover investors harmed by defendants' alleged misconduct.

4. As investors who suffered substantial losses in Clover securities during the Class Period by both holding and selling Clover stock, combined with our extensive experience and backgrounds in the healthcare industry, we believe it is in the class' best interest that we seek appointment as lead plaintiff in this case. Because of the complexity of the case, our expertise and background in the healthcare industry, and the substantial losses suffered as a result of defendants' alleged violations of the federal securities laws, we each have the incentive, ability and desire to work together to control the litigation and maximize the recovery for the Class. Our decision is based on the fact that we are both committed to actively prosecuting this action and have complimentary trading patterns in Clover stock. We will ensure continuous and comprehensive representation of the putative class throughout the case, which we understand is particularly important in light of recent Supreme Court authority regarding the expiration of the statute of limitations and statute of repose in securities cases like this.

5. Before filing our motion, we conferred with one another and with counsel to discuss our oversight of this litigation and direction of counsel. We discussed, among other things, the strategy for prosecuting the case, the strengths of seeking appointment together as investors with substantial losses and backgrounds in the healthcare industry, the lead plaintiff's responsibilities, our oversight of counsel, our commitment to act in the class's best interests, and the lead plaintiff motion process. We are committed to conferring in person or otherwise – with and without counsel present – as often and regularly as necessary to ensure responsible oversight and direction of counsel if we are appointed lead plaintiff.

6. We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. We are aware of the requirements and responsibilities of being a lead plaintiff in a

- 2 -

securities class action, including interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary (which will be relatively easy, given Mr. Meadows' proximity to the courthouse), participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. We are willing to undertake these responsibilities on behalf of the class.

7. We understand that, as lead plaintiff, it is our responsibility to select counsel for the class. We have selected Lead Counsel based on the firms' collective securities litigation experience in this Court and around the country, the firms' recovery of billions of dollars on behalf of defrauded investors in complex securities cases like this, and the firms' prior service as lead counsel together in a non-duplicative and cost efficient manner. We have instructed counsel to conduct the litigation in an efficient manner, to avoid the duplication of efforts and costs where practicable, and to provide regular updates as frequently as necessary.

8. Based on these facts, we believe that, if appointed by the Court, our service as lead plaintiff and oversight of counsel will result in an optimal outcome for the putative class.

I, Kenneth Ryan Meadows, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 6, 2021.

_____
KENNETH RYAN MEADOWS

I, Dr. Mit Desai, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on April 6, 2021.

_____
DR. MIT DESAI

- 3 -