# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>        Defendants. | No.: 3:21-cv-00096<br><br>NOTICE OF MOTION OF FIRAS JABRI TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br><u>CLASS ACTION</u> |
| BRINAL KAUL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>        Defendants. | No.: 3:21-cv-00101<br><br><u>CLASS ACTION</u> |

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY and JOSEPH WAGNER,<br><br>          Defendants. | No.: 3:21-cv-00109<br><br>CLASS ACTION |
| JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>   v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>          Defendants. | No.: 3:21-cv-00138<br><br>CLASS ACTION |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 42, Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, Firas Jabri ("Jabri") hereby moves the Court for an Order:

(a) consolidating the above-captioned related actions (the "Related Actions");

(b) appointing Jabri as Lead Plaintiff on behalf of a class (the "Class") consisting of all investors who: (1) purchased or otherwise acquired publicly traded Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III securities between October 6, 2020 and February 4, 2021, inclusive; and/or (2) purchased or otherwise acquired Clover securities pursuant or traceable to the Company's registration statement and prospectus issued in connection with the merger at issue in the Related Actions; and

(c) approving Jabri's selection of Pomerantz LLP as Lead Counsel and Bramlett Law Offices as Liaison Counsel for the Class.

In support of this Motion, Jabri submits: (1) the Declaration of Jeremy A. Lieberman dated April 6, 2021 (with exhibits); (2) a Memorandum of Law in support of Motion dated April 6, 2021; and (3) a [Proposed] Order.

Dated: April 6, 2021                             Respectfully submitted,

1

/s/Paul Kent Bramlett
BRAMLETT LAW OFFICES
PAUL KENT BRAMLETT
TN SUP CT #7387/MS SUP CT #4291
ROBERT PRESTON BRAMLETT
TN SUP CT #25895
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
Telephone: 615.248.2828
Facsimile: 866.816.4116
PKNASHLAW@aol.com
Robert@BramlettLawOffices.com

*Counsel for Firas Jabri and*
*Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Firas Jabri and*
*Proposed Lead Counsel for the Class*

THE SCHALL LAW FIRM

2

Brian Schall*
Rina Restaino*
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com
rina@schallfirm.com

(*pro hac vice applications forthcoming)

*Additional Counsel for Firas Jabri*

3

Case 3:21-cv-00096     Document 40     Filed 04/06/21     Page 5 of 5 PageID #: 902