# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>      v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>          Defendants. | No.: 3:21-cv-00096<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF FIRAS JABRI TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br><u>CLASS ACTION</u> |
| BRINAL KAUL, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>     Defendants. | No.: 3:21-cv-00101<br><br><u>CLASS ACTION</u> |

1

| | |
|---|---|
| MATTHEW YANIV, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    vs.<br><br>CLOVER HEALTH INVESTMENTS, CORP., VIVEK GARIPALLI, ANDREW TOY and JOSEPH WAGNER,<br><br>                Defendants. | No.: 3:21-cv-00109<br><br>CLASS ACTION |
| JEAN-NICOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br>                Defendants. | No.: 3:21-cv-00138<br><br>CLASS ACTION |

# DECLARATION OF JEREMY A. LIEBERMAN

I, Jeremy A. Lieberman, hereby declare under penalty of perjury:

1.      I am a Partner of Pomerantz LLP ("Pomerantz"), counsel for Movant Firas Jabri ("Jabri") and proposed Lead Counsel in the above-captioned related actions (the "Related Actions"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Jabri's motion to consolidate the Related Actions, be appointed as Lead Plaintiff, and for approval of Pomerantz to serve as Lead Counsel and Bramlett Law Offices as Liaison Counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the PSLRA early notice disseminated on a national financial wire service announcing the pendency of the Related Actions.

3.      Attached hereto as Exhibit B is a true and correct copy of a shareholder certification executed by Jabri.

4.      Attached hereto as Exhibit C is a true and correct copy of a chart reflecting Jabri's financial interest in the Related Actions.

5.      Attached hereto as Exhibit D is a true and correct copy of a declaration executed by Jabri.

6.      Attached hereto as Exhibit E is a true and correct copy of the firm resume of Pomerantz.

1

7. Attached hereto as Exhibit F is a true and correct copy of the firm resume of Bramlett Law Offices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

New York, New York

Executed: April 6, 2021

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

2