**Clover Health Investments, Corp. (f/k/a Social Capital Hedosophia Holdings Corp. III) (CLOV, IPOC)**
**Class Period: October 6, 2020 to February 4, 2021**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 61-Day* Mean Price $9.4377 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jabri, Firas | 12/28/2020 | 3,150 | $16.0200 | ($50,463) | | | | | | | |
| Jabri, Firas | 12/28/2020 | 200 | $16.0250 | ($3,205) | | | | | | | |
| Jabri, Firas | 12/28/2020 | 4,025 | $16.0300 | ($64,521) | | | | | | | |
| Jabri, Firas | 12/28/2020 | 29,575 | $16.0500 | ($474,679) | | | | | | | |
| Jabri, Firas | 12/28/2020 | 700 | $16.0400 | ($11,228) | | | | | | | |
| Jabri, Firas | 12/28/2020 | 6,100 | $16.2148 | ($98,910) | | | | | | | |
| Jabri, Firas | 12/28/2020 | 3,550 | $16.3600 | ($58,078) | | | | | | | |
| Jabri, Firas | 12/28/2020 | 2,600 | $16.4000 | ($42,640) | | | | | | | |
| Jabri, Firas | 12/28/2020 | 110 | $16.5300 | ($1,818) | | | | | | | |
| Jabri, Firas | 12/29/2020 | 100 | $16.1300 | ($1,613) | | | | | | | |
| Jabri, Firas | 12/29/2020 | 200 | $16.1400 | ($3,228) | | | | | | | |
| Jabri, Firas | 12/29/2020 | 775 | $16.1500 | ($12,516) | | | | | | | |
| Jabri, Firas | 12/29/2020 | 75 | $16.1600 | ($1,212) | | | | | | | |
| Jabri, Firas | 12/29/2020 | 17,400 | $16.1700 | ($281,358) | | | | | | | |
| Jabri, Firas | 1/4/2021 | 80 | $16.8900 | ($1,351) | | | | | | | |
| Jabri, Firas | 1/4/2021 | 85 | $16.9150 | ($1,438) | | | | | | | |
| Jabri, Firas | 1/4/2021 | 50 | $16.9203 | ($846) | | | | | | | |
| Jabri, Firas | 1/4/2021 | 54 | $16.9250 | ($914) | | | | | | | |
| Jabri, Firas | 1/4/2021 | 2,923 | $16.9300 | ($49,486) | | | | | | | |
| Jabri, Firas | 1/4/2021 | 1 | $16.9400 | ($17) | | | | | | | |
| Jabri, Firas | 1/4/2021 | 2,976 | $16.9200 | ($50,354) | | | | | | | |
| Jabri, Firas | 1/4/2021 | 3,881 | $16.9000 | ($65,589) | | | | | | | |
| Jabri, Firas | 1/8/2021 | 1,415 | $15.8500 | ($22,428) | | | | | | | |
| **Jabri, Firas** | | **80,025** | | **($1,297,892)** | | | | | **80,025** | **$755,251** | **($542,642)** |

*Avg Closing Prices from February 4 to April 5