# CERTIFICATE OF SERVICE

This is to certify that I have filed the above and foregoing *Memorandum* on the Court's CM/ECF filing system, which will serve all counsel of record as follows:

**Case #3:21-cv-00096**

Jeffrey C. Block/Stephen J. Teti/Jacob A. Walker
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110

Benjamin A. Gastel/James Gerard Stranch IV
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

**Case #3:21-cv-00101**

Paul Kent Bramlett/Robert Preston Bramlett
BRAMLETT LAW OFFICES
P. O. Box 150734
Nashville, TN 37215

Phillip Kim/Laurence M. Rosen
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016

**Case #3:21-cv-00109**

Mary K. Blasy/Mark S. Reich/Samuel H. Rudman
ROBBINS GELLER RUDMAN & DOWD LLP
58 Service Rd., Suite 200
Melville, NY 11747

Jerry E. Martin/
BARRETT JOHNSTON MARTIN & GARRISON
414 Union St., Suite 900
Nashville, TN 37219

Christopher M. Wood
ROBBINS GELLER RUDMAN & DOWD LLP
414 Union Street
Suite 900
Nashville, TN 37219

**Case #3:21-cv-00138**

Paul Kent Bramlett/Robert Preston Bramlett
BRAMLETT LAW OFFICES
P. O. Box 150734
Nashville, TN 37215

Patrick V. Dahlstrom
POMERANTZ LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603

J. Alexander Hood/Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue
New York, New York 10016

Corey D. Holzer
HOLZER & HOLZER, LLC
1200 Ashwood Pkwy., Suite 410
Atlanta, GA 30338

SO CERTIFIED this 6th day of APRIL 2021.

s/*Paul Kent Bramlett*
Paul Kent Bramlett