# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>       Defendants. | Case No. 3:21-cv-00096<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF JEFFREY C. BLOCK IN FURTHER SUPPORT OF CHRISTOPHER BUNTON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1. I am the Managing Partner of the law firm of Block & Leviton LLP. I submit this declaration in further support of the motion of Christopher Bunton for appointment as lead plaintiff and for approval of his selection of counsel.

2. Attached hereto as Exhibit A is a true and correct copy of a draft "Fee and Co-Counsel Agreement" that The Schall Law Firm utilizes when it refers a client to a law firm. Brian Schall sent me a copy of this agreement on or about February 10, 2021.

3. Mr. Schall informed me that he will not negotiate any changes to his "Fee and Co-Counsel Agreement," and that all counsel are required to sign the agreement as drafted.

Dated: April 20, 2021

                                           */s/ Jeffrey C. Block*
                                           Jeffrey C. Block

Dated: April 20, 2021

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV, Esq. (BPR #23045)
Benjamin A. Gastel, Esq. (BPR #28699)
**BRANSTETTER, STRANCH
      & JENNINGS, PLLC**
223 Rosa L. Parks Avenue Suite 200
Nashville, Tennessee 37203
(615) 254-8801 (phone)
(615) 255-5419 (fax)
gerards@bsjfirm.com
beng@bsjfirm.com

*Counsel for Bunton and Proposed Liaison Counsel
for the Class*

Jeffrey C. Block (admitted *pro hac vice*)
Jacob A. Walker (admitted *pro hac vice*)
Stephen J. Teti (admitted *pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600 (phone)
(617) 507-6020 (fax)
jeff@blockleviton.com
jake@blockleviton.com
steti@blockleviton.com

*Counsel for Bunton and
Proposed Lead Counsel for the Class*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify under penalty of perjury that on April 20, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record listed below.

Laurence M. Rosen
Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
Email: pknashlaw@aol.com
Email:robert@bramlettlawoffices.com

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
414 Union Street
Suite 900
Nashville, TN 37219
Email: cwood@rgrdlaw.com

Mark S. Reich
Mary K. Blasy
Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP
58 S Service Road
Suite 200
Melville, NY 11747
Email: mreich@rgrdlaw.com
Email: mblasy@rgrdlaw.com
Email: srudman@rgrdlaw.com

Jerry E. Martin

Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
Email: jmartin@barrettjohnston.com

Corey D. Holzer
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
Email: cholzer@holzerlaw.com

J. Alexander Hood, II
Jeremy A. Lieberman
Pomerantz LLP
600 Third Avenue
20th Floor New York, NY 10016
Email: ahood@pomlaw.com
Email: jalieberman@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
Email: pdahlstrom@pomlaw.com

Larry Russell Belk , Jr.
Sutherland & Belk, PLC
2505 21st Avenue South
Suite 400
Nashville, TN 37212
Email: russell@sbinjurylaw.com

James A. Holifield , Jr.
Holifield Janich Rachal & Associates, PLLC

11907 Kingston Pike
Suite 201
Knoxville, TN 37934
Email: aholifield@holifieldlaw.com

John Tate Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
Email: john@spragenslaw.com

Saul C. Belz
Glankler Brown, PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119
Email: sbelz@glankler.com

Tara L. Swafford
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, TN 37064
Email: tara@swaffordlawfirm.com

Charles F. Barrett
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
Email: cbarrett@nealharwell.com

Britt K. Latham
Bass, Berry & Sims
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Email: blatham@bassberry.com

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV