UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLOVER HEALTH INVESTMENTS, CORP., CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, and ANDREW TOY,<br><br>Defendants. | No.: 3:21-cv-00096<br><br>DECLARATION OF JEREMY A. LIEBERMAN: (1) IN FURTHER SUPPORT OF MOTION OF FIRAS JABRI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO COMPETING MOTIONS<br><br><u>CLASS ACTION</u> |

1

I, Jeremy A. Lieberman, hereby declare under penalty of perjury:

1. I am a Partner of Pomerantz LLP ("Pomerantz"), counsel for Movant Firas Jabri ("Jabri") and proposed Lead Counsel in the above-captioned action (the "Action"), and have personal knowledge of the facts set forth herein. I make this Declaration in further support of Jabri's motion for appointment as Lead Plaintiff and approval of Pomerantz to serve as Lead Counsel and Bramlett Law Offices as Liaison Counsel, and in opposition to competing motions.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Schedule of transactions appended to Private Securities Litigation Reform Act ("PSLRA") Certification filed by Levi & Korsinsky, LLP ("L&K") in the action *Habelt v. iRhythm Technologies, Inc.*, 3:21-cv-00776 (N.D. Cal.);

Exhibit B: Schedule of transactions appended to PSLRA Certification filed by L&K in the action *Amberber v. EHang Holdings Limited*, 1:21-cv-01392 (S.D.N.Y.);

Exhibit C: Schedule of transactions appended to PSLRA Certification filed by L&K in the action *Monroe County Employees' Retirement System v. Astrazeneca PLC*, 1:21-cv-00722 (S.D.N.Y.);

Exhibit D: Schedule of transactions appended to PSLRA Certification filed by L&K in the action *Pardi v. Tricida, Inc.*, 5:21-cv-00076 (N.D. Cal.); and

Exhibit E: Schedule of transactions appended to PSLRA Certification filed by L&K in the action *Malriat v. QuantumScape Corporation*, 3:21-cv-00058 (N.D. Cal.).

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 20, 2021, at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
