# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. *et al.*,<br><br>      Defendants. | No.: 3:21-cv-00096<br><br><br>CLASS ACTION<br><br><br><br>LEAD CASE |

**Consolidated with:**

| | |
|---|---|
| BRINAL KAUL, Individually and on behalf of all others similarly situated,<br><br> Plaintiff,<br><br> v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, JOSEPH WAGNER, CHAMATH PALIHAPITIYA, STEVEN TRIEU, IAN OSBORNE, JACQUELINE D. RESES, and JAMES RYANS,<br><br> Defendants. | Case No: 3:21-cv-00101<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE  PURSUANT TO FED. R. CIV. P. 41(a)**<br><br><br>**Consolidated with 3:21-cv-00096** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Brinal

Kaul, through undersigned counsel, hereby voluntarily dismisses this action, without prejudice,

1

against all defendants. No defendant has either answered the complaint or filed a motion for summary judgment in this case.

This dismissal is not intended to have any effect on Plaintiff's ability to participate as a member of the class in the related, consolidated putative class action *Bond v. Clover Health Investments Corp, et al.*, Case No. 3:21-cv-00096 pending in this Court.

Dated: April 23, 2021

Respectfully submitted,

/s/ Paul Kent Bramlett
PAUL KENT BRAMLETT
TN #7387/MS#4291
ROBERT PRESTON BRAMLETT
TN #25985
Bramlett Law Offices
P. O. Box 150734
Nashville, TN 37215-0734
Telephone: 615.248.2828
Facsimile: 866.816.4116
E-mails:  PKNASHLAW@aol.com
             Robert@BramlettLawOffices.com

*Attorneys for Plaintiff*

Of Counsel:

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen (*pro hac vice*)
Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
        pkim@rosenlegal.com

2

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the above and foregoing *Notice of Dismissal* has this date been filed on the Court's CM/ECF electronic filing system, and by virtue of this filing, all counsel listed on the attached Electronic Mail Notice List will be served electronically.

SO CERTIFIED this 23rd day of April 2021.

s/*<u>Paul Kent Bramlett</u>*
Paul Kent Bramlett

**<u>ELECTRONIC MAIL NOTICE LIST</u>**

**3:21-cv-00096** Bond v. Clover Health Investments, Corp. et al
Aleta A. Trauger, presiding
**Date filed:** 02/05/2021
**Date of last filing:** 04/20/2021

# Attorneys

**Charles F. Barrett**
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
(615) 726-0573 (fax)
cbarrett@nealharwell.com
 *Assigned: 04/06/2021*
 *ATTORNEY TO BE NOTICED*

representing **The Investor Group**
*(Movant)*

**Larry Russell Belk, Jr.**
Sutherland & Belk, PLC
2505 21st Avenue South
Suite 400
Nashville, TN 37212
(615) 846-6200
(615) 208-2255 (fax)
russell@sbinjurylaw.com
 *Assigned: 04/06/2021*
 *ATTORNEY TO BE NOTICED*

representing **Prabhjot Ahluwalia**
*(Plaintiff)*

**Saul C. Belz**

representing **Andrew Trefanos**

3

Glankler Brown, PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119
(901) 576-1741
(901) 576-2389 (fax)
sbelz@glankler.com
  *Assigned: 04/06/2021*
  *ATTORNEY TO BE NOTICED*

                                                            (Movant)

                                              **Brigitta Edberg**
                                              *(Movant)*


                                              **Jeong Yeon Rhee**
                                              *(Movant)*


                                              **Nish Patel**
                                              *(Movant)*


                                              **Rolf Edberg**
                                              *(Movant)*


**Mary K. Blasy**
Robbins Geller Rudman & Dowd LLP (New
York Office)
58 S Service Road
Suite 200
Melville, NY 11747                    representing    **Matthew Yaniv**
(631) 367-7100                                        *(Consol Plaintiff)*
(631) 367-1173 (fax)
mblasy@rgrdlaw.com
  *Assigned: 04/08/2021*
  *ATTORNEY TO BE NOTICED*


**Jeffrey C. Block**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110                      representing    **Timothy Bond**
(617) 398-5600                                        *(Plaintiff)*
(617) 507-6020 (fax)
jeff@blockleviton.com
  *Assigned: 02/05/2021*
  *PRO HAC VICE*

4

*ATTORNEY TO BE NOTICED*

**Paul Kent Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
(615) 254-4116 (fax)
pknashlaw@aol.com
 *Assigned: 04/06/2021*
 *ATTORNEY TO BE NOTICED*

representing

**Firas Jabri**
PKNASHLAW@aol.com
*(Movant)*

**Brinal Kaul**
*(Consol Plaintiff)*

**Jean-Nicolas Tremblay**
*(Consol Plaintiff)*

**Robert P. Bramlett**
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
(615) 254-4116 (fax)
robert@bramlettlawoffices.com
 *Assigned: 04/08/2021*
 *ATTORNEY TO BE NOTICED*

representing

**Brinal Kaul**
*(Consol Plaintiff)*

**Jean-Nicolas Tremblay**
*(Consol Plaintiff)*

**Patrick V. Dahlstrom**
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
(312) 377-1184 (fax)
pdahlstrom@pomlaw.com
 *Assigned: 04/08/2021*

