# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

TIMOTHY BOND,

                Lead Plaintiff

and

JEAN-NICOLAS TREMBLAY,

                Named Plaintiff,

Individually and on Behalf of All Others Similarly Situated,

    v.

CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA,

                Defendants.

Case No. 3:21-cv-00096

Judge Aleta A. Trauger

## MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendants Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III, Vivek Garipalli, Andrew Toy, Joe Wagner, and Chamath Palihapitiya (collectively, the "Defendants"), by and through their attorneys, hereby move the Court to dismiss the First Amended Complaint for Violations of the Federal Securities Laws (the "Complaint"). As set forth in the accompanying Memorandum of Law in Support of the Defendants' Motion to Dismiss, Defendants respectfully request that the Court dismiss with prejudice the Complaint in its entirety pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and grant Defendants such further and other relief as the Court may deem just and proper. Among other things, Plaintiffs' claims fail

to allege actionable misstatements or omissions; Plaintiffs' claims fail to plead facts that give rise to a strong inference of scienter for any Defendant; and to the extent they are based on the existence of the DOJ Inquiry and alleged violations of law, Plaintiffs' claims have not pleaded loss causation. Because Plaintiffs fail to state a claim for a primary violation of Section 10(b), Plaintiffs' Section 20(a) claim also fails as a matter of law. This motion is also supported by the Declaration of Gary A. Crosby II in Support of Defendants' Motion to Dismiss the Complaint, dated August 27, 2021, and exhibits thereto.

Dated: August 27, 2021

Respectfully submitted,

BASS BERRY & SIMS PLC

*/s/ Britt K. Latham*
Britt K. Latham (BPR #023149)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel.: (615) 742-6200
blatham@bassberry.com

MILBANK LLP

Scott A. Edelman (admitted *pro hac vice*)
Jed M. Schwartz (admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Tel.: 212-530-5000
sedelman@milbank.com
jschwartz@milbank.com

*Counsel for Defendants Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III, Vivek Garipalli, Andrew Toy, Joe Wagner, and Chamath Palihapitiya*

# CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically on August 27, 2021. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. The names of the attorneys for other parties who are registered to receive notices of filings through the Court's system are:

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Email: beng@bsjfirm.com

Jacob A. Walker
Jeffrey C. Block
Stephen J. Teti
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Email: jake@blockleviton.com
Email: jeff@blockleviton.com
Email: steti@blockleviton.com

James Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
Email: gerards@bsjfirm.com

Larry Russell Belk, Jr.
Sutherland & Belk, PLC
2505 21st Avenue South
Suite 400
Nashville, TN 37212
(615) 846-6200
Email: russell@sbinjurylaw.com

Brian Peter Calandra
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
(646) 581-9958
Email: bcalandra@pomlaw.com

Brian Schall
Rina Restaino
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(310) 301-3335
Email: brian@schallfirm.com
Email: rina@schallfirm.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Email: pknashlaw@aol.com
Email: robert@bramlettlawoffices.com

Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: lrosen@rosenlegal.com

James A. Holifield, Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
(865) 566-0115
Email: aholifield@holifieldlaw.com

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
Email: cwood@rgrdlaw.com

Mark S. Reich
Mary K. Blasy
Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Email: mreich@rgrdlaw.com
Email: mblasy@rgrdlaw.com
Email: srudman@rgrdlaw.com

J. Alexander Hood II
Jeremy A. Lieberman
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Email: ahood@pomlaw.com
Email: jalieberman@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP
10 S LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181
Email: pdahlstrom@pomlaw.com

Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: pkim@rosenlegal.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Email: jmartin@barrettjohnston.com

Corey D. Holzer
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
Email: cholzer@holzerlaw.com

Charles F. Barrett
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
Email: cbarrett@nealharwell.com

John Tate Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
Email: john@spragenslaw.com

| | |
|---|---|
| Saul C. Belz<br>Glankler Brown, PLLC<br>6000 Poplar Avenue, Suite 400<br>Memphis, TN 38119<br>(901) 576-1741<br>Email: sbelz@glankler.com | Tara L. Swafford<br>The Swafford Law Firm, PLLC<br>207 Third Avenue North<br>Franklin, TN 37064<br>(615) 599-8406<br>Email: tara@swaffordlawfirm.com |

      */s/ Britt K. Latham*
      Britt K. Latham