## **APPENDIX**

## Defendants' Summary of Alleged Misstatements

| Alleged Misstatement | ¶¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| In October 5, 2020 Merger Agreement:[2]<br><br>Section 4.10 ("Litigation and Proceedings"): ". . . as of the date hereof, (a) *there are no pending or, to the knowledge of the Company, threatened, lawsuits, actions, suits, judgments, claims, proceedings or any other Actions (including any investigations or inquiries initiated, pending or threatened) by any Governmental Authority, or other proceedings at law or in equity (collectively, "Legal Proceedings"), against the Company or any of the Company's Subsidiaries or their respective properties or assets*; and (b) there is no outstanding Governmental Order imposed upon the Company or any of the Company's Subsidiaries; nor are any properties or assets of the Company or any of the Company's Subsidiaries' respective businesses bound or subject to any Governmental Order, except in the case of each of clauses (a) and (b), as would not be, or would not reasonably be expected to be, material to the business of the Company and its Subsidiaries, taken as a whole." | 233 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Materiality<br><br>Forward-Looking Accompanied by Meaningful Cautionary Language |
| In October 5, 2020 Merger Agreement:<br><br>Section 4.30(a) ("Healthcare Compliance"): "[e]ach of [Clover] and its Subsidiaries (i) in all material respects meets and complies with, and *since January 1, 2018, has met and complied with, all applicable Laws, including all Health Care Laws, and other requirements for participation in, and receipt of payment from, the Medicare Advantage Program.*" | 235 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Materiality<br><br>Forward-Looking Statement Accompanied by Meaningful Cautionary Language |

---

[1]     As discussed in the memorandum of law, all of the alleged misstatements are not actionable for two additional and independent reasons: (i) failure to plead scienter; and (ii) failure to plead loss causation.  This appendix is limited to reasons why each and every alleged misstatement fails for one or more of the reasons set forth in Section II in the accompanying memorandum of law.

[2]     The October 5, 2020 Agreement and Plan of Merger, attached to the following eight SEC filings (collectively, the "Registration & Proxy Statements"):  (1) 10/20/20 Initial Registration Statement ("S-4"); (2) 11/20/20 S-4 ("First Amended S-4"); (3) 12/09/20 S-4 ("Second Amended S-4"); (4) 12/10/20  ("Third Amended S-4"); (5) 12/14/20 Rule 424(B)(3) Prospectus  ("December 14 Prospectus"); (6) 12/14/20 Sched. 14A Definitive Proxy Statement ("Proxy Statement"); (7) 01/13/21 S-1 ("Shelf Registration"); and (8) 01/29/21 Rule 424(b)(3) Prospectus ("Final Prospectus").

| Alleged Misstatement | ¶¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| In October 6, 2020 Palihapitiya Tweet:[3]<br><br>"Clover Health's ***proposition of better outcomes and lower costs has results in strong initial growth***,"<br><br>"Clover Health is the fastest growing MA plan in the US. . . . They typically take over 50% of the net membership growth in each of their established markets. | 246 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Growth<br><br>Puffery |
| In October 6, 2020 Palihapitiya Squawk Box Segment and Announcement Call:[4]<br><br>Clover is growing "two to three times faster than their next nine nearest competitors." | 248, 250 | Not Alleged with Particularity Why False or Misleading |
| In October 6, 2020 Palihapitiya Squawk Box Segment:<br><br>"[W]hen you're a technology business that's cheaper, faster, and better than all of your incumbent competitors in a market this dynamic, what happens is you start to grow really fast, and this is exactly what's happening with Clover."<br><br>"what's great is [Clover's] gross margins start better because they're a technology business, and we think it's going to get better and better over time, and the reason why is because they create transparency.  They don't play games.  They don't motivate doctors to up code or do all kinds of things in order to get paid.  They've created an extremely transparent and efficient business." | 248 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Future / Accomplishment<br><br>Puffery |

---

[3] Attaching "Investment Thesis for Clover Health – Disrupting Healthcare by Delivering Better Outcomes at Lower Cost."  (¶ 117.)

