| | |
|---|---|
| TIMOTHY BOND,<br><br>        Lead Plaintiff<br><br>and<br><br>JEAN-NICOLAS TREMBLAY,<br><br>        Named Plaintiff,<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>        v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA,<br><br>        Defendants. | Case No. 3:21-cv-00096<br><br>Judge Aleta A. Trauger |

**DECLARATION OF GARY A. CROSBY II IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

GARY A. CROSBY II, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am an attorney associated with the law firm Milbank LLP ("Milbank"), counsel to Defendants Clover Health Investments, Corp. ("Clover"), Vivek Garipalli, Andrew Toy, Joe Wagner, and Chamath Palihapitiya (collectively, the "Defendants") in the above-captioned action. I am a member in good standing of the bars of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. I submit this declaration in support of Defendants' Motion to Dismiss the First Amended Complaint for Violations of the Federal Securities Laws.

2. Attached as **Exhibit A** is a true and correct copy of the "Notice of the United States That It Is Declining in Part and Not Intervening as to the Remaining Claims at This Time" filed in *United States of America ex rel. Robert A. Cutler v. Cigna Corp., et al.*, No. 7:17-cv-07515-KMK-JCM (S.D.N.Y. entered on Aug. 6, 2020), ECF No. 13.

3. Attached as **Exhibit B** is a true and correct copy of the "Memorandum of Law in Support of the United States' Motion to Dismiss" filed in *United States of America, et al., ex rel. SMSF, LLC v. Biogen, Inc., et al.*, No. 1:16-cv-11379-IT (D. Mass. filed on Dec. 17, 2018), ECF No. 53.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the Final Prospectus dated January 27, 2021 and filed by Clover with the U.S. Securities and Exchange Commission ("SEC") on January 29, 2021.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the Form S-4 Registration Statement filed by Clover with the SEC on October 20, 2020.

6. Attached as **Exhibit E** is a true and correct copy of excerpts from the Form 8-K Current Report filed by Clover with the SEC on March 1, 2021.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from the Prospectus filed by Social Capital Hedosophia Holdings Corp. III ("SCH") with the SEC on December 14, 2020.

8. Attached as **Exhibit G** is a true and correct copy of a press release titled *Clover Health Class A Common Stock to Begin Trading on Nasdaq as "CLOV" on January 8, 2021* dated January 7, 2021 and filed by Clover with the SEC on January 12, 2021.

9. Attached as **Exhibit H** is a true and correct copy of a report published by Hindenburg Research LLC on February 4, 2021, titled *Clover Health: How the "King of SPACs"*

2

*Lured Retail Investors Into a Broken Business Facing an Active, Undisclosed DOJ Investigation* (the "Hindenburg Report"), available at https://hindenburgresearch.com/clover/.

10. Attached as **Exhibit I** is a true and correct copy of Clover's response to the Hindenburg Report, published by Andrew Still-Baxter, a Clover employee, on February 5, 2021, titled *In Response to Short Seller Firm's Questions*, available at https://medium.com/clover-off-the-charts/in-response-to-short-seller-firms-questions-47798b0b76da.

11. Attached as **Exhibit J** is a true and correct copy of excerpts from the Agreement and Plan of Merger by and among SCH, Asclepius Merger Sub Inc., and Clover dated October 5, 2020 and filed by SCH with the SEC on October 6, 2020.

12. Attached as **Exhibit K** is a true and correct copy of excerpts from the Schedule 14A Proxy Statement filed by SCH with the SEC on December 14, 2020.

13. Attached as **Exhibit L** is a true and correct copy of excerpts from the Form S-1 Registration Statement filed by Clover with the SEC on January 13, 2021.

14. Attached as **Exhibit M** is a true and correct copy of excerpts from the Clover "Analyst Presentation" attached as an exhibit to Form 8-K Current Report filed by SCH with the SEC on November 19, 2020.

15. Attached as **Exhibit N** is a true and correct copy of excerpts from the Medicare Communications Marketing Guidelines, dated September 5, 2018, available at https://www.cms.gov/Medicare/Health-Plans/ManagedCareMarketing/Downloads/CY2019-Medicare-Communications-and-Marketing-Guidelines_Updated-090518.pdf.

16. Attached as **Exhibit O** is a true and correct copy of excerpts from the Financial Accounting Standards Board's Accounting Standards Codification 850, as retrieved from https://asc.fasb.org/subtopic&trid=2122746.

17.     Attached as **Exhibit P** is a true and correct copy of excerpts of the transcript of the Clover "Analyst Day Presentation" dated November 20, 2020 and filed by SCH with the SEC on November 25, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2021.

*/s/ Gary A. Crosby II*
Gary A. Crosby II

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing was filed electronically on August 27, 2021. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. The names of the attorneys for other parties who are registered to receive notices of filings through the Court's system are:

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Email: beng@bsjfirm.com

Brian Peter Calandra
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
(646) 581-9958
Email: bcalandra@pomlaw.com

Jacob A. Walker
Jeffrey C. Block
Stephen J. Teti
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Email: jake@blockleviton.com
Email: jeff@blockleviton.com
Email: steti@blockleviton.com

Brian Schall
Rina Restaino
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(310) 301-3335
Email: brian@schallfirm.com
Email: rina@schallfirm.com

James Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
Email: gerards@bsjfirm.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Email: pknashlaw@aol.com
Email: robert@bramlettlawoffices.com

Larry Russell Belk, Jr.
Sutherland & Belk, PLC
2505 21st Avenue South
Suite 400
Nashville, TN 37212
(615) 846-6200
Email: russell@sbinjurylaw.com

Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: lrosen@rosenlegal.com

5

James A. Holifield, Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
(865) 566-0115
Email: aholifield@holifieldlaw.com

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
Email: cwood@rgrdlaw.com

Mark S. Reich
Mary K. Blasy
Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Email: mreich@rgrdlaw.com
Email: mblasy@rgrdlaw.com
Email: srudman@rgrdlaw.com

J. Alexander Hood II
Jeremy A. Lieberman
Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Email: ahood@pomlaw.com
Email: jalieberman@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP
10 S LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181
Email: pdahlstrom@pomlaw.com

Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: pkim@rosenlegal.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Email: jmartin@barrettjohnston.com

Corey D. Holzer
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
Email: cholzer@holzerlaw.com

Charles F. Barrett
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
Email: cbarrett@nealharwell.com

John Tate Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
Email: john@spragenslaw.com

Saul C. Belz
Glankler Brown, PLLC
6000 Poplar Avenue, Suite 400
Memphis, TN 38119
(901) 576-1741
Email: sbelz@glankler.com

Tara L. Swafford
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, TN 37064
(615) 599-8406
Email: tara@swaffordlawfirm.com

*/s/ Britt K. Latham*

Britt K. Latham