# Exhibit D

As filed with the Securities and Exchange Commission on October 20, 2020

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM S-4
## REGISTRATION STATEMENT
### UNDER
### THE SECURITIES ACT OF 1933

# Social Capital Hedosophia Holdings Corp. III*

**(Exact Name of Registrant as Specified in Its Charter)**

| **Cayman Islands*** | **6324** | **98-1515192** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

**317 University Ave, Suite 200**
**Palo Alto, California 94301**
**(650) 521-9007**

(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

**Chamath Palihapitiya**
**Chief Executive Officer**
**Social Capital Hedosophia Holdings Corp. III**
**317 University Ave, Suite 200**
**Palo Alto, California 94301**
**(650) 521-9007**

(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| Howard L. Ellin, Esq. | Gia Lee, Esq. | Stephen Thau, Esq. |
|---|---|---|
| Christopher M. Barlow, Esq. | General Counsel and Secretary | Matthew Gemello, Esq. |
| Skadden, Arps, Slate, Meagher & Flom LLP | Clover Health Investments, Corp. | William L. Hughes, Esq. |
| One Manhattan West | 725 Cool Springs Blvd, Suite 320 | Orrick, Herrington & Sutcliffe LLP |
| New York, NY 10001 | Franklin, Tennessee 37067 | The Orrick Building |
| (212) 735-3000 | (201) 432-2133 | 405 Howard Street |
| | | San Francisco, California 94105 |
| | | (415) 773-5700 |

**Approximate date of commencement of proposed sale of the securities to the public:** As soon as practicable after this registration statement is declared effective and all other conditions to the Business Combination described in the enclosed proxy statement/prospectus have been satisfied or waived.

If the securities being registered on this Form are being offered in connection with the formation of a holding company and there is compliance with General Instruction G, check the following box: ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering: ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering: ☐

offers a 41% average lifetime cost savings compared to Original Medicare, taking into account the Kaiser Family Foundation's reported average Original Medicare enrollee's out-of-pocket spending on medical and long-term care services in 2016.

As a result of our "Obvious" plans, we have achieved significant organic membership growth. Our membership has expanded from 30,677 as of January 1, 2018, to 56,815 as of June 30, 2020, representing 25% share of the individual, non-SNP MA market in our established markets, which we define as markets where an insurer has over 500 members. This expansion has largely been driven by our nation-leading established market take rate, which has averaged more than 50% over the past three years across a group of counties in New Jersey that grew from eight to 13 over the period. Established market take rate is derived from publicly available CMS data and represents the number of members gained by an insurer as a percentage of the total number of incremental MA members added to comparable plans in established markets. This rapid growth generated a 59.1% increase in our total revenues from $290.6 million for the year ended December 31, 2018, to $462.3 million for the year ended December 31, 2019, and our gross premiums earned, before the impact of premiums ceded to third party reinsurers under reinsurance agreements, grew 29.4%, from $353.9 million to $457.8 million over the same period. For the six months ended June 30, 2020, our total revenues were $337.6 million and gross premiums earned were $334.3 million as compared to $231.0 million in total revenues and $229.5 million in gross premiums earned for the six months ended June 30, 2019, in each case, representing a 46% increase. During 2018 and 2019, we also built the infrastructure to deliver on a more efficient healthcare experience for our members, resulting in net losses of $(201.9) million and $(363.7) million for the years ended December 31, 2018 and 2019. For the years ended December 31, 2018 and 2019, our adjusted EBITDA was $(177.1) million and $(175.5) million, respectively, and our Adjusted EBITDA Margin was (50.1)% and (38.3)%, respectively. For the six months ended June 30, 2020, our net loss was $(22.8) million, our adjusted EBITDA was $(3.4) million and our Adjusted EBITDA Margin was (1.0)%. Our improved results in the current year were the result of operational execution as well as reduced utilization of healthcare services as a result of COVID-19. Adjusted EBITDA and Adjusted EBITDA Margin are financial measures not presented in accordance with GAAP. See the section entitled "*Selected Historical Financial Information of Clover—Non-GAAP Financial Measures*" for information regarding the limitations of using Adjusted EBITDA and Adjusted EBITDA Margin as financial measures and for a reconciliation of Adjusted EBITDA to net loss, the most directly comparable financial measure calculated in accordance with GAAP.

