# Exhibit F

**Filed Pursuant to Rule 424(b)(3)**
**Registration No. 333-249558**

**PROXY STATEMENT FOR**
**EXTRAORDINARY GENERAL MEETING OF**
**SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III**
**(A CAYMAN ISLANDS EXEMPTED COMPANY)**

**PROSPECTUS FOR 82,800,000 SHARES OF CLASS A COMMON STOCK, 358,248,460 SHARES OF CLASS B COMMON STOCK, AND 27,599,943 REDEEMABLE WARRANTS OF SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III (AFTER ITS DOMESTICATION AS A CORPORATION INCORPORATED IN THE STATE OF DELAWARE), THE CONTINUING ENTITY FOLLOWING THE DOMESTICATION, WHICH WILL BE RENAMED "CLOVER HEALTH INVESTMENTS, CORP." IN CONNECTION WITH THE BUSINESS COMBINATION DESCRIBED HEREIN**

The board of directors of Social Capital Hedosophia Holdings Corp. III, a Cayman Islands exempted company ("SCH" and, after the Domestication and/or the Business Combination, as described below, "Clover Health"), has unanimously approved (1) the domestication of SCH as a Delaware corporation (the "Domestication"); (2) each of the mergers of (x) Asclepius Merger Sub Inc., a Delaware corporation and a direct wholly owned subsidiary of SCH ("Merger Sub"), with and into Clover Health Investments, Corp., a Delaware corporation ("Clover") (the "First Merger"), with Clover surviving the First Merger as a wholly owned subsidiary of SCH, and (y) Clover with and into SCH, (the "Second Merger", and together with the First Merger, the "Mergers"), with SCH surviving the Second Merger, in each case, pursuant to the terms of the Agreement and Plan of Merger, dated as of October 5, 2020, by and among SCH, Merger Sub and Clover, as amended by that Amendment to the Agreement and Plan of Merger, dated as of December 8, 2020, attached to this proxy statement/prospectus as Annex A (as amended, the "Merger Agreement"), as more fully described elsewhere in this proxy statement/prospectus; and (3) the other transactions contemplated by the Merger Agreement and documents related thereto. In connection with the Business Combination, SCH will change its name to "Clover Health Investments, Corp."

As a result of and upon the effective time of the Domestication, among other things, (1) each of the then issued and outstanding Class A ordinary shares, par value $0.0001 per share, of SCH (the "SCH Class A ordinary shares"), will convert automatically, on a one-for-one basis, into a share of Class A common stock, par value $0.0001 per share, of Clover Health (the "Clover Health Class A common stock"); (2) each of the then issued and outstanding Class B ordinary shares, par value $0.0001 per share, of SCH (the "SCH Class B ordinary shares"), will convert automatically, on a one-for-one basis, into a share of Clover Health Class A common stock, (3) each then issued and outstanding redeemable warrant of SCH (the "SCH warrants") will convert automatically into a redeemable warrant to acquire one share of Clover Health Class A common stock (the "Clover Health warrants"); and (4) each of the then issued and outstanding units of SCH that have not been previously separated into the underlying SCH Class A ordinary shares and underlying SCH warrants upon the request of the holder thereof (the "SCH units") will be cancelled and will entitle the holder thereof to one share of Clover Health Class A common stock and one-third of one Clover Health warrant. Accordingly, this proxy statement/prospectus covers (1) 82,800,000 shares of Clover Health Class A common stock to be issued in the Domestication and (2) 27,599,943 Clover Health warrants to be issued in the Domestication.

