# Exhibit N

# Medicare Communications and Marketing Guidelines (MCMG)

## Date: September 5, 2018

**Table of Contents**

10 – Introduction ...................................................................................................................... 1

20 – Communications and Marketing Definitions ................................................................ 2

20.1 – Factors for Activity and Material Determination ................................................... 2

20.2 – Activity and Material Designation .......................................................................... 3

30 – General Communication Requirements ........................................................................ 4

30.1 – Anti-Discrimination ................................................................................................ 4

30.2 – Standardization of Plan Name Type ....................................................................... 4

30.3 – Non-English Speaking Population .......................................................................... 4

30.4 – Hours of Operation Requirements for Materials .................................................... 5

30.5 – Use of TTY Numbers .............................................................................................. 5

30.6 – Electronic Communication Policy .......................................................................... 5

30.7 – Prohibited Terminology/Statements ....................................................................... 6

30.8 – Product Endorsements/Testimonials ...................................................................... 6

30.9 – Co-branding ............................................................................................................ 7

30.9.1 – Co-branding with Providers or Downstream Entities ......................................... 7

30.9.2 – Plan's/Part D Sponsor's Relationships with State Pharmaceutical Assistance Programs (SPAP) ............................................................................................................... 7

40 – General Marketing Requirements .................................................................................. 8

40.1 – Plan Comparisons ................................................................................................... 8

40.2 – Marketing Through Unsolicited Contacts .............................................................. 8

40.3 – Marketing Through Telephonic Contact ................................................................. 9

40.4 – Nominal Gifts ......................................................................................................... 10

40.5 – Exclusion of Meals as a Nominal Gift ................................................................... 10

40.6 – Marketing Star Ratings ........................................................................................... 10

40.6.1 – Marketing Plans/Part D Sponsors with an Overall 5-Star Rating ...................... 11

40.6.2 – Low Performing Icon Plans/Part D Sponsors ..................................................... 11

40.7 – Prohibition of Open Enrollment Period Marketing ................................................ 12

40.8 – Marketing of Rewards and Incentives Programs .................................................... 12

50 – Outreach Activities .......................................................................................................... 13

Case 3:21-cv-00096    Document 76-14    Filed 08/27/21    Page 2 of 8 PageID #: 1695

## 40 – General Marketing Requirements
42 CFR §§ 422.2262, 422.2264, 422.2268(a)(2), 423.2262, 423.2264, 423.2268(a)(2)

Plans/Part D sponsors cannot market for an upcoming plan year prior to October 1. Plans/Part D sponsors are permitted to simultaneously market the current and prospective years starting on October 1, provided marketing materials clearly indicate what plan year is being discussed.

Plans/Part D sponsors may only advertise in their defined service area, unless unavoidable (e.g., advertising in media with a national audience or with an audience that includes some individuals outside of the service area, such as a Metropolitan Statistical Area that covers two regions). Plans/Part D sponsors must clearly disclose their service area in the marketing materials.

### 40.1 – Plan Comparisons
42 CFR §§422.2260, 422.2268(a)(2), 423.2260, 423.2268(a)(2)

Plans/Part D sponsors may compare their plan to another Plan/Part D sponsor, provided the Plans/Part D sponsors can support them (e.g., by studies or statistical data) and such comparisons are factually based and not misleading.

### 40.2 – Marketing Through Unsolicited Contacts
42 CFR §§ 422.2268(b)(13), 423.2268(b)(13)

Plans/Part D Sponsors may make unsolicited direct contact with potential enrollees using the following methods:
- Conventional mail and other print media (e.g., advertisements, direct mail)
- Email provided all emails contain an opt-out function

Plans/Part D sponsors may not:
- Use door-to-door solicitation, including leaving information such as a leaflet or flyer at a residence;
- Approach potential enrollees in common areas (e.g., parking lots, hallways, lobbies, sidewalks, etc.); or,
- Use telephonic solicitation, including text messages and leaving electronic voicemail messages.

