# Exhibit O

# 850 Related Party Disclosures

---

# 850 Related Party Disclosures
## 10 Overall

---

## 850-10-00 Status

> **General Note**: The Status Section identifies changes to this Subtopic resulting from Accounting Standards Updates. The Section provides references to the affected Codification content and links to the related Accounting Standards Updates. Nonsubstantive changes for items such as editorial, link and similar corrections are included separately in Maintenance Updates.

### General

**850-10-00-1**   The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| | | | |
| **Affiliate** | Amended | Maintenance Update 2018-12 | 09/10/2018 |
| | | | |
| 850-10-60-8 | Amended | Maintenance Update 2017-09 | 05/30/2017 |
| 850-10-60-8 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |

---

## 850-10-05 Overview and Background

> **General Note**: The Overview and Background Section provides overview and background material for the guidance contained in the Subtopic. It does not provide the historical background or due process. It may contain certain material that users generally consider useful to understand the typical situations addressed by the standards. The Section does not summarize the accounting and reporting requirements.

### General

**850-10-05-1**   The Related Party Disclosures Topic provides disclosure requirements for related party transactions and certain common **control** relationships. Accounting and reporting issues concerning certain related party transactions and relationships are addressed in other Topics.

**850-10-05-2**   Information about transactions with **related parties** is useful in comparing an entity's results of operations and financial position with those of prior periods and with those of other entities. It helps users of financial statements to detect and explain possible differences.

**850-10-05-3**  Examples of related party transactions include those between:

    a.  A parent entity and its subsidiaries

    b.  Subsidiaries of a common parent

    c.  An entity and trusts for the benefit of employees, such as pension and profit-sharing trusts that are managed by or under the trusteeship of the entity's **management**

    d.  An entity and its **principal owners**, management, or members of their **immediate families**

    e.  **Affiliates**.

**850-10-05-4**  Transactions between related parties commonly occur in the normal course of business. Examples of common transactions with related parties are:

    a.  Sales, purchases, and transfers of real and personal property

    b.  Services received or furnished, such as accounting, management, engineering, and legal services

    c.  Use of property and equipment by lease or otherwise

    d.  Borrowings, lendings, and guarantees

    e.  Maintenance of compensating bank balances for the benefit of a related party

    f.  Intra-entity billings based on allocations of common costs

    g.  Filings of consolidated tax returns.

**850-10-05-5**  Transactions between related parties are considered to be related party transactions even though they may not be given accounting recognition. For example, an entity may receive services from a related party without charge and not record receipt of the services. While not providing accounting or measurement guidance for such transactions, this Topic requires their disclosure nonetheless.

# 850-10-10 Objectives

> **General Note**: The Objectives Section provides the high-level objectives that the Subtopic is intended to accomplish or attain. The Section does not summarize or discuss the main principles of accounting and reporting requirements.

## General

**850-10-10-1**  Information about transactions with **related parties** that would make a difference in decision making shall be disclosed so that users of the financial statements can evaluate their significance. Therefore, this Topic establishes requirements to disclose certain significant related party transactions and **control** relationships. Relevant information is omitted if the disclosures required by this Topic are not made.

# 850-10-15 Scope and Scope Exceptions

**General Note**: The Scope and Scope Exceptions Section outlines the items (for example, the entities, transactions, instruments, or events) to which the guidance in the Subtopic does or does not apply. In some cases, the Section may contain definitional or other text to frame the scope.

## General

> **Overall Guidance**

**850-10-15-1**   The Scope Section of the Overall Subtopic establishes the pervasive scope for the Related Party Disclosures Topic.

> **Entities**

**850-10-15-2**   The guidance in the Related Party Disclosures Topic applies to all entities.

> **Other Considerations**

**850-10-15-3**   The guidance in the Related Party Disclosures Topic is limited to disclosures. Accounting and reporting issues concerning certain related party transactions and relationships are addressed in other Topics.

**850-10-15-4**   The requirements of the Related Party Disclosures Topic are applicable to separate financial statements of each or combined groups of each of the following:

    a.  A parent entity

    b.  A subsidiary

    c.  A corporate joint venture

    d.  A 50-percent-or-less owned investee.

# 850-10-20 Glossary

**General Note**: The Master Glossary contains all terms identified as glossary terms throughout the Codification. Clicking on any term in the Master Glossary will display where the term is used. The Master Glossary may contain identical terms with different definitions, some of which may not be appropriate for a particular Subtopic. For any particular Subtopic, users should only use the glossary terms included in the particular Subtopic Glossary Section (Section 20).

**Affiliate**

A party that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with an entity. See Control.

**Control**

The possession, direct or indirect, of the power to direct or cause the direction of the management and policies of an entity through ownership, by contract, or otherwise.

**Immediate Family**

Family members who might control or influence a principal owner or a member of management, or who might be controlled or influenced by a principal owner or a member of management, because of the family relationship.

**Management**

Persons who are responsible for achieving the objectives of the entity and who have the authority to establish policies and make decisions by which those objectives are to be pursued. Management normally includes members of the board of directors, the chief executive officer, chief operating officer, vice presidents in charge of principal business functions (such as sales, administration, or finance), and other persons who perform similar policy making functions. Persons without formal titles also may be members of management.

**Principal Owners**

Owners of record or known beneficial owners of more than 10 percent of the voting interests of the entity.

**Related Parties**

Related parties include:

a.  Affiliates of the entity

b.  Entities for which investments in their equity securities would be required, absent the election of the fair value option under the Fair Value Option Subsection of Section 825-10-15, to be accounted for by the equity method by the investing entity

c.  Trusts for the benefit of employees, such as pension and profit-sharing trusts that are managed by or under the trusteeship of management

d.  Principal owners of the entity and members of their immediate families

e.  Management of the entity and members of their immediate families

f.  Other parties with which the entity may deal if one party controls or can significantly influence the management or operating policies of the other to an extent that one of the transacting parties might be prevented from fully pursuing its own separate interests

g.  Other parties that can significantly influence the management or operating policies of the transacting parties or that have an ownership interest in one of the transacting parties and can significantly influence the other to an extent that one or more of the transacting parties might be prevented from fully pursuing its own separate interests.

# 850-10-50 Disclosure

**General Note**: The Disclosure Section provides guidance regarding the disclosure in the notes to financial statements. In some cases, disclosure may relate to disclosure on the face of the financial statements.

## General