# Exhibit P

Filed by Social Capital Hedosophia Holdings Corp. III
Pursuant to Rule 425 under the Securities Act of 1933
and deemed filed pursuant to Rule 14a-12
of the Securities Exchange Act of 1934
Subject Company: Clover Health Investments, Corp.
Commission File No. 001-39252

**TRANSCRIPT: Analyst Day Presentation on November 20, 2020**

**Whitney Kukulka:**

Thanks for joining us today, everyone. We're excited to kick off our analyst day, which is aimed at helping the financial community better understand Clover's unique business. Today, you'll learn about Clover from the executive leadership team, see a demo of the company's technology platform, the Clover Assistant, and hear from a panel of physicians who use the Clover Assistant in the field every day. Before we get started, please review the disclaimers included here and refer to this as a guide for today's call.

For this meeting, we ask participants to display their first and last name on their virtual name tag. We will have a Q&A session at the end of the presentation. Please use the raise the hand feature to be added to the question queue. On the call today are Vivek Garipalli, CEO, Andrew Toy, President and CTO, Joe Wagner, CFO, Sophia Chang, Chief Clinical Informatics Officer, Mark Spektor, Chief Medical Officer, Kumar Dharmarajan, Chief Scientific Officer, and Chamath Palihapitiya, CEO of Social Capital will be joining us for Q&A. While we were all settling in and before I hand things over to Vivek, here's a short film about the Clover Assistant to open the day.

**Video—Meet the Clover Assistant by Clover Health:**

Meet the Clover Assistant by Clover Health In many cases, information is spread across the health system. I certainly expect my primary care physician to have access to all the pieces. The evidence-based guidelines and recommendations are changing all the time. A couple years ago I had surgery and I was inundated with paperwork. The voices of doctors and patients, they were our inspiration for the Clover Assistant. You go to your doctor, he's on a treadmill, every fifteen minutes he's got to get another patient in. It's very common for me to have patients with three or four active chronic conditions. There wasn't continuity of care. And then you end up not getting the care you were looking for in the first place. And it was like ok, I just retired and you're gonna do this to me? The Clover Assistant is a web application and a physician uses it every visit they have with one of our members and it's tuned to show them clinically useful, personalized relevant information that helps them give better care during that visit. So what we can do is match every patient's individual data, because we've pulled it all together, with all these clinical evidence based protocols that are coming out all the time. And now for every PCP visit, every doctor visit that PCP is seeing exactly the information they need and technology is powering all of that. I was taking a pain medication that reacted badly and I ended up in the hospital. I went to see my physician and he said, "oh gee, why are you here?" and I said aren't you aware I was in the emergency room? If the data I have on a patient is not up to date then I could be making a medical error. The way that our technology helps, specifically is to personalize the care for every single member.

We give them software, they focus on care, Clover owns all the risks. We pay them fairly on a boosted payment for primary care, which is fair for primary care because they're on the pay. So they're happy on the payment side and now all of those interests are aligned. So we come in, give them the software, they use it, they're happy with that and we pay them more on a fixed basis. And they already know their ROI upfront, there's no variability like if you hit this benchmark or if you don't close these gaps, we're not going to pay you. We heard about all those things from the doctors, none of that exists. They know they're going to get paid fairly.

**Jed Kelly:**

Thank you. Helpful.

**Whitney Kukulka:**

Great, thanks Jeb. Our next question comes from Richard Close.

**Richard Close:**

Yeah, can you hear me?

**Vivek Garipalli:**

Yes.

**Richard Close:**

Great, thanks. Thanks for the time and the question. Just maybe to hit on the penetration rate and Clover Assistant. So what's the process of going back, I guess in maybe your more core markets, in terms of the interaction with the physicians that are not utilizing the platform? What are those discussions and is there any type of conversion rate that you can talk about people that are not using it and then they end up switching over?

**Vivek Garipalli:**

Yeah, so for physicians where, and Andrew and Joe just correct me if I have some of these stats wrong, for physicians that have 10 or more Clover members, we're at about a 90 plus percent conversion rate. If they're not on Clover Assistant, we can bring them onto Clover Assistant.

Even physicians that are not on Clover Assistant that have less than 10 Clover members, we're still at about a 50% close rate on getting them to agree to use the Clover Assistant. But from an ROI perspective, we've expanded that strategy to tie in direct contracting just because we think it just dramatically increases the ROI of the conversation in general and it's a lot more compelling for the physician. And we found that it increases not just the close rate but importantly, pulls forward adoption given that there's just more value for both sides.