# Exhibit A

Filed by Social Capital Hedosophia Holdings Corp. III
Pursuant to Rule 425 under the Securities Act of 1933
and deemed filed pursuant to Rule 14a-12
of the Securities Exchange Act of 1934
Subject Company: Clover Health Investments, Corp.
Commission File No. 001-39252

**TRANSCRIPT: Analyst Day Presentation on November 20, 2020**

**Whitney Kukulka:**

Thanks for joining us today, everyone. We're excited to kick off our analyst day, which is aimed at helping the financial community better understand Clover's unique business. Today, you'll learn about Clover from the executive leadership team, see a demo of the company's technology platform, the Clover Assistant, and hear from a panel of physicians who use the Clover Assistant in the field every day. Before we get started, please review the disclaimers included here and refer to this as a guide for today's call.

For this meeting, we ask participants to display their first and last name on their virtual name tag. We will have a Q&A session at the end of the presentation. Please use the raise the hand feature to be added to the question queue. On the call today are Vivek Garipalli, CEO, Andrew Toy, President and CTO, Joe Wagner, CFO, Sophia Chang, Chief Clinical Informatics Officer, Mark Spektor, Chief Medical Officer, Kumar Dharmarajan, Chief Scientific Officer, and Chamath Palihapitiya, CEO of Social Capital will be joining us for Q&A. While we were all settling in and before I hand things over to Vivek, here's a short film about the Clover Assistant to open the day.

**Video—Meet the Clover Assistant by Clover Health:**

Meet the Clover Assistant by Clover Health In many cases, information is spread across the health system. I certainly expect my primary care physician to have access to all the pieces. The evidence-based guidelines and recommendations are changing all the time. A couple years ago I had surgery and I was inundated with paperwork. The voices of doctors and patients, they were our inspiration for the Clover Assistant. You go to your doctor, he's on a treadmill, every fifteen minutes he's got to get another patient in. It's very common for me to have patients with three or four active chronic conditions. There wasn't continuity of care. And then you end up not getting the care you were looking for in the first place. And it was like ok, I just retired and you're gonna do this to me? The Clover Assistant is a web application and a physician uses it every visit they have with one of our members and it's tuned to show them clinically useful, personalized relevant information that helps them give better care during that visit. So what we can do is match every patient's individual data, because we've pulled it all together, with all these clinical evidence based protocols that are coming out all the time. And now for every PCP visit, every doctor visit that PCP is seeing exactly the information they need and technology is powering all of that. I was taking a pain medication that reacted badly and I ended up in the hospital. I went to see my physician and he said, "oh gee, why are you here?" and I said aren't you aware I was in the emergency room? If the data I have on a patient is not up to date then I could be making a medical error. The way that our technology helps, specifically is to personalize the care for every single member.

specific conditions. We're continuing to build out our large set of disease models, but we're most excited about is the fact that we pair our ML prompts with actual care planning. In other words, our ML isn't meant to generate more fulsome documentation, but to generate actual care improvement. This helps us in two ways. One, we know that care plans generally lead to better outcomes over the long-term. This is really the main thesis and supported by our underlying data that we will be going over shortly, and two, as a by-product we get more accurate revenue given MAs risk adjusted payment construct. Again, we'll be showing that with our underlying data we'll be going over.

So now that you have a bit of intuition on what the Clover Assistant platform does, let's discuss most important part, physician usage. We believe the Clover Assistant is a compelling platform for physicians for a few reasons. One, it's a standalone platform outside of the low NPS EHRs, that we believe is easy to use and provides clinically useful content, as we just discussed, two, we pay providers and enhance rate at about two times a fee for service Medicare rate, and we make that payment extremely rapidly. What's very important about our payment model is that it is fixed. When you're a physician, you're now not taking on potentially unsustainable financial risk as you may, in other payer arrangements. We believe we've created a very large moat with respect to scale as this allows us, we believe, to plug in and work with any provider, not just those sophisticated enough to take on risk.

We believe this is also supported by our very high close rate with respect to physicians opting into our direct contracting partnership arrangements, which we will dive into shortly. These two reasons serve as the activation energy to get physicians excited to contract with us and engage with the platform on an ongoing basis. Because of that, we've been able to scale this platform broadly and rapidly with contracts with over 2,000 primary care physicians, a myriad of different practice types across all 34 of our current markets. What you see here is a small representation of the statistics we track for the Clover Assistant. So just to go over some of these key statistics. So 92% is, is the percentage of visits where onboarded PCPs used the Clover Assistant for eligible visits in 2019. So one, extremely high engagement rate and almost 60 NPS, which is unheard of in software used by physicians.

And our software is not just used by sophisticated providers or large IPA's or health systems. 60% of our physicians are actually in practices with 10 or less physicians. And 11% of physicians on Clover Assistant don't even have an EHR. So in that 11% physicians are using Clover Assistant in many cases as our only software platform. Just in terms of payment simplicity, on average, we're paying physicians on the Clover Assistant within four days. So these physicians are now not encumbered by the 22 different E&M codes that they typically are billing other MA plans. And just from a clinical perspective, over 11,000 care plans are managed by the Clover Assistant per month on average, 2,000 medication adjustments are not only prompted, but also accepted per month by physicians on average on the Clover Assistant, and beyond that, and we'll talk about this a lot today. I referenced this earlier. There's almost a full on average one net new diagnosis confirmed by physicians via Clover Assistant, and this ties into the gross margin side as well.