UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Civil Action No. 3:21-cv-00096 |
| Plaintiff, ) ) | **(Consolidated with Case Nos. 3:21-cv-00101; 3:21-cv-00109; and 3:21-cv-00138)** |
| vs. ) ) | Judge Aleta A. Trauger |
| CLOVER HEALTH INVESTMENTS, CORP., et al., ) ) ) | CLASS ACTION |
| Defendants. ) ) ) ) | NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED R. CIV. P. 41(a)(1)(A)(i) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Matthew

Yaniv hereby voluntarily dismisses his claims filed in *Yaniv v. Clover Health Invs., Corp.*, Civil

Action No. 3:21-cv-00109, which was consolidated into the *Bond* action on April 23, 2021 (ECF No.

58), without prejudice to his ability to participate in this action as an absent class member. Mr.

Yaniv's counsel are also concurrently filing a Notice to Withdraw as Counsel in this action. The

class's interests will continue to be represented by the Court-appointed Lead Counsel.

DATED: January 28, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

BARRETT JOHNSTON MARTIN
  & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com
Counsel for Plaintiff Matthew Yaniv and Lead
Plaintiff Movants Kenneth Ryan Meadows and
Dr. Mit Desaid

- 2 -

Case 3:21-cv-00096    Document 85    Filed 01/28/22    Page 2 of 5 PageID #: 1904

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 28, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)

E-mail:  cwood@rgrdlaw.com

# Mailing Information for a Case 3:21-cv-00096 Bond v. Clover Health Investments, Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Charles F. Barrett**
  cbarrett@nealharwell.com,pdozier@nealharwell.com

- **Larry Russell Belk , Jr**
  russell@sbinjurylaw.com,faith@sbinjurylaw.com

- **Saul C. Belz**
  sbelz@glankler.com,apospisil@glankler.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Jeffrey C. Block**
  jeff@blockleviton.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Brian Peter Calandra**
  bcalandra@pomlaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Scott A. Edelman**
  sedelman@milbank.com

- **Benjamin A. Gastel**
  beng@bsjfirm.com,nicolev@bsjfirm.com,mariahy@bsjfirm.com,ecf-processor@bsjfirm.com,ECF-Processor@ecf.courtdrive.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **Corey D. Holzer**
  cholzer@holzerlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Firas Jabri**
  PKNASHLAW@aol.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Britt K. Latham**
  blatham@bassberry.com,lbilbrey@bassberry.com,bmccaskill@bassberry.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,jkarsten@barrettjohnston.com,ealexander@barrettjohnston.com,jmartin@rgrdlaw.com

- **Mark S. Reich**
  mreich@rgrdlaw.com

Case 3:21-cv-00096     Document 85     Filed 01/28/22     Page 4 of 5 PageID #: 1906

- **Rina Restaino**
  rina@schallfirm.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Brian Schall**
  brian@schallfirm.com

- **Jed M. Schwartz**
  jschwartz@milbank.com,jed-schwartz-8050@ecf.pacerpro.com,AutoDocketECF@milbank.com

- **John Tate Spragens**
  john@spragenslaw.com,stacia@spragenslaw.com,spragenslaw@ecf.courtdrive.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jennifers@bsjfirm.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Stephen J. Teti**
  steti@blockleviton.com

- **Jacob A. Walker**
  jake@blockleviton.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)