UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) CLOVER HEALTH INVESTMENTS, CORP., ) et al., ) ) Defendants. ) ) ) | Civil Action No. 3:21-cv-00096 **(Consolidated with Case Nos. 3:21-cv-00101; 3:21-cv-00109; and 3:21-cv-00138)** Judge Aleta A. Trauger <u>CLASS ACTION</u> NOTICE OF WITHDRAWAL |

Pursuant to Local Rule 83.01(g), plaintiff Matthew Yaniv and lead plaintiff movants Kenneth Ryan Meadows and Dr. Mit Desai give notice that Samuel H. Rudman, Mary K. Blasy, and Christopher M. Wood of the law firm of Robbins Geller Rudman & Dowd LLP and Jerry E. Martin of the law firm of Barrett Johnston Martin & Garrison, LLC hereby withdraw as counsel in this action. Additionally, Mark S. Reich has left the firm Robbins Geller Rudman & Dowd LLP. On April 23, 2021, this Court appointed Firas Jabri as Lead Plaintiff and approved Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel. *See* ECF No. 58. Consequently, Mr. Yaniv, Mr. Meadows, and Dr. Desai and their counsel have no representative role in the action and the putative class will be represented by Lead Plaintiff and his counsel. Please remove Robbins Geller Rudman & Dowd LLP and Barrett Johnson Martin & Garrison from the docket as counsel of record, along with the above-named attorneys.

DATED: January 28, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD, #032977

s/ Christopher M. Wood

- 1 -

CHRISTOPHER M. WOOD

414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

BARRETT JOHNSTON MARTIN
 & GARRISON, LLC
JERRY E. MARTIN, #20193
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com
Counsel for Plaintiff Matthew Yaniv and Lead
Plaintiff Movants Kenneth Ryan Meadows and
Dr. Mit Desaid

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on January 28, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)


E-mail:  cwood@rgrdlaw.com

# Mailing Information for a Case 3:21-cv-00096 Bond v. Clover Health Investments, Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Charles F. Barrett**
  cbarrett@nealharwell.com,pdozier@nealharwell.com

- **Larry Russell Belk , Jr**
  russell@sbinjurylaw.com,faith@sbinjurylaw.com

- **Saul C. Belz**
  sbelz@glankler.com,apospisil@glankler.com

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Jeffrey C. Block**
  jeff@blockleviton.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Brian Peter Calandra**
  bcalandra@pomlaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Scott A. Edelman**
  sedelman@milbank.com

- **Benjamin A. Gastel**
  beng@bsjfirm.com,nicolev@bsjfirm.com,mariahy@bsjfirm.com,ecf-processor@bsjfirm.com,ECF-Processor@ecf.courtdrive.com

- **James A. Holifield , Jr**
  aholifield@holifieldlaw.com

- **Corey D. Holzer**
  cholzer@holzerlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Firas Jabri**
  PKNASHLAW@aol.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Britt K. Latham**
  blatham@bassberry.com,lbilbrey@bassberry.com,bmccaskill@bassberry.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,jkarsten@barrettjohnston.com,ealexander@barrettjohnston.com,jmartin@rgrdlaw.com

- **Mark S. Reich**
  mreich@rgrdlaw.com

Case 3:21-cv-00096    Document 86    Filed 01/28/22    Page 4 of 5 PageID #: 1911

- **Rina Restaino**
  rina@schallfirm.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **Samuel H. Rudman**
  srudman@rgrdlaw.com

- **Brian Schall**
  brian@schallfirm.com

- **Jed M. Schwartz**
  jschwartz@milbank.com,jed-schwartz-8050@ecf.pacerpro.com,AutoDocketECF@milbank.com

- **John Tate Spragens**
  john@spragenslaw.com,stacia@spragenslaw.com,spragenslaw@ecf.courtdrive.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jennifers@bsjfirm.com

- **Tara L. Swafford**
  tara@swaffordlawfirm.com

- **Stephen J. Teti**
  steti@blockleviton.com

- **Jacob A. Walker**
  jake@blockleviton.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,agonzales@ecf.courtdrive.com,CWood@ecf.courtdrive.com,agonzales@rgrdlaw.coom,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 3:21-cv-00096    Document 86    Filed 01/28/22    Page 5 of 5 PageID #: 1912