TIMOTHY BOND, ET AL.

    Plaintiffs,

v.

CLOVER HEALTH INVESTMENTS, CORP.
f/k/a SOCIAL CAPITAL HEDOSOPHIA
HOLDINGS CORP. III, VIVEK GARIPALLI,
ANDREW TOY, JOE WAGNER, and
CHAMATH PALIHAPITIYA,

               Defendants.

Case No. 3:21-cv-00096

Judge Aleta A. Trauger

## ORDER ON MOTION FOR LIMITED AMENDMENT TO
## INITIAL CASE MANAGEMENT ORDER

Upon consideration of the Joint Motion for Limited Amendment to Initial Case Management Order, the motion is hereby **GRANTED**.

For good cause shown, it is hereby **ORDERED** that the Initial Case Management Order (Doc. 97) be modified to extend (i) Plaintiffs' deadline to file their motion for class certification from June 17, 2022 to July 1, 2022, (ii) extend Defendants deadline to file their opposition to class certification from August 19, 2022 to September 9, 2022, and (iii) Plaintiffs' deadline to file a reply in further support of their motion for class certification from September 19, 2022 to October 10, 2022.

It is **SO ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge