# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TIMOTHY BOND, | ) | |
| Lead Plaintiff | ) | |
| and | ) | |
| JEAN-NICOLAS TREMBLAY | ) | |
| Named Plaintiff, | ) | Case No. 3:21-cv-00096 |
| individually and on behalf of all others similarly | ) | |
| situated, | ) | Judge Aleta A. Trauger |
| v. | ) | |
| | ) | **[PROPOSED] ORDER GRANTING** |
| CLOVER HEALTH INVESTMENTS, | ) | **PLAINTIFFS' MOTION FOR CLASS** |
| CORP. f/k/a SOCIAL CAPITAL | ) | **CERTIFICATION, APPOINTMENT OF** |
| HEDOSOPHIA HOLDINGS CORP. III, | ) | **CLASS REPRESENTATIVE AND** |
| VIVEK GARIPALLI, ANDREW TOY, JOE | ) | **APPOINTMENT OF CLASS COUNSEL** |
| WAGNER and CHAMATH | ) | |
| PALIHAPITIYA, | ) | |
| Defendants. | ) | |
| | ) | |

Having reviewed the papers and oral arguments submitted and determined that the requirements of Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure have been met, the Court hereby grants Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative and Appointment of Class Counsel as follows:

> All persons and entities who purchased or otherwise acquired securities of Clover Health Investments Corp. ("Clover" or the "Company") between October 6, 2020 and February 3, 2021, both dates inclusive (the "Class Period"). Excluded from the Class are Clover, Vivek Garipalli ("Garipalli"), Andrew Toy ("Toy"), Joe Wagner ("Wagner"), and Chamath Palihapitiya ("Palihapitiya," and, together with Clover, Garipalli, Toy, and Wagner "Defendants"), the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

The Court also hereby appoints Lead Plaintiff Firas Jabri and Named Plaintiff Jean-Nicolas Tremblay as Class Representatives and the law firm of Pomerantz LLP as Class Counsel.

IT IS SO ORDERED.

DATED: _____        _____
                                       THE HONORABLE ALETA A. TRAUGER
                                       UNITED STATES DISTRICT JUDGE