# EXHIBIT A

DocuSign Envelope ID: 528C0D34-21C5-45C2-97E4-8608DD5BD903

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| TIMOTHY BOND,<br>    Lead Plaintiff<br>and<br>JEAN-NICOLAS TREMBLAY<br>    Named Plaintiff,<br>individually and on behalf of all others similarly<br>situated,<br>    v.<br><br>CLOVER HEALTH INVESTMENTS,<br>CORP. f/k/a SOCIAL CAPITAL<br>HEDOSOPHIA HOLDINGS CORP. III,<br>VIVEK GARIPALLI, ANDREW TOY, JOE<br>WAGNER and CHAMATH<br>PALIHAPITIYA,<br>    Defendants. | Case No. 3:21-cv-00096<br><br>Judge Aleta A. Trauger<br><br>**DECLARATION OF FIRAS JABRI IN**<br>**SUPPORT OF PLAINTIFFS' MOTION**<br>**FOR CLASS CERTIFICATION** |

I, Firas Jabri, declare:

1. I am an individual investor located in Foster City, California. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. As set forth in the certification I filed in this action dated April 5, 2021 (ECF No. 41-3), during the Class Period in this Action I purchased over 80,000 shares of Clover Health Investments Corp. ("Clover" or the "Company"), and suffered damages as a result.

3. On April 23, 2021, the Court appointed me as Lead Plaintiff for this action. I understand that acting as a class representative in this action involves serving as a fiduciary for the benefit of the Class of investors in Clover securities I seek to represent.

4. I have diligently pursued the effective prosecution of this action. Among other things, I have authorized the filing of the motion seeking appointment of Lead Plaintiff, reviewed

the First Amended Complaint for Violation of the Federal Securities Laws ("FAC") and various pleadings, and collected relevant documents in preparation for participating in discovery. In connection therewith I regularly communicate with proposed class counsel Pomerantz LLP ("Pomerantz") and additional counsel The Schall Law Firm (collectively, "my Counsel") about this litigation.

5.      With the assistance of my counsel, I have received and reviewed numerous key documents in this action, including, but not limited to, the order granting my appointment as Lead Plaintiff, the FAC, the Order denying Defendants' motion to dismiss, and a draft of the Motion for Class Certification. I have consulted with my Counsel concerning key events in the litigation, including document collection and review. I also provided Rule 26 Disclosures, written responses to document requests and verified written responses to interrogatories.

6.      I seek to be appointed a class representative in this action. Should I be appointed as a class representative, I will continue to provide fair and adequate representation to the members of the proposed Class and work with my Counsel to maximize the recovery for the class in light of the risks attendant to this litigation consistent with good faith and meritorious advocacy.

7.      I also make the accompanying motion to have Pomerantz certified as class counsel based on the firm's substantial experience and expertise in prosecuting securities class actions. In addition, I believe that Pomerantz possesses the necessary financial and human resources to effectively and successfully prosecute this case through trial and any post-trial appeals.

8.      I will not accept any payment for serving as class representative beyond its pro rata share of any recovery, except for reimbursement of such reasonable costs and expenses directly relating to the representation of the class as ordered and approved by the Court.

DocuSign Envelope ID: 528C0D34-21C5-45C2-97E4-8608DD5BD903

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of June, 2022, at Foster City, California.

DocuSigned by:

ACC52715A855419...

FIRAS JABRI

3