UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY BOND,<br><br>            Lead Plaintiff<br><br>and<br><br>JEAN-NICOLAS TREMBLAY,<br><br>            Named Plaintiff,<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>    v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA,<br><br>            Defendants. | Case No. 3:21-cv-00096<br><br>Judge Aleta A. Trauger |

**JOINT MOTION FOR LIMITED AMENDMENT TO**
**<u>INITIAL CASE MANAGEMENT ORDER</u>**

Pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 6.01(a) and Section III(B) of the Court's Practice and Procedure Manual, the Parties respectfully request that the Initial Case Management Order (Doc. 97) and subsequent Order (Doc. 100) be modified to extend: (i) Defendants' deadline to file their opposition to class certification from September 9, 2022, to September 30, 2022; and (ii) Plaintiffs' deadline to file a reply in further support of their motion for class certification from October 10, 2022, to October 31, 2022.

In support of this Motion, the Parties state as follows:

1. "The district court has broad discretion to enlarge the time for any action." *Jarrett v. Toxic Action Wash*, No. 95-3702, 1996 WL 690160, *1 (6th Cir. Nov. 27, 1996) (citing Fed. R. Civ. P. 6(b)).

2. There is good cause to grant the requested extension in that, despite the Parties diligent efforts, they will not be able to complete discovery necessary for the class certification briefing before September 9, 2022, and the requested extension will not delay the action or affect any other deadlines.

3. This Motion is made in good faith and not for the purpose of delay.

For the foregoing reasons, the Parties respectfully request that the Court grant their Motion. A proposed order is submitted herewith.

Dated: August 25, 2022

Respectfully submitted,

**BRAMLETT LAW OFFICES**

By: */s/ Paul Kent Bramlett*
 Paul Kent Bramlett
 TN SUP CT #7387/MS SUP CT #4291
 Robert Preston Bramlett
 TN SUP CT #25895
 40 Burton Hills Blvd., Suite 200
 P.O. Box 150734
 Nashville, TN 37215
 Tel. 615.248.2828
 Facsimile: 866.816.4116
 pknashlaw@aol.com
 robert@bramlettlawoffices.com

*Liaison Counsel*

**POMERANTZ LLP**

Jeremy A. Lieberman (admitted *pro hac vice*)

**BASS, BERRY & SIMS PLC**

By: */s/ Britt K. Latham*
 Britt K. Latham (BPR #23149)
 Joseph B. Crace, Jr. (BPR # 27753)
 150 Third Ave., South, Suite 2800
 Nashville, TN 37201
 Tel. (615) 742-7762
 Facsimile: (615) 742-2847
 blatham@bassberry.com
 jcrace@bassberry.com

**MILBANK LLP**

Scott A. Edelman (admitted *pro hac vice*)
Jed M. Schwartz (admitted *pro hac vice*)
Gary A. Crosby II (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Tel. (212) 530-5000
sedelman@milbank.com

Brian P. Calandra (admitted *pro hac vice*)
600 Third Avenue
New York, New York 10016
Tel. (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
bcalandra@pomlaw.com

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel. (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Lead Counsel and Attorneys for Plaintiffs*

**THE SCHALL LAW FIRM**

Brian Schall (admitted *pro hac vice*)
Rina Restaino (admitted *pro hac vice*)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Tel. (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiffs*

**HOLZER & HOLZER, LLC**

Corey D. Holzer
Marshall P. Dees
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
Tel. (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com
mdees@holzerlaw.com

*Additional Counsel for Named Plaintiff
Jean-Nicolas Tremblay*

jschwartz@milbank.com
gcrosby@milbank.com

*Counsel for Defendants Clover Health Investments, Corp., Vivek Garipalli, Andrew Toy, Joseph Wagner, and Chamath Palihapitiya*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on August 25, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. The names of the attorneys for other parties who are registered to receive notices of filings through the Court's system are:

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: beng@bsjfirm.com

Jacob A. Walker
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jake@blockleviton.com

James Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: gerards@bsjfirm.com

Jeffrey C. Block
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jeff@blockleviton.com

Stephen J. Teti
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: steti@blockleviton.com

Larry Russell Belk, Jr.
Sutherland & Belk, PLC
2505 21st Avenue South
Suite 400
Nashville, TN 37212
(615) 846-6200
Fax: (615) 208-2255
Email: russell@sbinjurylaw.com

James A. Holifield, Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
(865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com

Brian Peter Calandra
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(646) 581-9958
Email: bcalandra@pomlaw.com

Brian Schall
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(310) 301-3335
Email: brian@schallfirm.com

Paul Kent Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com

Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: lrosen@rosenlegal.com

Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: pkim@rosenlegal.com

Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: robert@bramlettlawoffices.com

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
(Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
Fax: (615) 252-3798
Email: cwood@rgrdlaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
Email: jmartin@barrettjohnston.com

Mark S. Reich
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Email: mreich@rgrdlaw.com

Mary K. Blasy
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mblasy@rgrdlaw.com

Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com

Corey D. Holzer
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
Fax: (770) 392-0029
Email: cholzer@holzerlaw.com

J. Alexander Hood , II
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: ahood@pomlaw.com

Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Email: jalieberman@pomlaw.com

Charles F. Barrett
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
Email: cbarrett@nealharwell.com

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181
Email: pdahlstrom@pomlaw.com

John Tate Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
Email: john@spragenslaw.com

Saul C. Belz
Glankler Brown, PLLC
6000 Poplar Avenue, Suite 400
Memphis, TN 38119
(901) 576-1741
Email: sbelz@glankler.com

Tara L. Swafford
The Swafford Law Firm, PLLC
321 Billingsly Court
Suite 19
Franklin, TN 37067
(615) 599-8406
Fax: (615) 807-2355
Email: tara@swaffordlawfirm.com

Rina Restaino
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(424) 303-1964
Email: rina@schallfirm.com

*/s/ Britt K. Latham*
Britt K. Latham