TIMOTHY BOND,

Lead Plaintiff

and

JEAN-NICOLAS TREMBLAY,

Named Plaintiff,

Individually and on Behalf of All Others Similarly Situated,

v.

CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA,

Defendants.

Case No. 3:21-cv-00096

Judge Aleta A. Trauger

## [PROPOSED] ORDER ON MOTION FOR LIMITED AMENDMENT TO INITIAL CASE MANAGEMENT ORDER

Upon consideration of the Joint Motion for Limited Amendment to Initial Case Management Order, the motion is hereby **GRANTED**.

For good cause shown, it is hereby **ORDERED** that the Initial Case Management Order (Doc. 97) and subsequent Order (Doc. 100) be modified to extend: (i) Defendants' deadline to file their opposition to class certification from September 9, 2022, to September 30, 2022; and (ii) Plaintiffs' deadline to file a reply in further support of their motion for class certification from October 10, 2022, to October 31, 2022.

It is **SO ORDERED**.

ALETA A. TRAUGER
United States District Judge