UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY BOND,<br><br>          Lead Plaintiff<br><br>and<br><br>JEAN-NICOLAS TREMBLAY,<br><br>          Named Plaintiff,<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>    v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA,<br><br>          Defendants. | Case No. 3:21-cv-00096<br><br>Judge Aleta A. Trauger |

## ORDER ON MOTION FOR LIMITED AMENDMENT TO <u>INITIAL CASE MANAGEMENT ORDER</u>

Upon consideration of the Joint Motion for Limited Amendment to Initial Case Management Order, the motion is hereby **GRANTED**.

For good cause shown, it is hereby **ORDERED** that the Initial Case Management Order (Doc. 97) and subsequent Order (Doc. 100) be modified to extend: (i) Defendants' deadline to file their opposition to class certification from September 9, 2022, to September 30, 2022; and (ii) Plaintiffs' deadline to file a reply in further support of their motion for class certification from October 10, 2022, to October 31, 2022.

It is **SO ORDERED**.

                                                                                                        _____
                                                                                                        ALETA A. TRAUGER
                                                                                                         UNITED STATES DISTRICT JUDGE