| | |
|---|---|
| TIMOTHY BOND,<br><br>    Lead Plaintiff<br><br>and<br><br>JEAN-NICOLAS TREMBLAY,<br><br>    Named Plaintiff,<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>   v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA,<br><br>    Defendants. | Case No. 3:21-cv-00096<br><br>Judge Aleta A. Trauger |

**DECLARATION OF GARY A. CROSBY II IN SUPPORT OF
DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

GARY A. CROSBY II, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am an attorney associated with the law firm Milbank LLP, counsel to Defendants Clover Health Investments, Corp. ("Clover"), Vivek Garipalli, Andrew Toy, Joe Wagner, and Chamath Palihapitiya (collectively, the "Defendants") in the above-captioned action. I am a member in good standing of the bars of the State of New York, the District of Columbia, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. I am admitted *pro hac vice* in this action. I submit this

declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

2.     Attached as **Exhibit A** is a true and correct copy of excerpts of the transcript of the deposition of Named Plaintiff Jean-Nicolas Tremblay, dated August 30, 2022.

3.     Attached as **Exhibit B** is a true and correct copy of excerpts of the transcript of the deposition of Matthew D. Cain, Ph.D., dated August 31, 2022.

4.     Attached as **Exhibit C** is a true and correct copy of excerpts of the transcript of the deposition of Lead Plaintiff Firas Jabri, dated September 10, 2022.

5.     Attached as **Exhibit D** is a true and correct copy of excerpts of Named Plaintiff Jean-Nicolas Tremblay's Questrade Account Statement, as of February 26, 2021, produced by Plaintiffs bearing Bates number CLOVER_PLAINTIFFS_000008 (redacted to comply with Fed. R. Civ. P. 5.2 and Section 5.10 of the Court's Administrative Order No. 167-1).

6.     Attached as **Exhibit E** is a true and correct copy of excerpts of Lead Plaintiff Firas Jabri's Fidelity Investment Report for June 2021, produced by Plaintiffs bearing Bates number CLOVER_PLAINTIFFS_000070.

7.     Attached as **Exhibit F** is a true and correct copy of Named Plaintiff Jean-Nicolas Tremblay's Summary of Purchases and Sales, filed in *Tremblay v. Clover Health Invs., Corp.*, No. 3:21-cv-00138 (M.D. Tenn. Feb. 22, 2021) as Doc. No. 1-3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2022.

*/s/ Gary A. Crosby II*
Gary A. Crosby II

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on September 30, 2022. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. The names of the attorneys for other parties who are registered to receive notices of filings through the Court's system are:

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: beng@bsjfirm.com

Jacob A. Walker
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jake@blockleviton.com

James Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: gerards@bsjfirm.com

Jeffrey C. Block
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jeff@blockleviton.com

Stephen J. Teti
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: steti@blockleviton.com

Larry Russell Belk, Jr.
Sutherland & Belk, PLC
2505 21st Avenue South
Suite 400
Nashville, TN 37212
(615) 846-6200
Fax: (615) 208-2255
Email: russell@sbinjurylaw.com

James A. Holifield, Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
(865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com

Brian Peter Calandra
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(646) 581-9958
Email: bcalandra@pomlaw.com

3

Brian Schall
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(310) 301-3335
Email: brian@schallfirm.com

Paul Kent Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com

Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: lrosen@rosenlegal.com

Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: pkim@rosenlegal.com

Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: robert@bramlettlawoffices.com

Corey D. Holzer
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
Fax: (770) 392-0029
Email: cholzer@holzerlaw.com

J. Alexander Hood , II
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: ahood@pomlaw.com

Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

Charles F. Barrett
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
Fax: (615) 726-0573
Email: cbarrett@nealharwell.com

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

4

John Tate Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
Fax: (615) 682-8533
Email: john@spragenslaw.com

Saul C. Belz
Glankler Brown, PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119
(901) 576-1741
Fax: (901) 576-2389
Email: sbelz@glankler.com

Tara L. Swafford
The Swafford Law Firm, PLLC
321 Billingsly Court
Suite 19
Franklin, TN 37067
(615) 599-8406
Fax: (615) 807-2355
Email: tara@swaffordlawfirm.com

Rina Restaino
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(424) 303-1964
Email: rina@schallfirm.com

*/s/ Joseph B. Crace, Jr.*
Joseph B. Crace, Jr.

5