# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

CASE NO. 3:21-CV--00096
_____

TIMOTHY BOND,

     Lead Plaintiff,

and

JEAN-NICOLAS TREMBLAY,

     Named Plaintiff,

Individually and on Behalf of All Others

Similarly Situated,

vs.

CLOVER HEALTH INVESTMENTS CORP. f/k/a SOCIAL CAPITAL

HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI,

ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA,

     Defendants.
_____

VIDEO DEPOSITION OF

MATTHEW D. CAIN, PH.D.

Conducted Remotely

Wednesday, August 31, 2022

9:59 a.m. EDT

_____

Reported by:  Elisabeth A. Lorenz:  RMR, CRR

Job No. 215951

MICHAEL D. CAIN, Ph.D.

market efficiency in terms of -- I've not gone through the class period on every single day and asked whether new value-relevant information was produced on that day.

But I have evaluated a number of trading days, for example, in Exhibit 7, where I look at over 50 different trading days. And I draw inferences in terms of that cause-and-effect relationship that I'm testing for within the Cammer (5) context.

So I -- I do think that your question sort of -- it sort of ties into the Cammer (5) analysis, but it's not, on a standalone basis, a question that I've -- that I've asked in this report.

Q       So the answer is no?

MR. LIEBERMAN:  Objection, mischaracterizes testimony.

THE WITNESS:  No, the answer is what I just stated previously.

BY MR. SCHWARTZ:

Q       Well, what -- what attempt did you make to determine whether there was new value-relevant information given to the market on October 7, 2020?

A       Sure.  So, again -- I'm sorry, what was the

MICHAEL D. CAIN, Ph.D.

date?

Q        October 7, 2020.

A        October 7th?

Q        Yeah.

A        Okay.  So -- so, again, I've -- I've not
gone -- like I said with the previous answer, I've
not gone through on a day-by-day basis and tried to
list out what was all of the information that came
out on any given day.  That's not a specific
question that I've asked in -- in this report.

But there are a lot of trading days within
the analysis that's summarized in Exhibit 7, which
looks at over 50 different trading days.  And
obviously I don't have all of those dates memorized,
but they're contained in the -- in the underlying
document production in terms of the analysis.

But -- so all of those days, what happened
with the stock volumes and stock return and
information, that all ties into the Cammer (5)
analysis.  But in the way you're asking the
question, I have not rendered any sort of opinions
or not conducted any sort of analysis to go day by
day and ask what exactly was the new information
that came out on any given day.

MICHAEL D. CAIN, Ph.D.

Q        And so what attempt did you make to determine if there was new value-relevant information given to the market on October 8th?

A        You know, it would be the same response as my previous response.

Q        And it would be the same response for every day in the class period except for those three days listed on Exhibit 6 to your report?

MR. LIEBERMAN:  Objection, asked and answered.

THE WITNESS:  No, it would be the same response for every day in the class period, including those days that are in Exhibits 6 and 7.

BY MR. SCHWARTZ:

Q        So what was the new value-relevant information that came out on October 6, 2020?

A        Yeah.  So, again, so I don't think you're characterizing Exhibit 6 accurately.  I've -- I've not tried to conduct an assessment, as I've said several times.  I'm not -- I'm not asking the question:  What is the new value-relevant information that comes out on any given day?  That includes every day during the -- during the class period, and outside of the class period for that

MICHAEL D. CAIN, Ph.D.

matter.

But as I explained, I came up with an objective set of criteria in order to test for a cause-and-effect relationship between information and -- and stock prices for purposes of Cammer (5).

So within that set of objective criteria, as I explained, I'm looking for information about the identification of a -- a SPAC target and then any information about the completion or abandonment of -- of a -- of the merger ultimately.

And so October 6, 2020, relates to the -- the new information about the Social Capital SPAC agreeing to acquire Clover Health.

Q      Well, you would agree with me that the fifth Cammer factor relates to a company's stock price quickly responding and incorporating new value-relevant information, not just any information, correct?

A      Well, I think that it -- it -- you could include both value-relevant information, but you could certainly include other types of information. But the way that I am carrying out my assessment of Cammer (5) is -- is by looking at these -- these types of disclosures that I'm discussing.

MICHAEL D. CAIN, Ph.D.

A        Yes.

Q        And so you identified October 6, 2020, as a news day, right?

A        That's right.

Q        And you have determined that there was a statistically significant abnormal stock price return on that date, correct?

A        Yes.

Q        And the three asterisks there, does that mean that your -- your determination is at the 95 percent confidence level?

A        So the three would correspond to the 99 percent level of significance.

Q        Now, am I reading this correctly, that the abnormal return on October 6, 2020, was a negative 14.68 percent?

A        Yes.

Q        And that the stock price declined by $1.77?

A        Yes.  After -- after controlling for market and industry changes on that date, yes.

Q        So what was the news announced on October 6, 2020?

A        Well, it's kind of summarized through copying and pasting a bunch of the headlines on this

MICHAEL D. CAIN, Ph.D.

as potentially not a -- not a good deal for the investors at the price that was -- was being paid relative to the value that they were receiving or the ownership stake in the -- the post-merger closing.

But it's possible that there could be other factors at play. But like I said, based on my experience with M&A, it's -- it's fairly common for the acquirer's stock prices -- and also in the context of SPACs, for SPAC prices to decline on the day of the announcement of these types of transactions.

Q       Have you made any attempt to determine whether there was any artificial inflation introduced into the stock price on October 6, 2020?

A       No, I have not.

MR. LIEBERMAN:  Just note my objection. It goes beyond the scope of testimony.

BY MR. SCHWARTZ:

Q       Have you made any attempt to determine whether any of the alleged misstatements or omissions that form the basis of the complaint impacted the price of Clover stock at all?

MR. LIEBERMAN:  Objection.  Beyond the

MICHAEL D. CAIN, Ph.D.

scope of testimony.

THE WITNESS:  No, I've not done any sort of a price impact analysis.  I noted that on the alleged corrective disclosure that there was a statistically significant decline in the stock price, which could be consistent with that, but I have not done any sort of actual price impact analysis.

MR. LIEBERMAN:  Guys, just to note, I don't think we have to go off record but we -- our realtime has stopped working.  If someone can get that going again.

MR. SCHWARTZ:  Yeah.  Mine has stopped working as well.

THE STENOGRAPHER:  Do you want to go off real quick?  I'll have to reconnect.

MR. LIEBERMAN:  All right.  We'll go off, but not a break.

THE VIDEOGRAPHER:  Time is 2:22 p.m. We're off the record.

(Recess:  2:22 p.m. to 2:45 p.m.)

THE VIDEOGRAPHER:  The time is 2:45 p.m.  We're on the record.

MICHAEL D. CAIN, Ph.D.

CERTIFICATE OF SHORTHAND REPORTER

I, ELISABETH A. LORENZ, Registered Merit Reporter and Certified Realtime Reporter, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was not requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of September, 2022.

_____

ELISABETH A. LORENZ

NCRA Registered Merit Reporter

NCRA Certified Realtime Reporter