# Exhibit D





**Get the most out of your statement**

Your statement is broken down into **five** straight-forward categories, each designed to help you understand how your investments are performing:

- Measure overall account performance, past and present
- Track incoming/outgoing fees and rebates
- Monitor your portfolio's position allocation

**Talk to us, follow us, watch us**

For help with your account, Monday to Friday, 8 a.m. to 8 p.m. ET:

- Visit chat and we can help you immediately
- Call us at 1.888.783.7866
- Email support@questrade.com

For all other help, join the conversation:

- On the Exchange, your online community
- Follow us on Facebook or Twitter
- Tune into our YouTube channel
- Visit our LinkedIn page

## ACCOUNT STATEMENT

Order execution only account

| | |
|---|---|
| Current month balance: (February 26, 2021) | ▓▓▓▓ |
| Last month balance: (January 29, 2021) | ▓▓▓▓ |

### JEAN-NICOLAS TREMBLAY

▓▓▓▓

| | | | |
|---|---|---|---|
| **Account #:** ▓▓▓▓ | | **Current month:** February 26, 2021 | |
| **Type:** Individual Tax-Free Savings Account (TFSA) | | **Account opened:** December 07, 2020 | |
| **Currency:** CAD/USD | | **Dealer:** Questrade, Inc. | |

## CONTENT

**01 SUMMARY**
An overview of current and historical balances.

**02 PERFORMANCE**
Your current and historical rate of return.

**03 INVESTMENT DETAILS**
A detailed summary of cash and settled positions.

**04 ACTIVITY DETAILS**
A breakdown of cash and position changes during the month.

**05 TRADES TO SETTLE AFTER MONTH END**
A summary of all trades not settled by the end of the month.





IIROC / OCRCVM
REGULATED BY / RÉGLEMENTÉE PAR
Investment Industry Regulatory Organization of Canada
Organisme canadien de réglementation du commerce des valeurs mobilières

CIPF FCPE
Canadian Investor Protection Fund
Fonds canadien de protection des épargnants
MEMBER MEMBRE

**DEFENDANT'S EXHIBIT 007**

**Current month FX rate:** $1.00 USD = $1.2742 CAD    **Previous month FX rate:** $1.00 USD = $1.2778 CAD    ▓▓▓▓    **Current month:** February 26, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.

CONFIDENTIAL

Case 3:21-cv-00096   Document 109-4   Filed 09/30/22   Page 2 of 3 PageID #: 2562

CLOVER_PLAINTIFFS_000008



## Transactions

¹Activity details

Transaction date (Trans. date): the date a transaction occurred.
Settle date: the date cash moved in or out of your account. Stock trades generally settle in two business days and options in one day. The settle date impacts interest paid and received.
Restricted share terms:
SUB-VTG: subordinate voting shares
REST-VTG: restricted voting shares
NON-VTG: non-voting shares
Gross: the total before any commission.
Commission (Com.): the total commission incurred on the trade.
Net: the total after commission is paid.

| Trans Date.¹ | Settle Date.¹ | Activity type | Symbol | Description | Qty | CAD Price | CAD Gross.¹ | CAD Com.¹ | CAD Net¹ | USD Price | USD Gross.¹ | USD Com.¹ | USD Net¹ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Opening balance | - | - | - | - | - | | | | |
| 01-29-2021 | 02-02-2021 | Buy | CLOV | CLOVER HEALTH INVESTMENTS CORP\|CLASS A COMMON STOCK\|WE ACTED AS AGENT | 250 | - | - | - | - | 13.950 | (3,487.50) | (4.95) | (3,492.45) |
| 02-04-2021 | 02-08-2021 | Buy | CLOV | CLOVER HEALTH INVESTMENTS CORP\|CLASS A COMMON STOCK\|WE ACTED AS AGENT | 250 | - | - | - | - | 12.450 | (3,112.50) | (4.95) | (3,117.45) |
| 02-04-2021 | 02-08-2021 | Sell | CLOV | CLOVER HEALTH INVESTMENTS CORP\|CLASS A COMMON STOCK\|WE ACTED AS AGENT\| AVG PRICE - ASK US FOR DETAILS | 500 | - | - | - | - | 12.350 | 6,175.00 | (9.90) | 6,164.96 |
| 02-05-2021 | 02-09-2021 | Buy | CLOV | CLOVER HEALTH INVESTMENTS CORP\|CLASS A COMMON STOCK\|WE ACTED AS AGENT\| AVG PRICE - ASK US FOR DETAILS | 500 | - | - | - | - | 12.500 | (6,250.00) | (9.90) | (6,259.90) |
| 02-05-2021 | 02-09-2021 | Sell | CLOV | CLOVER HEALTH INVESTMENTS CORP\|CLASS A COMMON STOCK\|WE ACTED AS AGENT\| AVG PRICE - ASK US FOR DETAILS | 250 | - | - | - | - | 11.850 | 2,962.50 | (4.95) | 2,957.48 |
| 02-08-2021 | 02-10-2021 | Sell | CLOV | CLOVER HEALTH INVESTMENTS CORP\|CLASS A COMMON STOCK\|WE ACTED AS AGENT | 250 | - | - | - | - | 12.650 | 3,162.50 | (4.95) | 3,157.48 |
| | | | | Closing balance | - | - | - | - | - | | | | |

Current month FX rate: $1.00 USD = $1.2742 CAD    Previous month FX rate: $1.00 USD = $1.2778 CAD

Current month: February 26, 2021

©Questrade, Inc. All rights reserved. Member of IIROC and the Canadian Investor Protection Fund. QUESTRADE is a registered trademark of Questrade, Inc.

CONFIDENTIAL

CLOVER_PLAINTIFFS_000017

Case 3:21-cv-00096    Document 109-4    Filed 09/30/22    Page 3 of 3 PageID #: 2563