# Exhibit E



**FIDELITY PREMIUM SERVICES℠**

Envelope ███████████

FIRAS JABRI
████████████████

## Your Net Portfolio Value:

Portfolio Change from Last Period:

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Net Portfolio Value** | ███ | |
| Additions | | |
| Subtractions | | |
| Transaction Costs, Fees & Charges | | |
| Change in Investment Value * | | |
| **Ending Net Portfolio Value** ** | $███ | |

\* Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.

\*\* Excludes unpriced securities.

### Your Financial Consultant

Kate Blansett

**Phone:** (650) 343-6775
ext. 53104

### Contact Information

| | |
|---|---|
| Online | Fidelity.com |
| FAST℠-Automated Telephone | (800) 544-5555 |
| Premium Services<br>8am - 11pm ET, Mon - Fri | (800) 544-4442 |
| Stock Plan Services<br>Sun 5pm - Sat 12am ET | (800) 544-9354 |
| UNIQUE College Investing Plan | (800) 544-1722 |

**DEFENDANT'S EXHIBIT 017**

MR_CE_BLCFHKBBBFQQT_BBBBB 20210630

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Case 3:21-cv-00096   Document 109-5   Filed 09/30/22   Page 2 of 3 PageID #: 2565

CLOVER_PLAINTIFFS_000070
CLOVER_PLAINTIFFS_000070

# Holdings

**Total Holdings**

Net Debit Balance

**Net Account Value**

*All positions held in cash account unless indicated otherwise.*

*Total Cost Basis does not include the cost basis on core, money market or other positions where cost basis is unknown or not applicable.*

# Activity

## Securities Bought & Sold

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Total Cost Basis | Transaction Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/11 | CLOVER HEALTH INVESTMENTS CORP COM CL A | 18914F103 | You Sold *Short-term gain: $84,328.84* | -57,570.000 | $17.75000 | $937,533.44f | -$5.22 | $1,021,862.28 |
| 06/11 | CLOVER HEALTH INVESTMENTS CORP COM CL A | 18914F103 | You Sold *Short-term gain: $22,454.53* | -13,132.000 | 17.76000 | 210,768.60f | -1.19 | 233,223.13 |
| 06/11 | CLOVER HEALTH INVESTMENTS CORP COM CL A | 18914F103 | You Sold *Short-term gain: $13,747.23* | -7,993.000 | 17.77000 | 128,287.65f | -0.73 | 142,034.88 |
| 06/11 | CLOVER HEALTH INVESTMENTS CORP COM CL A | 18914F103 | You Sold *Short-term gain: $1,920.19* | -1,110.000 | 17.78000 | 17,815.50f | -0.11 | 19,735.69 |
| 06/11 | CLOVER HEALTH INVESTMENTS CORP COM CL A | 18914F103 | You Sold *Short-term gain: $307.50* | -160.000 | 17.77200 | 2,536.00f | -0.02 | 2,843.50 |
| 06/11 | CLOVER HEALTH INVESTMENTS CORP COM CL A | 18914F103 | You Sold *Short-term gain: $116.39* | -60.000 | 17.79000 | 951.00f | -0.01 | 1,067.39 |
| 06/14 | | | | | | | | |
| 06/14 | | | | | | | | |
| 06/17 | | | | | | | | |
| Total Se | | | | | | | | |
| Total Se | | | | | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Case 3:21-cv-00096   Document 109-5   Filed 09/30/22   Page 3 of 3 PageID #: 2566

CLOVER_PLAINTIFFS_000076
CLOVER_PLAINTIFFS_000070