# Exhibit F

DocuSign Envelope ID: 3112E837-662C-4AF8-B019-F4964FB8892F

## SUMMARY OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 01/29/2021 | Purchase | 250 | $13.95 |
| 02/04/2021 | Sale | 250 | $12.20 |