**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| TIMOTHY BOND, <br><br>                Lead Plaintiff <br><br> and <br><br> JEAN-NICOLAS TREMBLAY <br><br>                Named Plaintiff, <br><br> individually and on behalf of all others similarly situated, <br><br>                v. <br><br> CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER and CHAMATH PALIHAPITIYA, <br><br>                Defendants. | Case No. 3:21-cv-00096 <br><br> Judge Aleta A. Trauger |

**DECLARATION OF BRIAN CALANDRA IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN FURTHER SUPPORT OF HIS MOTION FOR CLASS CERTIFICATION**

I, Brian Calandra, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am Of Counsel at the law firm of Pomerantz LLP, appointed by the Court as Lead Counsel in this action. I submit this declaration in support of Plaintiff's Reply Memorandum in Further Support of His Motion for Class Certification. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Certification Pursuant to Federal Securities Laws of Lead Plaintiff Jean-Nicolas Tremblay filed with his initial complaint in *Tremblay v. Clover Health Invs., Corp.* ("Tremblay Action"), No. 3:21-cv-00138 (M.D. Tenn. February 22, 2021), ECF Nos. 1-2 & 1-3.

3. Attached here as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Lead Plaintiff Jean-Nicolas Tremblay, taken on August 30, 2022.

4. Attached here as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Matthew D. Cain, Ph.D., taken on August 31, 2022.

Executed this 31st day of October 2022, in New York, NY.

*/s/ Brian Calandra*
Brian Calandra