# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

CASE NO. 3:21-CV--00096

_____

TIMOTHY BOND,

      Lead Plaintiff,

and

JEAN-NICOLAS TREMBLAY,

      Named Plaintiff,

Individually and on Behalf of All Others

Similarly Situated,

vs.

CLOVER HEALTH INVESTMENTS CORP. f/k/a SOCIAL CAPITAL

HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI,

ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA,

      Defendants.

_____

VIDEO DEPOSITION OF

JEAN-NICOLAS TREMBLAY

Conducted Remotely

Tuesday, August 30, 2022

8:42 a.m.  CDT

_____

Reported by:  Elisabeth A. Lorenz:  RMR, CRR

Job No. 216350

TSG Reporting - Worldwide   877-702-9580

JEAN-NICOLAS TREMBLAY

the United States District Court, Middle District of Tennessee, Number 3:21-cv-00096.

All parties have agreed to appear remotely on August 30th, 2022, at approximately 8:42 a.m.

Will counsel please introduce yourself?

MR. SCHWARTZ:  Jed Schwartz of Milbank LLP for the defendants, and I'm joined by my colleague Isabel Pitaro.

MR. CALANDRA:  Brian Calandra, Pomerantz LLP for the plaintiffs, here on behalf of the named plaintiff Jean-Nicolas Tremblay.

MR. HOLZER:  Corey Holzer, Holzer & Holzer, also here on behalf of plaintiff Jean-Nicolas Tremblay.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness?

* * *

JEAN-NICOLAS TREMBLAY, was called as a witness, and after having been first duly sworn, testified as follows:

E X A M I N A T I O N

BY MR. SCHWARTZ:

Q      Good morning, Mr. Tremblay.  You can lower

JEAN-NICOLAS TREMBLAY

would prevent you from giving complete and truthful testimony?

A        No, there is nothing that can prevent me from it.

Q        And, sir, is English a native language of yours?

A        Well, it's my second language actually.

Q        Oh.  Do you require an interpreter to understand and answer my questions?

A        No, I don't.

Q        So given that this is the first deposition that you've been involved in, I'll just explain some very basic ground rules, okay?

A        Okay.

Q        As we've been doing, I will ask a question, and then you'll answer.  And to make everybody's job easier, I will do my best not to interrupt you.  And I ask, again, that even if you understand what my question is and what the answer will be that you don't interrupt me.

         Do you understand that?

A        Yes.

Q        If you have a question or you require clarification of me, you're able to ask me for

JEAN-NICOLAS TREMBLAY

you have the documents in your hand.

But, like, it did misrepresentation essential -- essentially, and it stated, like, lies that -- they concealed information about from the investors about their Clover Assistant about what it might do -- and what it can do, cannot do, and that they were, like, caring for the actual patients, when their purpose might have been elsewhere and that -- they stated that, like, practitioners were using quite a lot their app -- and doing patient revisits when it wasn't necessarily true and might -- I might describe like many other things.

But I don't know what you want by this question.

Q     Sure.  So my question was a little different.  I'm not asking what your understanding of this litigation is.

I'm asking, what is your understanding of what the company Clover Health is?

A     Well, it's perhaps like the same thing.  I'm not sure.  Like what they did in the litigation or what they did like -- what -- what else is their field of practice or --

Q     Yes.

JEAN-NICOLAS TREMBLAY

What did Clover Health do?

A       What -- it was an insurance company for patients regarding the Medicare Advantage plan, which they were -- they were having an app that was used by practitioner to register illness and strength of the illness or like a rank of illness. So they were, like, mainly like medical insurance, if you will.

Q       Did you ever purchase Clover securities?

A       Yes.

Q       And when did you do that?

A       February 4th, I think.  I should see the documents.

Q       Mr. Tremblay, are you looking at a document or something?

A       Well, just to refresh my memory.  But do you -- if you want a precise date, since it has been like two years -- it was two years ago, so I don't remember the exact date.

Q       What -- what document are you looking at to refresh your memory?

A       Well, right now I'm not looking at a document.

