# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

CASE NO. 3:21-CV--00096

_____

TIMOTHY BOND,

        Lead Plaintiff,

and

JEAN-NICOLAS TREMBLAY,

        Named Plaintiff,

Individually and on Behalf of All Others

Similarly Situated,

vs.

CLOVER HEALTH INVESTMENTS CORP. f/k/a SOCIAL CAPITAL

HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI,

ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA,

        Defendants.
_____

VIDEO DEPOSITION OF

MATTHEW D. CAIN, PH.D.

Conducted Remotely

Wednesday, August 31, 2022

9:59 a.m. EDT

_____

Reported by:  Elisabeth A. Lorenz:  RMR, CRR

Job No. 215951

Case 3:21-cv-00096 TSC Document 111-3 Worldwide Filed 10/31/22 702-9582 Page 2 of 8 PageID #: 2640

MICHAEL D. CAIN, Ph.D.

disseminated to the market on November 20th, 2020?

MR. LIEBERMAN: Objection, asked and answered.

THE WITNESS: Again, that's not an opinion that I'm -- that I'm rendering really, one way or another, on November 20th, what was the information that the market learned or was information that came out consistent with prior market expectations. That's -- that's just not a question that I've asked in this report.

BY MR. SCHWARTZ:

Q       So other than October 6, 2020; January 6, 2021; and January 7, 2021, have you made an attempt to determine whether -- well, let me rephrase it this way. I'll withdraw that.

Have you made an attempt to determine whether on any day in the class period there was new value-relevant information that was disseminated, other than the three dates that are listed on Exhibit 6 to your report?

A       I -- you know, I think that's a -- that's a question that relates to my Cammer (5) analysis; but it's also -- on a standalone basis, that's not a question that I've actually asked in the context of

MICHAEL D. CAIN, Ph.D.

market efficiency in terms of -- I've not gone through the class period on every single day and asked whether new value-relevant information was produced on that day.

But I have evaluated a number of trading days, for example, in Exhibit 7, where I look at over 50 different trading days. And I draw inferences in terms of that cause-and-effect relationship that I'm testing for within the Cammer (5) context.

So I -- I do think that your question sort of -- it sort of ties into the Cammer (5) analysis, but it's not, on a standalone basis, a question that I've -- that I've asked in this report.

Q      So the answer is no?

MR. LIEBERMAN:  Objection, mischaracterizes testimony.

THE WITNESS:  No, the answer is what I just stated previously.

BY MR. SCHWARTZ:

Q      Well, what -- what attempt did you make to determine whether there was new value-relevant information given to the market on October 7, 2020?

A      Sure.  So, again -- I'm sorry, what was the

MICHAEL D. CAIN, Ph.D.

date?

Q        October 7, 2020.

A        October 7th?

Q        Yeah.

A        Okay.  So -- so, again, I've -- I've not gone -- like I said with the previous answer, I've not gone through on a day-by-day basis and tried to list out what was all of the information that came out on any given day.  That's not a specific question that I've asked in -- in this report.

But there are a lot of trading days within the analysis that's summarized in Exhibit 7, which looks at over 50 different trading days.  And obviously I don't have all of those dates memorized, but they're contained in the -- in the underlying document production in terms of the analysis.

But -- so all of those days, what happened with the stock volumes and stock return and information, that all ties into the Cammer (5) analysis.  But in the way you're asking the question, I have not rendered any sort of opinions or not conducted any sort of analysis to go day by day and ask what exactly was the new information that came out on any given day.

MICHAEL D. CAIN, Ph.D.

A       Yes.

Q       And so you identified October 6, 2020, as a news day, right?

A       That's right.

Q       And you have determined that there was a statistically significant abnormal stock price return on that date, correct?

A       Yes.

Q       And the three asterisks there, does that mean that your -- your determination is at the 95 percent confidence level?

A       So the three would correspond to the 99 percent level of significance.

Q       Now, am I reading this correctly, that the abnormal return on October 6, 2020, was a negative 14.68 percent?

A       Yes.

Q       And that the stock price declined by $1.77?

A       Yes.  After -- after controlling for market and industry changes on that date, yes.

Q       So what was the news announced on October 6, 2020?

A       Well, it's kind of summarized through copying and pasting a bunch of the headlines on this

TSG Reporting - Worldwide   877-702-9580

MICHAEL D. CAIN, Ph.D.

date.  But, basically, I think the new information was that the SPAC, Social Capital, was going to acquire Clover Health.

Q     And do you know why the price fell on October 6?

A     What do you mean -- I'm not sure what you mean by that.

Q     What part don't you -- do you need clarification on?

A     Yeah, so I don't know if you're referring to just sort of the market dynamics of investors trading or if -- if you're referring to sort of specific information contained within the actual disclosures, or maybe it's -- maybe it's all -- all of the above.

Q     Well, I'm not -- I'm not -- I'm not asking you if the stock price declined because people were willing to pay less for the stock on that date.

What I'm asking you is, do you know why people were willing to pay less for the stock on that date than they were the day before?

A     So I think I -- my interpretation of this would be -- based on my mergers and acquisitions experience, is that investors looked at this as --

MICHAEL D. CAIN, Ph.D.

as potentially not a -- not a good deal for the investors at the price that was -- was being paid relative to the value that they were receiving or the ownership stake in the -- the post-merger closing.

But it's possible that there could be other factors at play. But like I said, based on my experience with M&A, it's -- it's fairly common for the acquirer's stock prices -- and also in the context of SPACs, for SPAC prices to decline on the day of the announcement of these types of transactions.

Q      Have you made any attempt to determine whether there was any artificial inflation introduced into the stock price on October 6, 2020?

A      No, I have not.

MR. LIEBERMAN: Just note my objection. It goes beyond the scope of testimony.

BY MR. SCHWARTZ:

Q      Have you made any attempt to determine whether any of the alleged misstatements or omissions that form the basis of the complaint impacted the price of Clover stock at all?

MR. LIEBERMAN: Objection. Beyond the