UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, | ) |
| | ) |
| Lead Plaintiff | ) |
| | ) |
| and | ) Case No. 3:21-cv-00096 |
| | ) Judge Aleta A. Trauger |
| JEAN-NICOLAS TREMBLAY, | ) |
| | ) |
| Named Plaintiff, | ) |
| | ) |
| Individually and on behalf of all others similarly situated, | ) |
| | ) |
| v. | ) |
| | ) |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, the plaintiffs' Motion for Class Certification (Doc. No. 101) is hereby **GRANTED**. The court **CERTIFIES** the following class pursuant to Fed. R. Civ. P. 23:

> All persons and entities who purchased or otherwise acquired securities of Clover Health Investments Corp. ("Clover" or the "Company") between October 6, 2020 and February 3, 2021, both dates inclusive (the "Class Period"). Excluded from the Class are Clover, Vivek Garipalli ("Garipalli"), Andrew Toy ("Toy"), Joe Wagner ("Wagner"), and Chamath Palihapitiya ("Palihapitiya," and, together with Clover, Garipalli, Toy, and Wagner "Defendants"), the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

The court hereby **APPOINTS** Firas Jabri and Nicholas Tremblay as class representatives and Pomerantz LLP as class counsel.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge