# **EXHIBIT 10**

Case 3:21-cv-00096   Document 115-10   Filed 03/07/23   Page 1 of 15 PageID #: 2919

|  |  |
|---|---|
| TIMOTHY BOND,<br><br>      Lead Plaintiff<br><br>and<br><br>JEAN-NICOLAS TREMBLAY<br><br>      Named Plaintiff,<br><br>individually and on behalf of all others similarly situated,<br><br>      v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER and CHAMATH PALIHAPITIYA,<br><br>      Defendants. | Case No. 3:21-cv-00096<br><br>Judge Aleta A. Trauger |

## INITIAL DISCLOSURE STATEMENT OF NAMED PLAINTIFF JEAN-NICOLAS TREMBLAY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Named Plaintiff Jean-Nicolas Tremblay ("Named Plaintiff" or "Plaintiff") hereby submits the following Initial Disclosure Statement.

## INITIAL DISCLOSURE QUALIFICATIONS

While much of the following information is primarily within the knowledge and control of Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III, ("Clover"

1

or the "Company"), Vivek Garipalli, Andrew Toy, Joe Wagner and Chamath Palihapitiya (collectively with Clover, "Defendants"), this Initial Disclosure Statement is made upon information presently known to Plaintiff and is made without prejudice to Plaintiff's right to use before or during trial, or to produce during discovery, such additional data, information or documents as are: (i) subsequently discovered; (ii) subsequently determined to be relevant to the claims or alleged defenses; or (iii) subsequently determined to have been omitted from this or any supplemental or amended disclosure statements.

Defendants are in a better position to know the identities of individuals and entities that, in addition to the Defendants, are likely to possess discoverable information relevant to Plaintiff's claims. Further, Plaintiff has not yet completed his investigation of this case. For example, because discovery has not commenced, Plaintiff has not had the opportunity to review any documents or information in the possession, custody, or control of the Defendants that might lead to the identification of individuals or entities that are likely to possess such discoverable information.

Plaintiff hereby reserves the right to amend and supplement at any time this Disclosure Statement and the information provided pursuant to its disclosure obligations. By referring to individuals in this Initial Disclosure Statement, Plaintiff makes no representations of concessions regarding the relevancy or appropriateness of any information and reserves all objections related thereto. In addition, by referring to individuals in the Initial Disclosure Statement, Plaintiff does not waive its right to object to discovery requests on any basis, including, but not limited to, overbreadth, burden, relevance, ambiguity, privacy, attorney-client privilege, the attorney work-product doctrine or any other lawful protection from disclosure.

2

# INITIAL DISCLOSURES

**Rule 26(a)(1)(A)(i): the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Subject to and without waiving the Initial Disclosure Qualifications, the individuals and entities identified below are likely to have discoverable information that Plaintiff may use to support its claims:

### *Lead Plaintiff:*

Firas Jabri ("Lead Plaintiff") is believed to have information concerning transactions in the common stock of the Company. Lead Plaintiff may be contacted through its counsel of record, Pomerantz LLP, 600 Third Avenue, 20th Fl., New York, New York 10016, Tel: (212) 661-1100.

### *Named Plaintiff:*

Named Plaintiff is believed to have information concerning transactions in the common stock of the Company. Named Plaintiff may be contacted through its counsel of record, Pomerantz LLP, 600 Third Avenue, 20th Fl., New York, New York 10016, Tel: (212) 661-1100.

