TIMOTHY BOND,

        Lead Plaintiff

and

JEAN-NICOLAS TREMBLAY,

        Named Plaintiff,

Individually and on Behalf of All Others Similarly
Situated,

      v.

CLOVER HEALTH INVESTMENTS, CORP.
f/k/a SOCIAL CAPITAL HEDOSOPHIA
HOLDINGS CORP. III, VIVEK GARIPALLI,
ANDREW TOY, JOE WAGNER, and
CHAMATH PALIHAPITIYA,

        Defendants.

Case No. 3:21-cv-00096

Judge Aleta A. Trauger

## JOINT MOTION FOR AMENDMENT TO
## INITIAL CASE MANAGEMENT ORDER

Pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 6.01(a), and Section III(B) of

the Court's Practice and Procedure Manual, the Parties respectfully request that the Initial Case

Management Order (Doc. No. 97) be modified to extend:

    i)   The deadline to complete all written fact discovery and depose all fact witnesses from

        April 4, 2023, to July 31, 2023;

    ii)  The deadline to identify and disclose all affirmative expert witnesses and expert reports

        from May 26, 2023, to September 28, 2023;

    iii)  The deadline to identify and disclose all rebuttal expert witnesses from June 26,

2023, to October 26, 2023;

iv)   The deadline to disclose all rebuttal reports from July 10, 2023, to November 10, 2023;

v)   The deadline to depose all expert witnesses from August 18, 2023, to December 20, 2023;

vi)   The deadline to file a joint mediation report from April 5, 2023, to August 4, 2023;

vii)   The deadline to file all dispositive motions from September 29, 2023, to February 8, 2024; and

viii)   The trial date from March 26, 2024, to no earlier than October 14, 2024.[1]

In support of this Motion, the Parties state as follows:

1.   "The district court has broad discretion to enlarge the time for any action." *Jarrett v. Toxic Action Wash*, No. 95-3702, 1996 WL 690160, *1 (6th Cir. Nov. 27, 1996) (citing Fed. R. Civ. P. 6(b)).

2.   There is good cause to grant the requested extension.  Between July 19, 2022, and August 1, 2022, the Parties attended private mediation sessions, and have had further settlement discussions following those mediation sessions.  Those mediation sessions were not successful.  Following this, the Parties have been engaged in numerous good faith discussions trying to resolve discovery disagreements.  Despite their best efforts, several disputes remain outstanding. As a result, the Parties will not be able to complete all written fact discovery and depose all fact witnesses before April 4, 2023, and the requested extension will not prejudice any Party in this Action.

3.   This Motion is made in good faith and not for the purpose of delay.

---

[1] The Initial Case Management Order provides that "[a] trial date no earlier than March 12, 2024, is requested." (Doc. No. 97 at 4.)   On April 19, 2022, the Court, on its own, entered the Order Setting Case for Trial, set the trial date for March 26, 2024, and imposed certain pretrial deadlines.  (Doc. No. 98 at 1-3.)  The Parties presume that the Court will issue a new Order Setting Case for Trial that will adjust those deadlines.

4. This Motion is the Parties' first request for an extension of the aforementioned dates in the Initial Case Management Order (Doc. No. 97). The Court entered subsequent Orders to modify the class certification briefing schedule (Doc. Nos. 100, 105).

For the foregoing reasons, the Parties respectfully request that the Court grant their Motion. A proposed order is submitted herewith.

Dated: March 7, 2023                                    Respectfully submitted,


**BRAMLETT LAW OFFICES**

By: /s/ *Paul Kent Bramlett*_____
    Paul Kent Bramlett
    TN SUP CT #7387/MS SUP CT #4291
    Robert Preston Bramlett
    TN SUP CT #25895
    40 Burton Hills Blvd., Suite 200
    P.O. Box 150734
    Nashville, TN 37215
    Tel. 615.248.2828
    Facsimile: 866.816.4116
    pknashlaw@aol.com
    robert@bramlettlawoffices.com

