Motion GRANTED.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| TIMOTHY BOND,<br><br>      Lead Plaintiff<br><br>and<br><br>JEAN-NICOLAS TREMBLAY<br><br>      Named Plaintiff,<br><br>individually and on behalf of all others similarly situated,<br><br>      v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER and CHAMATH PALIHAPITIYA,<br><br>      Defendants. | Case No. 3:21-cv-00096<br><br>Judge Aleta A. Trauger |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Lead Plaintiff Firas Jabri and Named Plaintiff Jean-Nicolas Tremblay (collectively "Plaintiffs") and Defendants Clover Health Investments, Corp. ("Clover"), Vivek Garipalli, Andrew Toy, Joe Wagner, and Chamath Palihapitiya (collectively, "Defendants"), by and through their respective attorneys, jointly move the Court to enter the parties' Stipulated Protective Order, submitted herewith.