TIMOTHY BOND,

Lead Plaintiff

and

JEAN-NICOLAS TREMBLAY,

Named Plaintiff,

Individually and on Behalf of All Others Similarly Situated,

v.

CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA,

Defendants.

Case No. 3:21-cv-00096

Judge Aleta A. Trauger

## ORDER ON JOINT MOTION FOR AMENDMENT TO INITIAL CASE MANAGEMENT ORDER

Upon consideration of the Joint Motion for Amendment to Initial Case Management Order, the motion is hereby **GRANTED**.

For good cause shown, it is hereby **ORDERED** that the Initial Case Management Order (Doc. No. 97) be modified to extend:

i) The deadline to complete all written fact discovery and depose all fact witnesses from April 4, 2023, to July 31, 2023;

ii) The deadline to identify and disclose all affirmative expert witnesses and expert reports from May 26, 2023, to September 28, 2023;

iii) The deadline to identify and disclose all rebuttal expert witnesses from June 26, 2023, to October 26, 2023;

iv) The deadline to disclose all rebuttal reports from July 10, 2023, to November 10, 2023;

v) The deadline to depose all expert witnesses from August 18, 2023, to December 20, 2023;

vi) The deadline to file a joint mediation report from April 5, 2023, to August 4, 2023;

vii) The deadline to file all dispositive motions from September 29, 2023, to February 8, 2024; and

viii) The trial date from March 26, 2024, to no earlier than October 14, 2024.


It is **SO ORDERED**.

ALETA A. TRAUGER
United States District Judge