# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY BOND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No.  3:21-cv-00096 |
| | ) | Judge Trauger |
| CLOVER HEALTH INVESTMENTS CORP. CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, AND ANDREW TOY, | ) ) ) | LEAD CASE |
| | ) | |
| Defendants. | ) | |

**CONSOLIDATED WITH:**

| | | |
|---|---|---|
| MATTHEW YAIV, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No.  3:21-cv-00109 |
| | ) | Judge Trauger |
| CLOVER HEALTH INVESTMENTS CORP. CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, AND ANDREW TOY, | ) ) ) | Member Case |
| | ) | |
| Defendants. | ) | |

AND

JEAN-NICHOLAS TREMBLAY, Individually  )
and On Behalf of All Others Similarly Situated,  )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        Civil No.  3:21-cv-00138
                                       )        Judge Trauger
CLOVER HEALTH INVESTMENTS CORP.        )
f/k/a SOCIAL CAPITAL HEDOSOPHIA        )        Member Case
HOLDINGS CORP. III, VIVEK GARIPALLI,   )
ANDREW TOY, CHAMATH PALIHAPITIYA,      )
STEVEN TRIEU, IAN OSBORNE,             )
JACQUELINE D. RESES AND JAMES RYANS,   )
                                       )
        Defendants.                    )

It is clear from the Joint Discovery Dispute Statement filed by the parties (Doc. No. 115) that

the discovery disputes mentioned therein cannot be resolved in a telephone conference with Judge

Trauger.  It is therefore ORDERED that the discovery disputes reflected in the Joint Discovery

Dispute Statement are hereby REFERRED to the Magistrate Judge for disposition.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge