UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY BOND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CLOVER HEALTH INVESTMENTS. CORP., et al., <br><br> Defendants. | Case No. 3:21-cv-00096 <br><br> Judge Aleta A. Trauger <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The parties have notified the Court that they have reached a resolution of all claims in this matter. Accordingly, the discovery dispute hearing set on April 25, 2023, at 10:30 a.m. (Doc. No. 122) is CANCELLED. The parties state that they will file a notice of their independent resolution of the case.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge