IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY BOND, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:21-cv-00096 |
| | ) | Judge Trauger |
| CLOVER HEALTH INVESTMENTS CORP. CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, AND ANDREW TOY, | ) ) ) ) ) | LEAD CASE |
| Defendants. | ) | |

**CONSOLIDATED WITH:**

| | | |
|---|---|---|
| MATTHEW YAIV, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:21-cv-00109 |
| | ) | Judge Trauger |
| CLOVER HEALTH INVESTMENTS CORP. CHAMATH PALIHAPITIYA, VIVEK GARIPALLI, AND ANDREW TOY, | ) ) ) ) ) | Member Case |
| Defendants. | ) | |

AND

| | |
|---|---|
| JEAN-NICHOLAS TREMBLAY, Individually and On Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLOVER HEALTH INVESTMENTS CORP. )<br>f/k/a SOCIAL CAPITAL HEDOSOPHIA )<br>HOLDINGS CORP. III, VIVEK GARIPALLI, )<br>ANDREW TOY, CHAMATH PALIHAPITIYA, )<br>STEVEN TRIEU, IAN OSBORNE, )<br>JACQUELINE D. RESES AND JAMES RYANS, )<br>)<br>Defendants. ) | Civil No. 3:21-cv-00138<br>Judge Trauger<br><br>Member Case |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The jury trial scheduled for November 12, 2024 and the pretrial conference scheduled for November 8, 2024 are **CANCELLED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge