| | |
|---|---|
| TIMOTHY BOND, Individually and on behalf of all others similarly situated, | Civil Action No. 3:21-cv-00096-AT-AN |
| Lead Plaintiff, | |
| and | |
| JEAN-NICOLAS TREMBLAY | |
| Named Plaintiff, | |
| individually and on behalf of all others similarly situated, | |
| v. | |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, AND CHAMATH PALIHAPITIYA, and JOE WAGNER, | |
| Defendants. | |

## DECLARATION OF BRIAN CALANDRA

I, Brian Calandra of Pomerantz LLP ("Pomerantz"), make this Declaration pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and Class Counsel's Motion for an Award of Attorneys' Fees, Expense Reimbursement, and Compensatory Award for Class Representatives (together the "Motions").[1] I declare as follows:

---

[1] Unless otherwise noted, capitalized terms have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 19, 2023 (ECF. No. 130-1).

1.	On April 23, 2021, pursuant to 15 U.S.C. §78u-4(a), this Court appointed Pomerantz as lead counsel ("Lead Counsel") and Bramlett Law Offices ("BLO") as Liaison Counsel in the Action. ECF No. 58 at 9. Since that time, Lead Counsel and BLO have litigated this case with the assistance of The Schall Law Firm ("Schall") and Holzer & Holzer, LLC ("Holzer," and, together with Pomerantz, BLO, and Schall "Plaintiffs' Counsel") by, among other things, filing an amended complaint, successfully defeating a motion to dismiss, successfully moving for class certification, propagating and responding to discovery requests, and reviewing produced documents.

2.	Pomerantz, Bramlett, Schall, and Holzer extensively investigated the facts at issue in this litigation, and each of the firms was involved in drafting and reviewing all court filings. Plaintiffs' Counsel worked efficiently together, and there was minimal (if any) unnecessary duplication in prosecuting this Action.

3.	This Action lasted over two years. The "Summary of the Litigation and Settlement" section of Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation (beginning on p. 3 thereof) and the memoranda in support of the Motions accurately provides highlights of the prosecution of the Action.

4.	Defendants were represented by prominent law firms and spared no expense in aggressively defending against the claims brought. After the motion to dismiss was denied, the Parties participated in two mediation sessions before Jed D. Melnick, Esq., an experienced JAMS mediator and engaged in six-months of arm's length negotiations culminating in the proposed Settlement.

2

5.     Plaintiffs' Counsel participated in the mediation that gave rise to the Settlement, and in other settlement discussions. There has been no collusion or complicity of any kind in connection with negotiations for, or the agreement to, settle this class action. All settlement negotiations in this case were conducted at arms'-length by adverse, represented parties. During and after mediation, the Parties had several extended debates about the strengths and weaknesses of each other's case and the counterarguments thereto. Substantial settlement discussions also took place in the mediation process.

6.     In light of, *inter alia*, the discovery taken and the thorough factual and legal investigations, as well as Plaintiffs' Counsel's comprehensive understanding of the law and legal experience , Plaintiffs' Counsel respectfully submits that the Settlement is not only fair, reasonable and adequate, but that it represents a favorable result for the Settlement Class considering, *inter alia*, the risks of litigation and the likelihood of potential outcomes that could result if Plaintiffs were to pursue their claims to judgment, as discussed in greater detail in the memoranda in support of the Motions. To avoid any doubt, Plaintiffs' Counsel believes that all relief requested in the pending Motions is fair and reasonable, and that the Motions should be approved.

7.     We also note that upon reaching an agreement in principle which led to the Settlement, the Parties continued to negotiate the terms of the Settlement for a considerable amount of time. Additionally, we each believe that given the nature of the claims pursued, the legal uncertainties facing Class Counsel, the eminently qualified counterparts on the defense side, and most importantly, the excellent results achieved, the requested fee and reimbursement of expenses are fair and reasonable.

8.     All conditions of the Preliminary Approval Order are met. Defendants issued the required CAFA Notice, and Plaintiffs caused the Postcard Notice to be issued and the summary

notice to be published as demonstrated by the Declaration of Luiggy Segura Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion (the "JND Declaration") (the "JND Declaration") attached hereto as Exhibit 1.

9. No objection to the Settlement has been received. Two exclusions are described in the JND Declaration. Plaintiffs will respond to any objections received as provided for in the Preliminary Approval Order.

10. As set forth in their declarations of Brian Calandra, Paul Kent Bramlett, Brian J. Schall, and Cory D. Holzer, which are attached as Exhibits 2-5, counsel has incurred the following fees and expenses in prosecuting the Action on a fully contingent basis:

| Firm | Hours | Lodestar | Expenses |
|---|---|---|---|
| Pomerantz LLP | 1447.38 | $1,242,731.25 | $364,199.04 |
| Bramlett Law Offices | 133.4 | $143,500.00 | 0 |
| The Schall Law Firm | 71.25 | $53,775.00 | $1,157.29 |
| Holzer & Holzer, LLC | 157.25 | $119,028.75 | $300.11 |
| **Total:** | **1809.28** | **1,559,035.00** | **$365,656.44** |

