# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

TIMOTHY BOND,

Lead Plaintiff

and

JEAN-NICOLAS TREMBLAY

Named Plaintiff,

individually and on behalf of all others similarly situated,

v.

CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER and CHAMATH PALIHAPITIYA,

Defendants.

Case No. 3:21-cv-00096-AT-AN

**DECLARATION OF LUIGGY SEGURA REGARDING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON EXCLUSION REQUESTS AND OBJECTIONS**

I, Luiggy Segura, declare as follows:

1. I am the Vice President of Securities Class Actions at JND Legal Administration ("JND"). Pursuant to the Court's May 26, 2023 Order Preliminarily Approving Settlement and Providing for Notice (ECF 132) (the "Preliminary Approval Order"), JND was appointed to act as

the Claims Administrator in connection with the above-captioned Action.[1] I submit this declaration to provide the Court and the Parties with information regarding the mailing of the Postcard, the publication of the Summary Notice, as well as updates concerning other aspects of the settlement administration process. The following statements are based on my personal knowledge and information provided to me by other experienced JND employees working under my supervision, and, if called as a witness, I could and would testify competently thereto.

**MAILING OF THE POSTCARD NOTICE**

2. Pursuant to the Preliminary Approval Order, on June 9, 2023, JND received files (the "Transfer Agent List") from Lead Counsel, provided by Defendants' Counsel, that contained a shareholder list and securities position report for Clover. JND extracted the records from the file received and, after clean-up and de-duplication, there remained a total of 50 unique names and addresses. Prior to mailing the Postcard to individuals and entities on the Transfer Agent List, JND verified the mailing records through the National Change of Address ("NCOA") database to ensure the most current addresses were being used.

3. JND also researched filings with the U.S. Securities and Exchange Commission ("SEC") on Forms 13-F to identify institutions or entities that may have purchased or acquired Clover securities during the Settlement Class Period. Based on this research, an additional 269 address records were added to the list of potential Settlement Class Members.

4. As in most actions of this nature, a large majority of potential class members are expected to be beneficial owners whose securities are held in "street name," *i.e.*, the securities are owned by brokerage firms, banks, institutions or other third-party nominees in the name of the nominee, on behalf of the beneficial owners. JND maintains a proprietary database with the names

[1] All capitalized terms are defined in the Stipulation of Agreement of Settlement (ECF 130-1) (the "Stipulation"), dated May 19, 2023.

and addresses of the most common banks and brokerage firms, nominees and known third party filers ("Broker Database").

5. Based on all the source of information described above, on June 28, 2023, JND mailed a total of 4,398 Postcard Notices via First-Class to potential Settlement Class Members (the "Initial Mailing"). A copy of the Postcard is attached hereto as Exhibit A.

6. JND also provided a copy of the Long-Form Notice to the Depository Trust Company ("DTC") for posting on its Legal Notice System ("LENS"). The LENS may be accessed by any broker or other nominee that is a participant in DTC's security system. The Long-Form Notice was posted on DTC's LENS on June 27, 2023.

7. Pursuant to the Preliminary Approval Order, brokers and nominees who purchased or otherwise acquired Clover securities during the Settlement Class Period for the benefit of another person or entity shall (a) within seven (7) calendar days of receipt of the Postcard request from the Claims Administrator sufficient copies of the Postcard to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of the Postcard, send a list of names and addresses of all such beneficial owners to the Claims Administrator in which event the Claims Administrator shall promptly mail the Postcard to such beneficial owners.

8. In a further attempt to garner broker responses, JND mailed reminder postcards to all the entities in the JND Broker Database who had not responded to the mailing. The reminder postcard advised them of their obligation to notice their clients. Additionally, over the course of several weeks JND followed up by telephone and/or email with the top broker/nominees from the JND Broker Database.

9. Through August 25, 2023, JND mailed an additional 48,838 Postcards to potential Settlement Class Members whose names and addresses were received from individuals, entities, or nominees requesting that a Postcard be mailed to such persons and mailed another 202,110 Postcards to nominees who requested copies of the Postcard so that they could forward the copies to their customers. Each of the requests was responded to in a timely manner.

