# EXHIBIT 7

DocuSign Envelope ID: 837C4D43-025B-431B-86A4-A64146D37D9B

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY BOND, Individually and on behalf of all others similarly situated, | Civil Action No. 3:21-cv-00096-AT-AN |
| Lead Plaintiff, | |
| and | |
| JEAN-NICOLAS TREMBLAY | |
| Named Plaintiff, | |
| individually and on behalf of all others similarly situated, | |
| v. | |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, AND CHAMATH PALIHAPITIYA, and JOE WAGNER, | |
| Defendants. | |

## DECLARATION OF JEAN-NICOLAS TREMBLAY

I, Jean-Nicolas Tremblay, declare as follows:

1.       I submit this declaration to provide the Court with a description of my efforts in pursuit of this Action, and to express my support for the proposed Settlement, attorneys' fees and expenses, and my request for an award pursuant to the Private Securities Litigation Reform Act ("PSLRA").

2.       On May 26, 2023, and for settlement purposes only, the Court appointed Firas Jabri and me as Class Representatives for the Settlement Class.

3.       As set forth below, I closely monitored and participated in this Action. I was kept apprised of important developments in this matter and provided input on significant case decisions and events, including in connection with negotiations regarding the Settlement and ultimately resolving this Action.

## A. <u>My Oversight Of This Action</u>

4.       I actively monitored and oversaw this Action. Specifically, throughout the course of this litigation, I engaged in the following activities:

     a. regularly communicated with my lawyers at Pomerantz LLP ("Pomerantz") and Holzer & Holzer, LLC concerning developments in the case as well as strategic and other aspects of this litigation;

     b. requested and received regular updates on material events, such as the preparation of the complaint, my appointment as lead plaintiff, Defendants' motions (including their motion to dismiss), discovery developments, class certification matters, and discussions concerning the potential resolution of this matter;

     c. reviewed and discussed with counsel the preparation of various court papers, including the complaint, my motion for appointment as lead plaintiff, oppositions to Defendants' motion to dismiss, responses to discovery requests, and the class certification motion.

     d. gathered documents that were responsive to document requests, and worked through production issues with my counsel concerning the scope and manner of

DocuSign Envelope ID: 837C4D43-025B-431B-86A4-A64146D37D9B

production, as well as the issue of whether particular documents were, in fact, responsive;

e. extensively prepared for my deposition pursuant to the motion for class certification, which involved numerous communications with counsel by email, telephone and video conferencing during the weeks and days preceding the deposition, including full days of preparation before the deposition;

f. extensively discussed with counsel the potential damages reasonably achievable in this action; and

g. discussed, evaluated and approved the proposed Settlement for $22,000,000 in cash.

## B. <u>My Support Of The Settlement</u>

5. I fully support the proposed Settlement of this Action and believe that it is an excellent result for the Settlement Class.

6. I take seriously my role as Class Representative to ensure that the attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Class Counsel for the work involved and the substantial risks they undertook in litigating the Action. I evaluated Class Counsel's fee request by considering the work performed and by considering the substantial recovery obtained for the Settlement Class.

7. Class Counsel's fee request for 25% of the Settlement Fund is made in accordance with the retainer agreement I entered into with Pomerantz at the beginning of this Action. I have discussed the requested fee and expense application with Pomerantz and I believe that Class Counsel's application for attorney's fees is fair and reasonable in light of work performed by Class Counsel on behalf of the Settlement Class, and that the request for Class Counsel's litigation expenses is fair and reasonable. Thus, I support the request.

## C. **My Request for An Award Pursuant to The PSLRA**

8.      I am requesting an award of $20,000 for my efforts on behalf of the Class in this Action.

9.      I expended a total of 30 hours pursuing the claims in this Action. During the pendency of the Action, I was a lawyer studying and working towards completing a Master's Degree in tax law. I am currently a practicing lawyer and I earn $60 (Canadian) per hour for my time.

10.     The time I spent on this case includes activities such as communicating and consulting with my attorneys, preparing and sitting for deposition, and the other various activities outlined in Section A, above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __24__ day of August, 2023.

DocuSigned by:

F63821FC9D854C4...

JEAN-NICOLAS TREMBLAY