| | |
|---|---|
| TIMOTHY BOND, Individually and on behalf of all others similarly situated, | Civil Action No. 3:21-cv-00096-AT-AN |
| Lead Plaintiff, | |
| and | |
| JEAN-NICOLAS TREMBLAY | |
| Named Plaintiff, | |
| individually and on behalf of all others similarly situated, | |
| v. | |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, AND CHAMATH PALIHAPITIYA, and JOE WAGNER, | |
| Defendants. | |

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF CLASS REPRESENTATIVES' MOTIONS FOR (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND (II) AN AWARD OF ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND <u>COMPENSATORY AWARD FOR CLASS REPRESENTATIVES</u>**

Class Representatives Firas Jabri and Jean-Nicolas Tremblay ("Plaintiffs"), on behalf of itself and the Class, respectfully submits this memorandum of law in further support of (i) Class Representatives' Motion for Final Approval of Class Action Settlement (ECF Nos. 134, 138, 140); and (ii) Class Counsel's Motion for Award of Attorneys' Fees and Expenses and Compensatory Award to Plaintiffs'[1] (ECF Nos. 135, 139-40).

## I.  PRELIMINARY STATEMENT

Plaintiffs submit this memorandum to report on the results of the extensive Court approved settlement notice program, and additionally to inform the Court that after 256,646 Postcard Notices were sent out to potential Class Members there have been only three requests for exclusion and *zero objections* to the proposed Settlement, Plan of Allocation, Class Counsel's application for an award of attorneys' fees and reimbursement of costs and expenses, or to Plaintiffs' request for reimbursement of its reasonable costs and expenses. As set forth below, the reaction of the Class strongly supports the proposed Settlement, Plan of Allocation, award of attorneys' fees, and reimbursement of expenses to both Plaintiff and Class Counsel.

Based on the foregoing and the record in this Action, Plaintiff respectfully requests that the Court grant its motions.

## II.  THE REACTION OF THE CLASS SUPPORTS APPROVAL OF THE SETTLEMENT, THE PLAN OF ALLOCATION AND THE REQUESTED ATTORNEYS' FEES AND LITIGATION EXPENSES

In accordance with the Preliminary Approval Order (ECF No. 132), on June 28, 2023, the Court-appointed Claims Administrator, JND Legal Administration ("JNDLA"), began mailing copies of the Postcard Notice to potential Class Members and their nominees. *See* Declaration of Luiggy Segura Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Exclusion Requests and Objections ("Segura Decl.") (ECF No. 140-1), ¶¶5-10. JNDLA disseminated a total of 256,646 Postcards to potential Class Members and

---

[1] Unless otherwise defined, all capitalized terms used herein have the meaning ascribed to them in the Settlement Stipulation (ECF No. 130-1) or in the Declaration of Brian Calandra ("Calandra Declaration" or "Calandra Decl.") dated August 28, 2023. ECF No. 140.

nominees. *See* Segura Supp. Decl. Ex. 1. at ¶2. In addition, the Summary Notice was transmitted over *PR Newswire* on July 28, 2023 and was published once in Investor's Business Daily on July 24, 2023, and the Notice, Claim Form, Stipulation, and Preliminary Approval Order, among other documents, were posted on the website specifically created for the Settlement. Segura Decl. at ¶¶ 11-13. JNDLA also established a toll-free telephone number for potential Class Members to ask questions and obtain information. *Id*. at ¶12.

The Notice, Summary Notice and website (collectively, the "Notices") informed Class Members of the September 11, 2023 deadline to submit an objection to the Settlement, Plan of Allocation and/or Class Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses. The Notices stated that Class Members were required to send written notice of their objection to both the Court and to Class Counsel and Defendants' counsel such that any objections were served and received no later than September 11, 2023 in order to be able to appear and object to the Settlement. *Id*. at ¶14.

On August 28, 2023, Plaintiff and Class Counsel filed their opening papers in support of the Settlement, Plan of Allocation, and fee and expense request. The motions are supported by declarations of Plaintiffs, Class Counsel, and the Claims Administrator. These papers are available on the public docket. See ECF No. 140.

Following this extensive notice process, ***no objections*** have been received. *See* Supplemental Declaration of Luiggy Segura Regarding: (A) Continued Mailing of the Postcard Notice and (B) Report on Exclusion Requests and Objections ("Segura Supp. Decl."), ¶5; Supplemental Declaration of Brian Calandra, ¶3. In addition, only one valid request for exclusion has been received. Segura Supp. Decl. ¶4; Calandra Supp. Decl. ¶4.

