# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY BOND, Individually and on behalf of all others similarly situated,<br><br>Lead Plaintiff,<br><br>and<br><br>JEAN-NICOLAS TREMBLAY<br><br>Named Plaintiff,<br><br>individually and on behalf of all others similarly situated,<br><br>v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, AND CHAMATH PALIHAPITIYA, and JOE WAGNER,<br><br>Defendants. | Civil Action No. 3:21-cv-00096-AT-AN |

**SUPPLEMENTAL DECLARATION OF BRIAN CALANDRA IN SUPPORT OF CLASS REPRESENTATIVES' MOTION FOR (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS AND (II) AN AWARD OF ATTORNEYS' FEES, EXPENSE REIMBURSEMENT, AND COMPENSATORY AWARD FOR CLASS REPRESENTATIVES**

## EXHIBIT LIST

| Ex. # | Description |
|---|---|
| A | Supplemental Declaration of Luiggy Segura Regarding: (A) Continued Mailing of the Postcard Notice and (B) Report on Exclusion Requests and Objections ("Segura Supp. Decl.") |
| B | Proposed Judgment Approving Class Action Settlement |

i

I, Brian Calandra, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:[1]

1.      I am a partner in Pomerantz LLP ("Pomerantz"), the Court-appointed Class Counsel in this Action and counsel for Firas Jabri and Jean-Nicolas Tremblay ("Plaintiffs"). I have been actively involved in this litigation, and thus have personal knowledge of all material matters related to this Action. I submit this declaration in further support of Class Representatives' Motions for (I) Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and (II) an Award Of Attorneys' Fees, Expense Reimbursement, and Compensatory Award for Class Representatives.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Supplemental Declaration of Luiggy Segura Regarding: (A) Continued Mailing of the Postcard Notice and (B) Report on Exclusion Requests and Objections ("Segura Supp. Decl.").

3.      I am not aware of any objections from any Class Members to the proposed Settlement, Plan of Allocation, Class Counsel's application for an award of attorneys' fees and reimbursement of costs and expenses, or to Class Representatives' request for reimbursement of their reasonable costs and expenses.

4.      The Claims Administrator received only three requests for exclusion prior to the September 11, 2023 deadline. *See* Segura Supp. Decl. ¶4. Two of these three requests did not include transaction information, and thus are invalid.

5.      The number of shares implicated by the only potential Class Member who included transaction information with its request to be excluded from the settlement were *de minimis*,

---

[1] Unless otherwise indicated, all capitalized terms shall have the meanings as set forth in the Stipulation and Agreement of Settlement ("Stipulation"), dated July 16, 2019. ECF No. 345.

totaling only 5 shares. *Id*, Exs. 1 and 2.

6.      Attached hereto as **<u>Exhibit B</u>** is the [Proposed] Judgment Approving Class Action Settlement.

***

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2023

<em>/s/ Brian Calandra</em>                <br>
Brian Calandra

2

**CERTIFICATE OF SERVICE**

This is to certify that I have filed the above and foregoing Supplemental Declaration of Brian Calandra on the Court's CM/ECF filing system, which will serve all counsel of record as follows:

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: beng@bsjfirm.com

Jacob A. Walker
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jake@blockleviton.com

James Gerard Stranch , IV
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: gerards@bsjfirm.com

Jeffrey C. Block
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jeff@blockleviton.com

Stephen J. Teti
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110

1

(617) 398-5600
Fax: (617) 507-6020
Email: steti@blockleviton.com

Larry Russell Belk , Jr.
Sutherland & Belk, PLC
2505 21st Avenue South
Suite 400
Nashville, TN 37212
(615) 846-6200
Fax: (615) 208-2255
Email: russell@sbinjurylaw.com

James A. Holifield , Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
(865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com

Brian Peter Calandra
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(646) 581-9958
Email: bcalandra@pomlaw.com

Brian Schall
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(310) 301-3335
Email: brian@schallfirm.com

Paul Kent Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116

2

Email: pknashlaw@aol.com

Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: lrosen@rosenlegal.com

Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: pkim@rosenlegal.com

Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: robert@bramlettlawoffices.com

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP (Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
Fax: (615) 252-3798
Email: cwood@rgrdlaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
Email: jmartin@barrettjohnston.com

3

Mark S. Reich
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mreich@rgrdlaw.com

Mary K. Blasy
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mblasy@rgrdlaw.com

Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com

Corey D. Holzer
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
Fax: (770) 392-0029
Email: cholzer@holzerlaw.com

J. Alexander Hood , II
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: ahood@pomlaw.com

4

Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

Britt K. Latham
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-6200
Email: blatham@bassberry.com

Jed M. Schwartz
Milbank LLP
53 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: jschwartz@milbank.com

Scott A. Edelman
Milbank LLP
53 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: sedelman@milbank.com

John Tate Spragens
Spragens Law PLC
311 22nd Ave. N.
Nashville, TN 37203
(615) 983-8900
Fax: (615) 682-8533

5

Email: john@spragenslaw.com

Saul C. Belz
Glankler Brown, PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119
(901) 576-1741
Fax: (901) 576-2389
Email: sbelz@glankler.com

Tara L. Swafford
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, TN 37064
(615) 599-8406
Fax: (615) 807-2355
Email: tara@swaffordlawfirm.com

Charles F. Barrett
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
Fax: (615) 726-0573
Email: cbarrett@nealharwell.com

SO CERTIFIED this 25th day of September 2023

/s/ *Brian Calandra*
Brian Calandra