# EXHIBIT A

|  |  |
|---|---|
| TIMOTHY BOND,<br><br>               Lead Plaintiff<br><br>and<br><br>JEAN-NICOLAS TREMBLAY<br><br>               Named Plaintiff,<br><br>individually and on behalf of all others similarly situated,<br><br>               v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER and CHAMATH PALIHAPITIYA,<br><br>               Defendants. | Case No. 3:21-cv-00096-AT-AN |

**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING: (A) CONTINUED MAILING OF THE POSTCARD NOTICE AND (B) REPORT ON EXCLUSION REQUESTS AND OBJECTIONS**

I, Luiggy Segura, declare as follows:

1. I am the Vice President of Securities Class Actions at JND Legal Administration ("JND"). Pursuant to the Court's May 26, 2023 Order Preliminarily Approving Settlement and Providing for Notice (ECF 132) (the "Preliminary Approval Order"), JND was appointed to act as the Claims Administrator in connection with the above-captioned Action.[1] I submit this declaration

---

[1] All capitalized terms are defined in the Stipulation of Agreement of Settlement (ECF 130-1) (the "Stipulation"), dated May 19, 2023.

as a supplement to my earlier declaration, the Declaration of Luiggy Segura Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Exclusion Requests and Objections, dated August 28, 2023, ECF No 140-1 (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided to me by other experienced JND employees working under my supervision, and, if called as a witness, I could and would testify competently thereto.

## CONTINUED MAILING OF THE POSTCARD NOTICE

2. Since the execution of the Initial Mailing Declaration, JND has continued to mail copies of the Postcard Notice in response to requests from potential Settlement Class Members and brokers/nominees. Through September 22, 2023, JND has mailed a total of 256,646 Postcards to potential Settlement Class Members.

## UPDATE ON TELEPHONE HOTLINE AND SETTLEMENT WEBSITE

3. JND continues to maintain a toll-free telephone number (1-877-381-0387) and interactive voice response system to accommodate any inquiries from potential Settlement Class Members. JND also continues to maintain a website dedicated to the Settlement, www.CloverHealthSecuritiesLitigation.com (the "Settlement Website"), to assist potential Settlement Class Members. JND will continue maintain and, as appropriate, updating the Settlement Website and toll-free number until the conclusion of the administration.

## REPORT ON EXCLUSION REQUESTS AND OBJECTIONS

4. The Postcard Notice directed potential Settlement Class Members to the Long-Form Notice if they decided to submit a request for exclusion. The Long-Form Notice informs potential Settlement Class Members that requests for exclusion from the Settlement Class are to be addressed to Clover Health Securities Litigation, ATTN: EXCLUSIONS, c/o JND Legal

2

Administration, P.O. Box 91462, Seattle, WA 98111, such that they are received no later than September 11, 2023. Since the execution of the Initial Mailing Declaration, JND has received one (1) additional request for exclusion, for a total of three (3) requests for exclusion received. Only one (1) request contained transactional information indicating that the requestor acquired five (5) shares of Clover Securities during the Class Period, the other two (2) did not provide any transactional data during the Settlement Class Period and in consultation with Lead Counsel, were determined to be invalid. Attached hereto as Exhibit A are the exclusion requests received.

5.    The Long-Form Notice informs potential Settlement Class Members that all objections to the proposed Settlement must be received by the Court, Lead Counsel, and Defendants' counsel by September 11, 2023. While JND was not listed to be the recipient of objections, JND has not received and is not aware of any objections to the Settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2023, at New Hyde Park, New York.

_____
Luiggy Segura

3

# EXHIBIT A

## Exclusion Request from the Settlement Class

 Mokrushin

Tue 8/15/2023 3:54 AM

To:INFO@cloverhealthsecuritieslitigation.com <INFO@cloverhealthsecuritieslitigation.com>

Hi,

I would like to exclude myself from the Clover Health Securities Litigation Settlement Class / Bond v. Clover Health Investments, Corp., et al.

 Mokrushin

Roseville, CA

Cordially,
A Mokrushin

## ATTN: EXCLUSIONS, c/o JND Legal Administration

 Molesti < █████████████████████ >

Sat 8/19/2023 4:20 PM

To:INFO@cloverhealthsecuritieslitigation.com <INFO@cloverhealthsecuritieslitigation.com>

**Dear all,**
**I just received the note about the CHS litigation**

**Unfortunately I have never purchased or otherwise acquired Clover securities, I just checked on my order history as well so I can confirm it for sure.**

**I would like to exclude myself from the THE SETTLEMENT CLASS by submitting with this email a written request for exclusion**

**Thank you very much for your cooperation**
**Buona serata**

 **Molesti**

**Milan, Italy**

## ATTN: EXCLUSIONS

 Zapolsky

Mon 9/11/2023 11:53 AM

To:INFO@cloverhealthsecuritieslitigation.com <INFO@cloverhealthsecuritieslitigation.com>

📎 1 attachments (232 KB)

exclusion_request.pdf;

To whom it may concern,

It has come to my attention that I might be a member of the settlement class in a settlement against Clover Health Investments, Corp. I received a letter by mail to that effect.

I would hereby like to be excluded from the settlement class. I am attaching a PDF file with the necessary information as detailed in the FAQ on the website of the settlement.

Best regards,
Zapolsky

To: Clover Health Securities Litigation ATTN: EXCLUSIONS

Here are the necessary details as written in the FAQ on the website:

(a) Name, address, phone number:

F██ ZAPOLSKY
████████████████████
████████████████████
HADERA █████
ISRAEL
Phone number: ████████████

(b) I hereby REQUEST EXCLUSION from the Settlement Class in Bond v. Clover Health Investments, Corp., et al., No. 21-cv-00096;

(c) I purchased 5 (five) shares of Clover Health Investments, Corp., symbol CLOV, on the 27th of January, 2021, at an average price of $16.3267, total amount $81.63 (rounded by the broker), then sold 1 (one) share of CLOV on the 27th of January, 2021, at a price of $16.4001, and then sold 4 (four) shares of CLOV on the 27th of January, 2021, at an average price of $16.10, total amount $64.40, thereby closing the trade and exiting my position. Please note that the settlement date for the trade is January 29, 2021 as per the T+2 settlement rule.
Moreover, at the beginning of the Settlement Class Period, namely October 6, 2020, I held 0 (zero) shares of CLOV.

(d) SIGNATURE: _____