**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| TIMOTHY BOND,<br><br>                      Lead Plaintiff<br><br>and<br><br>JEAN-NICOLAS TREMBLAY,<br><br>                      Named Plaintiff,<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>       v.<br><br>CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, and CHAMATH PALIHAPITIYA,<br><br>                      Defendants. | Case No. 3:21-cv-00096<br><br>Judge Aleta A. Trauger |

## <u>ORDER ON UNOPPOSED MOTION FOR COUNSEL TO APPEAR BY TELEPHONE</u>

Upon consideration of the Defendants' Unopposed Motion for Counsel to Appear by Telephone, the motion is hereby GRANTED.

For good cause shown, it is here by ORDERED that Jed M. Schwartz may appear by telephone at the settlement hearing scheduled for October 2, 2023 at 3:30 p.m.

_____
ALETA A. TRAUGER
United States District Judge