Timothy Bond, et al.

                        Plaintiff,

v.                                    Case No.: 3:21–cv–00096

Clover Health Investments, Corp., et al.

                        Defendant,

## **ENTRY OF JUDGMENT**

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/3/2023 re [146].

Lynda M. Hill
s/ Aubrey L Frantz, Deputy Clerk
