| | |
|---|---|
| TIMOTHY BOND, Individually and on behalf of all others similarly situated, | Civil Action No. 3:21-cv-00096-AT-AN |
| Lead Plaintiff, | |
| and | |
| JEAN-NICOLAS TREMBLAY | |
| Named Plaintiff, | |
| individually and on behalf of all others similarly situated, | |
| v. | |
| CLOVER HEALTH INVESTMENTS, CORP. f/k/a SOCIAL CAPITAL HEDOSOPHIA HOLDINGS CORP. III, VIVEK GARIPALLI, ANDREW TOY, JOE WAGNER, AND CHAMATH PALIHAPITIYA, and JOE WAGNER, | |
| Defendants. | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION
FOR <u>DISTRIBUTION OF CLASS ACTION SETTLEMENT FUND</u>**

Settlement Class Representatives Firas Jabri and Jean-Nicolas Tremblay ("Plaintiffs"), individually and on behalf of all Settlement Class Members in the above captioned Action, respectfully submit this memorandum of law in support of their Unopposed Motion for Distribution of Class Action Settlement Fund.[1]

## I.      INTRODUCTION

On October 3, 2023, the Court entered the Final Judgment and Order of Dismissal with Prejudice. (ECF. No. 146). Lead Counsel has been advised by the court-appointed Class Action Claims Administrator, JND Legal Administration ("JND"), that it has completed processing proofs of claim submitted by those persons who responded to the Notice and has determined which of those persons are Authorized Claimants. *See* Declaration of Luiggy Segura in Support of Plaintiffs' Motion for Distribution of Class Action Settlement Fund (the "Segura Declaration") at ¶4. All that remains to complete the Settlement process is to distribute the Net Settlement Fund to the Authorized Claimants. *See* Stipulation at ¶¶21-34. Thus, Lead Counsel requests that the Court authorize the distribution of the Net Settlement Fund to Authorized Claimants.

## II.     DETERMINATION OF AUTHORIZED CLAIMS

### A. Deficient and Ineligible Claims

Pursuant to the Preliminary Approval Order (ECF No. 132) all claims were to be submitted to the Claims Administrator postmarked no later than seven calendar days after the Settlement Hearing (*i.e.* October 9, 2023). ¶10. The Claims Administrator has finalized its determination of which claims are authorized and which are ineligible. *See* Segura Declaration ¶4. JND identified 135 inadequately documented paper claims, 2,020 deficient or ineligible online claims, and 7,513

---

[1] Unless otherwise noted, capitalized terms have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 19, 2023 (ECF. No. 130-1). Also, unless otherwise noted, all internal citations and quotation marks have been omitted and emphasis has been added.

1

deficient or ineligible electronic claims ("E-Claims"). *Id.* at ¶¶22, 25. When paper or online claims were inadequately documented, JND sent claimants Deficiency Notices advising them of the nature of their inadequacy and providing them an opportunity to cure. Segura Declaration. *Id.* at ¶23. When electronic claims were deficient or ineligible, JND sent claimants Deficiency Emails identifying the individual transactions and claims that were found to be deficient or ineligible. *Id.* at ¶25.

JND identified 8,444 claims that it has recommended for complete rejection because they were either ineligible, wholly deficient, or had no Recognized Loss. Segura Declaration. *Id.* at ¶43. Such claimants were sent rejection notices advising them of JND's determination. *Id.* at ¶¶23-31. To date, one of these 8,444 ineligible claimants object to or contest JND's determination. *Id*. ¶¶32-33. That claim, which JND recommends be rejected, is attached as Exhibit C to the Segura Declaration. *Id.*

**B. Properly Documented Claims**

Of the 17,882 Proofs of Claims received by JND, through May 10, 2024, JND identified 9,438 properly documented valid claims. *Id.* at 41-42. These valid claims represent total Recognized Losses of $20,837,178.19. *Id*. at ¶¶41-42. Of these valid claims, 191 were filed late. *Id*. at ¶42. The Court should accept all late but otherwise valid claims postmarked after October 9, 2023, but received by JND on or before May 5, 2024, because the untimely filed claims have not caused significant delay to the distribution of the Net Settlement Fund to the Class, or otherwise prejudiced any Authorized Claimant. *See id.*; *see In re "Agent Orange" Product Liability Litig*., 689 F. Supp. 1250, 1261-63 (E.D.N.Y. 1988) (court permitting the qualifying late claimants and opt-out claimants to participate in the settlement distribution because "[t]he cost to the fund of admitting late claimants and readmitting the opt-out claimants to the class action should be

2

relatively small. No significant administrative costs need be incurred to allow the late claims and opt-out claims."). Plaintiff respectfully requests that the Court approve the 9,438 properly documented claims as listed in Exhibits D and E of the Segura Declaration.

## III. DISTRIBUTION OF THE NET SETTLEMENT FUND

As more fully described in the Segura Declaration at paragraph 46, the Claims Administrator will conduct an initial distribution to Authorized Claimants. Pursuant to the Plan of Allocation authorized by the Court's Final Judgment, "no distribution will be to Authorized Claimants who would otherwise receive a distribution of less than $10.00." ECF No. 130-1 at page 82.

If there is any balance remaining in the Net Settlement Fund after 180 days from the date of distribution of the Net Settlement Fund, the Claims Administrator shall, if cost-effective, conduct additional distributions until it is determined that further re-distribution is not cost-effective. Segura Declaration at ¶46(d). If further re-distribution of the funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance of the Net Settlement Fund shall be donated to the Investor Protection Trust, 750 First Street NE, Suite 990, Washington, DC, 20002 without further order of the Court. ¶46(e).