representing

**Jean-Nicolas Tremblay**
*(Consol Plaintiff)*

5

*ATTORNEY TO BE NOTICED*

**Benjamin A. Gastel**
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (fax)
beng@bsjfirm.com
 *Assigned: 02/05/2021*
 *ATTORNEY TO BE NOTICED*

representing **Timothy Bond**
*(Plaintiff)*

**James A. Holifield, Jr.**
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
(865) 566-0115
(865) 566-0119 (fax)
aholifield@holifieldlaw.com
 *Assigned: 04/06/2021*
 *ATTORNEY TO BE NOTICED*

representing **Lori Brennan**
*(Plaintiff)*

**Corey D. Holzer**
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
(770) 392-0029 (fax)
cholzer@holzerlaw.com
 *Assigned: 04/08/2021*
 *ATTORNEY TO BE NOTICED*

representing **Jean-Nicolas Tremblay**
*(Consol Plaintiff)*

**J. Alexander Hood, II**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
ahood@pomlaw.com
 *Assigned: 04/08/2021*
 *ATTORNEY TO BE NOTICED*

representing **Jean-Nicolas Tremblay**
*(Consol Plaintiff)*

6

**Phillip Kim**
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
pkim@rosenlegal.com
  *Assigned: 04/08/2021*
  *ATTORNEY TO BE NOTICED*

representing

**Brinal Kaul**
*(Consol Plaintiff)*

**Britt K. Latham**
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-6200
blatham@bassberry.com
  *Assigned: 04/12/2021*
  *ATTORNEY TO BE NOTICED*

representing

**Clover Health Investments, Corp.**
*(Defendant)*

**Andrew Toy**
*(Defendant)*

**Joseph Wagner**
*(Consol Defendant)*

**Vivek Garipalli**
*(Defendant)*

**Jeremy A. Lieberman**
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
(212) 661-8665 (fax)
jalieberman@pomlaw.com
  *Assigned: 04/08/2021*
  *ATTORNEY TO BE NOTICED*

representing

**Jean-Nicolas Tremblay**
*(Consol Plaintiff)*

**Jerry E. Martin**
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street

representing

**Matthew Yaniv**
*(Consol Plaintiff)*

7

Suite 900
Nashville, TN 37219
(615) 244-2202
(615) 252-3798 (fax)
jmartin@barrettjohnston.com
  *Assigned: 04/08/2021*
  *ATTORNEY TO BE NOTICED*

**Mark S. Reich**
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (fax)
mreich@rgrdlaw.com
  *Assigned: 04/08/2021*
  *ATTORNEY TO BE NOTICED*

representing

**Matthew Yaniv**
*(Consol Plaintiff)*

**Laurence M. Rosen**
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
lrosen@rosenlegal.com
  *Assigned: 04/08/2021*
  *ATTORNEY TO BE NOTICED*

representing

**Brinal Kaul**
*(Consol Plaintiff)*

**Samuel H. Rudman**
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (fax)
srudman@rgrdlaw.com
  *Assigned: 04/08/2021*
  *ATTORNEY TO BE NOTICED*

representing

**Matthew Yaniv**
*(Consol Plaintiff)*

**John Tate Spragens**
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203

representing

**Dwight G. Metcalf**
*(Movant)*

(615) 983-8900
(615) 682-8533 (fax)
john@spragenslaw.com
 *Assigned: 04/06/2021*
 *ATTORNEY TO BE NOTICED*

**James Gerard Stranch, IV**
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (fax)
gerards@bsjfirm.com
 *Assigned: 02/05/2021*
 *ATTORNEY TO BE NOTICED*

representing

**Timothy Bond**
*(Plaintiff)*

**Christopher Bunton**
*(Movant)*

**Tara L. Swafford**
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, TN 37064
(615) 599-8406
(615) 807-2355 (fax)
tara@swaffordlawfirm.com
 *Assigned: 04/06/2021*
 *ATTORNEY TO BE NOTICED*

representing

**Aaron Farzan**
*(Movant)*

**Alejandro Handal**
*(Movant)*

**Stephen J. Teti**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
(617) 507-6020 (fax)
steti@blockleviton.com
 *Assigned: 02/05/2021*
 *ATTORNEY TO BE NOTICED*

representing

**Timothy Bond**
*(Plaintiff)*

9

**Jacob A. Walker**
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
(617) 507-6020 (fax)
jake@blockleviton.com
  *Assigned: 02/05/2021*
  *ATTORNEY TO BE NOTICED*

representing          **Timothy Bond**
                      *(Plaintiff)*

**Christopher M. Wood**
Robbins Geller Rudman & Dowd LLP
(Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
(615) 252-3798 (fax)
cwood@rgrdlaw.com
  *Assigned: 04/06/2021*
  *ATTORNEY TO BE NOTICED*

representing          **Dr. Mit Desai**
                      *(Movant)*


                      **Kenneth Ryan Meadows**
                      *(Movant)*


                      **Matthew Yaniv**
                      *(Consol Plaintiff)*