[4] October 6, 2020, Palihapitiya interview on the CNBC program "Squawk Box."  (¶ 119.)

| Alleged Misstatement | ¶¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| On October 6, 2020 Announcement Call [Palihapitiya]:<br><br>"***Already, Clover is the fastest growing Medicare Advantage plan in the United States. . . . It is also a business that not only is doing very well in new markets when it launches, but in existing markets where it already has share.*** In fact, just like many other best-in-class software and technology companies, what you see here is a characteristic that we call land and expand, or negative churn."<br><br>"We have this incredible first beachhead market called Medicare Advantage, ***proving the value day in day out that Clover Assistant and Clover delivers better outcomes at a lower cost, grabbing share from incumbents, predictably growing by 25% to 30% compounding. And then this technology platform allows us to embrace and become a first mover in these very disruptive new forms of growth like direct contracting***."<br><br>"***what I have seen through the diligence is that this is the first technology company who is having a meaningful impact in disrupting healthcare. The reason is because they have built software that allows them to improve outcomes and lower costs. What that is allowing them to do is quickly capture share from slower incumbents that are non-technology centric, and it is differentiated in a way that I believe will make it very hard for these legacy businesses to copy. And because it's technological, it has the ability to embrace new forms of growth that can supercharge the business and create low-cost acquisition channels to scale the value that they provide people***. And the great thing is that it has started in a part of a market, in a sector of the economy, that is just growing incredibly fast." | 250 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to the Market<br><br>Puffery<br><br>Oral Forward-Looking Without Proof That Speaker Had Actual Knowledge That It Was False |
| On October 6, 2020 Announcement Call [Palihapitiya]:<br><br>"***So, why do consumers choose Clover? Put simply, we have designed our plans to be obviously attractive to consumers, Medicare eligibles, which is why we call it obvious . . . . what we did at Clover was take the best of both and we offer wide network choice, with low-cost plans***"<br><br>"we remove friction for consumers to see their primary care physician, with zero dollar primary care co-pays and an extremely low cost to see their specialists. And then when you compare us against other options, we provide significant savings relative to original Medicare. We estimate 41% lower and 17% lower than the top other plans in the market." | 252 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to the Market<br><br>Puffery<br><br>Oral Forward-Looking Without Actual Knowledge That It Was False |
| On October 6, 2020 Announcement Call [Toy]; In November 20, 2020 Analyst Day Call [Garipalli] and Presentation; Registration & Proxy Statements:<br><br>Onboarded physicians are highly engaged, using the Clover Assistant for "***92%***" of eligible visits in "***2019***." | 275, 279, 281, 293, 295, 299 | Not Alleged with Particularity Why False or Misleading<br><br>Puffery ("highly engaged") |

| Alleged Misstatement | ¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| On October 6, 2020 Announcement Call [Toy]<br><br>"***Our engagement rate is an impressive 90%*** and our net promoter score as of Q2 2020 is in the positive 60 range, and we are really happy with that."<br><br>"***Over 2,000 PCPs are contracted to use the Clover Assistant.*** And what that means is over 60% of our membership goes to one of these doctors." | 275 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Accomplishment<br><br>Puffery |
| In October 6, 2020 Announcement Release:<br><br>"Today, Clover is the ***fastest growing Medicare Advantage insurer in the United States*** – among insurers with more than 50,000 members – and serves more than 57,000 members in 34 counties across 7 states."<br><br>"***Spurred by favorable demographic tailwinds and its differentiated, technology-driven approach,*** Clover has captured an average of 50 percent of the net increase in membership across its established markets over the last three years. Further, the Company's software-centric approach enables efficient expansion into new markets, including to historically underserved and rural communities."<br><br>"The Company's rapid growth is a testament to the effectiveness of its tech-enabled approach, which resonates powerfully with consumers and physicians alike." | 254 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to the Market<br><br>Puffery |
| In October 7, 2020 Letter to Clover employees:<br><br>Clover's "product gets smarter every day, improving recommendations to providers, which leads to better outcomes for members and, thus, improved provider and member satisfaction. ***This, in turn, further drives member growth.***" | 256 | Not Alleged with Particularity Why False or Misleading<br><br>Puffery<br><br>Forward-Looking Without Actual Knowledge That It Was False |