**The Parties to the Business Combination**

*SCH*

Social Capital Hedosophia Holdings Corp. III is a blank check company incorporated on October 18, 2019 as a Cayman Islands exempted company and incorporated for the purpose of effecting a merger, share exchange, asset acquisition, share purchase, reorganization or similar business combination with one or more businesses. SCH has neither engaged in any operations nor generated any revenue to date. Based on SCH's business activities, it is a "shell company" as defined under the Exchange Act because it has no operations and nominal assets consisting almost entirely of cash.

On April 24, 2020, SCH consummated its initial public offering of its units, with each unit consisting of one SCH Class A ordinary share and one-third of one public warrant. Simultaneously with the closing of the initial public offering, SCH completed the private sale of 10,933,333 private placement warrants at a purchase price of $1.50 per private placement warrant, to the Sponsor generating gross proceeds to us of $16.4 million. The private placement warrants are identical to the warrants sold as part of the units in SCH's initial public offering except that, so long as they are held by the Sponsor or its permitted transferees: (1) they will not be redeemable by the Company; (2) they (including the shares issuable upon exercise of these warrants) may not, subject to certain limited exceptions, be transferred, assigned or sold by the Sponsor until 30 days after the completion of SCH's

Case 3:21-cv-00096     Document 76-4     Filed 08/27/21     Page 3 of 7 PageID #: 1558

**Table of Contents**

**Index to Financial Statements**

## SELECTED HISTORICAL FINANCIAL INFORMATION OF SCH

The selected historical condensed statements of operations data of SCH for the six months ended June 30, 2020 and for the period from October 18, 2019 (date of inception) to December 31, 2019 and the condensed balance sheet data as of June 30, 2020 and December 31, 2019 are derived from SCH's unaudited interim and annual condensed financial statements included elsewhere in this proxy statement/prospectus. In SCH's management's opinion, the unaudited interim condensed financial statements include all adjustments necessary to state fairly SCH's financial position as of June 30, 2020 and December 31, 2019 and the results of operations for the six months ended June 30, 2020 and for the period from October 18, 2019 (date of inception) to December 31, 2019.

SCH's historical results are not necessarily indicative of the results that may be expected in the future and SCH's results for the six months ended June 30, 2020 are not necessarily indicative of the results that may be expected for the full year ending December 31, 2020 or any other period. The information below is only a summary and should be read in conjunction with the sections entitled "*SCH's Management's Discussion and Analysis of Financial Condition and Results of Operations*" and "*Information About SCH*" and the financial statements, and the notes and schedules related thereto, which are included elsewhere in this proxy statement/prospectus.

SCH is providing the following selected historical financial information to assist you in your analysis of the financial aspects of the Business Combination.

| | For the Six Months Ended June 30, 2020 | For the Period from October 18, 2019 (inception) through December 31, 2019 |
|---|---|---|
| **Statement of Operations Data** | | |
| **Revenue** | $ — | $ — |
| Formation and operating costs | $ (120,811) | $ (17,631) |
| Loss from operations | (120,811) | (17,631) |
| **Other income:** | | |
| Interest income | 64,246 | — |
| **Net loss** | $ (56,565) | $ (17,631) |
| Weighted average shares basic outstanding and diluted | 18,221,528 | 1 |
| Basic and diluted net loss per ordinary share | $ (0.01) | $ (17,631) |

| | June 30, 2020 | December 31, 2019 |
|---|---|---|
| **Balance Sheet Data** | | |
| Total assets | $829,245,247 | $ 100,346 |
| Total liabilities | $ 29,050,789 | $ 117,977 |
| Class A ordinary shares, $0.0001 par value; 500,000,000 shares authorized; 3,286,724 and none issued and outstanding (excluding 79,513,276 and no shares subject to possible redemption) at June 30, 2020 and December 31, 2019, respectively | 329 | — |
| Total shareholders' equity (deficit) | 5,000,002 | (17,631) |

23

**SELECTED HISTORICAL FINANCIAL INFORMATION OF CLOVER**

The selected historical consolidated statements of operations data of Clover for the years ended December 31, 2019 and 2018 and the historical consolidated balance sheet data as of December 31, 2019 and 2018 are derived from Clover's audited consolidated financial statements included elsewhere in this proxy statement/prospectus. The selected historical consolidated statements of operations data of Clover for the six months ended June 30, 2020 and 2019 and the consolidated balance sheet data as of June 30, 2020 are derived from Clover's unaudited interim consolidated financial statements included elsewhere in this proxy statement/prospectus. In Clover management's opinion, the unaudited interim consolidated financial statements include all adjustments necessary to state fairly Clover's financial position as of June 30, 2020 and the results of operations for the six months ended June 30, 2020 and 2019. Clover's historical results are not necessarily indicative of the results that may be expected in the future and Clover's results for the six months ended June 30, 2020 are not necessarily indicative of the results that may be expected for the full year ending December 31, 2020 or any other period. You should read the following selected historical consolidated financial data together with the section entitled "*Clover's Management's Discussion and Analysis of Financial Condition and Results of Operations*" and Clover's consolidated financial statements and related notes included elsewhere in this proxy statement/prospectus.