As a result of and upon the Closing (as defined below), among other things, (i) all outstanding shares of Clover common stock (after giving effect to the Pre-Closing Restructuring Plan (as defined below), as more fully described elsewhere in this proxy statement/prospectus) as of immediately prior to the effective time of the First Merger, will be cancelled in exchange for the right to receive, at the election of the holders thereof (except with respect to the shares held by entities affiliated with Vivek Garipalli and the holders of convertible securities previously issued by Clover to certain holders, who will receive only shares of Clover Health B common stock), an amount in cash, shares of Clover Health Class B common stock, or a combination thereof, as adjusted in accordance with the Merger Agreement, which in the aggregate will equal an amount in cash of up to $500,000,000 (less any redemptions from SCH's public shareholders) (the "Cash Consideration") and a number of shares of Clover Health Class B common stock equal to (A) 350,000,000, minus (B) the aggregate amount of Clover Health Class B common stock to be paid in respect of the shares held by entities controlled by Vivek Garipalli and the holders of the convertible securities, minus (C) the aggregate amount of Clover Health Class B common stock that would be issuable upon the net exercise or conversion, as applicable, of the Clover Awards (as defined below and as described further in the immediately succeeding paragraph), minus (D) the quotient obtained by dividing (x) the Cash Consideration by (y) $10.00; (ii) shares of Clover held by entities controlled by Vivek Garipalli and the holders of the convertible securities immediately prior to the effective time of the First Merger will be cancelled in exchange for the right to receive shares of Clover Health Class B common stock based on the Exchange Ratio (as defined in the Merger Agreement); and (iii) all shares of Clover common stock reserved in respect of the Clover Awards outstanding as of immediately prior to the effective time of the First Merger, will be converted, based on the Exchange Ratio, into awards based on shares of Clover Health Class B common stock, which will, in the case of all shares described in clauses (i), (ii) and (iii) hereof, in the aggregate equal an aggregate merger consideration of $3,500,000,000 (the "Aggregate Merger Consideration"). The portion of the Aggregate Merger Consideration reflecting the conversion of the Clover Awards is calculated assuming that all Clover Health Options are net-settled (although Clover Health Options may by their terms be cash-settled, resulting in additional dilution). Accordingly, this proxy statement/prospectus also relates to the issuance by Clover Health of up to 358,248,460 shares of Clover Health Class B common stock issued in connection with the Mergers described herein. The Clover Health Class B common stock will have the same economic terms as the Clover Health Class A Common Stock, but the Clover Health Class B common stock will carry 10 votes per share while the Clover Health Class A common stock will carry one vote per share.

With respect to the Clover Awards, all (i) options to purchase shares of Clover common stock ("Clover Options"), (ii) restricted stock units based on shares of Clover common stock ("Clover RSUs") and (iii) restricted shares of Clover common stock ("Clover Restricted Stock Awards") outstanding as of immediately prior to the Mergers (together, the "Clover Awards") will be converted into (a) options to purchase shares of Clover Health Class B common stock ("Clover Health Options"), (b) restricted stock units based on shares of Clover Health Class B common stock ("Clover Health RSUs") and (c) restricted shares of Clover Health Class B common stock ("Clover Health Restricted Stock Awards"), respectively. Accordingly, this proxy statement/prospectus also relates to the issuance by Clover Health of 10,747,453 RSUs in the Mergers and up to 37,447,252 shares of Clover Health Class B common stock upon the exercise of the Clover Health Options following the Merger. See the section entitled "*BCA Proposal— Consideration—Treatment of Clover Options, Restricted Stock Awards and Restricted Stock Unit Awards.*"

The SCH units, SCH Class A ordinary shares and SCH warrants are currently listed on the New York Stock Exchange ("NYSE") under the symbols "IPOC," "IPOC.U" and "IPOC.WS," respectively. SCH will apply for listing, to be effective at the time of the Business Combination, of the Clover Health Class A common stock and Clover Health warrants on The Nasdaq Global Select Market ("Nasdaq") under the proposed symbols CLOV and CLOVW, respectively. It is a condition of the consummation of the Business Combination described above that SCH receives confirmation from Nasdaq that the securities have been conditionally approved for listing on Nasdaq, but there can be no assurance such listing conditions will be met or that SCH will obtain such confirmation from Nasdaq. If such listing conditions are not met or if such confirmation is not obtained, the business combination described above will not be consummated unless the Nasdaq condition set forth in the Merger Agreement is waived by the applicable parties.