  **Note:** Agents/brokers who have a pre-scheduled appointment with a potential enrollee who is a "no-show" may leave information at that potential enrollee's residence. If a potential enrollee provides permission to be contacted, the contact must be event- specific, and may not be treated as open-ended permission for future contacts.

8

**40.3 – Marketing through Telephonic Contact**
42 CFR §§ 422.2268, 423.2268

Plans/Part D sponsors and their agents/brokers may not make unsolicited telephone calls to prospective enrollees. However, they are permitted to contact their current enrollees to discuss plan business, but cannot market prior to October 1 under the pretense of plan business.

Plans/Part D sponsors, and their agents/brokers, may conduct the following specific telephonic activities:

- Call current enrollees, including those in non-Medicare products, to discuss plan business (examples of this include calls to enrollees aging into Medicare from commercial products offered by the same organization, calls to an organization's existing Medicaid/MMP plan enrollees to talk about its Medicare products, and calls to current MA enrollees to promote other Medicare plan types or to discuss plan benefits);
- Call beneficiaries who submit enrollment applications to conduct business related to enrollment;
- Call former enrollees after the disenrollment effective date to conduct disenrollment surveys for quality improvement purposes (disenrollment surveys conducted telephonically, email or conventional mail may not include sales or marketing information);
- Under limited circumstances with approval from the CMS Account Manager, call LIS-eligible enrollees that a plan is prospectively losing due to reassignment to encourage them to remain enrolled in their current plan;
- Call individuals who have given permission for a plan or sales agent to contact them (examples of permission include filling out a business reply card, emailing the Plan/Part D sponsor requesting a return call, or asking a customer service representative to have an agent contact them); and,
  > **Note:** Permission applies only to the entity from which the individual requested contact and for the duration and topic of that transaction.
- Return phone calls or messages from individuals or enrollees, as these are not considered unsolicited contacts.

Plans/Part D sponsors, and their agents/brokers, may not conduct telephonic activities that include, but are not limited to, the following:

- Unsolicited calls about other business as a means of generating leads for Medicare plans (e.g., bait and switch strategies);
- Calls based on referrals (if an individual would like to refer a friend or relative to an agent or Plan/Part D sponsor, the agent or Plan/Part D sponsor may provide contact information such as a business card that the individual could provide to a friend or relative);
- Calls to market plans or products to former enrollees who have disenrolled, or to current enrollees who are in the process of voluntarily disenrolling;
- Calls to beneficiaries who attended a sales event, unless the beneficiary gave express permission at the event for a follow-up call (there must be documentation of permission to be contacted); or,

9

- Calls to prospective enrollees to confirm receipt of mailed information.

**40.4 – Nominal Gifts**
42 CFR §§ 422.2268(b)(1),(2),(12), 423.2268(b)(1),(2),(12)

Plans/Part D sponsors may offer nominal gifts ($15 or less, $75 aggregate, per person, per year) to beneficiaries for marketing purposes, provided the gift is given regardless of whether they enroll, and without discrimination.

The following rules apply to nominal gifts:
- If a nominal gift is a chance to receive one large gift or a communal experience (e.g., a concert, raffle, drawing), the total fair market value must not exceed the nominal per person value based on anticipated attendance. For example, if 10 people are expected to attend an event, the nominal gift may not be worth more than $150 ($15 for each of the 10 anticipated attendees). Anticipated attendance must be based on venue size, response rate, and/or advertisement circulation.
- Nominal gifts may not be in the form of cash or other monetary rebates even if their worth is $15 or less.

  **Note**: Plans/Part D sponsors should refer to the Office of Inspector General's website for advisory opinions and guidance on gifts and gift cards.

**40.5 – Exclusion of Meals as a Nominal Gift**
42 CFR §§ 422.2268(b)(15), 423.2268(b)(15)

Plans/Part D sponsors may not provide or subsidize meals at sales/marketing events. Refreshments and light snacks may be provided. Plans/Part D sponsors should ensure that items provided could not be reasonably considered a meal and/or that multiple items are not being "bundled" and provided as if a meal.