Q       I'll -- I'm just trying to get a general

JEAN-NICOLAS TREMBLAY

years.

I guess it's these sectors I compared with it since they're in these sectors, but I don't remember which companies because I did a lot of decisions after that, so...

Q    Did you take any notes or write down anywhere the companies that you were comparing Clover to?

A    No.

Q    Did you record it in any way, like in an email or something like that?

A    No.

Q    Had you heard of any of the executive team at Clover Health at the time you decided to make a purchase?

A    Like, if I talked to them, or...

Q    Well, before you decided to make a -- a purchase in Clover Health securities, had you ever heard of any of the people who were executives there?

A    Well, I -- I knew about Chamath.  But other than him, no.

Q    And what did you know about Mr. Palihapitiya?

JEAN-NICOLAS TREMBLAY

A       Well, that people called him "king of SPACs" since he was fairly good, usually, to make, like, decisions about merger and acquisition.

Q       Did you know anything else about him?

A       Well, about who he was, like a good investor. But other than that, I didn't know him, like, personally, no.

Q       Did you review anything that he said about Clover Health before making a decision to purchase Clover stock?

A       No.

Q       You mentioned the word "SPAC" in one of your prior answers.

        Do you recall that?

A       Yes.

Q       And do you know what a SPAC is?

A       It's a -- kind of special acquisition merger company, like --

Q       Oh, sorry. I didn't mean to interrupt.

A       No, that's it.

Q       Have you invested in SPACs before?

A       Before 2020, no.

Q       And in 2020, did you invest in SPACs?

A       I did in one.

JEAN-NICOLAS TREMBLAY

responsibilities in connection with this case?

A        I don't have, like -- well, other than just state my case and what happens to me, I don't have necessarily, like, other, like, duties to another party.

Q        Do you believe you have any duties to the members of the putative class?

A        No, I don't have, like, duties towards them.

Q        Do you know if there are any other named plaintiffs in this case?

A        There is none.

Q        And do you know if there is any lead plaintiffs in the case?

A        Yeah, there is one.

Q        And who is that?

A        Jabri something.  I know there is one, but his exact name, I don't know.

Q        Have you ever spoken with this person?

A        No.

Q        Have you had any communications with the lead plaintiff at all?

A        No.

Q        Do you know who the defendants are in this case?

JEAN-NICOLAS TREMBLAY

this?

A        Well, I checked the document.

Q        Like, how much time did you spend checking the document?

A        Well, I don't remember.

Q        Was it more than five minutes?

A        Perhaps more than five minutes, but I don't -- I don't remember.

Q        And are you sure that that was before the complaint was filed?

A        I don't know the exact date.

Q        So it could have been after the complaint was filed?

A        Well, it could have been after, but -- yeah, it could have been after.

Q        Mr. Tremblay, are you aware that this complaint references individuals that are referred to as confidential witnesses?

A        Yes.

Q        And how are you aware of that?

A        That this particular document referred to them, or...

Q        Correct.

A        No, not this particular document.  I know

TSG Reporting - Worldwide    877-702-9580

JEAN-NICOLAS TREMBLAY

that drastically and then -- so based on that.

But at first, I just thought that the market was reacting to the fact that -- based upon other things than the Hindenburg report.

And then I learned about the Hindenburg report, so I decided to completely get out of...

Q        I see.

So before learning about the Hindenburg report, you were aware that the stock price of Clover was dropping; is that correct?

A        Yes.

Q        But you didn't know why it was dropping; is that correct?

A        Exactly.

Q        And -- and so what did you do when you saw that the stock price of Clover was dropping?

A        I sold my shares.

Q        You sold -- well, did you sell all your shares of Clover stock?

A        I think I sold all of them.

Q        And then it was -- was it after you sold all of your shares of Clover stock that you learned about the Hindenburg report?

A        Yes.

TSG Reporting - Worldwide   877-702-9580

JEAN-NICOLAS TREMBLAY

right-hand corner you see there's, like, a little

footer that has the prefix "Clover plaintiffs" and

then a bunch of numbers.

Do you see that?

A       What do you mean, the direct?  No.