### *Clover's Current and Former Employees:*

The following individuals are likely to have discoverable information relating to subjects in the Second Amended Complaint including, (i) Clover's compliance with applicable laws involvement in any legal proceeding or investigation that could have a material adverse effect on the Company's business; (ii) the contribution of illicit payments or undisclosed related-party transactions to Clover's growth and positive performance, (iii) use of Clover's "Clover Assistant"

tool by physicians, and (iv) Clover's failure to disclose related-party transactions in its financial statements in accordance with GAAP:

- Albert Villarde (925-577-8171)
- Alyssa Whitwell (415-328-4091)
- Amanda Gerber (847-302-8221)
- Andrew Cauilan
- Andrew Park
- Andrew Still-Baxter
- Andrew Toy
- Andrew Ward
- Andy Yong (479-647-0481)
- Ankit Patel (202-422-9746)
- Anthony Young
- Asclepius Merger Sub Inc.
- Ash Roque (213-590-9999)
- Carl Rathjen
- Carly Restano (412-973-7410)
- Chamath Palihapitiya
- Chelsea Clinton
- Chris Buka (770-856-7964)
- Chris Doud
- Chris Watson (844-955-3690)
- Clara Wu
- Clover (corporate Defendant)

4

- Conor Bane (415-706-7949)

- Danielle Burns

- David Weathington (410-952-0601)

- Demetrios L. Kouzoukas

- Elizabeth Ford (513-293-2276)

- Elizabeth Mora (201-314-8320)

- Ethan Lipkind

- Francis Genet

- Gia Lee

- Harrison Kirk (843-302-6567)

- Hiram Bermudez

- Ian Osborne

- Jamie L. Reynoso

- Janelle Reed (912-481-2254)

- Jason Alderman (415-309-0380)

- Jason Brownstein

- Jeff Ross

- John Rogers (858-243-5017)

- Jon-Michael Troche (407-435-4620)

- Joseph Wagner

- Josh Hull (512-940-0549)

- Judah Rabinowitz (917-583-2930)

- Justin Witz (608-334-0615)

- Justus Ruff

- Katherine Dahl (435-994-4685)

- Kevin Rosenberg (704-421-5231)

- Kimberly Morton

- Kiran Gollakota (609-216-1647)

- Kris Gale

- Kumar Dharmarajan

- Kyle Talcott (904-294-5194)

- Kylene Hill (925-525-6760)

- Lee Shapiro

- Les Granow (310-892-5476)

- Mariama Hubbard (917-453-7088)

- Marisa Claire Smith (917-957-0076)

- Mark Spektor

- Matt Wallaert (610-585-8076)

- Melanie Arias (619-840-1854)

- Melody Pereira (510-408-8383)

- Melville Anderson Jr. (862-703-9398)

- Merry Beth Ward (615-878-3865)

- Michael Waters (617-893-5699)

- Nadir Kiem (954-829-5470)

- Natalyia Eidelman (443-812-5223)

- Nathaniel Quan

- Nathaniel S. Turner

- Nicole Wagner

6

- Nicole Zuckerman
- Olivia Istrate
- Omkar Poudel (857-636-0350)
- Pathik Shah (209-774-6660)
- Patrick Boxmeyer
- Paul Nues
- Perry Williams (602-909-5690)
- Pooja Desai
- Richard Baumgart
- Rose Escalante (917-763-4608)
- Rose Yates
- Sammy Gershon
- Sara Packman
- Saritha Pritam Baxi (425-647-8503)
- Scott Clark (615-279-0089)
- Shea Helmle (904-607-3717)
- Simon Williams
- Sophia Chang
- Steven Trieu
- Theresa Goheen (301-662-5063)
- Thomas Schultz
- Vansi Vallabhaneni (512-673-8599)
- Varsha Rao (415-815-9250)
- Vincent Cardi

7

- Vincent La (917-280-8341)

- Vivek Garipalli

- Vivian Chang (510-221-7817)

- Wil Yu (415-531-4146)

- William Robinson

- Xiaofu Liu

- Yue Kwan Li (415-298-5325)

- Zainab Bahrainwala (240-593-1832)

- Zoe Farrell (908-256-6123)

### *Third Party Entities and Persons:*

The following entities and persons are likely to have discoverable information relating to subjects in the Second Amended Complaint including (i) Clover's compliance with applicable laws involvement in any legal proceeding or investigation that could have a material adverse effect on the Company's business; (ii) the contribution of illicit payments or undisclosed related-party transactions to Clover's growth and positive performance, (iii) use of Clover's "Clover Assistant" tool by physicians, and (iv) Clover's failure to disclose related-party transactions in its financial statements in accordance with GAAP:

- [First Name Unknown] Henson, 78 John Miller Way, Suite 305, Kearny, NJ (800) 340-9505

- Aaron Berry (844-955-3690)

- B&H Assurance, 1 Metropolitan Center, East Rutherford, New Jersey 07073

- BCG Medical Group, 340 Eisenhower Dr Ste 1200, Savannah, GA 31406

- Bermudez Henson, 78 John Miller Way, Suite 305, Kearny, NJ (800) 340-9505

- Bracket Capital, 201 Santa Monica Blvd Suite 500 Santa Monica, CA 90401

8

- Brady Priest (844-955-3690)

- Clover's "outside counsel" as referenced in "In Response to Short Seller Firm's Questions," https://medium.com/clover-off-the-charts/in-response-to-short-seller-firms-questions-47798b0b76da

- Fidelity Management & Research Co

- Jennison Associates, 466 Lexington Avenue, New York, NY 10017 (212-421-1000)

- Senator Investment Group LP, 510 Madison Ave # 28, New York, NY 10022

- Casdin Capital, 1350 6th Ave Ste 2600, New York, NY 10019

- Perceptive Advisors, 51 Astor Place, 10th floor, New York, NY 10003 (646-205-5300)

- First Round Capital, 151 10th St, San Francisco, California, 94103, United States. (415-646-0072)

- Floodgate Fund LP, 820 Ramona Street Suite 200 Palo Alto, CA 94301

- GV, Google Building 1489, 1489 Charleston Rd., Mountain View, CA, US (HQ)

- Hindenburg Research, 631 w 207th ST, New York, NY, 10034 (info@hindenburgresearch.com)

- Unidentified "IPO Underwriters" referenced in "In Response to Short Seller Firm's Questions," https://medium.com/clover-off-the-charts/in-response-to-short-seller-firms-questions-47798b0b76da

- SouthCoast Health, 1326 Eisenhower Dr, Savannah, GA 31406

- "Independently retained outside counsel" of third parties, "including IPO underwriters' counsel," as referenced in "In Response to Short Seller Firm's Questions," https://medium.com/clover-off-the-charts/in-response-to-short-seller-firms-questions-47798b0b76da

- Nadim Tawileh (844-955-3690)

- Nathan Anderson, Hindenburg Research, 631 w 207th ST, New York, NY, 10034 (info@hindenburgresearch.com)

- Ritter Insurance Marketing, 2605 Interstate Dr., Harrisburg, PA 17110 (800-769-1847)

- Seek Insurance (844-955-3690)

9

- Seek Medicare (844-955-3690)

- Sequoia Capital, 2800 Sand Hill Road Suite 101 Menlo Park, California 94025, (650) 854-3927

- Social Capital's outside counsel, as referenced in "In Response to Short Seller Firm's Questions," https://medium.com/clover-off-the-charts/in-response-to-short-seller-firms-questions-47798b0b76da

- Summit Medical Group n/k/a Summit Health (908-273-4300)

- Tammy Poole (844-955-3690)

- Yesenia Rivera

**Government Regulators and Agencies:**

The following entities are likely to have discoverable information relating to subjects in the Second Amended Complaint including (i) Clover's compliance with applicable laws involvement in any legal proceeding or investigation that could have a material adverse effect on the Company's business; (ii) the contribution of illicit payments or undisclosed related-party transactions to Clover's growth and positive performance, (iii) use of Clover's "Clover Assistant" tool by physicians, and (iv) Clover's failure to disclose related-party transactions in its financial statements in accordance with GAAP:

- DeShayla Avant, Assistant United States Attorney, Eastern District of Pennsylvania, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106 (215) 861-8200

- Gregory David, Chief of the Civil Division, Eastern District of Pennsylvania, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106 (215) 861-8200