*Liaison Counsel*

**POMERANTZ LLP**

Jeremy A. Lieberman (admitted *pro hac vice*)
Brian P. Calandra (admitted *pro hac vice)*
600 Third Avenue
New York, New York 10016
Tel. (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
bcalandra@pomlaw.com

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505

**BASS, BERRY & SIMS PLC**

By:   /s/ *Britt K. Latham*_____
    Britt K. Latham (BPR #23149)
    Joseph B. Crace, Jr. (BPR # 27753)
    150 Third Ave., South, Suite 2800
    Nashville, TN 37201
    Tel. (615) 742-7762
    Facsimile: (615) 742-2847
    blatham@bassberry.com
    jcrace@bassberry.com

**MILBANK LLP**

Scott A. Edelman (admitted *pro hac vice*)
Jed M. Schwartz (admitted *pro hac vice*)
Gary A. Crosby II (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001
Tel. (212) 530-5000
sedelman@milbank.com
jschwartz@milbank.com
gcrosby@milbank.com

*Counsel for Defendants Clover Health Investments, Corp., Vivek Garipalli, Andrew Toy, Joseph Wagner, and Chamath Palihapitiya*

3

Chicago, Illinois 60603
Tel. (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Lead Counsel and Attorneys for Plaintiffs*

**THE SCHALL LAW FIRM**

Brian Schall (admitted *pro hac vice*)
Rina Restaino (admitted *pro hac vice*)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Tel. (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiffs*

**HOLZER & HOLZER, LLC**

Corey D. Holzer
Marshall P. Dees
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
Tel. (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com
mdees@holzerlaw.com

*Additional Counsel for Named Plaintiff*
*Jean-Nicolas Tremblay*

4

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on March 7, 2023. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. The names of the attorneys for other parties who are registered to receive notices are:

5

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: beng@bsjfirm.com

Jacob A. Walker
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jake@blockleviton.com

James Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: gerards@bsjfirm.com

Jeffrey C. Block
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jeff@blockleviton.com

Stephen J. Teti
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: steti@blockleviton.com

Larry Russell Belk, Jr.
Sutherland & Belk, PLC
2505 21st Avenue South
Suite 400
Nashville, TN 37212
(615) 846-6200
Fax: (615) 208-2255
Email: russell@sbinjurylaw.com

James A. Holifield, Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
(865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com

Brian Peter Calandra
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(646) 581-9958
Email: bcalandra@pomlaw.com

Brian Schall
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(310) 301-3335
Email: brian@schallfirm.com

Paul Kent Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com

Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: lrosen@rosenlegal.com

Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: pkim@rosenlegal.com

Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: robert@bramlettlawoffices.com

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP
(Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
Fax: (615) 252-3798
Email: cwood@rgrdlaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
Email: jmartin@barrettjohnston.com

Mark S. Reich
Robbins Geller Rudman & Dowd LLP (New
York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Email: mreich@rgrdlaw.com

Mary K. Blasy
Robbins Geller Rudman & Dowd LLP (New
York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mblasy@rgrdlaw.com

Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP (New
York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com

Corey D. Holzer
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
Fax: (770) 392-0029
Email: cholzer@holzerlaw.com

J. Alexander Hood , II
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: ahood@pomlaw.com

2

Case 3:21-cv-00096    Document 117    Filed 03/07/23    Page 7 of 8 PageID #: 3004

Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Email: jalieberman@pomlaw.com

Charles F. Barrett
Neal & Harwell, PLC
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
Email: cbarrett@nealharwell.com

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181
Email: pdahlstrom@pomlaw.com

John Tate Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
Email: john@spragenslaw.com

Saul C. Belz
Glankler Brown, PLLC
6000 Poplar Avenue, Suite 400
Memphis, TN 38119
(901) 576-1741
Email: sbelz@glankler.com

Tara L. Swafford
The Swafford Law Firm, PLLC
321 Billingsly Court
Suite 19
Franklin, TN 37067
(615) 599-8406
Fax: (615) 807-2355
Email: tara@swaffordlawfirm.com

Rina Restaino
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(424) 303-1964
Email: rina@schallfirm.com

/s/ Britt K. Latham
Britt K. Latham

3