11. Pomerantz seeks a total $365,656.44 in out-of-pocket expenses reasonably and necessarily incurred by in connection with commencing, litigating, and settling the claims asserted in the Action. The following is a combined breakdown by category of all expenses incurred by Lead Counsel:

| CATEGORY OF EXPENSE | AMOUNT |
|---|---|
| CLERICAL OVERTIME | $911.20 |
| CLERK/COURT FILING FEES | $1,104.50 |
| COMPUTER RESEARCH | $7,944.10 |
| DAMAGES EXPERTS | $67,502.75 |
| DEPOSITION FEES | $7,464.90 |
| DISCOVERY DATABASE | $2,436.70 |
| CLASS CERTIFICATION EXPERT | $188,701.50 |
| INVESTIGATOR FEES | $25,220.10 |
| MEALS AND CONFERENCE | $1,220.06 |

4

| | |
|---|---|
| MEDIATOR FEES | $54,433.88 |
| PHOTOCOPYING | $308.80 |
| POSTAGE AND OVERNIGHT MAIL | $154.70 |
| PRESS RELEASES & NEWSWIRES | $2,016.50 |
| PROCESS SERVER | $485.00 |
| TRAVEL | $4,294.35 |
| **GRAND TOTAL** | **$364,199.04** |

12. To date, no objection has been raised as to expenses. If any objection to the request for reimbursement of expenses is made after the date of this filing, Lead Counsel will address it in their reply papers.

13. Plaintiffs' Counsel has worked closely with Plaintiffs. Each Plaintiff devoted substantial effort and time assisting in the prosecution of this case, as set forth in their declarations, which are attached as Exhibits 6-7 hereto (the Declarations of Firas Jabri and Jean Nicolas-Tremblay, respectively). Each Plaintiff communicated regularly with Counsel, and was well-informed about the case. Each Plaintiff attests to his involvement in prosecuting the Settlement Class's claims. Plaintiffs' Counsel believes that Plaintiffs made significant contributions to the litigation of this action by stepping forward to lead this Action, participating in discovery by producing documents, answering interrogatories and sitting for deposition, and conferring with us throughout over two years of litigation. We believe the compensation awards requested on behalf of each Plaintiff re fair and reasonable.

I declare that the foregoing is true and correct under penalty of perjury of the laws of the United States of America under 28 U.S.C. § 1746.

Executed: August 28, 2023

*/s/ Brian Calandra*
Brian Calandra

5

# CERTIFICATE OF SERVICE

This is to certify that I have filed the above and foregoing Declaration of Brian Calandra in support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and Plaintiffs' unopposed motion for an award of attorneys' fees, reimbursement of expenses, and compensatory award to class representative on the Court's CM/ECF filing system, which will serve all counsel of record as follows:

Benjamin A. Gastel
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: beng@bsjfirm.com

Jacob A. Walker
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jake@blockleviton.com

James Gerard Stranch , IV
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: gerards@bsjfirm.com

Jeffrey C. Block
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jeff@blockleviton.com

Stephen J. Teti
Block & Leviton LLP
260 Franklin Street

Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: steti@blockleviton.com

Larry Russell Belk , Jr.
Sutherland & Belk, PLC
2505 21st Avenue South
Suite 400
Nashville, TN 37212
(615) 846-6200
Fax: (615) 208-2255
Email: russell@sbinjurylaw.com

James A. Holifield , Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
(865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com

Brian Peter Calandra
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(646) 581-9958
Email: bcalandra@pomlaw.com

Brian Schall
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(310) 301-3335
Email: brian@schallfirm.com

Paul Kent Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215

(615) 248-2828
Fax: (866)816-4116
Email: pknashlaw@aol.com

Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: lrosen@rosenlegal.com

Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: pkim@rosenlegal.com

Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (866) 816-4116
Email: robert@bramlettlawoffices.com

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP (Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
Fax: (615) 252-3798
Email: cwood@rgrdlaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202

Fax: (615) 252-3798
Email: jmartin@barrettjohnston.com

Mark S. Reich
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mreich@rgrdlaw.com

Mary K. Blasy
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mblasy@rgrdlaw.com

Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com

Corey D. Holzer
Holzer & Holzer, LLC
211 Perimeter Center Parkway
Suite 1010
Atlanta, GA 30346
(770) 392-0090
Fax: (770) 392-0029
Email: cholzer@holzerlaw.com

J. Alexander Hood , II
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665

9

Email: ahood@pomlaw.com

Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

Britt K. Latham
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-6200
Email: blatham@bassberry.com

Jed M. Schwartz
Milbank LLP
53 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: jschwartz@milbank.com

Scott A. Edelman
Milbank LLP
53 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: sedelman@milbank.com

John Tate Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203

(615) 983-8900
Fax: (615) 682-8533
Email: john@spragenslaw.com

Saul C. Belz
Glankler Brown, PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119
(901) 576-1741
Fax: (901) 576-2389
Email: sbelz@glankler.com

Tara L. Swafford
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, TN 37064
(615) 599-8406
Fax: (615) 807-2355
Email: tara@swaffordlawfirm.com

Charles F. Barrett
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
Fax: (615) 726-0573
Email: cbarrett@nealharwell.com

SO CERTIFIED this 28th day of August 2023

/s/ *Brian Calandra*
Brian Calandra

11