10. As a result of the efforts described above, as of August 25, 2023, JND mailed a total of 255,346 Postcards to potential Settlement Class Members and their nominees.[2]

**PUBLICATION OF THE SUMMARY NOTICE**

11. Pursuant to ¶7(d) of the Preliminary Approval Order, JND caused the Summary Notice to be published once in *Investor's Business Daily* on July 24, 2023 and to be transmitted once over *PR Newswire* on July 28, 2023. Attached hereto as Exhibit B are the confirmations of the *Investor's Business Daily* and the *PR Newswire*.

**TELEPHONE HOTLINE**

12. JND maintains a toll-free telephone number (1-877-381-0387) for Settlement Class Members to call and obtain information about the Settlement, request a Long-Form Notice and Proof of Claim and Release Form (the "Claim Form"), and/or seek assistance from a live operator during regular business hours. As of August 25, 2023, JND received a total of 680 calls to the telephone hotline. JND has promptly responded to each telephone inquiry and will continue to address potential Settlement Class Member inquiries.

2 In addition, JND has re-mailed 259 Postcards to persons whose original mailings were returned by the U.S. Postal Service ("USPS") as undeliverable and for whom updated addresses were provided to JND by the USPS and advanced address searches.

## SETTLEMENT WEBSITE

13. To further assist potential Settlement Class Members, JND, in coordination with Lead Counsel, designed, implemented, and currently maintains a website dedicated to the Settlement, www.CloverHealthSecuritiesLitigation.com (the "Settlement Website"). The Settlement Website became operational on or about June 28, 2023 and is accessible 24 hours a day, 7 days a week. Among other things, the Settlement Website includes general information regarding the Settlement such as the current status and important deadlines, and a link to file an online claim. JND also posted copies of the Long-Form Notice, Claim Form, Preliminary Approval Order, Stipulation, and other relevant documents on the Settlement Website. The Settlement Website also provides potential Settlement Class Members the option to submit their Claim online. The Settlement Website will continue to be updated with relevant court documents and case updates. As of August 25, 2023, the Settlement Website has received 10,117 visitors.

## REPORT ON EXCLUSION REQUESTS AND OBJECTIONS

14. The Postcard Notice directed potential Settlement Class Members to the Long-Form Notice if they decided to submit a request for exclusion. The Long-Form Notice informs potential Settlement Class Members that requests for exclusion from the Settlement Class are to be addressed to Clover Health Securities Litigation, ATTN: EXCLUSIONS, c/o JND Legal Administration, P.O. Box 91462, Seattle, WA 98111, such that they are received no later than September 11, 2023. As of August 25, 2023, JND has received two (2) timely requests for exclusion. Attached hereto as Exhibit C are the exclusion requests.[3]

15. The Long-Form Notice informs potential Settlement Class Members that all objections to the proposed Settlement must be received by the Court, Lead Counsel, and

[3] Sensitive information has been redacted from the exclusions.

Defendants' counsel by September 11, 2023. While JND was not listed to be the recipient of objections, as of August 25, 2023, JND has not received and is not aware of any objections to the Settlement.

16. JND will submit a supplemental declaration addressing any exclusion requests or objections received after the execution of this declaration and the September 11, 2023 deadline.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2023, at New Hyde Park, New York.

Luiggy Segura

Luiggy Segura

# EXHIBIT A

COURT-ORDERED LEGAL NOTICE
FORWARDING SERVICE REQUESTED

# *Bond v. Clover Health Investments, Corp., et al,*

***3:21-cv-00096 (M.D. Tenn.)***

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*This Notice may affect your legal rights. You may be entitled to a payment from this securities class action settlement.*

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*

*PLEASE VISIT*
WWW.CLOVERHEALTHSECURITIESLITIGATION.COM
*OR CALL 1-877-381-0387 FOR MORE INFORMATION.*

*Clover Health Securities Litigation*
c/o JND Legal Administration
P.O. Box 91462
Seattle, WA 98111X

Postal Service: Please do not mark barcode

The U.S. District Court for the Middle District of Tennessee ("Court") has preliminarily approved a Settlement of claims against Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III ("Clover"), and certain of its current and/or former officers and directors (collectively, "Defendants"). Plaintiffs allege that Defendants made public statements at certain times in 2020-2021 that were materially false and misleading or omitted material information, causing damages to persons who purchased or otherwise acquired Clover securities. Defendants deny any wrongdoing.