Court have stated that "Class members' favorable reaction to the settlement 'is perhaps the ***most significant factor***" in assessing the fairness of a settlement. *Woburn Ret. Sys. v. Salix Pharms., Ltd*., 2017 U.S. Dist. LEXIS 132515, at *7 (S.D.N.Y. Aug. 18, 2017) (emphasis added) (citing *Wal-Mart, Inc. v. Visa U.S.A., Inc.,* 396 F.3d 96, 119 (2d Cir. 2005). *See also See D'Amato v. Deutsche Bank*, 236 F.3d 78, 86-87 (2d Cir. 2001) ("The District Court properly concluded that

2

this small number of objections [18 objections to settlement with 27,883 class notices sent] weighted in favor of the settlement."); *Precision Assocs. v. Panalpina World Transp., Ltd.*, 2013 U.S. Dist. LEXIS 121795, at *38 (E.D.N.Y. Aug. 27, 2013) (approving settlement where 183 members out of "hundreds of thousands" opted out, and two objected).

It is respectfully submitted that the fact that **not a single Class Member has objected to any aspect of the Settlement** weighs heavily in favor of approval of the Settlement and Plan of Allocation. *See In re Se. Milk Antitrust Litig.*, 2013 U.S. Dist. LEXIS 70163, at *19 (E.D. Tenn. May 17, 2013) ("The lack of objections by class members in relation to the size of the class highlights the fairness of the settlements to unnamed class members and supports approval of the settlements."); *Applegate-Walton v. Olan Mills, Inc.*, 2010 U.S. Dist. LEXIS 77965, at *5 (M.D. Tenn. Aug. 2, 2010) ("[t]he Court further finds that the absence of any objections to the settlement and significant support for the settlement by the Settlement Classes supports final approval of this Settlement"); *In re Veeco Instruments Sec. Litig.*, 2007 U.S. Dist. LEXIS 85629, at *40 (S.D.N.Y. Nov. 7, 2007) ("not one class member has objected to the Plan of Allocation which was fully explained in the Notice of Settlement sent to all Class Members. This favorable reaction of the Class supports approval of the Plan of Allocation.") (citation omitted); *Maley v. Del Glob. Techs. Corp.*, 186 F. Supp. 2d 358, 367 (S.D.N.Y. 2002) ("the favorable reaction of the Class supports approval of the proposed Plan of Allocation").

Similarly, in "determining the reasonableness of a requested fee, numerous courts have recognized that 'the lack of objection[s] from members of the class is one of the most important reasons,'" considered in approving a fee request. *In re Prudential Sec. Inc. Ltd. P'ship Litig.*, 985 F. Supp. 410, 416 (S.D.N.Y. 1997). The absence of any objections to the request for an award of attorneys' fees and expenses evinces strong support for the effort and results achieved by counsel and supports a finding that the requested fees and expenses are reasonable under the circumstances of this litigation. *See, e.g.*, *Lowther v. AK Steel Corp.*, 2012 U.S. Dist. LEXIS 181476, at *12 (S.D. Ohio Dec. 21, 2012) ("The deadline for objecting passed with no objection. The lack of objections is strong evidence of the acceptability of a fee request."); *In re Veeco*

3

*Instruments Sec. Litig.*, 2007 U.S. Dist. LEXIS 85554, at *32 (S.D.N.Y. Nov. 7, 2007) (the reaction of class members to a fee and expense request "is entitled to great weight by the Court" and the absence of any objection "suggests that the fee request is fair and reasonable") (citation omitted); *Maley*, 186 F. Supp. 2d at 374 (the lack of any objection to the fee request supported its approval). Consequently, this factor further supports the conclusion that Class Counsel's requested fees and expenses are fair and reasonable and should be approved.

The lack of any objections to Plaintiffs' request for reimbursement of its reasonable time and expenses incurred in prosecuting this action also demonstrates that the request is reasonable. *See In re Advanced Battery Techs., Inc. Sec. Litig.*, 298 F.R.D. 171, 184 (S.D.N.Y. 2014) (awarding lead plaintiffs' request for reimbursement of their costs and expenses, including lost wages, where class members were provided notice and did not object).

Accordingly, the Class Members' positive reaction to the Settlement strongly favors final approval of the Settlement and the Plan of Allocation, approval of Class Counsel's request for an award of attorneys' fees and expenses, and approval of the award to Plaintiff for serving as Plaintiffs'.

Only three requests for exclusion have been received prior to the September 11, 2023 deadline. The number of shares implicated by the sole valid request for exclusion were *de minimis*, totaling only 5 shares. *See* Calandra Supp. Decl., ¶5. The other two requests for exclusion were not accompanied by any transaction information, and thus are invalid. *See id.*, Segura Supplemental Decl. ¶4 & Ex. 1.

## III.    CONCLUSION

Accordingly, Plaintiff respectfully request that the Court (1) grant final approval of the Settlement; (2) enter the Proposed Final Judgment and Order of Dismissal with Prejudice (Exhibit B to the Supplemental Wernke Decl.); (3) award Class Counsel attorneys' fees in the amount of $5,500,000, plus accrued interest, and reimbursement of $365,656.44 in litigation expenses that were actually and reasonably incurred in this Action, plus accrued interest, and (4) award $80,000

($60,000 to Lead Plaintiff Firas Jabri and $20,000 to Named Plaintiff Jean-Nicolas Tremblay) as a compensatory award for their service to the Class.