## IV. CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that the Court approve and enter the [Proposed] Order concerning distribution of the Net Settlement Fund.

Dated: June 6, 2024                     Respectfully Submitted,

**POMERANTZ LLP**

*/s/ Brian Calandra*
Jeremy A. Lieberman
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016

3

Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
         bcalandra@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Lead Counsel and Attorneys for Plaintiffs*

**BRAMLETT LAW OFFICES**
Paul Kent Bramlett TN #7387/MS #4291
Robert Preston Bramlett TN #25895
40 Burton Hills Blvd., Suite 200
P.O. Box 150734
Nashville, TN 37215
Telephone: (615) 248-2828
Facsimile: (866) 816-4116
Email: PKNASHLAW@aol.com
         Robert@BramlettLawOffices.com

*Liaison Counsel*

**THE SCHALL LAW FIRM**

Brian Schall (pro hac vice)
Rina Restaino (pro hac vice)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Plaintiff Firas Jabri*

**HOLZER & HOLZER, LLC**
Corey D. Holzer
Marshall P. Dees
1200 Ashwood Parkway
Suite 410
Atlanta, Georgia 30338

4

Telephone: (770) 392-0090
Facsimile: (770) 392-0029
Email: cholzer@holzerlaw.com
mdees@holzerlaw.com

***Additional Counsel for Named Plaintiff Jean-Nicolas Tremblay***

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have filed the above and foregoing Memorandum of Law in Support of Plaintiffs' Motion for Distribution of Class Action Settlement Fund on the Court's CM/ECF filing system, which will serve all counsel of record as follows:

Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: beng@bsjfirm.com

Jacob A. Walker
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jake@blockleviton.com

James Gerard Stranch , IV
Branstetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
Fax: (615) 255-5419
Email: gerards@bsjfirm.com

Jeffrey C. Block
Block & Leviton LLP
260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: jeff@blockleviton.com

Stephen J. Teti
Block & Leviton LLP

6

260 Franklin Street
Suite 1860
Boston, MA 02110
(617) 398-5600
Fax: (617) 507-6020
Email: steti@blockleviton.com

Larry Russell Belk , Jr.
Sutherland & Belk, PLC
2505 21st Avenue South
Suite 400
Nashville, TN 37212
(615) 846-6200
Fax: (615) 208-2255
Email: russell@sbinjurylaw.com

James A. Holifield , Jr.
Holifield Janich Rachal & Associates, PLLC
11907 Kingston Pike
Suite 201
Knoxville, TN 37934
(865) 566-0115
Fax: (865) 566-0119
Email: aholifield@holifieldlaw.com

Brian Peter Calandra
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(646) 581-9958
Email: bcalandra@pomlaw.com

Brian Schall
Schall Law Firm
2049 Century Park East
Suite 2460
Los Angeles, CA 90067
(310) 301-3335
Email: brian@schallfirm.com

Paul Kent Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734

7

Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com

Laurence M. Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: lrosen@rosenlegal.com

Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue
34th Floor
New York, NY 10016
(212) 686-1060
Email: pkim@rosenlegal.com

Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: robert@bramlettlawoffices.com

Christopher M. Wood
Robbins Geller Rudman & Dowd LLP (Nashville Office)
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2203
Fax: (615) 252-3798
Email: cwood@rgrdlaw.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219

(615) 244-2202
Fax: (615) 252-3798
Email: jmartin@barrettjohnston.com

Mark S. Reich
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mreich@rgrdlaw.com

Mary K. Blasy
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: mblasy@rgrdlaw.com

Samuel H. Rudman
Robbins Geller Rudman & Dowd LLP (New York Office)
58 S Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
Email: srudman@rgrdlaw.com

Corey D. Holzer
Holzer & Holzer, LLC
1200 Ashwood Parkway
Suite 410
Atlanta, GA 30338
(770) 392-0090
Fax: (770) 392-0029
Email: cholzer@holzerlaw.com

J. Alexander Hood , II
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100

9

Fax: (212) 661-8665
Email: ahood@pomlaw.com

Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue
20th Floor
New York, NY 10016
(212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com

Patrick V. Dahlstrom
Pomerantz LLP (Chicago Office)
10 S LaSalle Street
Suite 3505
Chicago, IL 60603
(312) 377-1181
Fax: (312) 377-1184
Email: pdahlstrom@pomlaw.com

Britt K. Latham
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-6200
Email: blatham@bassberry.com

Jed M. Schwartz
Milbank LLP
53 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: jschwartz@milbank.com

Scott A. Edelman
Milbank LLP
53 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: sedelman@milbank.com

John Tate Spragens
Spragens Law PLC
311 22nd Ave. N.

10

Case 3:21-cv-00096    Document 150    Filed 06/06/24    Page 11 of 12 PageID #: 3903

Nashville, TN 37203
(615) 983-8900
Fax: (615) 682-8533
Email: john@spragenslaw.com

Saul C. Belz
Glankler Brown, PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119
(901) 576-1741
Fax: (901) 576-2389
Email: sbelz@glankler.com

Tara L. Swafford
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, TN 37064
(615) 599-8406
Fax: (615) 807-2355
Email: tara@swaffordlawfirm.com

Charles F. Barrett
Neal & Harwell, PLC
1201 Demonbreun Street
Suite 1000
Nashville, TN 37203
(615) 244-1713
Fax: (615) 726-0573
Email: cbarrett@nealharwell.com

SO CERTIFIED this 6th day of June 2024

/s/ *Brian Calandra*
Brian Calandra