Milbank

| Alleged Misstatement | ¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| In Registration & Proxy Statements:<br><br>"From time to time, we are involved in various legal proceedings arising from the normal course of business activities. ***We are not presently involved in any legal proceeding the outcome of which, we believe, if determined adversely to us, would individually or taken together have a material adverse effect on our business, operating results, cash flows or financial condition.*** Defending such proceedings is costly and can impose a significant burden on management and employees, we may receive unfavorable preliminary or interim rulings in the course of legal proceedings, and there can be no assurances that favorable final outcomes will be obtained." | 237 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Materiality<br><br>Forward-Looking Accompanied by Meaningful Cautionary Language |
| In Registration & Proxy Statements:<br><br>"We plan to leverage our rapidly scalable business model to enter into new markets nationally in order to offer our 'Obvious' plans to a greater percentage of the over 60 million Medicare-eligible beneficiaries. Accordingly, ***we plan to seek opportunities to create differentiated and enhanced plans for Medicare-eligible beneficiaries across the United States, including underpenetrated and traditionally underserved markets.*** For example, we recently announced a new partnership with Walmart to make co-branded Clover-Walmart plans available in eight Georgia counties that represented over 370,000 Medicare eligible beneficiaries in 2019. We also ***intend to increase spending for new market development and expansion of our sales channels and in-person or remote clinical care capabilities.*** | 239 | Not Alleged with Particularity Why False or Misleading<br><br>Unrelated to alleged omission<br><br>Opinion as to Market<br><br>Puffery<br><br>Forward-Looking Statement Without Actual Knowledge That It Was False |
| In Registration & Proxy Statements:<br><br>"Our operations, current and past business practices, contracts and accounts and other books and records are subject to routine, regular and special investigations, audits, examinations and review by, ***and from time to time we receive subpoenas and other requests for information from, federal and state supervisory and enforcement agencies, attorneys general and other state, federal and international governmental authorities and legislators***."[5] | 241 | Not Alleged with Particularity Why False or Misleading<br><br>Forward-Looking Accompanied by Meaningful Cautionary Language |

---

[5] The Complaint misquotes this statement. In fact, it was followed by: "For further information, see the section entitled '*Risk Factors—From time to time we are and may be subject to litigation or investigations, which could be costly and time-consuming to defend.*'" (Ex. L, Shelf Registration at 131.)

| Alleged Misstatement | ¶¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| In Registration & Proxy Statements:<br><br>"***From time to time we are and may be subject to litigation or investigations, which could be costly and time-consuming to defend***."<br><br>"from time to time, we are and may be subject to regular and special governmental market conduct and other audits, investigations and reviews by, and we receive and may receive subpoenas and other requests for information from, various federal and state agencies, regulatory authorities, attorneys general, committees, subcommittees and members of the U.S. Congress and other state, federal and international governmental authorities. In the United States, federal and state governments have made investigating and prosecuting health care and other insurance fraud, waste, and abuse a priority. Fraud, waste, and abuse prohibitions encompass a wide range of activities, including kickbacks for referral of members, fraudulent coding practices, billing for unnecessary medical and/or other covered services, improper marketing and violations of patient privacy rights. The U.S. Department of Justice ("DOJ") and the Department of Health and Human Services Office of Inspector General (the "OIG"), have recently increased their scrutiny of healthcare payers and providers, and Medicare Advantage insurers, under the federal False Claims Act (the "FCA"), in particular, and there have been a number of investigations, prosecutions, convictions and settlements in the healthcare industry. CMS and the OIG also periodically perform risk adjustment data validation ("RADV") audits of selected Medicare Advantage health plans to validate the coding practices of and supporting documentation maintained by health care providers. Certain of our plans have been selected for such audits, which have in the past resulted and could in the future result in retrospective adjustments to payments made to our health plans, fines, corrective action plans or other adverse action by CMS." | 243 | Not Alleged with Particularity Why False or Misleading<br><br>Forward-Looking Accompanied by Meaningful Cautionary Language |