| | Years Ended December 31 | | Six Months Ended June 30 | |
| --- | --- | --- | --- | --- |
| | **2018** | **2019** | **2019** | **2020** |
| | **(in thousands, except per share data)** | | | |
| **Statement of Operations Data:** | | | | |
| Revenues | | | | |
| Premiums earned, net (Net of ceded premiums: 2018: $67,403; 2019: $832; six months ended 2019: $570; six months ended 2020: $247) | $ 286,515 | $ 456,926 | $ 229,512 | $ 334,025 |
| Other income | 3,052 | 801 | 30 | 2,158 |
| Investment income, net | 1,060 | 4,539 | 1,466 | 1,403 |
| Total revenues | 290,627 | 462,266 | 231,008 | 337,586 |
| Expenses | | | | |
| Net medical claims incurred | 279,050 | 450,645 | 225,207 | 265,694 |
| Salaries and benefits | 85,117 | 91,626 | 52,698 | 40,711 |
| General and administrative expense | 103,040 | 94,757 | 45,906 | 49,951 |
| Premium deficiency reserve expense (benefit) | 9,605 | 7,523 | (4,802) | (15,585) |
| Depreciation and amortization | 487 | 551 | 292 | 275 |
| Other expense | — | 363 | 279 | — |
| Total expenses | 477,299 | 645,465 | 319,580 | 341,046 |
| Loss from operations | (186,672) | (183,199) | (88,572) | (3,460) |
| Change in fair value of warrants | 8,251 | 2,909 | 831 | 11,874 |
| Interest expense | 6,954 | 23,155 | 8,157 | 16,292 |
| Amortization of notes discount | 51 | 15,913 | 4,387 | 10,527 |
| Loss (gain) on derivative | — | 138,561 | 131,455 | (19,394) |
| Net loss | $ (201,928) | $ (363,737) | $ (233,402) | $ (22,759) |
| Net loss per share attributable to common stockholders—basic and diluted(1) | $ (4.81) | $ (8.56) | $ (5.52) | $ (0.53) |
| Weighted average common shares outstanding—basic and diluted | 42,011,938 | 42,469,175 | 42,302,084 | 42,782,874 |

(1) See Clover's consolidated financial statements and related notes included elsewhere in this proxy statement/prospectus for an explanation of the calculations of our net loss per share attributable to common stockholders, basic and diluted.

| | Years Ended December 31, | | | | Six Months Ended June 30, | | | |
| | 2018 | | 2019 | | 2019 | | 2020 | |
| | Total | PMPM(1) | Total | PMPM(1) | Total | PMPM(1) | Total | PMPM(1) |
|---|---|---|---|---|---|---|---|---|
| | | | | (in thousands, except PMPM amounts) | | | | |
| **Other Data:** | | | | | | | | |
| Members as of period end | 32,529 | N/A | 42,592 | N/A | 40,993 | N/A | 56,815 | N/A |
| Premiums earned, gross | $ 353,918 | $ 937 | $ 457,758 | $ 927 | $ 230,082 | $ 953 | $334,282 | $ 993 |
| Premiums earned, net | $ 286,515 | $ 758 | $ 456,926 | $ 925 | $ 229,512 | $ 951 | $334,025 | $ 991 |
| Medical claim expense incurred, gross | $ 343,529 | $ 909 | $ 452,261 | $ 916 | $ 225,969 | $ 936 | $266,042 | $ 790 |
| Net medical claims incurred | $ 279,050 | $ 739 | $ 450,645 | $ 912 | $ 225,207 | $ 933 | $265,694 | $ 789 |
| Medical care ratio, gross | 97.1% | N/A | 98.8% | N/A | 98.2% | N/A | 79.6% | N/A |
| Medical care ratio, net | 97.4% | N/A | 98.6% | N/A | 98.1% | N/A | 79.5% | N/A |
| Net Loss | $(201,928) | N/A | $(363,737) | N/A | $(233,402) | N/A | $ (22,759) | N/A |
| Adjusted EBITDA(2) | $(177,146) | N/A | $(175,457) | N/A | $ (87,776) | N/A | $ (3,400) | N/A |
| Adjusted EBITDA Margin(2) | (50.1%) | N/A | (38.3%) | N/A | (38.1%) | N/A | (1.0%) | N/A |

(1) Calculated per member per month figures ("PMPM") are based on the applicable amount divided by member months in the given period. Member months represents the number of months members are enrolled in a Clover plan in the period.