**This proxy statement/prospectus provides shareholders of SCH with detailed information about the proposed business combination and other matters to be considered at the extraordinary general meeting of SCH. We encourage you to read this entire document, including the Annexes and other documents referred to herein, carefully and in their entirety. You should also carefully consider the risk factors described in the section entitled "*Risk Factors*" beginning on page 39 of this proxy statement/prospectus.**

NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES REGULATORY AGENCY HAS APPROVED OR DISAPPROVED THE TRANSACTIONS DESCRIBED IN THIS PROXY STATEMENT/PROSPECTUS, PASSED UPON THE MERITS OR FAIRNESS OF THE BUSINESS COMBINATION OR RELATED TRANSACTIONS OR PASSED UPON THE ADEQUACY OR ACCURACY OF THE DISCLOSURE IN THIS PROXY STATEMENT/PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY CONSTITUTES A CRIMINAL OFFENSE.

This proxy statement/prospectus is dated December 11, 2020, and is first being mailed to SCH's shareholders on or about December 14, 2020.

**Table of Contents**

**Index to Financial Statements**

## LETTER FROM CLOVER'S FOUNDERS

### WHO WE ARE—AND WHY WE EXIST

Why is health care so broken?

This question is never far from most people's minds. About 7 in 10 Americans say that health care has "major problems" or is in "a state of crisis"—a number that has barely budged for 25 years. People from all walks of life are profoundly concerned about rising costs, falling choice, and finding quality care. Americans want health care that *works*.

This question is always on our minds. So is another: How do we *fix* health care so people pay less, have more choice, and get the better care that leads to better lives?

We've given a lot of thought to the answer.

One of us—Vivek—is the son of two doctors. Vivek founded five health care companies before age 40, ranging from diagnostic services to hospitals to cancer research. He's seen firsthand how health care is more focused on financial results than improving lives.

One of us—Andrew—came to health care after a career in technology. After starting and selling a start-up and working in senior roles at Silicon Valley companies, Andrew set out to build a business that helped people. He saw the biggest challenges and best opportunities in health care.

While we come from different perspectives, the two of us reached the same conclusion: Health care is broken because it doesn't empower the right people.

We created Clover Health to right this wrong.

We empower patients—our *members*—to find the high-quality care they deserve. We give them more and better choices, leading to healthier, happier, and longer lives. Our goal is for *every* patient to find excellent care everywhere they go.

We empower physicians—our *partners*—to more effectively do the work they love. We give them cutting-edge tools to help them provide their patients with excellent, personalized, data-driven care. Our goal is for *every* physician to have the information they need to make the best decisions every time.

Sadly, individual empowerment is at odds with the current structure of the health care system. That's why we've developed disruptive technology that enables us to drive systemic change on a nationwide scale. Our unconventional approach can align interests and incentives so that health care finally puts people first.

We're not just here to fix the broken health care system. Clover Health is here to *improve every life*.

### WHAT WE DO—AND HOW WE DO IT

What makes Clover Health different?

From the outside, we look like a typical health insurance company. From the inside, Clover is employing cutting-edge technology to refocus health insurance on improving patient outcomes, not managing financial risk. Our unique approach enables us to deliver what patients want: Better care for less money and with more choice.

Early on, we realized the best way to fix health care is from within. Health insurance companies have exceptional leverage and access to data, which gives them an outsized ability to shape how the broader health care system works. Insurance is where the power is, and since we want to take that power and give it back to patients and physicians, that's where we choose to be.

244

**Table of Contents**

**Index to Financial Statements**

Because we're not a typical health insurance company, our approach departs from the crowd. Instead of excluding sick patients, we're working to give everyone access to high-quality care. Instead of building narrow, closed provider networks, we build wide and open ones. Instead of focusing on data to improve billing processes, we use it to improve physician decision-making. We're as determined to improve the *quantity* of choice as we are the *quality* of care.