Meals may be provided at CMS-defined educational events and other events that would fall under the definition of communications (refer to Appendix 1).

**40.6 – Marketing Star Ratings**
42 CFR §§ 422.2260, 422.2262, 422.2264, 422.2268(a)(1) and (2), 423.2260, 423.2262, 423.2264, 423.2268(a)(1) and (2)

Plans/Part D sponsors must provide Star Ratings information to beneficiaries through the standardized Star Ratings information document available in HPMS. New Plans/Part D sponsors that do not have any Star Ratings information are not required to provide this information until their Star Ratings data are available.

The following rules apply to all Plans/Part D sponsors when referring to Star Ratings:
- References to individual Star Ratings measure(s) must also include references to the contract's highest rating, overall rating (MA-PD), Part C summary rating (MA-only), or Part D summary rating (PDPs), with equal or greater prominence;
- Must not use an individual underlying category or measure to imply higher overall or summary Star Ratings;

10

- Any reference to a contract's Star Rating must make it clear that the rating is " out of five (5) stars." (letters, numbers, graphic representation, or any combination may be used);
- Must clearly identify which Star Ratings contract year applies;
- May only market the Star Ratings in the service area in which the Star Rating is applicable; and,
- May direct beneficiaries to https://www.medicare.gov for more information on Star Ratings.

### 40.6.1 – Marketing Plans/Part D Sponsors with an Overall 5-Star Rating
42 CFR §§ 422.2260, 422.2262, 422.2264, 422.2268(a)(1) and (2), 423.2260, 423.2262, 423.2264, 423.2268(a)(1) and (2)

The following marketing rights and rules apply to Plans/Part D Sponsors with an overall 5-star rating:
- May market their ability to enroll beneficiaries through the 5-star special enrollment period (SEP).
- May not specifically target enrollees in poor performing plans.
- May include CMS' gold star icon on marketing materials. Must be clear that the 5-star rating is for the applicable contract. CMS' Regional Offices will provide the gold star icon each fall. Plans are not permitted to create their own gold star icon or any other icon of distinction.
- Plans with one or more contracts without 5-star ratings must not disseminate materials that imply other contracts achieved this rating. Materials must list specific contracts with overall 5-star ratings or be specific to a contract with an overall 5-star rating.
- If a 5-star contract fails to receive a 5-star rating for the upcoming year, marketing for the purpose of accepting enrollees under the 5-star SEP must be discontinued by November 30 of the current year.

### 40.6.2 – Low Performing Icon Plans/Part D Sponsors
42 CFR §§ 422.2260, 422.2262, 422.2264, 422.2268(a)(1), 423.2260, 423.2262, 423.2264, 423.2268(a)(1)

The following marketing rules apply to low performing Plans/Part D Sponsors:
- Low Performing Icon (LPI) must be included in all marketing materials about or that reference the specific contract's Star Ratings (**Note**: changes to the icon are not permitted);
- Plans/Part D sponsors assigned an LPI may not attempt to discredit or refute their LPI status by showcasing a higher overall Star Rating on another contract or specific measure Star Ratings;
- Must clearly indicate LPI status when referencing its Star Ratings - must state the LPI means that the Plan/Part D sponsor received a summary rating of 2.5 stars or below in Part C and/or Part D for the last three years;
- If an LPI has an overall Star Rating of 3 or above on its marketing materials, the LPI must also be clearly stated on its marketing materials; and,
- May not inform beneficiaries that they may request an SEP and move to a higher rated

11

plan if they are dissatisfied with low performing plan.

**40.7 – Prohibition of Open Enrollment Period Marketing**
42 CFR §§ 422.2268(b)(10), 423.2268(b)(10)

Plans/Part D sponsors are prohibited from knowingly targeting or sending unsolicited marketing materials to any MA enrollee or Part D enrollee during the continuous Open Enrollment Period (OEP) (January 1 to March 31). "Knowingly" takes into account the intended recipient as well as the content of the message.