Q       At the very bottom right-hand corner of this

document --

A       Clover Plaintiffs?

Q       Yes, it's -- and then it has a bunch of

numbers, and it ends in 8.

A       Yes.

Q       Do you see that?

A       Yes.

Q       Can you turn to the page that ends in 17?

It's the tenth page of the document.

A       Okay.  Perfect.

Q       Okay.  You're there?  Does this represent

all of your trades in Clover securities in 2020 or

2021?

A       Yes.

Q       So is it correct that the first time you

purchased stock in Clover was January 29, 2021?

A       Yes.

Q       And what made you purchase stock in Clover

JEAN-NICOLAS TREMBLAY

on January 29, 2021?

A        Well, it was after talking with my friend, which I named earlier, and looking at Clover Health's website.

Q        Were you aware that Clover had just gone public through a merger with a SPAC at the time?

A        Yes, I was.

Q        How did you become aware of that?

A        Well, I checked what happened with the company prior to being Clover Health, like the -- the SPAC merging with Clover.

Q        And then the next entry here, if you were to turn back to page -- there you go, is February 4, 2021, correct?

A        Yes.

Q        And it shows that you purchased an additional 250 shares of Clover stock at a price of $12.45, correct?

A        Yes.

Q        Why did you purchase Clover stock on February 4, 2021?

A        I don't remember.

Q        You were aware, on February 4th of 2021, of the Hindenburg report, right?

TSG Reporting - Worldwide   877-702-9580

JEAN-NICOLAS TREMBLAY

MR. CALANDRA:  Note my objection.

But go ahead, Mr. Tremblay.

THE WITNESS:  I think so.

BY MR. SCHWARTZ:

Q       Were you aware of the Hindenburg report when you decided to double your investment in Clover?

A       No.  This -- up until, like, February 8 or -- it was based on the market reaction, my investment.

Q       So is your testimony that you were unaware of the Hindenburg report when you made a purchase decision on February 4, 2021?

MR. CALANDRA:  Note my objection.

But go ahead, Mr. Tremblay.

THE WITNESS:  Well, stating that I was unaware isn't exactly true since I don't remember if I was or wasn't aware.

But stating that the buying and selling were pry -- were, firstly, based on -- well, for the buying, not necessarily the selling.

But the buying were based on the market overreaction to the news, this would be correct.

BY MR. SCHWARTZ:

Q       So you made a determination on February 4,

JEAN-NICOLAS TREMBLAY

2021 that the market had overreacted to certain news; is that correct?

A        Yes.

MR. CALANDRA:  Note my objection.

But go ahead, Mr. Tremblay.

BY MR. SCHWARTZ:

Q        And what was that determination based on?

A        Well, the movement of the stock quickly going up and down and...

Q        What else did you base your determination on that the market had been overreacting to some -- some news?

A        For the selling, I later based it on the Hindenburg report.

For the buying, it was the market reaction. If there are other motive than that, I don't remember, but there might have been.

Q        But as -- as far as you can recall, the only thing that made you purchase Clover stock on February 4th was that you had made a -- you had come to a view that the market had been overreacting to certain news; is that correct?

A        Yes.

Q        And then you said you sold stock on

JEAN-NICOLAS TREMBLAY

February 4, correct?

A    Yes.

Q    And you sold stock because of the Hindenburg report; is that correct?

A    I don't remember.

Q    So what made you sell stock in Clover Health on February 4, 2021?

A    Well, I don't remember.

        MR. CALANDRA:  Note my objection.

        But go ahead.

BY MR. SCHWARTZ:

Q    You don't remember?  Is that -- is that what you said?

A    Yes.

Q    Now, the next day, February 5, 2021, you purchased back all of the shares that you had sold, correct?

        MR. CALANDRA:  Note my objection.

        But go ahead.

        THE WITNESS:  Yes.

BY MR. SCHWARTZ:

Q    Why did you do that?

A    Probably because of the market reaction that -- that happened on February 4th, and movement

JEAN-NICOLAS TREMBLAY

of the stock probably.