- SEC, 100 F. St., NE, Washington, DC 20549, (202) 551-4500

- United States Department of Justice, Eastern District of Pennsylvania, Office of the United States Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106

- Viveca D. Parker, Assistant United States Attorney, Eastern District of Pennsylvania, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106 (215-861-8443) (viveca.parker@usdoj.gov)

10

- William M. McSwain, United States Attorney, Eastern District of Pennsylvania, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106 (215) 861-8200

**Rule 26(a)(1)(A)(ii): a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Subject to and without waiving the Initial Disclosure Qualifications, Plaintiff represents that it has in its possession, custody or control documents that may support his claims. The following categories of documents are in the possession, custody or control of Plaintiff: (a) documents from Plaintiff's files regarding his purchase of Clover shares; and (b) documents obtained from publicly available sources, including, but not limited to, SEC filings and the Company's May 24, 2018 press release.

**Rule 26(a)(1)(A)(iii): a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff seeks damages pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t(a); and Rule 10b-5, 17 C.F.R. § 240.10b-5, promulgated under the Exchange Act; attorneys' fees and reimbursement of expenses including interest thereon, and other relief as the Court deems proper.

Plaintiff will provide Defendants with an expert damages report in accordance with any pretrial scheduling order adopted by the Court, and in compliance with Fed. R. Civ. P. 26(a)(2). In conjunction with the expert damages report, Plaintiff's expert will conduct an event study,

which will allow for the calculation of Class-wide damages. An event study is an analysis that allows a financial economist to quantify the inflation per share (*i.e.*, the amount investors overpaid for the stock) throughout the Class Period. The inflation, along with Class members' actual purchases and sales, is then used to calculate the Class-wide damages that occurred when the truth was disclosed. Event studies are regularly submitted with expert reports in securities class actions, such as this one, in support of Class-wide damage calculations.

**Rule 26(a)(1)(A)(iv):** **for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Plaintiff does not hold, and is not aware of any, insurance policies applicable to this action.

Dated: April 25, 2022

**POMERANTZ LLP**

By: */s/ Brian Calandra*
Jeremy A. Lieberman (admitted *pro hac vice*)
Brian Calandra (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
bcalandra@pomlaw.com

*Lead Counsel for Plaintiff and the Class*

Paul Kent Bramlett
TN SUP CT #7387/MS SUP CT #4291
Robert Preston Bramlett
TN SUP CT #25895
**BRAMLETT LAW OFFICES**
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
Telephone: 615.248.2828

12

Facsimile: 866.816.4116
pknashlaw@aol.com
robert@bramlettlawoffices.com

*Counsel for Plaintiffs and Liaison Counsel
for the Class*

**THE SCHALL LAW FIRM**
Brian Schall (pro hac vice)
Rina Restaino (pro hac vice)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiff Firas Jabri*

**HOLZER & HOLZER, LLC**
Corey D. Holzer
Marshall P. Dees
1200 Ashwood Parkway
Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com
mdees@holzerlaw.com

*Additional Counsel for Named Plaintiff Jean-
Nicolas Tremblay*

#

13

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2022, I served the attached document, Initial

Disclosure Statement of Named Plaintiff Pursuant to Federal Rule of Civil Procedure 26(a)(1), via

electronic mail to the following counsel for defendants:

**MILBANK LLP**
Scott A. Edelman (admitted *pro hac vice*)
Jed M. Schwartz (admitted *pro hac vice*)
Gary A. Crosby II (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Tel. (212) 530-5000 sedelman@milbank.com
jschwartz@milbank.com
gcrosby@milbank.com

**BASS, BERRY & SIMS PLC**
Britt K. Latham (BPR #23149)
Joseph B. Crace, Jr. (BPR # 27753)
150 Third Ave., South, Suite 2800
Nashville, TN 37201
Tel. (615) 742-7762
Facsimile: (615) 742-2847
blatham@bassberry.com
jcrace@bassberry.com

> */s/ Brian Calandra*
> Brian Calandra