You received this notice because you or someone in your family or household may have purchased or acquired Clover securities, including common stock or warrants between October 6, 2020 and February 3, 2021, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for dismissal and release of claims known or unknown against Defendants, Defendants will pay or cause to be paid into a settlement fund $22,000,000 ("Settlement Fund"). The Settlement Fund, less attorneys' fees and expenses, and a compensatory award to Lead and Named Plaintiffs, will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement and Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") in any of the following ways: (1) by mail: Clover Health Securities Litigation, c/o JND Legal Administration, PO Box 91462, Seattle, WA 98111; (2) by phone: toll free, 1-877-381-0387; (3) by email: info@CloverHealthSecuritiesLitigation.com; or (4) by visiting the website: www.CloverHealthSecuritiesLitigation.com.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. PROOFS OF CLAIM ARE DUE **POSTMARKED BY OCTOBER 9, 2023** TO: CLOVER HEALTH SECURITIES LITIGATION, C/O JND LEGAL ADMINISTRATION, PO BOX 91462, SEATTLE, WA 98111, OR **SUBMITTED ONLINE BY OCTOBER 9, 2023** AT WWW.CLOVERHEALTHSECURITIESLITIGATION.COM. **If you DO NOT want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class by September 11, 2023 or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by September 11, 2023. The Notice and Stipulation of Settlement explain how to opt-out or to object.**

The Court will hold a hearing in this case on **October 2, 2023 at 3:30 p.m**. at 719 Church Street, Courtroom 6C, Nashville, TN 37203, to consider whether to approve the Settlement, the Plan of Allocation, a request by Lead Counsel for attorneys' fees up to 25%, plus actual expenses up to $500,000, and compensatory awards to Lead Plaintiffs not to exceed $100,000 collectively ("Final Approval Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. For more information, call 1-877-381-0387, or visit the website, www.CloverHealthSecuritiesLitigation.com.

# EXHIBIT B

## Top Growth Funds

Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mo | Performance Rating 36 mos | $ Net Assets |
|---|---|---|---|
| Rydex:NASDAQ 2x | +39 | A | 544.20 mil |
| ProFunds:UltraNASDAQ | +39 | A | 630.70 mil |
| Baron Partners Fund | +29 | A+ | 2.874 bil |
| Morg Stan I:Inc | +28 | D- | 173.40 mil |
| Baron Fifth Ave Gro | +25 | E | 312.50 mil |
| Fairholme:Fairholme | +25 | A+ | 1.174 bil |
| Opportunity | +23 | C+ | 560.80 mil |
| Baron Opportunity | +23 | B- | 495.80 mil |
| Virtus:Zeven Inn GrSt | +23 | E | 329.40 mil |
| Transam:Cap Growth | +22 | E | 381.40 mil |
| Morg Stan Insight | +22 | E | 763.10 mil |
| Morg Stan I:Growth | +22 | E | 1.719 bil |
| Fidelity BlueChip G;Series | +22 | A- | 9.105 bil |
| Fidelity Blue Chip Gr | +21 | A- | 39.635 bil |
| FidelityAdv Srs Gro Opp | +20 | B- | 762.50 mil |
| TRowePrice Glbl Tech | +20 | E | 2.295 bil |
| Morg Stan I:Disc | +20 | E | 454.60 mil |
| Touchstone:Sel Gro | +20 | E | 646.00 mil |
| Fidelity Adv Gr Opp | +20 | C+ | 7.046 bil |
| Value Line Lg Co Fc | +19 | D+ | 248.00 mil |
| Victory NASDAQ-100 Ix | +19 | A- | 3.801 bil |
| Rydex:NASDAQ-100 | +19 | A- | 1.258 bil |
| Marsico Inv Fd:Foc | +19 | B | 566.10 mil |
| Marsico Inv Fd:Grow | +19 | C+ | 245.80 mil |
| Virtus:Silvant FG | +18 | B+ | 591.50 mil |