Respectfully submitted,

Dated: September 25, 2023

**POMERANTZ LLP**

By: *Brian Calandra*
Jeremy A. Lieberman
Brian Calandra
600 Third Avenue, 20th Floor
New York, NY 10016
P: (212) 661-1100
Email: jalieberman@pomlaw.com
       bcalandra@pomlaw.com

**POMERANTZ LLP**

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

***Lead Counsel for Plaintiffs and the
Settlement Class***

**BRAMLETT LAW OFFICES**
Paul Kent Bramlett TN #7387/MS #4291
Robert Preston Bramlett TN #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
Telephone: (615) 248-2828
Facsimile: (866) 816-4116
Email: PKNASHLAW@aol.com
       Robert@BramlettLawOffices.com

***Liaison Counsel***

**THE SCHALL LAW FIRM**

Brian Schall (pro hac vice)
Rina Restaino (pro hac vice)

5

2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
Email: brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiff Firas Jabri*

**HOLZER & HOLZER, LLC**

Corey D. Holzer
Marshall P. Dees
1200 Ashwood Parkway
Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
Email: cholzer@holzerlaw.com
mdees@holzerlaw.com

*Additional Counsel for Named Plaintiff*
*Jean-Nicolas Tremblay*

6

**CERTIFICATE OF SERVICE**

This is to certify that I have filed the above and foregoing plaintiffs' reply memorandum of law in further support of unopposed motion for final approval of class action settlement and approval of plan of allocation on the Court's CM/ECF filing system, which will serve all counsel of record as follows:

> Benjamin A. Gastel
> Branstetter, Stranch & Jennings, PLLC
> 223 Rosa L. Parks Avenue
> Suite 200
> Nashville, TN 37203
> (615) 254-8801
> Fax: (615) 255-5419
> Email: beng@bsjfirm.com

> Jacob A. Walker
> Block & Leviton LLP
> 260 Franklin Street
> Suite 1860
> Boston, MA 02110
> (617) 398-5600
> Fax: (617) 507-6020
> Email: jake@blockleviton.com

> James Gerard Stranch , IV
> Branstetter, Stranch & Jennings, PLLC
> 223 Rosa L. Parks Avenue
> Suite 200
> Nashville, TN 37203
> (615) 254-8801
> Fax: (615) 255-5419
> Email: gerards@bsjfirm.com

> Jeffrey C. Block
> Block & Leviton LLP
> 260 Franklin Street
> Suite 1860
> Boston, MA 02110
> (617) 398-5600
> Fax: (617) 507-6020
> Email: jeff@blockleviton.com

> Stephen J. Teti
> Block & Leviton LLP
> 260 Franklin Street

Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: steti@blockleviton.com

Larry Russell Belk , Jr.
Sutherland & Belk, PLC
2505 21st Avenue South
Suite 400
Nashville, TN 37212
(615) 846-6200
Fax: (615) 208-2255
Email: russell@sbinjurylaw.com

James A. Holifield , Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
(865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com

Brian Peter Calandra
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(646) 581-9958
Email: bcalandra@pomlaw.com

Brian Schall
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(310) 301-3335
Email: brian@schallfirm.com

Paul Kent Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215

(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com

Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: lrosen@rosenlegal.com

Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: pkim@rosenlegal.com

Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: robert@bramlettlawoffices.com

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP (Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
Fax: (615) 252-3798
Email: cwood@rgrdlaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202

Fax: (615) 252-3798
Email: jmartin@barrettjohnston.com

Mark S. Reich
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mreich@rgrdlaw.com

Mary K. Blasy
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mblasy@rgrdlaw.com

Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com

Corey D. Holzer
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
Fax: (770) 392-0029
Email: cholzer@holzerlaw.com

J. Alexander Hood , II
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665

Email: ahood@pomlaw.com

Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

Britt K. Latham
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-6200
Email: blatham@bassberry.com

Jed M. Schwartz
Milbank LLP
53 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: jschwartz@milbank.com

Scott A. Edelman
Milbank LLP
53 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: sedelman@milbank.com

John Tate Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203

(615) 983-8900
Fax: (615) 682-8533
Email: john@spragenslaw.com

Saul C. Belz
Glankler Brown, PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119
(901) 576-1741
Fax: (901) 576-2389
Email: sbelz@glankler.com

Tara L. Swafford
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, TN 37064
(615) 599-8406
Fax: (615) 807-2355
Email: tara@swaffordlawfirm.com

Charles F. Barrett
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
Fax: (615) 726-0573
Email: cbarrett@nealharwell.com

SO CERTIFIED this 25th day of September 2023

/s/ *Brian Calandra*
Brian Calandra