| Alleged Misstatement | ¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| In Registration & Proxy Statements:<br><br>"There has been increased government scrutiny and litigation involving MA plans under the FCA related to diagnosis coding and risk adjustment practices. In some proceedings involving MA plans, there have been allegations that certain financial arrangements with providers violate other laws governing fraud and abuse, such as the Anti-Kickback Statute. We perform ongoing monitoring of our compliance with CMS risk adjustment requirements and applicable laws, which includes review of the Clover Assistant features that may be relevant to patient risk assessments and the submission of risk adjustment data to CMS. We also monitor our physician payment practices to ensure compliance with applicable laws, such as the Anti-Kickback Statute. *While we believe that our risk adjustment data collection efforts and relationships with providers, including those related to the Clover Assistant, comply with applicable laws, we are and may be subject to audits, reviews and investigation of our practices and arrangements, and the federal government might conclude that they violate the FCA, the Anti-Kickback Statute and/or other federal and state laws governing fraud and abuse*. See the section entitled "Risk factors— Risks Related to Governmental Regulation—Our business activities are highly regulated and new and proposed government regulation or legislative reforms could increase our cost of doing business and reduce our membership, profitability and liquidity." | 243 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Compliance<br><br>Forward-Looking Accompanied by Meaningful Cautionary Language |
| In Registration & Proxy Statements:<br><br>"*The Clover Assistant enables us to succeed via a scalable technology-driven virtuous growth cycle*."<br><br>"Our internally-developed technology platform could have been built only because we operate it ourselves, within our own MA plan. This approach uniquely positions us to close the healthcare feedback loop with technology, linking clinical data and physician action." | 258 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Market<br><br>Puffery<br><br>Forward-Looking Statement Without Actual Knowledge That It Was False |
| In Registration & Proxy Statements:<br><br>Clover has "*succeeded with this approach in our established markets and seek to replicate it in all markets that we enter.*" — "*disseminat[ing] the Clover Assistant free-of-charge to primary care physicians ("PCPs") who use it at the point of care while treating our members," and "Clover Assistant['s ability to] provide[] essential information and personalized care recommendations to PCPs, driving real-time, data-driven decision-making, which results in better care for our members and strong plan performance." | 260 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Market<br><br>Puffery |

| Alleged Misstatement | ¶¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| In Registration & Proxy Statements:<br><br>"***As a result of our "Obvious" plans, we have achieved significant organic membership growth***.  Our membership has expanded from 30,677 as of January 1, 2018, to 56,815 as of June 30, 2020, representing 25% share of the individual, non-SNP MA market in our established markets, which we define as markets where an insurer has over 500 members."<br><br>"***This expansion has largely been driven by our nation-leading established market take rate***, which has averaged more than 50% over the past three years across a group of counties in New Jersey that grew from eight to 13 over the period." | 262 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Growth<br><br>Puffery |
| In Registration & Proxy Statements:<br><br>"Because **we drive this clinical improvement with technology**, we believe we can scale in virtually any market, including traditionally underserved markets that are generally not viable for others, as demonstrated by the fact that we had **25% more low-income members and nearly twice the number of minority members as a percentage of our plan** population than are generally served in [Medicare Advantage] as of September 30, 2020." | 264 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Market<br><br>Puffery<br><br>Forward-Looking Statement Without Actual Knowledge That It Was False |
| In Registration & Proxy Statements:<br><br>Clover "currently offer[s] [Medicare Advantage] plans in 34 markets in the United States, and we are launching in 74 additional [Medicare Advantage] markets in 2021. ***We principally scale by deploying the Clover Assistant software to PCPs. We contract with providers simply to use the Clover Assistant at the point of care for a flat fee rather than, for example, negotiating contracts involving risk-sharing arrangements under which the provider assumes financial responsibilities for patient care.***" | 266 | Not Alleged with Particularity Why False or Misleading |
| In Registration & Proxy Statements:<br><br>Clover marketed its plans: "through direct marketing activities and an extensive network of insurance brokers and field marketing organizations. We also enter into co-branding arrangements with physicians and other provider institutions. We market or may market our plans through a number of channels including, but not limited to, direct mail, marketing materials in provider's offices, the Internet, telesales and free marketing channels provided by the U.S. government, such as the Medicare Plan Finder. Commissions paid to employed sales representatives and independent brokers and agents are based on a per unit commission structure, regulated in structure and amount by CMS." | 268 | Not Alleged with Particularity Why False or Misleading |