(2) Adjusted EBITDA and Adjusted EBITDA Margin are financial measures that are not calculated in accordance with U.S. GAAP. See the section entitled "—*Non-GAAP financial measures*."

| | As of December 31, | | As of June 30, |
| | 2018 | 2019 | 2020 |
|---|---|---|---|
| | | (in thousands) | |
| **Balance Sheet Data:** | | | |
| Cash and cash equivalents | $ 75,403 | $ 67,598 | $ 107,412 |
| Working capital | 7,371 | 111,068 | 106,680 |
| Total assets | 210,597 | 337,021 | 329,988 |
| Notes payable, net of discount and deferred issuance costs | 49,252 | 57,917 | 70,846 |
| Derivative liabilities | — | 138,561 | 119,167 |
| Warrant payable | 14,836 | 17,672 | 29,424 |
| Convertible preferred stock | 447,747 | 447,747 | 447,747 |
| Total stockholders' deficit | (502,574) | (448,537) | (501,990) |

25

**BCA PROPOSAL**

SCH is asking its shareholders to approve by ordinary resolution and adopt the Merger Agreement. SCH shareholders should read carefully this proxy statement/prospectus in its entirety for more detailed information concerning the Merger Agreement, a copy of which is attached as Annex A to this proxy statement/prospectus. Please see the subsection entitled "*The Merger Agreement*" below for additional information and a summary of certain terms of the Merger Agreement. You are urged to read carefully the Merger Agreement in its entirety before voting on this proposal.

Because SCH is holding a shareholder vote on the Mergers, SCH may consummate the Mergers only if they are approved by the affirmative vote of the holders of a majority of ordinary shares that are voted at the extraordinary general meeting.

**The Merger Agreement**

*This subsection of the proxy statement/prospectus describes the material provisions of the Merger Agreement, but does not purport to describe all of the terms of the Merger Agreement. The following summary is qualified in its entirety by reference to the complete text of the Merger Agreement, a copy of which is attached as Annex A to this proxy statement/prospectus. You are urged to read the Merger Agreement in its entirety because it is the primary legal document that governs the Mergers.*

*The Merger Agreement contains representations, warranties and covenants that the respective parties made to each other as of the date of the Merger Agreement or other specific dates. The assertions embodied in those representations, warranties and covenants were made for purposes of the contract among the respective parties and are subject to important qualifications and limitations agreed to by the parties in connection with negotiating the Merger Agreement. The representations, warranties and covenants in the Merger Agreement are also modified in part by the underlying disclosure letters (the "disclosure letters"), which are not filed publicly and which are subject to a contractual standard of materiality different from that generally applicable to shareholders and were used for the purpose of allocating risk among the parties rather than establishing matters as facts. We do not believe that the disclosure letters contain information that is material to an investment decision. Additionally, the representations and warranties of the parties to the Merger Agreement may or may not have been accurate as of any specific date and do not purport to be accurate as of the date of this proxy statement/prospectus. Accordingly, no person should rely on the representations and warranties in the Merger Agreement or the summaries thereof in this proxy statement/prospectus as characterizations of the actual state of facts about SCH, Clover or any other matter.*

*Structure of the Mergers*

On October 5, 2020, SCH entered into the Merger Agreement with Merger Sub and Clover, pursuant to which, among other things, following the Domestication, (i) Merger Sub will merge with and into Clover, the separate corporate existence of Merger Sub will cease and Clover will be the surviving corporation and a wholly owned subsidiary of SCH, (ii) Clover will merge with and into SCH, the separate corporate existence of Clover will cease and SCH will be the surviving corporation, and (iii) SCH will change its name to "Clover Health Investments, Corp."

Prior to and as a condition of the Mergers, pursuant to the Domestication, SCH will change its jurisdiction of incorporation by effecting a deregistration under the Cayman Islands Companies Law and a domestication under Section 388 of the DGCL, pursuant to which SCH's jurisdiction of incorporation will be changed from the Cayman Islands to the State of Delaware. For more information, see the section entitled "*The Domestication Proposal*."

Pursuant to the Merger Agreement, Clover shall take all actions, prior to the effective time of the First Merger, and subject to the terms and conditions of the Merger Agreement, necessary to effect the Pre-Closing

101