At the core of our model is technology—specifically, the Clover Assistant. A free software platform for physicians, it helps us relentlessly improve individual health by creating a powerful "closed loop" in health care.

The closed loop is the "holy grail" of tech. To create one, you have to be in a position to measure every stage of a process, from start to finish. Then you can analyze the data and improve the outcomes, quickly and repeatedly. Amazon does this with online shopping. Google does this with advertising. Clover Health is doing this with health care.

Our software creates a closed loop with patient information, giving us a holistic view of our members' unique health needs. Primary care physicians use the Clover Assistant to record each members' conditions, treatments, reactions, and prognosis. This information filters through our clinically based technology platform, which recommends to the physician a personalized, data-driven care plan for each member in real time. The more physicians use the Clover Assistant, the better it gets, with even more tailored care plans for each of our members.

Physicians love the Clover Assistant. Intuitive and easy to use, it gives them the right information at the right time, helping them make the right choices for their patients. This helps explain why the Clover Assistant is so popular. Our plans don't require physicians to adopt it, but the physicians that do so use it for 80% of their interactions with our members. The Clover Assistant has a Net Promoter Score of +64 – comparable to consumer technology platforms like Netflix, and far above negatively-ranked health technology products, such as electronic health record systems.

In a very real sense, the Clover Assistant is a physician's "best friend." And by empowering physicians *en masse*, it enables us to empower patients on a massive scale—and at an amazing speed.

Where other companies acquire data at the speed of health care, sometimes taking months or years, we acquire massive amounts of data at the speed of software. With that information in hand, physicians and our clinical team then uses medical guidelines and advanced machine learning to curate personalized treatment protocols.

The entire ecosystem is constantly being updated and upgraded with the most up-to-date resources and recommendations. We release a new version of the Clover Assistant every three weeks, on average. Each iteration provides even better support to physicians. Each iteration leads to even better and more personalized care for our members. Each iteration brings us closer to our goal of improving every life.

**WHERE WE ARE—AND WHERE WE'RE GOING**

Our first venture is in Medicare Advantage. Its unique design is friendly to building a flourishing business. It has a population with major care needs, with more than two-thirds of recipients having two or more chronic conditions. In our view, there is no more important market in which to improve lives.

We designed our plans so that we profit by empowering people. As physicians use the Clover Assistant, it improves care for our members and the performance of our plans. As our margins improve, we use the savings to make our plans more affordable and our physician networks larger. As prices drop and networks grow, our plans become the obvious choice. As more members sign up, they find more choices and higher-quality care. The longer this goes on, the more lives are changed

To put a finer point on it: Our technology drives better care, which often leads to better margins, which helps us offer better and more affordable "obvious" plans for patients, which benefits the company by driving

**Table of Contents**

**Index to Financial Statements**

membership growth. We're confident our approach is scalable nationwide, putting Clover in a position to thrive in every Medicare Advantage market in America.

We've already seen a glimpse of what's possible. Clover currently offers Medicare Advantage plans in 7 states and 34 markets. Our "obvious" plans are among the most affordable in their markets. They generally offer the widest physician networks. As a result, they benefit from industry-leading organic growth, with a 38% annual growth rate compared to an 8% industry average.

Crucially, we can move into new markets, and indeed, virtually every U.S. market. While other companies are constrained by their asset-heavy approach or geographic limitations, our software-centered strategy enables growth potential in every environment – urban, suburban, and rural. Our goal is to provide Medicare Advantage's more than 24 million consumers with access to our plans and claim most of them as members. Millions of patients with the most pressing health needs would find more choice, lower costs, and better care.