During the OEP, Plans/Part D sponsors may:
- Conduct marketing activities that focus on other enrollment opportunities, including but not limited to:
  - Marketing to age-ins (who have not yet made an enrollment decision),
  - Marketing by 5-star plans regarding their continuous enrollment SEP, and
  - Marketing to dual-eligible and LIS beneficiaries who, in general, may make changes once per calendar quarter during the first nine months of the year.
- Send marketing materials when a beneficiary makes a proactive request;
- At the beneficiary's request, have one-on-one meetings with a sales agent; and
- At the beneficiary's request, provide information on the OEP through the call center

  **Note**: The unintentional receipt of other marketing materials by beneficiaries who have already made an enrollment decision is not be considered knowingly targeting. For example, if a Plan sends mailers to a list of age-ins discussing the Initial Coverage Election Period (ICEP), it is possible that some recipients may have already made an enrollment decision; however, the content of the message to the intended audience of age-ins is not prohibited OEP marketing.

During the OEP, Plans/Part D sponsors may not:
- Send unsolicited materials advertising the ability/opportunity to make an additional enrollment change or referencing the OEP;
- Specifically target beneficiaries who are in the OEP because they made a choice during Annual Enrollment Period (AEP) by purchase of mailing lists or other means of identification;
- Engage in or promote agent/broker activities that intend to target the OEP as an opportunity to make further sales; or
- Call or otherwise contact former enrollees who have selected a new plan during the AEP.

For more information on the OEP, please reference to Chapter 2 - Medicare Advantage Enrollment and Disenrollment of the Medicare Managed Care Manual or Appendix 4 to access the CMS Eligibility and Enrollment Guidance link.

**40.8 – Marketing of Rewards and Incentives Programs**
42 CFR §§ 422.134(c)(2)(ii), 422.2268

MA Plans may include information about rewards and incentives programs in marketing materials for potential enrollees. Marketing of rewards and incentives programs must:

12

- Not be used in exchange for enrollment;
- Be provided to all potential enrollees without discrimination;
- Be provided in conjunction with information about plan benefits; and
- Include information about all rewards and incentives programs offered by the MA Plan, and are not limited to a specific program, or a specific reward or incentive within a program.

   **Note:** For information regarding rewards and incentives program requirements, see Chapter 4 of the Medicare Managed Care Manual. Nominal gifts that are part of a promotional activity are different from rewards and incentives.

Part D plans are not permitted by 42 CFR § 423.134 to develop or use rewards and incentives programs; therefore, Part D sponsors may not market reward and incentive programs.

## 50 - Outreach Activities

### 50.1 – Educational Events
42 CFR §§ 422.2262, 422.2268(b)(7),(8), and (11),423.2262, 423.2268(b)(7),(8), and (11)

Educational events are designed to inform beneficiaries about Medicare Advantage, Prescription Drug, or other Medicare programs. Educational events:
- Must be explicitly advertised as educational;
- May be hosted in a public venue by the Plan/Part D sponsor or an outside entity;
- May include communication activities and distribution of communication materials;
- May answer beneficiary initiated questions;
- May set up a future marketing appointment, and distribute business cards and contact information for beneficiaries to initiate contact (this includes completing and collecting a Scope of Appointment (SOA) form);
- Must not include marketing or sales activities or distribution of marketing materials or enrollment forms; and
- May not conduct a marketing/sales event immediately following an educational event in the same general location (e.g., same hotel).

### 50.2 – Marketing/Sales Events
42 CFR §§ 422.2268(b)(1-5), 423.2268(b)(1-5)

Marketing/Sales Events are designed to steer or attempt to steer potential enrollees, or the retention of current enrollees, toward a plan or limited set of plans. The following requirements apply to all marketing/sales events:
- Plans/Part D sponsors must submit scripts and presentations to CMS prior to use, including those to be used by agents/brokers;
- Sign in sheets must clearly be labeled as optional;
- Health screenings or other activities that may be perceived as, or used for, "cherry picking" are not permitted;
- Plans/Part D sponsors may not require attendees to provide contact information as a prerequisite for attending an event; and

13