(Stenographer requested clarification due to audio distortion/malfunction.)

THE WITNESS:  Of the stock.

BY MR. SCHWARTZ:

Q        Can you explain to me, what about the market reaction on February 4th made you want to purchase stock in Clover on February 5th?

A        As I remember, I think before the market closed on February 4th, the stock quickly went, like, really up -- really up because there -- there was market manipulation as well in the stock at that time.

So people who had sold might have, like, panicked the other day and rebought -- and rebought their shares on February 5th because the stock was -- like you're reattaining its prior levels.

And people might have thought that on February 5th the stock would again do like a dead frog movement or something like that -- that, like, quickly going up and then quickly going really down.

So if you buy the stock really down and then you sell it, then people are panicking and like -- in the -- in these days, like, people were

JEAN-NICOLAS TREMBLAY

panicking.  And they know if they need to -- to sell or whatever.

So the stock was acting, like, weird in its movement.

Q       So I think you said in the beginning of that answer that on February 4th, there was market manipulation in the stock.

Did you -- did you say that?

A       Yes.  But what I mean by that is, like, investors were -- they know, like, if they needed to sell or buy or -- sell all -- all their shares or that -- that the company would make a comeback and say, like, this isn't true or whatever so...

Q       Are you suggesting that anybody did anything wrong on February 4th?

A       Well, that I was aware of at that time, no.

But obviously the Hindenburg report got out on February 4th, so Clover Health did something wrong.

Q       Well, what I'm trying to understand is you used the phrase "market manipulation."  That has -- that's a significant allegation.

Did you mean it to be an allegation of wrongdoing?

JEAN-NICOLAS TREMBLAY

A        No, no, I -- not -- not necessarily manipulation, but like a market -- abnormal movement of the market, if you prefer.

Q        I just want to make clear that when -- and maybe this is an issue of translation.

When you say "market manipulation," you aren't saying anyone was improperly trying to influence the price of the market, are you?

A        No, no, no.

Q        And so what about what you just described made you decide to purchase 500 shares of Clover stock on February 5, 2021?

A        Well, I don't remember, but probably the movement of the stock.

Q        Had you reached a conclusion that the market had overreacted on February 4, 2021?

A        Yes.

        MR. CALANDRA:  Note my objection.

        But go ahead, Mr. Tremblay.

        THE WITNESS:  I said yes.

BY MR. SCHWARTZ:

Q        And what was the basis for your conclusion that the market had overreacted on February 4, 2021?

        MR. CALANDRA:  Please note my

JEAN-NICOLAS TREMBLAY

objection.

But go ahead.

THE WITNESS: The investors that knew about the Hindenburg report and have either read them or skimmed through it knew that the allegations made by Hindenburg were substantial allegations.

But Clover Health might have felt, like, should have later -- not should but could have later said that the information in the report weren't exactly right or true, either on February 4th, 5th, or 6th or in the short timeframe following the Hindenburg report.

So investors might have -- some investors might have said that, like, some of the report is true, some of the report is partly true, false, or -- and do you know, should I -- should they sell their shares or not or...

BY MR. SCHWARTZ:

Q       And were -- were you aware on February 5, 2021, of any communication from Clover Health about the Hindenburg report?

A       I don't remember.

Q       Was any part of your decision to buy shares on February 5, 2021, influenced by any communication

JEAN-NICOLAS TREMBLAY

by Clover?

A        I don't remember.

Q        Now, you sold about half of your position in Clover the same day, on February 5, 2021, correct?

A        Yes.

Q        And why did you do that?

A        Probably because of the market reaction.

Q        Do you have any recollection, or are you just guessing as to why -- why you sold half of your position on February 5th?

A        I am just guessing.

Q        And then you sold -- you sold the rest of your position on February 8th, correct?

A        Yes.

Q        And why did you do that?

A        Probably.  But I don't remember.  But probably because Clover Health didn't disapprove what was written in the Hindenburg report.

Q        And is that just a guess?

A        Yes.  But it's -- like it's a bit more than a guess.  Like it make sense for me to do this kind of action at that time, so...