| U.S. Stock Fund Cash Position | High (11/00) 6.2% | | | Low (12/21) 1.5% | |
|---|---|---|---|---|---|
| 21-Nov | 1.70% | 22-May | 2.20% | 22-Nov | 2.50% |
| 21-Dec | 1.50% | 22-Jun | 2.40% | 22-Dec | 2.40% |
| 22-Jan | 1.80% | 22-Jul | 2.40% | 23-Jan | 2.30% |
| 22-Feb | 1.90% | 22-Aug | 2.50% | 23-Feb | 2.26% |
| 22-Mar | 2.00% | 22-Sep | 2.50% | 23-Mar | 2.17% |
| 22-Apr | 2.10% | 22-Oct | 2.50% | 23-Apr | 2.22% |

## Top Growth Funds

Last 3 years (all total returns)

| Mutual Fund | % Change YTD | Performance Rating 3 years | $ Net Assets |
|---|---|---|---|
| Third Avenue:Value | +18 | A+ | 677.90 mil |
| Oberweis:Micro-Cap | +21 | A+ | 155.60 mil |
| Hennessy:Crnst MdCp | +24 | A+ | 224.00 mil |
| Hotchkis:Sm Cap Val | +13 | A+ | 574.70 mil |
| Avantis US SCV | +11 | A+ | 372.90 mil |
| Undsc Mgr:Beh Val | +7 | A+ | 2.291 bil |
| Kinetics:SC Oppty | -20 | A+ | 212.70 mil |
| Victory:Integrity SCV | +11 | A+ | 691.20 mil |
| Oberweis:Sm-Cap Opp | +18 | A+ | 164.40 mil |
| Baron Partners Fund | +47 | A+ | 2.874 bil |
| SouthernSun SC | +16 | A+ | 311.60 mil |
| Victory:Integ SMCV | +12 | A+ | 175.10 mil |
| Fidelity Value Strat | +13 | A+ | 502.10 mil |
| Royce Fd:SC Oppty | +15 | A+ | 823.40 mil |
| Fidelity Value Fund | +11 | A+ | 6.6 bil |
| Hennessy:Crnst Gro | +11 | A+ | 126.40 mil |
| Fidelity Adv Val | +12 | A+ | 151.30 mil |
| Columbia:SmCp Val I | +13 | A+ | 488.60 mil |
| Fidelity Adv SC Val | +11 | A+ | 1.061 bil |
| Fidelity Sm Cap Val | +11 | A+ | 2.36 bil |
| Amer Cent:SC Val | +11 | A+ | 1.863 bil |
| Hodges Small Cap | +16 | A+ | 129.10 mil |
| Victory:RS Partners | +11 | A+ | 206.50 mil |
| Principal:SCV II | +13 | A+ | 133.90 mil |
| Am Beacon:SC Val | +12 | A+ | 1.966 bil |

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IN RE ZUORA, INC. DERIVATIVE LITIGATION

This Document Relates To: ALL ACTIONS.

Lead Case No. 3:19-cv-05701-SI (Consolidated with Case No. 3:19-cv-05702-SI)

SUMMARY NOTICE OF PENDENCY PROPOSED SETTLEMENT OF DERIVATIVE MATTERS

**TO: ALL CURRENT RECORD HOLDERS AND BENEFICIAL OWNERS OF ZUORA, INC. ("ZUORA" OR THE "COMPANY") COMMON STOCK AS OF MAY 9, 2023 ("CURRENT ZUORA SHAREHOLDERS")**

YOU ARE HEREBY NOTIFIED, pursuant to the July 14, 2023 Preliminary Approval Order entered in the above-captioned shareholder derivative action, that a Stipulation and Agreement of Settlement dated May 9, 2023 (the "Stipulation" or "Settlement")[1] has been entered to resolve all shareholder derivative claims pending on behalf of nominal defendant Zuora pending in several related shareholder derivative actions in state and federal courts (the "Litigation").