| Alleged Misstatement | ¶¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| In Registration & Proxy Statements:<br><br>"We broadly disseminate the Clover Assistant free-of-charge to primary care physicians ("PCPs") *who use it at the point of care while treating our members.*"<br><br>"*We have succeeded with this approach in our established markets and seek to replicate it in all markets that we enter.*" | 277 | Opinion as to Markets<br><br>Puffery<br><br>Forward-Looking Statement Without Actual Knowledge That It Was False |
| In S-4:<br><br>"We drive adoption and use of the Clover Assistant across our PCP network by focusing on continuously improving its user-centric design, highly actionable and real-time clinical content, enhanced and rapid payment for Clover Assistant visits and simple onboarding. *As of June 30, 2020, over 2,100 PCPs, who already treat our members and are responsible for caring for 61% of our total membership, had contracted to use the Clover Assistant to manage our members' care.* In addition, the Clover Assistant delights physicians, as evidenced by our positive NPS of 64 for the three months ended June 30, 2020." | 279 | Not Alleged with Particularity Why False or Misleading<br><br>Puffery |
| In Registration & Proxy Statements [except S-4]:<br><br>"As of September 30, 2020, *over 2,300 PCPs, who already treat our members and are responsible for caring for 65% of our total membership, had contracted to use the Clover Assistant to manage our members' care*. In addition, the Clover Assistant delights physicians, as evidenced by our positive NPS of 59 for the six months ended September 30, 2020." | 281 | Not Alleged with Particularity Why False or Misleading |
| In S-4:<br><br>"We have designed our platform to be easy to adopt and use, *resulting in rapid adoption of the Clover Assistant since its launch in July 2018*. In particular, *the number of PCPs who have adopted our Clover Assistant platform has grown by more than 500% from January 1, 2019, to June 30, 2020*." | 283 | Not Alleged with Particularity Why False or Misleading<br><br>Puffery |
| In Registration & Proxy Statements [except S-4]:<br><br>"We have designed our platform to be easy to adopt and use, *resulting in rapid adoption of the Clover Assistant since its launch in July 2018*. In particular, *the number of PCPs contracted to use the Clover Assistant that care for our members has grown by more than 500% from January 1, 2019, to September 30, 2020*." | 285 | Not Alleged with Particularity Why False or Misleading |

| Alleged Misstatement | ¶¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| In Registration & Proxy Statements:<br><br>"Our [i.e., Clover's] consolidated financial statements are ***prepared in accordance with GAAP.***" | 302 | Not Alleged With Particularity Why False or Misleading<br><br>Opinion as to GAAP |
| In Registration & Proxy Statements [except Shelf Registration]:<br><br>"**7. Related party transactions:**<br>***Related party agreements*** [CarePoint Health disclosure]<br>***Securities payable to related parties*** The Corporation has entered into various securities payable with certain related parties as further discussed in . . . 'Notes and securities payable.'" | 304-05 | Not Alleged With Particularity Why False or Misleading |
| In S-4, the First Amended S-4, Second Amended S-4, Third Amended S-4, and December 14 Prospectus:<br><br>"[C]onsidered the scope of the due diligence conducted by SCH's senior management and outside advisors and evaluated the results thereof and information available to it related to [Legacy] Clover, including: (a) extensive virtual meetings and calls with [Legacy] Clover's management team regarding its operations, projections and the proposed transaction; and (b) review of materials related to [Legacy] Clover and its business, made available by [Legacy] Clover, including financial statements, material contracts, key metrics and performance indicators, benefit plans, employee compensation and labor matters, intellectual property matters, real property matters, information technology, privacy and personal data, litigation information, healthcare matters and other regulatory and compliance matters and other legal and business diligence." | 318 | Not Alleged With Particularity Why False or Misleading |
| In Registration & Proxy Statements:<br><br>"[w]e work diligently to ensure compliance with all applicable laws and regulations." | 319 | Not Alleged With Particularity Why False or Misleading |
| On November 19, 2020 Fireside Chat [Garipalli]:<br><br>[On question re source of growth rate]: "A majority of that growth will still come from our established markets, which is all the counties in New Jersey and adjacent ones beyond that and then a minority of growth from some of the newer markets. So when we look at our capital deployment, historically, very, very little of our capital deployment went to anything growth related. ***So our growth is essentially, not due to clever marketing, but really just due to attractive plan design as we call our obvious plan design.***" | 270 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to the Market<br><br>Puffery<br><br>Oral Forward-Looking Without Actual Knowledge That It Was False |