But Medicare Advantage is just the beginning. It is the foundation on which we're building to transform the wider health care world. We see opportunities in the other two-thirds of Medicare. We see pathways to succeed in Medicaid and commercial insurance. Because our infrastructure is built on software, we believe we can eventually enter these adjacent markets in a highly scalable way, enabling Clover Health to lower costs, increase choice, and improve care for hundreds of millions of people.

After all, our mission is to *improve every life*, and we mean every word of it.

**OUR PROMISE—AND OUR PURPOSE**

We're looking for investors who share our mission.

We're looking for investors who want high growth driven by high social impact over the long term.

If you want to invest in just another health insurance company, that's not us. If you want just another technology company, that's not us. We don't think either is capable of achieving our goal of giving better care to everyone. Typical insurers lack the incentives and tech firms lack the positioning. If that's what you want, we won't be good for you, nor you for us.

But if you want a company that puts people at the heart of health care, then we're it. We've got a long-term vision and we want long-term investors who will help us realize it. Our promise is that Clover Health will always strive to empower people, because their success is ultimately ours.

Of course, we recognize that the health care landscape is rapidly changing. The pace and magnitude are likely to intensify in the years ahead. Our technology-centered strategy enables us to be agile and adaptable yet still make ongoing progress toward our North Star—improving every life. We believe we are well positioned to both keep up with rapid change and propel it, continuously giving patients the lower costs, greater choice, and better care they want and deserve.

Health care has been broken for far too long. We hope you'll join us as we strive to fix it and move toward a future where everyone leads healthier, happier, and longer lives.

Vivek Garipalli                    Andrew Toy

CEO                    President & Chief Technology Officer

246

**Table of Contents**

**Index to Financial Statements**

**LETTER FROM CLOVER'S CLINICAL LEADERS**

**"Why We Work At Clover Health"**

We're often asked by our fellow physicians why we chose to work at Clover Health. Our answers revolve around the same essential point: We believe this company will revolutionize how physicians provide care to patients, making it better, cheaper, and more personalized for the people we promised to serve.

What we're doing at Clover Health is the most important work of our careers. We have a combined 71 years of clinical experience, from the emergency room to the exam room to the classroom to the boardroom and beyond. We've worked for providers, like hospitals and outpatient facilities; payors, like insurance companies and Medicare; health systems, like the VA and academic medical centers; and more. Along the way, we've seen the many barriers that impede front-line clinicians from providing better care to their patients, especially the most vulnerable.

Over the years, we've seen and heard plenty of best-laid plans to help physicians provide better care for their patients, typically without success. By contrast, Clover Health has an actionable and scalable strategy that we believe will make better health care a reality for everyone—and it's already having a significant impact.

There are three main things that make Clover Health highly effective.

First, it *listens* to physicians.

Second, it *leverages* technology to break the barriers physicians face.

Third, it *learns* constantly, leading to ongoing improvements in physician performance and patient care.

The combination of these factors creates something wholly new in health care, so it's worth exploring each one in detail.

We can't overstate how important it is that Clover listens to the members of our profession. Many other companies don't do that, which causes them to overlook some of health care's biggest issues.

From the outset, Clover heard that physicians are increasingly blocked from doing the job they love: Helping their patients. Many now spend far more time than before doing the drudgery of desk work, including record keeping and billing. For many physicians, these tasks often follow them home.

This backwards system leaves physicians with less time to care for patients and less time to keep up with the latest clinical research and medical guidelines.

Clover Health set out to solve this major problem. The company recognizes that giving better care to patients starts by giving better support to physicians. Where many others have introduced more complexity, Clover promotes simplicity. Instead of forcing physicians to be something they're not, Clover meets physicians where they are—and helps them get to where they want to be.

What makes this possible is the Clover Assistant. A software program with an underlying technology platform, its purpose is to enable physicians and advanced practitioners to provide the *right* care, in the *right* place, at the *right* time, to the *right* person.