Q        What are you basing that on?

A        Well, usually I don't keep share of a

TSG Reporting - Worldwide   877-702-9580

JEAN-NICOLAS TREMBLAY

company who have, like, bad news and who can't,

like, contradict or make other good news or...

Q        At -- on -- as of February 8, 2021, had you

read any response from Clover about the Hindenburg

report?

A        I don't remember.

Q        Since February 8, 2021, have you made any

purchases of Clover stock?

A        Well, of course not.

Q        And why do you say "of course not"?

A        Well, they don't -- well, first of all, the

share price has drastically dropped since

February 4, 2021.  And I don't think that the

company will do a comeback, like, in a short

timeframe, so...

Q        Is it common for you to purchase and sell

securities -- sorry.  Is it -- is it common for you

to buy and sell stock in a company in the same day?

A        No.

Q        And so this was -- your trading pattern here

was an outlier for you?

A        Yeah -- well, it -- it wasn't a -- it's not

what I usually do.

Q        Now, I'm still looking at this document.

TSG Reporting - Worldwide   877-702-9580

JEAN-NICOLAS TREMBLAY

The second entry on February 4, 2021, is a sale of 500 shares at $12.35.

Do you see that?

A    Yes.

Q    And that's -- that's the sale price that shows up on this corrected certification that you filed last week, correct?

A    Yes.

Q    But that certification doesn't show 500 shares of Clover stock, right?

A    Yes.  Correct.

Q    It shows 250, correct?

A    Correct.

Q    And that certification doesn't show that you made any purchase of Clover stock on February 4, 2021, correct?

A    After the class period, correct.

Q    Oh.  Oh.  So why doesn't it show that you purchased Clover securities on February 4, 2021?

A    Well, it's after the class period.

Q    Wasn't your sale also after the class period?

A    Yeah -- yes, but not the -- but not my buying.

TSG Reporting - Worldwide   877-702-9580

JEAN-NICOLAS TREMBLAY

A        No.  Well, except for my lawyers, no.

Q        And --

MR. CALANDRA:  I'll just remind Mr. Tremblay, it is appropriate to disclose the existence -- or the time of a communication but not the substance.

BY MR. SCHWARTZ:

Q        Do you -- do you have any notes regarding your decisions to purchase or sell Clover securities?

A        No.

Q        Is it your practice the take notes regarding your decisions?

A        No.

Q        Is it -- is it your practice to record your -- your -- the basis for your decisions in any way?

A        Not by writing.  I have good memory of the reason, usually.

Q        And just to clarify, before, when you said you had deleted emails related to this litigation, were those solely emails with your counsel?

A        Can you repeat the question?

Q        Yeah.  Earlier you had testified that you

JEAN-NICOLAS TREMBLAY

had deleted emails related to this case.

And my question is, were those solely emails with your counsel?

A       Yes.

Q       Do you -- do you have any estimate as to the number of emails that you've deleted related to this case?

A       I don't.

Q       Have you received documents from counsel that you've also deleted?

A       No.  I kept the documents.

Q       And have -- other than the document that you printed out and showed me earlier today, do you have any other hard-copy documents relating to this case?

A       Only one.

Q       And what is that?  Can you -- can you read the cover for me?  I can't see it.

A       Initial disclosures, statement of main plaintiff, Jean-Nicolas Tremblay --

(Stenographer requested clarification due to audio distortion/malfunction.)

THE WITNESS:  Initial disclosure, statement of main plaintiff, Jean-Nicolas Tremblay, pursuant to Federal Rule of Civil Procedure.

JEAN-NICOLAS TREMBLAY

Q     Just what -- you've authorized claims to be asserted in this case.

What's your understanding of the claims you've authorized to be asserted on your behalf?

A     Well, Clover Health didn't conform itself to certain laws, that it breached, for instance, by giving gift cards to medical practitioners.  Also, they claimed that their Clover Assistant was supposed to get a better sense of the medical condition of the patients, whereas it wasn't necessarily the fact, and it sometimes kept tracking old illness that patients didn't have in the later visits with their medical practitioner, just to upbring them and get more money from the Medicare Advantage program.