In the Litigation, Plaintiffs allege, as reflected in the shareholder derivative complaints, that the Individual Defendants breached their fiduciary duties to Zuora by making or causing Zuora to make false and misleading statement that represented that data generated by Zuora Billing was easily integrated into Zuora RevPro, thereby streamlining a customer's bookkeeping. Plaintiffs further allege that, in truth, customers needed to either manually export billing data from Zuora Billing and then manually input it into Zuora RevPro, or create their own integration software, which was expensive and time-consuming, and thus a key benefit of the Company's software was not as advertised. Plaintiffs allege in the Litigation that the Individual Defendants failed to disclose material issues with the Company's primary products, and, as a result, the price of the Company's securities during and after the initial public offering of its common stock was artificially inflated. The Individual Defendants have denied, and continue to deny, each and every claim and contention alleged by Plaintiffs in the Litigation and deny any and all allegations of fault, wrongdoing, liability, or damages whatsoever.

In connection with, and conditioned upon, the Settlement, Zuora has agreed to implement and/or maintain corporate governance measures, as defined and set forth in the Stipulation. The independent non-defendant members of Zuora's Board have determined that the Settlement is in the best interests of Zuora and its shareholders and unanimously approved the Settlement. The Defendants dispute the allegations in the Litigation and enter into the Stipulation and Settlement without in any way acknowledging any fault, liability, or wrongdoing of any kind.

On September 15, 2023, at 10:00 a.m., San Francisco Courthouse, Courtroom 1 – 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable Judge Susan Illston will hold a hearing (the "Settlement Hearing") in the Action. The purpose of the Settlement Hearing is to determine, pursuant to Federal Rule of Civil Procedure 23.1: (i) whether the terms of the Settlement are fair, reasonable, and adequate and should be approved; (ii) whether the notice of the Settlement to Current Zuora Shareholders fully satisfied the requirements of Federal Rule of Civil Procedure 23.1 and the requirements of due process; (iii) whether a final judgment should be entered; (iv) whether the separately negotiated and agreed Fee and Expense amount of $2 million to be paid to Plaintiffs' counsel by Zuora's insurers should be approved; (v) whether Service Awards in the amount of up to $2,000 for each of the seven Plaintiffs, to be paid out of the Fee and Expense Amount, should be approved; and (vi) such other matters as may be necessary or proper under the circumstances.

The Court may: (i) approve the Settlement, with such modifications as may be agreed to by counsel for the Settling Parties consistent with such Settlement, without further notice to Current Zuora Shareholders; (ii) continue or adjourn the Settlement Hearing from time to time, by oral announcement at the hearing or at any adjournment thereof, without further notice to Current Zuora Shareholders; and (iii) conduct the Settlement Hearing remotely without further notice to Current Zuora Shareholders. If you intend to attend the Settlement Hearing, please consult the Court's calendar and/or the website of Zuora (http://investor.zuora.com) for any change in date, time or format of the Settlement Hearing.

**PLEASE READ THIS SUMMARY NOTICE CAREFULLY AND IN ITS ENTIRETY. IF YOU ARE A CURRENT ZUORA SHAREHOLDER, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE ACTION.**

This is a summary notice only. For additional information about the claims asserted in the Action and the terms of the proposed Settlement, please refer to the documents filed with the Court in the Action, the Stipulation and its exhibits (they are filed as an exhibit to [the Company's Current Report on Form 8-K/quarterly report on Form 10-Q/annual report on Form 10-K] filed with the Securities and Exchange Commission and available at www.sec.gov), and the full length Notice of Pendency and Proposed Settlement of Derivative Matters (the "Notice"). The "Investor Relations" section of Zuora website (http://investor.zuora.com) provides hyperlinks to the Notice and to the Stipulation and its exhibits.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS SUMMARY NOTICE.**