| Alleged Misstatement | ¶¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| On November 19, 2020 Fireside Chat [Garipalli]:<br><br>[On question re market share]: "the historical growth in our markets has been driven by the plan design attractiveness. So from a perspective of low copays, max supplemental benefits, again relative to the competition, and then wide physician choice . . . . We have the lowest co-pays, most supp benefits, and then also not just widest choice, but the out of network cost sharing for primary care and specialists is equivalent to what it is in network. And so that combined is what has driven a lot of the attractiveness and growth. The Clover Assistant is what allows those plans to be economically affordable." | 272 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to the Market<br><br>Puffery |
| On November 19, 2020 Fireside Chat [Wagner]:<br><br>"And so we believe there's a tremendous opportunity, upwards of 1500 basis points of savings, that are available out there in the Medicare fee for service system. We're not saying we're going to get all of those and capture all of those next year by any stretch of the imagination, but we think there's a lot out there that we can capture through the use of software, partnering with our physicians. ***And the great thing about the technology and the way that we've designed the program is all the physicians that are participating with us have to use Clover Assistant as part of their contract***. And so that's going to allow us to achieve these medex savings that will allow . . . . Again, we're not going to comment on exactly what we believe the margins could be because the economics are still moving, but there is, at the gross margin line, there was a tremendous opportunity out there that we believe we can capture." | 287 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Future<br><br>Puffery<br><br>Oral Forward-Looking Statement Accompanied by Meaningful Cautionary Language |
| On November 19, 2020 Fireside Chat [Toy]:<br><br>"Clover Assistant is our platform, and just reminder, we use Clover Assistant for Medicare Advantage and we're going to use it for direct contracting, right . . . As you can see here, stats, we're very proud of our engagement, our engagement rate's 90% above, above 90%, ***which means that for people, doctors, who have signed up to use Clover Assistant, they're using Clover Assistant above 90% at the time when one of our members comes in for an office visit.***"<br><br>"We are able to cover a wide range of physicians ranging from independent practitioners, all the way to large health systems, and not just the most technologically savvy, either. 11% of our CA physicians don't even have an EHR. ***Clover Assistant is the actual first technology tool that they're using, and we're really proud of that.***" | 289 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Accomplishment<br><br>Puffery |

| Alleged Misstatement | ¶¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| In November 20, 2020 Analyst Day Presentation [Toy]:<br><br>"The Clover Assistant is a web application and *a physician uses it every visit they have with one of our members* and it's tuned to show them clinically useful, personalized relevant information that *helps them give better care during that visit."*<br><br>"*And now for every PCP visit, every doctor visit that PCP* is seeing exactly the information they need and technology is powering all of that." | 291 | Not Alleged with Particularity Why False or Misleading |
| In November 20, 2020 Analyst Day Call [Garipalli]:<br><br>That Clover had "been able to scale [Clover Assistant] broadly and rapidly with contracts with over 2,000 primary care physicians, a myriad of different practice types across all 34 of our current markets. What you see here is a small representation of the statistics we track for the Clover Assistant" | 293 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Accomplishment<br><br>Puffery |
| In November 20, 2020 Analyst Day Call [Garipalli]:<br><br>On PCPs not using Clover Assistant:[6] ". . . for physicians that have 10 or more Clover members, we're at *about a 90 plus percent conversion rate*.  If they're not on Clover Assistant, we can bring them onto Clover Assistant.  Even physicians that are not on Clover Assistant that have less than 10 Clover members, *we're still at about a 50% close rate on getting them to agree to use the Clover Assistant."* | 294 | Not Alleged with Particularity Why False or Misleading<br><br>Oral Forward-Looking Statement Accompanied by Meaningful Cautionary Language |
| In November 20, 2020 Analyst Day Presentation:<br><br>Slide 14 titled "Step 3: Physicians Value The Clover Assistant," stated that "In ~2 years since product launch*, we've built a broad base of engaged physicians. Given our software-driven approach, we believe we can scale these results rapidly within existing and new markets*." | 295 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Future<br><br>Puffery<br><br>Forward-Looking Accompanied by Meaningful Cautionary Language |