Many physicians are skeptical of technology, for good reason. They're regularly forced to use expensive and awkward products that weren't developed with the doctor in mind—electronic health record systems are a case in point. By contrast, the Clover Assistant is optional and free for physicians who treat our members—and we pay them enhanced fees for using it. Best of all, it was designed *by* physicians *for* physicians. Those who use it love it, and as long-time physicians ourselves, we wish we had this technology earlier in our careers.

247

Index to Financial Statements

The Clover Assistant creates a real-time conversation between our technology platform and clinicians at the point of care. As they interact, the software helps them drill down to a patient's specific conditions, treatments, and needs. The process surfaces key information and uncovers care gaps, painting a holistic picture of each patient in real time. Then it curates personalized, evidence-based recommendations—all of which are responsive to physician feedback.

All told, what starts with individual data points immediately leads to actionable information provided to the physician *at the point of care*. From our perspective as physicians, the Clover Assistant's capabilities and ease of use are unmatched.

Critically, the Clover Assistant leaves decision-making power in physicians' hands. Far from imposing, it empowers them to make informed choices that improve patient care and outcomes. As we know from experience, that's exactly what every physician wants to achieve.

The benefits of Clover's technology platform are significant and far-reaching. To start, it saves time and money. It reduces the overall time that physicians have to spend wrestling with a complex and costly recordkeeping or billing system. It can relieve physicians of the need to step out of the examination room to consult or search through hundreds of pages of medical guidelines and formularies for the best course of action. Every second saved is time the physician can spend serving the person in front of them, whether face-to-face or virtually.

That's what matters most: The Clover Assistant enables physicians to provide better care to patients. It helps them recommend the best medications and treatment based on individualized needs, factoring in cost, dose intensity, and prescription length. It helps them refer patients to effective and affordable clinical support services. At follow-up appointments, it helps them recommend a new care plan that builds on the previous one. At every stage, it facilitates a qualitative improvement in patient care.

Consider a few examples. For seniors, the Clover Assistant urges physicians to ask if patients have fallen in their homes. Physicians typically under-assess this issue, even though approximately one in four seniors experiences this struggle each year. When a physician discovers that a patient has fallen at home, the Clover Assistant suggests further consultations, useful medical equipment like canes and walkers, and other options that could prevent serious health problems including fall-related injuries. Similarly, for patients with diabetes, the Clover Assistant helps physicians instantly find out which statins are best suited to the patient, including optimal dosages, prescription durations, and relative costs.

By itself, this personalized approach represents a significant leap forward in the delivery and quality of care. But there's one more critical and transformational factor at work. Because of its unique feedback loop, the Clover Assistant continuously improves our clinical recommendation engine and understanding of individual member needs, driving even better care.

Beneath the Clover Assistant's user interface is an advanced machine learning system. As physicians log more interactions with their patients, the platform develops more tailored care recommendations. It gets better the more it gets used. On the back end, our clinical team is constantly building new evidence-based rules and adding the latest medical guidelines to the platform, which makes the recommendations better still. The result is a system that's continually getting more precise, more powerful, more personalized.

And then there's the speed. In our broad experience across health care, tech updates can take a year or more to roll out. The Clover Assistant, with its instant access to patient information from multiple data streams, is updated on a far more regular basis. To date, we've shipped 30+ versions in 2 years, each one better and more powerful than the last.

Yet to us, what's most remarkable is the Clover Assistant's potential. Right now, it serves primary care physicians treating Medicare Advantage patients in the markets where Clover currently offers plans. While we're

248

**Index to Financial Statements**

expanding into new markets in Medicare Advantage, the underlying platform also has the potential to assist a much broader range of clinicians, serving a much bigger share of the population, while improving care for a much larger number of conditions and health needs. We believe Clover's technology is that powerful and that scalable.

We firmly believe that Clover has tremendous growth potential. The company's approach is working in urban centers with the most advanced facilities, and we are rolling it out to rural settings with physician shortages. It's working for traditionally underserved patients, as we serve a far greater percentage of low-income and minority patients than do our competitors. It's working for telehealth, in-home care, and traditional office visits. As the company expands, we're confident it will work in virtually every community, in virtually every corner of the country, and in virtually every kind of care situation.