Also, with the confidential witness, they didn't treat necessarily everything as they should have treated.  And they also stated that the -- they were like expanding and getting more like a direct -- I don't remember exactly the name of the program where patient who are on Medicare goes in a -- into another program where it de -- like, Clover Health steps in and insures them.  They stated that they had more patients than they really

Case 3:21-cv-00096   Document 111-2  Filed 10/31/22  Page 26 of 30 PageID #: 2634
TSG Reporting - Worldwide   877-702-9580

JEAN-NICOLAS TREMBLAY

had on this other program.

And they told blatant lies to the investors that were later revealed to be false with their -- the fact that they had the New Jersey market and they were expanding into other areas where it doesn't -- where it wasn't necessarily true.

Q       Mr. Tremblay, were you just looking at a document while you were providing that answer?

A       No, I wasn't reading a document.

Q       Were you looking at something? because your eyes were focused down.

A       Yeah, it's when I think, I do that.

Q       So the answer you just gave is your best understanding of what the claims are in this case?

A       Exactly.  There is a few more things.  But to -- I don't remember them by -- all the other things, so...

MR. SCHWARTZ:  Let's go off the record.

Are we off?  Maybe we've been off for a while.

THE VIDEOGRAPHER:  I'm sorry.  You wanted to take us off the record?  I was having a tech issue.

MR. SCHWARTZ:  Okay.

JEAN-NICOLAS TREMBLAY

Are we off?

THE VIDEOGRAPHER: I'll go ahead and take us off the record.

Going off the record at 12:37 p.m.

(Recess: 12:37 p.m. to 12:49 p.m.)

THE VIDEOGRAPHER: Back on the record at 12:49 p.m.

MR. SCHWARTZ: I have no further questions but reserve my right to ask any followup questions if the witness' counsel has questions.

MR. CALANDRA: Yes. And I have a couple questions. Brian Calandra on behalf of the witness.

E X A M I N A T I O N

BY MR. CALANDRA:

Q    My first question is, Mr. Tremblay, do you remember earlier you were asked about emails that you purportedly deleted?

A    Yeah. Well, I didn't purposely deleted them, but yes.

Q    And you weren't able to recall who sent them to you, correct?

A    Pardon me?

Q    You weren't able to recall who sent them to

JEAN-NICOLAS TREMBLAY

you, correct?

A       Yes, exactly.  Not the exact person.

Q       Were they sent to you by counsel?

A       Yes, they were.

Q       Do you remember who specifically at --
whether it be this law firm or the Holzer law firm,
sent them to you?

A       Not the exact person, no.

Q       But they were emails from counsel?

A       Yes.

Q       Okay.  And then Mr. Schwartz asked you at
the start of the deposition if you understood your
responsibilities and duties to the class.

        Did you know what he meant by
"responsibilities and duties"?

A       Not -- well, I think he meant towards
specific person in the class action, but -- so I
don't know.

Q       But do you know that you have things you're
supposed to do for the entire class, of all the
people in the class?

                MR. SCHWARTZ:  Objection.

                THE WITNESS:  Yes.  This, yes, I know.

TSG Reporting - Worldwide   877-702-9580

JEAN-NICOLAS TREMBLAY

BY MR. CALANDRA:

Q        And what is your understanding of what those things are?

A        Well, I need to represent the class.  I need to keep in touch with my lawyers, which I did.  I also need to understand what the case is about, which I described earlier to Mr. Schwartz.  And I -- I need to get the highest possible settlement to satisfy the class.

MR. CALANDRA:  And with that, I have nothing further.

MR. SCHWARTZ:  Nothing -- I have nothing.

MR. CALANDRA:  Great, yeah.  Then we're done.

THE VIDEOGRAPHER:  I'll go ahead and take us off the record.

This concludes the video-recorded deposition of Jean-Nicolas Tremblay, concluding at 12:52.

(Off the video record.)

MR. SCHWARTZ:  I would like a rough.

MR. CALANDRA:  I'll take a rough as well, and then what -- the final is usually like a