If you have any questions about matters in this Summary Notice you may contact Timothy Brown, The Brown Law Firm, P.C., 767 Third Avenue, Suite 2501, New York, NY 10017, Telephone: (516) 922-5427, E-mail: tbrown@thebrownlawfirm.net; or Phillip Kim, The Rosen Law Firm, P.A., 275 Madison Avenue, 40th Floor, New York, NY 10016, Telephone: (212) 686-1060, E-mail: pkim@rosenlegal.com.

If you are a current Zuora shareholder, you will be bound by the Order and Final Judgment of the Court granting final approval of the Settlement and shall be deemed to have waived the right to object (including the right to appeal) and forever shall be barred, in this proceeding or in any other proceeding, from raising such objection. ***Any objections to the Settlement must be filed on or before August 17, 2023,*** in accordance with the procedures set forth in the Notice.

DATED: July 14, 2023

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[1] Except as otherwise defined herein, all capitalized terms shall have the same meanings as set forth in the Stipulation.

## LEGAL NOTICE

**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE**

TIMOTHY BOND, Lead Plaintiff and JEAN-NICOLAS TREMBLAY Named Plaintiff, individually and on behalf of all others similarly situated, v.

CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, AND CHAMATH PALIHAPITIYA, and JOE WAGNER, Defendants

**Case No. 3:21-cv-00096-AT-AN**

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT OF CLASS ACTION; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO: All persons and entities who, during the period from October 6, 2020 and February 3, 2021, both dates inclusive (the "Settlement Class Period"), purchased or otherwise acquired Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III ("Clover") securities (the "Settlement Class"):**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Middle District of Tennessee, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class as set forth in the full printed Notice Of (I) Pendency Of Class Action, Certification Of Settlement Class, And Proposed Settlement of Class Action; (II) Settlement Hearing; And (III) Motion For An Award Of Attorneys' Fees And Reimbursement Of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $22,000,000.00 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on **October 2, 2023 at 3:30 p.m.**, before the Honorable Aleta Trauger at the United States District Court for the Middle District of Tennessee, Fred D. Thompson U.S. Courthouse and Federal Building, Courtroom 6C, 719 Church Street, Nashville, TN 37203, or by telephonic, video conferencing or other electronic means, as posted on the website of the Claims Administrator. The hearing will determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation And Agreement Of Settlement (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved, and (v) whether to award Plaintiffs out of the Settlement Fund pursuant to 15 U.S.C. §78u-4(a)(4) in connection with their representation of the Settlement Class and, if so, in what amount.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at Clover Health Securities Litigation, c/o Clover Health Securities Litigation, c/o JND Legal Administration, PO Box 91462, Seattle, WA 98111, toll free on 1-877-381-0387, or via email at info@CloverHealthSecuritiesLitigation.com. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.CloverHealthSecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be potentially eligible to receive a payment under the proposed Settlement, you must submit a Claim Form ***postmarked* no later than October 9, 2023**. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is ***received* no later than September 11, 2023,** in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that they are ***received* no later than September 11, 2023**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Clover, or Defendants' counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator**

Requests for the Notice and Claim Form should be made to:

Clover Health Securities Litigation
c/o JND Legal Administration
PO Box 91462
Seattle, WA 98111
info@CloverHealthSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

POMERANTZ LLP
Brian Calandra
600 Third Avenue, 20th Floor
New York, NY 10016
bcalandra@pomlaw.com

By Order of the Court
United States District Court
Middle District of Tennessee

**www.CloverHealthSecuritiesLitigation.com 1-877-381-0387**

Case 3:21-cv-00096 Document 140-1 Filed 08/28/23 Page 12 of 20 PageID #: 3527

©2023 Investor's Business Daily, LLC. All rights reserved.