[6] The Complaint misquotes this statement.  It was preceded by:  "Yeah, so for physicians where, and Andrew and Joe just correct me if I have some of these stats wrong. . . ."  (Ex. P, November 20, 2020, Analyst Day Call at 37.)

| Alleged Misstatement | ¶¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| In January 12, 2021 J.P. Morgan Healthcare Conference:<br><br>Defendant Garipalli: "So now that you have a bit of intuition of what the platform does. ***Let's discuss the most important part, physician usage***. We believe that the Clover Assistant is a compelling platform for physicians for a few reasons. Number one, it's a standalone platform outside of the low NPS, EHRs that we believe is easy to use and provides clinically useful content as we just discussed. Two, we pay providers an enhanced rate that we estimate is about two times the fee-for-service Medicare rate, we make that payment extremely rapidly . . . . These two reasons serve as the activation energy to get physicians excited to contract with us and ***engage with the platform on an ongoing basis. Because of that, we've been able to scale the Clover Assistant platform broadly and rapidly with contracts with over 2,000 primary care physicians in a myriad of different practice types across various markets***. | 297 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Quality<br><br>Puffery |
| In January 12, 2021 J.P. Morgan Healthcare Conference [Wagner]:<br><br>"So we have not seen anything else scale in healthcare 2,000 plus providers across a myriad of different practice types, myriad of different markets with over 90% utilization rate and a positive 59 NPS score, and most EHRs have a negative NPS." | 299 | Not Alleged with Particularity Why False or Misleading |
| In January 12, 2021 J.P. Morgan Healthcare Conference [Wagner]:<br><br>On Clover Assistant: "the thing that I think is truly differentiated is what we've delivered, where Vivek and myself have discussed is, how do we drive action by a primary care physician to improve the care plan, consider a care plan where they didn't before in a novel way and I get some stats about that, right, where we are showing interesting information that drives different decision-making via PCP and that is not speculation and it's not me saying I'm a tech person, I think my platform can do this. Because we're in a payer, I'm in a payer, we can actually deploy that software ***and immediately see the results for a payer . . . . We can iterate really fast on that, so when we get feedback from a physician, when we see different behaviors in the physician community what we can launch it ML model and we see that it's got a certain level of engagement.***" | 299 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Efficiency<br><br>Puffery |
| In January 12, 2021 J.P. Morgan Healthcare Conference [Toy]:<br><br>On Star Ratings: "I think, we have a lot of content that loaded to Clover Assistant that will help close that adherence gaps and (inaudible) care gap, these are things that—how that star ratings are based upon. We do think that as we launch those, we have high confidence because as Vivek said, ***it's a very high engagement by a PCP with CA will naturally bring those up.***" | 300 | Not Alleged with Particularity Why False or Misleading<br><br>Opinion as to Future<br><br>Puffery<br><br>Forward-Looking Accompanied by Meaningful Cautionary Language |

Milbank

| Alleged Misstatement | ¶¶ in FAC | Reasons Why Not Actionable[1] |
|---|---|---|
| In January 12, 2021 Form 8-K:<br><br>Press Release: "unaudited pro forma condensed combined financial information of SCH and Clover as of September 30, 2020 and for the year ended December 31, 2019 and the nine months ended September 30, 2020 is set forth in Exhibit 99.1 hereto and is incorporated herein by reference." | 307 | Not Alleged with Particularity Why False or Misleading |