That's why we work at Clover Health. We're excited to help our fellow physicians deliver better, personalized, evidence-based care to patients. We're proud to work at a company that's working to achieve transformative change at scale. And we're pleased to say that Clover Health is only getting started.

Sophia Chang, MD, MPH
Chief Clinical Informatics Officer
Primary Care Internal Medicine

Kumar Dharmarajan, MD, MBA
Chief Scientific Officer
Geriatric and Cardiovascular Medicine

Mark Spektor, DO, MBA
Chief Medical Officer
Emergency Medicine

Table of Contents

Index to Financial Statements

*Rapid software iteration via our closed feedback loop*

Our platform is highly dynamic and continues to improve as we capture more data. As an MA plan that builds our own internally-developed clinician-focused software, we believe we are differentiated in our ability to continuously build upon our broad sets of rich data, resulting in a rapid learn-iterate-deploy software improvement cycle. We capture real-time data via live physician engagement and feedback through the Clover Assistant. This highly engaged, bi-directional data sharing construct creates a closed feedback loop, allowing us to continuously measure the results of our platform's recommendations in real-time as well as iterate and improve our platform.

We employ an agile software development methodology. While others in healthcare technology often only ship updates irregularly, we have released an updated version of the Clover Assistant, on average, once every three weeks since its launch in July 2018, with a focus on driving more personalized and effective clinical decision-making in each release. In addition to regular improvement of the Clover Assistant, this enables us to rapidly introduce new capabilities in response to changes in the market.

We recently built a telemedicine version of the Clover Assistant, developing and deploying it in less than five days in response to the needs of providers and our members as they faced challenges in receiving care during the COVID-19 pandemic. We believe physicians are drawn to our platform because of the ease with which it allows them to see patients virtually while giving them ready access to their patients' comprehensive medical histories. As a result, during the period between April 1, 2020, and June 30, 2020, providers completed over 20,000 video and telephonic visits using Clover Assistant, which represents over 60% of all visits completed between April 1 and June 30, 2020. In total, we pivoted from 100% in-person Clover Assistant visits before the COVID-19 pandemic to 82% and 64% virtual Clover Assistant visits during the months of April and May 2020, respectively. While primary care visits nationwide were down 51% between the first week of March 2020 as compared to the first week of April 2020, our platform featured no material decline in utilization for the same time period. This platform utilization trend continued into the second quarter of 2020 while primary care visits were down approximately 25% over the same period.

*Rapid scalable implementations, powered by the cloud*

The Clover Assistant's flexible systems architecture allows us to scale and upgrade the platform across geographies, healthcare delivery systems, and IT infrastructures rapidly and efficiently while providing a consistent and robust user experience.

Our cloud-based software platform enables a low-touch onboarding process for our physicians, who are trained and go live on the Clover Assistant typically within one hour. This ability to scale at the speed of software differentiates the Clover Assistant from other technology prevalent within the healthcare industry, such as EHRs and healthcare IT solutions, which often take months or years to roll out and are extremely costly and resource-intensive. Our ability to drive adoption of the Clover Assistant has continued even in the midst of the COVID-19 pandemic, as we have enabled virtual onboarding of physicians.

Finally, as the Clover Assistant is a cloud-based software platform, each new release is instantaneously available across our userbase, so that all of our physicians may use the same, latest version of the Clover Assistant at any time. We also strive to ensure that physicians are informed of these releases by modern, user-friendly in-app training, as opposed to time- and resource-intensive manual retraining.

*Our differentiated clinical care capabilities*

We work hard to drive better care for our members. To accomplish this goal, we aim to develop a comprehensive understanding of each member, their conditions and needs as well as how those factors change over time, so that we can provide guidance to their physicians regarding when the correct interventions should be

257