# Summary Notice of Pendency and Proposed Settlement of Class Action for All Purchasers or Acquirers of Clover Health Investments, Corp. Securities

NEWS PROVIDED BY
**JND Legal Administration** →
28 Jul, 2023, 09:25 ET

SEATTLE, July 28, 2023 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| TIMOTHY BOND, | ) | |
| | ) | |
| | ) | |
| Lead Plaintiff | ) | |
| | ) | |
| and | ) | **Case No. 3:21-cv-00096-AT-AN** |
| | ) | |
| JEAN-NICOLAS TREMBLAY | ) | |
| | ) | |
| Named Plaintiff, | ) | |
| | ) | |
| individually and on behalf of all others similarly situated, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA, and JOE WAGNER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT OF CLASS ACTION; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO: All persons and entities who, during the period from October 6, 2020 and February 3, 2021, both dates inclusive (the "Settlement Class Period"), purchased or otherwise acquired Clover Health Investments, Corp. f/k/a Social Capital Hedosophia Holdings Corp. III ("Clover") securities (the "Settlement Class"):**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Middle District of Tennessee, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class as set forth in the full printed Notice Of (I) Pendency Of Class Action, Certification Of Settlement Class, And Proposed Settlement of Class Action; (II) Settlement Hearing; And (III) Motion For An Award Of Attorneys' Fees And Reimbursement Of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $22,000,000.00 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on **October 2, 2023 at 3:30 p.m**., before the Honorable Aleta Trauger at the United States District Court for the Middle District of Tennessee, Fred D. Thompson U.S. Courthouse and Federal Building, Courtroom 6C, 719 Church Street, Nashville, TN 37203, or by telephonic, video conferencing or other electronic means, as posted on the website of the Claims Administrator. The hearing will determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation And Agreement Of Settlement (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved, and (v) whether to award Plaintiffs out of the Settlement Fund pursuant to 15 U.S.C. §78u-4(a)(4) in connection with their representation of the Settlement Class and, if so, in what amount.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at Clover Health Securities Litigation , c/o Clover Health Securities Litigation, c/o JND Legal Administration, PO Box 91462, Seattle, WA 98111, toll free on 1-877-381-0387, or via email at info@CloverHealthSecuritiesLitigation.com Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.CloverHealthSecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be potentially eligible to receive a payment under the proposed Settlement, you must submit a Claim Form ***postmarked*** **no later than October 9, 2023**. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is ***received*** **no later than September 11, 2023,** in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that they are ***received*** **no later than September 11, 2023**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Clover, or Defendants' counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

Clover Health Securities Litigation
c/o JND Legal Administration
PO Box 91462
Seattle, WA 98111
info@CloverHealthSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

POMERANTZ LLP
Brian Calandra
600 Third Avenue, 20th Floor

New York, NY 10016

bcalandra@pomlaw.com

By Order of the Court

United States District Court

Middle District of Tennessee

SOURCE JND Legal Administration



PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

# EXHIBIT C

# Exclusion Request from the Settlement Class



A Mokrushin

Tue 8/15/2023 3:54 AM

To:INFO@cloverhealthsecuritieslitigation.com <INFO@cloverhealthsecuritieslitigation.com>

Hi,

I would like to exclude myself from the Clover Health Securities Litigation Settlement Class / Bond v. Clover Health Investments, Corp., et al.



A Mokrushin
Roseville, CA

Cordially,
Artur Mokrushin

# ATTN: EXCLUSIONS, c/o JND Legal Administration

[redacted]Molesti <[redacted]>
Sat 8/19/2023 4:20 PM

To:INFO@cloverhealthsecuritieslitigation.com <INFO@cloverhealthsecuritieslitigation.com>

**Dear all,**
**I just received the note about the CHS litigation**

**Unfortunately I have never purchased or otherwise acquired Clover securities, I just checked on my order history as well so I can confirm it for sure.**

**I would like to exclude myself from the THE SETTLEMENT CLASS by submitting with this email a written request for exclusion**

**Thank you very much for your cooperation**
**Buona serata**

**F[redacted]Molesti**
[redacted]
[redacted] **Milan, Italy**